> Motion (48) is **GRANTED**.
> *[Signature: Waverly D. Crenshaw, Jr.]*
> US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LEXON INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>-against-<br><br>JAMES C. JUSTICE II,<br><br>                Defendant. | Civil Action No. 3:23-cv-00772<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes |

## JOINT MOTION TO BIFURCATE

Plaintiff Lexon Insurance Company ("Plaintiff" or "Lexon") and Defendant James C. Justice II ("Defendant"), by and through their undersigned counsel, hereby move the Court, for the reasons set forth in the memorandum of law attached hereto, to bifurcate the determination of the amount of attorneys' fees, costs, expenses, and any other damages Plaintiff is entitled to recover pursuant to Counts II and III, if any, from all other questions of liability and damages on the claims asserted in the Complaint.

| | |
|---|---|
| */s/ W. Brantley Phillips, Jr.*<br>Overton Thompson III<br>W. Brantley Phillips, Jr.<br>Garrah Carter-Mason<br>BASS BERRY & SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Phone: 615-742-6200<br>Email: othompson@bassberry.com<br>            bphillips@bassberry.com<br>            garrah.cartermason@bassberry.com | */s/ Peter C. Robison*<br>Peter C. Robison<br>LEWIS THOMASON<br>424 Church St.<br>Suite 2500<br>Nashville, TN 37219<br>Phone: 615-259-1366<br>Email: probison@lewisthomason.com |