IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LEXON INSURANCE COMPANY ) | |
| ) | Case No. 3:23-cv-00772 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| JAMES C. JUSTICE, II ) | |

O R D E R

On March 24, 2025, the parties filed a "Joint Stipulation Governing Discovery Schedule" in which the parties agree to enlarge certain discovery deadlines "subject to the Court's approval." (Docket No. 82.) However, as the Court clearly stated in a prior order in this case (Docket No. 47), **requests for relief from or action by the Court must be made via motion**, not stipulation. Accordingly, to the extent the parties request any of the relief detailed in their stipulation or to the extent court approval may be required for any of the relief detailed in their stipulation, **the parties must file an appropriate motion**. In the absence of an appropriate motion and order, the parties should not presume that their stipulation will have any legal effect in this case.

Nor should the parties presume that the filing of a motion will automatically result in the requested relief being granted. At a minimum, the motion must comply with Fed. R. Civ. P. 16(b)(4) and with the requirements set forth in the Initial Case Management Order, which were reviewed in detail with counsel during the initial case management conference. (Docket No. 22 at ¶ N.)

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge