IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LEXON INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>-against-<br><br>JAMES C. JUSTICE II,<br><br>      Defendant. | Civil Action No. 3:23-cv-00772<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes |

## [PROPOSED] ORDER ADDRESSING DISCOVERY DEADLINES FOR PREVIOUSLY BIFURCATED ISSUES

Currently before the Court is the Parties' Joint Motion Addressing Discovery Deadlines for Previously Bifurcated Issues. Having considered the Motion, and for good cause shown, the Court hereby **ORDERS** that the following discovery schedule shall govern the previously bifurcated issues:

| | | |
|---|---|---|
| A. | Parties provide supplemental Rule 26(a) disclosures, as appropriate. | April 15, 2025 |
| B. | Parties complete additional discovery on damages under Counts II and III. | July 15, 2025 |

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge