IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LEXON INSURANCE COMPANY ) | |
| ) | Case No. 3:23-cv-00772 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| JAMES C. JUSTICE, II ) | |

**FIRST MODIFIED CASE MANAGEMENT ORDER**

Pending before the Court is the parties' "Joint Motion Addressing Discovery Deadlines for Previously Bifurcated Issues" (Docket No. 84), which, for the reasons requested, is **GRANTED**. The case management plan and schedule is modified as follows:

1. By no later than **April 15, 2025**, the parties must provide supplemental initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), as necessary and limited to discovery on damages under Counts II and III.

2. By no later than **July 15, 2025**, the parties must complete additional discovery on damages under Counts II and III of the Complaint, which were bifurcated pursuant to the Court's May 7, 2024 Order (Docket No. 50). All other provisions for discovery, including the resolution of discovery disputes, remain unchanged. The parties are cautioned that, given the current trial date and schedule for final pretrial filings, this deadline for additional discovery will not be extended.

3. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge