IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY,

                Plaintiff,

      -against-

JAMES C. JUSTICE II,

                Defendant.

Civil Action No. 3:23-cv-00772

Chief Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Barbara D. Holmes

## ORDER REGARDING SCOPE OF ISSUES FOR TRIAL

Before the Court is the Parties' Joint Motion Regarding Scope of Issues for Trial. For good cause shown, the motion is **GRANTED**. The Court hereby **ORDERS** that (1) the only issue that will be presented and determined at the trial of this case will be the amount of premium indebtedness owed to Lexon under Count I of the Complaint; and (2) all remaining issues regarding Counts II and III (seeking attorney fees and other costs, expenses, and fees incurred in connection with this litigation) will be addressed through the post-trial procedure set forth in Local Rule 54.01.

It is so ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE