# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

LEXON INSURANCE COMPANY,     )
     )
     Plaintiff,     )
     )
v.     )     No. 3:23-cv-00772
     )
JAMES C. JUSTICE II,     )
     )
     Defendant.     )

## ORDER

Pending before the Court is the Joint Motion Regarding Scope of Issues for Trial (Doc. No. 87).  An in-person status conference is set for **June 23, 2025,** at 1:00 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE