# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **LEXON INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:23-cv-00772** |
| | ) | |
| **JAMES C. JUSTICE II,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

The Court held a status conference on June 23, 2025, on the Joint Motion Regarding Scope of Issues for Trial (Doc. No. 87). The motion is **GRANTED**. As discussed on the record, the Court confirmed the two-day bench trial starting on August 19, 2025, reiterated the pretrial deadlines set forth in the Court's December 26, 2024 order (Doc. No. 78), and instructed the parties to simultaneously file pretrial briefs on or before Monday, **July 28, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE