IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY,

                        Plaintiff,

-against-

JAMES C. JUSTICE II,

                        Defendant.

Civil Action No. 3:23-cv-0772

Chief Judge Waverly D. Crenshaw
Magistrate Judge Barbara D. Holmes

## DEFENDANT'S EXHIBIT LIST

Pursuant to this Court's December 26, 2024 Order (ECF 78) and Fed. R. Civ. P. 26(a)(3), Defendant submits the following exhibit list.

**I.**     **Exhibits Defendant expects to offer:**

1. March 26, 2018 Agreement

2. March 26, 2018 Limited Commercial Guaranty

3. February 4, 2019 Amendment No.1 to Agreement Dated March 26, 2018

4. February 4, 2019 Amended & Restated Limited Commercial Guaranty

5. January 30, 2020 Amended Surety Side Letter Agreement

6. March 30, 2020 Amended Surety Side Letter Agreement

7. January 31, 2020 email chain (LEXON00000528-00000535)

8. February 25, 2019 email chain (LEXON00002683-00002688)

9. October 29, 2019 email chain (LEXON00004040-00004044)

10. October 29, 2019 email chain (LEXON00007486-00007491)

11. October 31, 2019 email chain (LEXON00007520-00007526)

12. January 9, 2020 email chain (LEXON00001953-00001956)

13. January 16, 2020 email chain (LEXON00001957-00001961)

14. Debit Confirmations, with Summary (JUSTICE009642-009708, plus Summary)

II. **Exhibits Defendant may offer if the need arises:**

15. March 23, 2018 email chain (JUSTICE000372-000390)

16. February 4, 2018 email chain (JUSTICE001987-002010)

17. January 30, 2020 email chain (JUSTICE002788-002792)

18. March 30, 2020 email chain (JUSTICE003017-003020)

19. June 16, 2020 email chain (LEXON00003432-00003433)

20. February 5, 2019 email chain, with native attachment (JUSTICE007420-00007423)

21. January 17, 2020 email chain, with native attachment (LEXON00000778-00000782)

22. February 27, 2020 letter (JUSTICE008155)

23. August 26, 2021 email chain, with native attachment (LEXON00001642-00001646)

24. September 15, 2021 email chain, with native attachment (JUSTICE003936-003937)

25. September 16, 2021 email chain (JUSTICE003938-003940)

26. October 8, 2022 email chain (LEXON00001008-00001012)

27. December 5, 2022 email chain (LEXON00002230-00002236)

28. January 4, 2023 email chain (JUSTICE005945-005947)

29. February 13, 2023 email chain (JUSTICE006071-006074)

30. Defendant reserves the right to use any exhibit listed by Plaintiff.

31. Defendant reserves the right to use as exhibits any documents necessary for impeachment or rebuttal, including without limitation any document identified or produced by any party or nonparty in discovery or in any party's Rule 26(a)(1) disclosures, and the transcript of the deposition of any witness.

Respectfully submitted,

JAMES C. JUSTICE II,

By Counsel:

*/s/ Peter C. Robison*
Peter C. Robison (No. 27498)
LEWIS THOMASON, P.C.
427 Church Street, Suite 2500
Nashville, TN 37219
(615) 259-1366
probison@lewisthomason.com

*/s/ David R. Pogue*
David R. Pogue (admitted *pro hac vice*)
Raymond S. Franks II (admitted *pro hac vice*)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
drpogue@cdkrlaw.com
rfranks@cdkrlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record listed below:

| | |
|---|---|
| Jason M. Halper (*admitted pro hac vice*) | W. Brantley Phillips, Jr. (BPR# 018844) |
| Sara E. Brauerman *(admitted pro hac vice)* | Garrah Carter-Mason (BPR# 037518) |
| Timbre Shriver (*admitted pro hac vice*) | BASS, BERRY & SIMS PLC |
| VINSON & ELKINS LLP | 150 Third Avenue South, Suite 2800 |
| The Grace Building | Nashville, TN 37201 |
| 1114 Avenue of the Americas | Tel: (615) 742-6200 |
| 32nd Floor | Fax: (615) 742-6293 |
| New York, NY 10036 | bphillips@bassberry.com |
| Phone: 212-237-0000 | garrah.cartermason@bassberry.com |
| Email: jhalper@velaw.com | |
| sbrauerman@velaw.com | |
| tshriver@velaw.com | |

*/s/ Peter C. Robison*
Peter C. Robison