# Exhibit 6



October 12, 2020

Via email and Overnight Delivery

| | | |
|---|---|---|
| Collateral Justice Companies<br>Attn: James C. Justice III<br>302 S. Jefferson Street<br>Suite 600<br>Roanoke, Virginia 24011 | Collateral Justice Companies<br>Attn: Stephen W. Ball<br>General Counsel<br>302 S. Jefferson Street<br>Suite 600<br>Roanoke, Virginia 24011 | James C. Justice II<br>208 Dwyer Lane<br>Lewisburg, WV 24901 |

RE: Agreement Dated March 26, 2018 as Amended (the "Agreement")
Notice of Default & Demand for Payment

Dear Sirs:

James C. Justice Companies, Inc., Southern Coal Corporation, Kentucky Fuel Corporation, Justice Family Group, LLC, Mechel Bluestone, Inc. and Beech Creek Coal Corp., jointly and severally, are in default to Lexon Insurance Company ("Lexon") under the Agreement for failure to pay Lexon Ten Million U.S. dollars ($10,000,000) in Collateral on or before October 1, 2020. Therefore, in accordance with Section 1(a) of the February 4, 2019 Amended & Restated Limited Commercial Guaranty, demand is hereby made for this payment to be made by James C. Justice II no later than October 15, 2020.

Nothing herein shall be considered an amendment or waiver of any of the rights and obligations of Lexon under any agreement or as a matter of law. All rights are reserved. Capitalized terms used but not otherwise defined in this letter shall have the meaning set forth in the Agreement.

Sincerely,

*[signature]*

Brian Beggs
CEO

Sompo International
12890 Lebanon Road, Mt. Juliet, TN 37122, U.S.
+1 615 553 9500

www.sompo-intl.com