# Exhibit 7



July 24, 2023

**Via FedEx and Facsimile**

James C. Justice II
208 Dwyer Lane
Lewisburg, WV 24901

Governor James C. Justice II
Office of the Governor
State Capitol, 1900 Kanawha Blvd. E
Charleston, WV 25305
Fax: (304) 342-7025

RE: Notice of Default & Demand for Payment

Dear Governor Justice:

Reference is hereby made to that certain (i) Agreement, dated March 26, 2018, as amended by agreement dated February 4, 2019 (the "Agreement") between and among James C. Justice Companies, Inc., Southern Coal Corporation, Kentucky Fuel Corporation, Justice Family Group, LLC and Mechel Bluestone, Inc. (collectively, "Collateral Justice Companies"), Beech Creek Coal Corp. ("Beech Creek"), and Lexon Insurance Company ("Lexon"); and (ii) Amended & Restated Limited Commercial Guaranty dated February 4, 2019 between James C. Justice II ("You") and Lexon (the "Guaranty"). Capitalized terms used herein without definition have the meanings set forth in the Agreement or Guaranty, as applicable.

The Collateral Justice Companies and Beech Creek, jointly and severally, are in default under the Agreement due to their failure to timely pay Lexon the (i) New Collateral in the amount of Twenty Million U.S. dollars ($20,000,000); and (ii) Total Indebtedness in the amount of $6,724,138.66 U.S. dollars (as of June 30, 2023), which, pursuant to Paragraph 3 of the Agreement, continues to accrue.

Therefore, in accordance with the Guaranty, demand is hereby made on You for payment of $26,724,138.66, plus any additional amount of Total Indebtedness that has accrued as of the date hereof, no later than July 27, 2023.

Sompo International
12890 Lebanon Road, Mt. Juliet, TN 37122, U.S.
+1 615 553 9500

www.sompo-intl.com



Interest on such amounts has been accruing, and continues to accrue, and Lexon demands payment of and reserves its right to recover from You all such amounts due under the Guaranty and applicable law.

In addition, demand also is hereby made on You for payment of all costs, expenses, and fees incurred by or on behalf of Lexon, including the reasonable fees and expenses of Lexon's counsel, in connection with Lexon's enforcement and protection of its rights under the Guaranty. Such costs, expenses and fees have been and continue to be incurred, and Lexon demands payment of and reserves its right to recover from You all such amounts under the Guaranty.

Notice is effective pursuant to Section 7 of the Guaranty. Nothing herein is intended as or shall be considered an amendment or waiver of any of Lexon's rights under any agreement, including the Agreement and Guaranty, or as a matter of law. All rights are reserved.

Sincerely,

Matt Curran
EVP, Head of Surety, North America


Cc:   Stephen W. Ball
      302 S. Jefferson St.
      Roanoke, VA 24011

Sompo International
12890 Lebanon Road, Mt. Juliet, TN 37122, U.S.
+1 615 553 9500

www.sompo-intl.com