# Exhibit 8

| | |
|---|---|
| From: | Steve Ball |
| Sent: | Thursday, December 31, 2020 12:16 PM EST |
| To: | Beggs, Brian; Sentman, Jeremy |
| CC: | Diers, Clinton; Jay |
| Subject: | Justice/Sompo |
| Attachments: | 4743_001.pdf |

Gentlemen,

Please find attached update from Bluestone/Justice.

Thanks and best regards,

Steve



December 31, 2020

Sompo International Insurance
Brian Beggs, CEO
12890 Lebanon Road
Mt. Juliet, TN 37122
Email: bbeggs@sompo-intl.com

Sompo International Insurance
Jeremy T. Sentman, Senior Vice President
　　　　　　　　　Head of Surety Claims
12890 Lebanon Road
Mt. Juliet, TN 37122
Email: jsentman@sompo-intl.com

**Re:　Justice Entities Bonding Program**

Gentlemen,

I am writing to provide an update on where we stand, as well as renew our request to fund specific reclamation projects to eliminate and reduce the overall bond liability. Today, we are making another monthly payment of $135,000 toward the outstanding bond premiums. While recognizing there is still an outstanding past due balance, we are continuing to make progress while chipping away at it.

Thus far, our operational cash flows from our mining activities have been very limited due to the depressed coal pricing as well as dollars we continue to invest in the reclamation efforts to eliminate the bond liability. Fortunately, met coal demand (primarily international), and pricing are both moving upward. These positive movements will start to provide increased cash flow to our mining businesses in the upcoming weeks and months. Therefore, we anticipate being able to substantially increase the dollar amount of the monthly payments made to curtail the premium balance. Although the situation is still quite fluid, we propose to increase the January payment from $135,000 to $160,000, increase the February payment from $135,000 to $180, 000 and the March payment from $135,000 to $200,000. Provided there is not a regression in these met coal fundamentals, we are hopeful we can continue the increased monthly payment of $200,000 for the second quarter of 2021 as well.

On the collateral front, we are continuing to work with several community banks to obtain the additional cash collateral requested by Sompo in its letter of September 25th, 2020. We believe these efforts will bear fruit and ultimately provide us a capital bridge to satisfy this obligation with Sompo. The next update we can provide on this topic will be toward the middle of January when people fully return to work from the holidays.

As mentioned above, and consistent with our discussion when we met in Nashville last January, we would very much like Sompo to consider the funding of several reclamation efforts to reduce the outstanding bond exposure. Providing these reclamation dollars in a precise and orderly fashion will tremendously expedite the elimination of tens upon tens of millions of dollars of outstanding bonds. For example, we have provided you specific projects that for a very nominal amount of money would eliminate the bond requirement 10-fold.

Lastly, we wanted to update you that we have reached several tentative agreements with other surety companies to establish new bonding lines for both reclamation and other financial bonds. We expect these discussions to be finalized in early 2021. Once complete, these new lines could provide an ability to transition a significant portion of the Sompo portfolio to another surety.

In closing, I thank you for your continued partnership and support and look forward to making more positive progress together in 2021. I hope you and your families have a blessed and Happy New Year.

Best regards,

James C. Justice III
President

CC: Stephen W. Ball, Vice President & General Counsel
Clint J. Diers (clint.diers@marshmma.com)