# Exhibit 14

```
 1                J. Justice III - Confidential
 2                UNITED STATES DISTRICT COURT
 3                MIDDLE DISTRICT OF TENNESSEE
    ------------------------------------------------------------x
 4   LEXON INSURANCE COMPANY,
 5                         Plaintiff,        Case No.
                                             3:23-cv-00772
 6             vs.
 7   JAMES C. JUSTICE II,
 8                         Defendant.
    ------------------------------------------------------------x
 9
10
11
12
13
14
15           CONFIDENTIAL VIDEOTAPED DEPOSITION OF
16                     JAMES C. JUSTICE III
17                       New York, New York
18                         April 26, 2024
19
20
21
22
23   Reported by:
24   THOMAS A. FERNICOLA, RPR
25   JOB NO. J11146726
```

1      J. Justice III - Confidential

2

3

4

5           April 26, 2024

6             10:00 a.m.

7

8

9      CONFIDENTIAL VIDEOTAPED DEPOSITION of JAMES C.

10  JUSTICE III, held before Thomas A. Fernicola, a

11  Registered Professional Reporter and Notary Public of

12  the State of New York.

```
 1              J. Justice III - Confidential
 2   A P P E A R A N C E S:
 3
 4            CADWALADER, WICKERSHAM & TAFT LLP
 5            Attorneys for the Plaintiff(s)
 6                 200 Liberty Street
 7                 New York, NY 10281
 8            BY:   JASON HALPER, ESQ.
 9                  ELIZABETH R. MOORE, ESQ.
10
11
12            CAREY DOUGLAS KESSLER & RUBY PLLC
13            Attorneys for the Defendant(s)
14                 707 Virginia Street, East
15                 901 Chase Tower
16                 Charleston, WV 25301
17            BY:   MICHAEL CAREY, ESQ.
18
19
20
21
22
23
24   ALSO PRESENT:
25            SILVIO FACCHIN, Videographer.
```

1          J. Justice III - Confidential
2     all, of our bonds in Kentucky, they've
3     done this, which is just beyond stupid,
4     if you ask me.
5          Q    Is it your contention that that
6     justifies the Justice Companies not
7     having paid premiums for years?
8          A    What I'm saying is, up until
9     when Lexon refused to renew the bonds,
10    there were premiums accruing.
11              I'm saying when they stopped
12    renewing the bonds -- you know, you can't
13    imagine the damage that's going to be
14    worth, but that was a stupid move.
15              And after that, it would be
16    extremely reckless to not renew a bond
17    and still try to charge premiums on it
18    also.
19         Q    Put aside the nonrenewal for a
20    second.
21              Do you agree that the Justice
22    Companies owe premium that accrues over
23    time on bonds at least prior to what
24    you're saying Lexon is not renewing?
25         A    With one proviso.  We agreed

1           J. Justice III - Confidential
2   that Lexon would charge a reduced premium
3   on lines that were already reclaimed.
4           So I don't know.  I'm saying
5   that there is premium accruing.  I just
6   can't say should it be "X" or half of "X"
7   or 20 percent of "X" or whatever.
8       Q    It is what it is, the rate.
9           But you agree, in concept, the
10  Justice Companies owe premiums on
11  outstanding bonds, and those premiums are
12  continuing to accrue while the bonds are
13  outstanding, correct?
14      A    That should happen, in theory,
15  if the bonds are outstanding.
16      Q    If you turn to page 6 of the
17  agreement, at the bottom, there's the
18  paragraph little "C":
19           "The Collateral Justice
20       Companies and Beech Creek
21       recognize that additional amounts
22       for premium may become due during
23       the term of this agreement, and
24       they hereby agree that the new
25       indebtedness shall be increased in

1           J. Justice III - Confidential

2                    CERTIFICATE

3    STATE OF NEW YORK  )
                        :  ss
4    COUNTY OF NEW YORK )

5

6           I, THOMAS A. FERNICOLA, a Registered

7    Professional Reporter and Notary Public within and for

8    the State of New York, do hereby certify:

9           That JAMES C. JUSTICE III, the witness whose

10   deposition is herein before set forth, was duly sworn by

11   me, and that such deposition is a true record of the

12   testimony given by such witness on April 26, 2024.

13          I further certify that I am not related to any

14   of the parties to this action by blood or marriage, and

15   that I am in no way interested in the outcome of this

16   matter.

17          IN WITNESS WHEREOF, I have hereunto set my

18   hand this 28th day of April 2024.

19

20

21                     _____

22                     THOMAS A. FERNICOLA, RPR

23

24

25