IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY,

                Plaintiff,

-against-

JAMES C. JUSTICE II,

                Defendant.

**Case No. 23-cv-0772**

**District Judge Crenshaw**
**Magistrate Judge Holmes**

## PLAINTIFF LEXON INSURANCE COMPANY'S
## WITNESS LIST FOR TRIAL

Plaintiff Lexon Insurance Company ("Lexon" or "Plaintiff") submits the following witness list for trial in the above matter.

1. Brian Beggs

   Mr. Beggs is expected to testify about, *inter alia*, Lexon, Defendant,[1] and Obligors' commercial relationship; the parties' intentions regarding, and the meaning of the terms of, the Agreements[2] and the Guaranty, including the term of the Agreements and Guaranty; the premiums and collateral paid to Lexon under the Agreements; and the premiums and collateral owed to Lexon under the Agreements and the Guaranty.

2. William Muller

   Mr. Muller is expected to testify about, *inter alia*, the premiums and collateral paid to Lexon under the Agreements; the premiums owed to Lexon under the

---

[1] All capitalized terms herein are defined in the Joint [Proposed] Pretrial Order.

[2] The "Agreements" refer to the agreement dated March 26, 2018, as amended on February 4, 2019.

Agreements and the Guaranty; and Lexon's calculation of the premium payments due and owing to Lexon by the Defendant under the Agreements and the Guaranty.

3. Jeremy Sentman

    Mr. Sentman is expected to testify about, *inter alia*, Lexon, Defendant, and the Obligors' commercial relationship; the premiums and collateral paid to Lexon under the Agreements; the premiums and collateral owed to Lexon under the Agreements and the Guaranty; and the parties' intentions regarding, and the meaning of the terms of, the Agreements and the Guaranty.

Lexon reserves the right to call rebuttal witnesses as it deems appropriate.


Dated:       July 28, 2025

|  |  |
|---|---|
| | */s/ Jason Halper* |
| W. Brantley Phillips, Jr. (BPR# 018844) | Jason M. Halper |
| Garrah Carter-Mason (BPR# 037518) | Sara E. Brauerman |
| BASS, BERRY & SIMS PLC | Timbre Shriver |
| 21 Platform Way S, Suite 3500 | VINSON & ELKINS LLP |
| Nashville, TN 37203 | 1114 Avenue of the Americas |
| (615) 742-6200 | New York, NY 10036 |
| bphillips@bassberry.com | jhalper@velaw.com |
| garrah.cartermason@bassberry.com | sbrauerman@velaw.com |
| | tshriver@velaw.com |
| | |
| | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on July 28, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record.

               */s/ W. Brantley Phillips, Jr.*