IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LEXON INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>  -against-<br><br>JAMES C. JUSTICE II,<br><br>         Defendant. | Civil Action No. 3:23-cv-00772<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes |

## PLAINTIFF LEXON INSURANCE COMPANY'S EXHIBIT LIST

  Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's order dated December 26, 2024 (ECF 78), Plaintiff Lexon Insurance Company submits the following exhibit list. Plaintiff reserves the right to introduce into evidence any and all exhibits to rebut or impeach the testimony offered by Defendant, James C. Justice II, or his witnesses. Plaintiff further reserves the right to rely on any of the documents identified on Defendant's exhibit list.

Dated: July 28, 2025                                      Respectfully submitted,

                                                                       VINSON & ELKINS LLP

By: */s/ Jason Halper*
    Jason Halper
    Sara Brauerman
    Timbre Shriver
    jhalper@velaw.com
    sbrauerman@velaw.com
    tshriver@velaw.com

    1114 Avenue of the Americas
    New York, New York 10036
    212.237.0000

    W. Brantley Phillips, Jr.
    Garrah Carter-Mason
    **BASS, BERRY & SIMS PLC**
    21 Platform Way South, Suite 3500
    Nashville, TN 37203
    (615) 742-6200
    bphillips@bassberry.com
    garrah.cartermason@bassberry.com

    *Attorneys for Plaintiff Lexon Insurance Company*

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on July 28, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record listed below:

                                                 /s/ *W. Brantley Phillips, Jr.*

| | | In the United States District Court<br>For the Middle District of Tennessee<br>Honorable Waverly D. Crenshaw, Jr.<br>Cause No. 23-cv-0772<br>Lexon Insurance Company v. James C. Justice II | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates | SJ Exhibit No. (PX/DX) | Offered | Admitted | Obj. |
| 1 | 3/26/2018 | Limited Commercial Guaranty | | | PX2 | | | |
| 2 | 3/26/2018 | Agreement by and between Lexon, James C. Justice II ("Defendant"), Beech Creek Coal Corporation ("Beech Creek"), and James C. Justice Companies, Inc., Southern Coal Corporation, kentucky Fuel Corporation, Justice Family Group, LLC, and Mechel Bluestone, Inc. ("Collateral Justice Companies") | | | PX3 | | | |
| 3 | 9/20/2018 | Email between Kim Marsilio and Jeremy Sentman re James Justice GAI's | LEXON-00003306 | LEXON-00003335 | | | | |
| 4 | 9/27/2018 | Email between Jay Justice, Clinton Diers, and Kieran Moran re [No Subject] | JUSTICE001467 | JUSTICE001467 | | | | |
| 5 | 9/28/2018 | Email between Kieran Moran and Brian Beggs re Justice - Next Steps | LEXON-00006508 | LEXON-00006509 | | | | |
| 6 | 12/5/2018 | Email between Kieran Moran and Brian Beggs, et al re FW Justice Compromise-Sompo 2018 | LEXON-00006131 | LEXON-00006134 | | | | |
| 7 | 12/18/2018 | Email between Jeremy Sentman and Bruce Maas re FW Justice Compromise-Sompo 2018 | LEXON-00005897 | LEXON-00005905 | | | | |
| 8 | 12/31/2018 | Email between Kieran Moran, Brian Beggs, and Jeremy Sentman re FW | LEXON-00002677 | LEXON-00002682 | | | | |
| 9 | 1/2/2019 | Email between Clinton Diers and Jay Justice, et al re [No Subject] | JUSTIC001763 | JUSTICE001764 | | | | |
| 10 | 1/2/2019 | Email between Clinton Diers and Jay Justice re KY bond Inceases / swap | JUSTICE001765 | JUSTICE001766 | | | | |
| 11 | 1/28/2019 | Email between Clinton Diers and Jay Justice, et al re Bond approval from Sompo | JUSTICE001943 | JUSTICE001944 | | | | |
| 12 | 1/30/2019 | Email between Steve Ball, Kieran Moran, and Clinton Diers re Justice/Sompo | JUSTICE001950 | JUSTICE001951 | | | | |
| 13 | 1/31/2019 | Email between Clinton Diers, Steve Ball, and Jay Justice re Justice/Sompo | JUSTICE001960 | JUSTICE001964 | | | | |
| 14 | 1/31/2019 | Email between Kieran Moran, Brian Beggs, and Jeremy Sentman re FW Justice/Sompo | LEXON-00003105 | LEXON-00003108 | | | | |
| 15 | 1/31/2019 | Email between Steve Ball, Clinton Diers, and Jay Justice re Justice/Sompo | JUSTICE007416 | JUSTICE007418 | | | | |
| 16 | 2/4/2019 | Amended & Restated Limited Commercial Guaranty | | | PX1 | | | |

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates | SJ Exhibit No. (PX/DX) | Offered | Admitted | Obj. |
|---|---|---|---|---|---|---|---|---|
| 17 | 2/4/2019 | Amendment No. 1 to Agreement Dated March 26, 2018 by and between Lexon, Defendant, Beech Creek, and the Collateral Justice Companies | | | PX4 | | | |
| 18 | 2/4/2019 | Email between Clinton Diers and Jay Justice, et al with a prior email in the same chain and attachments | JUSTICE001987 | JUSTICE002010 | DX 29 | | | |
| 19 | 1/6/2020 | Email between Clinton Diers and Jay Justice re Monday Meeting | JUSTICE002709 | JUSTICE002712 | | | | |
| 20 | 1/10/2020 | Email between Clinton Diers, Jay Justice, Steve Ball, and Patricia Lewis re FW Justice | JUSTICE002731 | JUSTICE002732 | | | | |
| 21 | 1/15/2020 | Email between Jay Justice and Clinton Diers, et al, with an attachment. | JUSTICE002743 | JUSTICE002752 | DX8 | | | |
| 22 | 1/30/2020 | Amended Surety Side Letter Agreements executed by and between Lexon, Defendant, Beech Creek, and the Collateral Justice Companies | | | PX5 | | | |
| 23 | 1/30/2020 | Email between Jeremy Sentman and Jay Justice, et al, with a prior email in the same chain and an attachment | JUSTICE002788 | JUSTICE002792 | DX 31 | | | |
| 24 | 3/25/2020 | Email between Clinton Diers and Jay Justice re FW Proposal | JUSTICE003008 | JUSTICE003011 | | | | |
| 25 | 3/30/2020 | Email between Brian Beggs and Jay Justice, et al re Proposal | JUSTICE003017 | JUSTICE003020 | DX3 | | | |
| 26 | 3/30/2020 | Amended Surety Side Letter Agreements executed by and between Lexon, Defendant, Beach Creek, and the Collateral Justice Companies | | | PX5 | | | |
| 27 | 6/25/2020 | Email between Brian Beggs and Jay Justice, et al, with a prior email in the same chain | JUSTICE003135 | JUSTICE003136 | DX4 | | | |
| 28 | 9/25/2020 | Notice of Default & Demand for Payment | | | PX6 | | | |
| 29 | 9/25/2020 | Email between Jay Justice and Brian Beggs, et al, with prior emails in the same chain | JUSTICE003188 | JUSTICE003190 | DX27 | | | |

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates | SJ Exhibit No. (PX/DX) | Offered | Admitted | Obj. |
|---|---|---|---|---|---|---|---|---|
| 30 | 10/8/2020 | Email between Stephen W. Ball and Clint Diers, et al, with an attachment. | JUSTICE000113 | JUSTICE000115 | PX18 | | | |
| 31 | 10/8/2020 | Email between Stephen Ball and Clinton Diers, et al, with an attachment | JUSTICE003224 | JUSTICE003226 | DX10 | | | |
| 32 | 10/12/2020 | Notice of Default & Demand for Payment | | | PX7 | | | |
| 33 | 10/12/2020 | Email between Jeremy Sentman and Jay Justice, et al, with attachments | JUSTICE003227 | JUSTICE003231 | DX11 | | | |
| 34 | 12/31/2020 | Letter from James C. Justice III to Lexon | JUSTICE003319 | JUSTICE003321 | PX19 | | | |
| 35 | 3/15/2021 | Email between P. Hennesy, B. Beggs, and M. Olsen, et al, re Justice-Pre-Meeting Notes | LEXON-00005284 | LEXON-00005284 | | | | |
| 36 | 7/27/2021 | Email between Jay Justice, Bill Smikiss, and Brian Block re Update | JUSTICE008861 | JUSTICE008862 | | | | |
| 37 | 8/19/2021 | Email between P. Hennesy and Bill Simkiss re Beech Creek # bond #1064538 | LEXON-00001498 | LEXON-00001641 | | | | |
| 38 | 8/26/2021 | Email between P. Hennesy and Bill Simkiss, copying B. Beggs, et al re Justice Meeting Update | LEXON-00001642 | LEXON-00001646 | | | | |
| 39 | 9/28/2021 | Email between Stephen Ball and Pat Hennesy, et al, with prior emails in the same chain and an attachment. | JUSTICE003956 | JUSTICE003962 | DX19 | | | |
| 40 | 9/28/2021 | Letter to Sompo memorializing "recent meeting in Chicago." | JUSTICE000214 | JUSTICE000220 | | | | |
| 41 | 10/26/2021 | Email between Jay Justice and Pat Hennesy, et al | JUSTICE004028 | JUSTICE004035 | | | | |
| 42 | 10/26/2021 | Email between B. Beggs and P. Hennesy re call with Justice | LEXON-00003993 | LEXON-00003994 | | | | |
| 43 | 12/6/2021 | Email between Jay Justice and Pat Hennesy re Justice/Sompo | JUSTICE004211 | JUSTICE004220 | | | | |

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates | SJ Exhibit No. (PX/DX) | Offered | Admitted | Obj. |
|---|---|---|---|---|---|---|---|---|
| 44 | 12/6/2021 | Emails between Justice and Sompo | LEXON-00003931 | LEXON-00003938 | DX18 (LEXON-0003938) | | | |
| 45 | 12/20/2021 | Email between Pat Hannesy and Jay Justice, et al, re Justice/Sompo | JUSTICE004269 | JUSTICE004279 | | | | |
| 46 | 12/28/2022 | Email between Jay Justice and Clinton Diers, with several other emails in the chain | LEXON-00002073 | LEXON-00002076 | | | | |
| 47 | 5/24/2023 | Email between D. Bugg and J. Sentman, et al, attaching Collateral Tracking Spreadsheet | LEXON-00001947 | LEXON-00001952 | PX12 | | | |
| 48 | 7/24/2023 | July Notice of Default & Demand for Payment | | | PX8 | | | |
| 49 | 7/27/2023 | Email between Stephen Ball and Matt Curran, et al, with an attachment | JUSTICE006464 | JUSTICE006467 | DX26 | | | |
| 50 | 4/10/2024 | Deposition testimony of Stephen W. Ball | | | | | | |
| 51 | 4/23/2024 | Amended Answer of James Justice II | | | PX10 | | | |
| 52 | 4/25/2024 | Deposition testimony of Jeremy Sentman | | | | | | |
| 53 | 4/26/2024 | Deposition testimony of James "Jay" C. Justice, II | | | | | | |
| 54 | 4/26/2024 | Deposition testimony of Patrick Hennesy | | | | | | |
| 55 | 4/26/2024 | Deposition testimony of James C. Justice, III | | | | | | |
| 56 | 4/30/2024 | Deposition testimony of Brian Beggs | | | | | | |
| 57 | 7/28/2024 | Complaint, Lexon Insurance Company v. James C. Justice II | | | | | | |
| 58 | 6/30/2025 | Premium Tracking Spreadsheet 2016-2025 | LEXON-00008628 | LEXON-00008628 | | | | |
| 59 | 6/30/2025 | Premium Tracking Spreadsheet 2019-2025 | LEXON-00008629 | LEXON-00008629 | | | | |