# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LEXON INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-00772 |
| JAMES C. JUSTICE II, | ) |
| Defendant. | ) |

## ORDER

The Court held a status conference on July 29, 2025 to discuss the upcoming trial. As discussed on the record, the pretrial conference is **RESET** for 1:00 p.m. on Friday, **August 15, 2025**. All attorneys who will participate in trial must be present at the pretrial conference. The trial is **RESET** to 1:00 p.m. on Wednesday, **August 20, 2025** and will continue on August 21 and 22, 2025.

On or before 12:00 p.m. on Monday, **August 11, 2025**, the parties shall file: (1) anticipated proposed findings of fact and conclusions of law; (2) a list of demonstratives, including whether there are any objections to them and if there are objections the parties should present their respective positions; (3) a list of exhibits the parties have agreed to the authenticity and/or admissibility of; and (4) any stipulated facts for trial.

Additionally, in lieu of closing arguments, the parties agreed and the Court concurs that the parties will file supplemental findings of fact and conclusions of law 30 days after the trial transcript becomes available.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE