# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

LEXON INSURANCE COMPANY,

Plaintiff

v.

JAMES C. JUSTICE, II,

Defendant.

Case No. 3:23-cv-00772

Judge Waverly D. Crenshaw, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Steven R. Ruby hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for James C. Justice, II.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: U.S. Dist. Ct. for Southern District of West Virginia

    Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

3. I have not been found in contempt by any court or tribunal, except as provided below:

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

Applicant was charged with a misdemeanor driving offense in 2018. The charge was dismissed pursuant to a diversion agreement.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Peter C. Robison
424 Church St., Suite 2500, Nashville, TN 37219
(615) 259-1366
probison@lewisthomason.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Steve R. Ruby         Signature

Name: Steven R. Ruby
State where admitted and State Bar Number: West Virginia State Bar No. 10752
Business Address: 707 Virginia St. E., Suite 901, Charleston, WV 25301
Local Address [if different from above]:
Phone: (304) 345-1234
Email: sruby@cdkrlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on August 11, 2025, a true and exact copy of the foregoing was served via the Court's electronic case filing system upon the following:

  Jason M. Halper (admitted pro hac vice)
  Sara E. Brauerman (admitted pro hac vice)
  Timbre Shriver (admitted pro hac vice)
  VINSON & ELKINS LLP
  jhalper@velaw.com
  sbrauerman@velaw.com
  tshriver@velaw.com

  W. Brantley Phillips, Jr.
  Garrah Carter-Mason
  BASS, BERRY & SIMS PLC
  bphillips@bassberry.com
  garrah.cartermason@bassberry.com

            */s/ Peter C. Robison*
            Peter C. Robison