# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

# CERTIFICATE OF GOOD STANDING

I, _____ RORY L. PERRY II _____, Clerk of this Court, certify that _____ STEVEN ROBERT RUBY _____ was duly admitted to practice in this Court on _____ September 3, 2008 _____ and is in good standing in this Court.
*(Date)*

Dated at _____ Charleston _____ on _____ May 14, 2025 _____
*(Location)*          *(Date)*

RORY L. PERRY II
*CLERK*

*[signature]*
*DEPUTY CLERK*