IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY,

               Plaintiff,

       -against-

JAMES C. JUSTICE II,

              Defendant.

Civil Action No.  3:23-cv-00772

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Barbara D. Holmes

## JOINT EXHIBIT LIST

Pursuant to the Court's Order dated July 30, 2025 (ECF 99), Plaintiff Lexon Insurance Company and Defendant James C. Justice II submit the enclosed joint exhibit list. The parties hereby stipulate to the authenticity of all exhibits listed on the joint exhibit list and to the admissibility of those exhibits, subject to the objections noted therein. Each party reserves the right to introduce into evidence any and all exhibits to rebut or impeach the testimony offered by the opposing party, or its witnesses.

Dated: August 11, 2025

By: */s/ W. Brantley Phillips, Jr.*
W. Brantley Phillips, Jr.
Garrah Carter-Mason
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200
bphillips@bassberry.com
garrah.cartermason@bassberry.com

Jason Halper
Sara Brauerman
Timbre Shriver
VINSON & ELKINS LLP
1114 Avenue of the Americas
New York, New York 10036
212.237.0000
jhalper@velaw.com
sbrauerman@velaw.com
tshriver@velaw.com

*Attorneys for Plaintiff*

By: */s/ Peter C .Robison*
Peter C. Robison (No. 27498)
LEWIS THOMASON, P.C.
427 Church Street, Suite 2500
Nashville, TN 37219
(615) 259-1366
pcrobison@lewisthomason.com

David R. Pogue
Raymond S. Franks II
CAREY DOUGLAS KESSLER &
RUBY PLLC
707 Virginia Street E.
Suite 901
Charleston, WV 25301
(304) 345-1234
dpogue@cdkrlaw.com
rfranks@cdkrlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 11, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record.

*/s/ W. Brantley Phillips, Jr.*