Honorable Waverly D. Crenshaw, Jr.
No. 3:23-cv-0772
Lexon Insurance Company v. James C. Justice II

| JX No. | PX No. | DX No. | Date | Exhibit Name | Beg Bates | End Bates | Pl. Obj. | Def. Obj. |
|---|---|---|---|---|---|---|---|---|
| 1 | | 15 | 3/23/2018 | Email between Clint Diers and Jay Justice, et al re FW Justice Coal | JUSTICE000372 | JUSTICE000390 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |
| 2 | 1 | 2 | 3/26/2018 | Limited Commercial Guaranty | | | | |
| 3 | 2 | 1 | 3/26/2018 | Agreement by and between Lexon, James C. Justice II ("Defendant"), Beech Creek Coal Corporation ("Beech Creek"), and James C. Justice Companies, Inc., Southern Coal Corporation, Kentucky Fuel Corporation, Justice Family Group, LLC, and Mechel Bluestone, Inc. ("Collateral Justice Companies") | | | | |
| 4 | 3 | | 9/20/2018 | Email between Kim Marsilio and Jeremy Sentman re James Justice GAI's | LEXON-00003306 | LEXON-00003335 | | |
| 5 | 4 | | 9/27/2018 | Email between Jay Justice, Clinton Diers, and Kieran Moran re [No Subject] | JUSTICE001467 | JUSTICE001467 | | |
| 6 | 5 | | 9/28/2018 | Email between Kieran Moran and Brian Beggs re Justice - Next Steps | LEXON-00006508 | LEXON-00006509 | | |
| 7 | 6 | | 12/5/2018 | Email between Kieran Moran and Brian Beggs, et al re FW Justice Compromise-Sompo 2018 | LEXON-00006131 | LEXON-00006134 | | |
| 8 | 7 | | 12/18/2018 | Email between Jeremy Sentman and Bruce Maas re FW Justice Compromise-Sompo 2018 | LEXON-00005897 | LEXON-00005905 | | |
| 9 | 8 | | 12/31/2018 | Email between Kieran Moran, Brian Beggs, and Jeremy Sentman re FW | LEXON-00002677 | LEXON-00002682 | | |
| 10 | 9 | | 1/2/2019 | Email between Clinton Diers and Jay Justice, et al re [No Subject] | JUSTIC001763 | JUSTICE001764 | | |

| JX No. | PX No. | DX No. | Date | Exhibit Name | Beg Bates | End Bates | Pl. Obj. | Def. Obj. |
|---|---|---|---|---|---|---|---|---|
| 11 | 10 | | 1/2/2019 | Email between Clinton Diers and Jay Justice re KY bond Inceases / swap | JUSTICE001765 | JUSTICE001766 | | |
| 12 | 11 | | 1/28/2019 | Email between Clinton Diers and Jay Justice, et al re Bond approval from Sompo | JUSTICE001943 | JUSTICE001944 | | |
| 13 | 12 | | 1/30/2019 | Email between Steve Ball, Kieran Moran, and Clinton Diers re Justice/Sompo | JUSTICE001950 | JUSTICE001951 | | |
| 14 | 13 | | 1/31/2019 | Email between Clinton Diers, Steve Ball, and Jay Justice re Justice/Sompo | JUSTICE001960 | JUSTICE001964 | | |
| 15 | 14 | | 1/31/2019 | Email between Kieran Moran, Brian Beggs, and Jeremy Sentman re FW Justice/Sompo | LEXON-00003105 | LEXON-00003108 | | |
| 16 | 15 | | 1/31/2019 | Email between Steve Ball, Clinton Diers, and Jay Justice re Justice/Sompo | JUSTICE007416 | JUSTICE007418 | | |
| 17 | 16 | 4 | 2/4/2019 | Amended & Restated Limited Commercial Guaranty | | | | |
| 18 | 17 | 3 | 2/4/2019 | Amendment No. 1 to Agreement Dated March 26, 2018 by and between Lexon, Defendant, Beech Creek, and the Collateral Justice Companies | | | | |
| 19 | 18 | 16 | 2/4/2019 | Email between Clinton Diers and Jay Justice, et al with a prior email in the same chain and attachments | JUSTICE001987 | JUSTICE002010 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |
| 20 | | 20 | 2/5/2019 | Email between Steve Ball and Summer Harrison re FW James C. Justice | JUSTICE007420 | JUSTICE007423 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |
| 21 | | 8 | 2/25/2019 | Email between Kieran Moran and Brian Beggs, et al re Justice Update | LEXON-00002683 | LEXON-00002688 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |

| JX No. | PX No. | DX No. | Date | Exhibit Name | Beg Bates | End Bates | Pl. Obj. | Def. Obj. |
|---|---|---|---|---|---|---|---|---|
| 22 |  | 9 | 10/29/2019 | Email between Brian Beggs and Pat Hennesy re James Justice FW Urgent New Bond Request | LEXON-00004040 | LEXON-00004044 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 |  |
| 23 |  | 10 | 10/29/2019 | Email between Brian Beggs and Clint Diers re James Justice FW Urgent New Bond Request | LEXON-00007486 | LEXON-00007491 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 |  |
| 24 |  | 11 | 10/31/2019 | Email between Brian Beggs and Clint Diers re James Justice FW Urgent New Bond Request | LEXON-00007520 | LEXON-00007526 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 |  |
| 25 | 19 |  | 1/6/2020 | Email between Clinton Diers and Jay Justice re Monday Meeting | JUSTICE002709 | JUSTICE002712 |  |  |
| 26 |  | 12 | 1/9/2020 | Email between Brian Beggs and Clint Diers, et al re Justice | LEXON-00001953 | LEXON-00001956 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 |  |
| 27 | 20 |  | 1/10/2020 | Email between Clinton Diers, Jay Justice, Steve Ball, and Patricia Lewis re FW Justice | JUSTICE002731 | JUSTICE002732 |  |  |
| 28 | 21 |  | 1/15/2020 | Email between Jay Justice and Clinton Diers, et al, with an attachment. | JUSTICE002743 | JUSTICE002752 |  |  |
| 29 |  | 13 | 1/16/2020 | Email between Brian Beggs and Clint Diers, et al re Bonds | LEXON-00001957 | LEXON-00001961 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 |  |

| JX No. | PX No. | DX No. | Date | Exhibit Name | Beg Bates | End Bates | Pl. Obj. | Def. Obj. |
|---|---|---|---|---|---|---|---|---|
| 30 | | 21 | 1/17/2020 | Email between Bill Muller and Jeremy Sentman et al re Justice Bonds | LEXON-00000778 | LEXON-00000782 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |
| 31 | 22 | 5 | 1/30/2020 | Amended Surety Side Letter Agreements executed by and between Lexon, Defendant, Beech Creek, and the Collateral Justice Companies | | | | |
| 32 | 23 | 17 | 1/30/2020 | Email between Jeremy Sentman and Jay Justice, et al, with a prior email in the same chain and an attachment | JUSTICE002788 | JUSTICE002792 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |
| 33 | | 7 | 1/31/2020 | Email between Jeremy Sentman and Brian Beggs re FW Game plan | LEXON-00000528 | LEXON-00000535 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |
| 34 | | 22 | 2/27/2020 | Email between Summer Harrison and Todd Robinson re FW re YE Balances | JUSTICE008153 | JUSTICE008155 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |
| 35 | 24 | | 3/25/2020 | Email between Clinton Diers and Jay Justice re FW Proposal | JUSTICE003008 | JUSTICE003011 | | |
| 36 | 25 | 18 | 3/30/2020 | Email between Brian Beggs and Jay Justice, et al re Proposal | JUSTICE003017 | JUSTICE003020 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |

| JX No. | PX No. | DX No. | Date | Exhibit Name | Beg Bates | End Bates | Pl. Obj. | Def. Obj. |
|---|---|---|---|---|---|---|---|---|
| 37 | 26 | 6 | 3/30/2020 | Amended Surety Side Letter Agreements executed by and between Lexon, Defendant, Beach Creek, and the Collateral Justice Companies | | | | |
| 38 | | 19 | 6/16/2020 | Email between Jeremy Sentman and Brian Beggs et al re Sompo Short, and Long term proposal | LEXON-00003432 | LEXON-00003433 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |
| 39 | 27 | | 6/25/2020 | Email between Brian Beggs and Jay Justice, et al, with a prior email in the same chain | JUSTICE003135 | JUSTICE003136 | | |
| 40 | 28 | | 9/25/2020 | Notice of Default & Demand for Payment | | | | |
| 41 | 29 | | 9/25/2020 | Email between Jay Justice and Brian Beggs, et al, with prior emails in the same chain | JUSTICE003188 | JUSTICE003190 | | |
| 42 | 30 | | 10/8/2020 | Email between Stephen W. Ball and Clint Diers, et al, with an attachment. | JUSTICE000113 | JUSTICE000115 | | |
| 43 | 31 | | 10/8/2020 | Email between Stephen Ball and Clinton Diers, et al, with an attachment | JUSTICE003224 | JUSTICE003226 | | |
| 44 | 32 | | 10/12/2020 | Notice of Default & Demand for Payment | | | | |
| 45 | 33 | | 10/12/2020 | Email between Jeremy Sentman and Jay Justice, et al, with attachments | JUSTICE003227 | JUSTICE003231 | | |
| 46 | 34 | | 12/31/2020 | Letter from James C. Justice III to Lexon | JUSTICE003319 | JUSTICE003321 | | |
| 47 | 35 | | 3/15/2021 | Email between P. Hennesy, B. Beggs, and M. Olsen, et al, re Justice-Pre-Meeting Notes | LEXON-00005284 | LEXON-00005284 | | |
| 48 | 36 | | 7/27/2021 | Email between Jay Justice, Bill Smikiss, and Brian Block re Update | JUSTICE008861 | JUSTICE008862 | | |
| 49 | 37 | | 8/19/2021 | Email between P. Hennesy and Bill Simkiss re Beech Creek # bond #1064538 | LEXON-00001498 | LEXON-00001641 | | |
| 50 | 38 | 23 | 8/26/2021 | Email between P. Hennesy and Bill Simkiss, copying B. Beggs, et al re Justice Meeting Update | LEXON-00001642 | LEXON-00001646 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |

| JX No. | PX No. | DX No. | Date | Exhibit Name | Beg Bates | End Bates | Pl. Obj. | Def. Obj. |
|---|---|---|---|---|---|---|---|---|
| 51 | | 24 | 9/15/2021 | Email between Pat Hennesy and Steve Ball, re Justice Aging, with attachment | JUSTICE003936 | JUSTICE003937 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |
| 52 | | 25 | 9/16/2021 | Email between Jay Justice and Jeremy Sentman et al re Fwd | JUSTICE003938 | JUSTICE003940 | Reserving objection pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 | |
| 53 | 39 | | 9/28/2021 | Email between Stephen Ball and Pat Hennesy, et al, with prior emails in the same chain and an attachment. | JUSTICE003956 | JUSTICE003962 | | |
| 54 | 40 | | 9/28/2021 | Letter to Sompo memorializing "recent meeting in Chicago." | JUSTICE000214 | JUSTICE000220 | | |
| 55 | 41 | | 10/26/2021 | Email between Jay Justice and Pat Hennesy, et al | JUSTICE004028 | JUSTICE004035 | | |
| 56 | 42 | | 10/26/2021 | Email between B. Beggs and P. Hennesy re call with Justice | LEXON-00003993 | LEXON-00003994 | | |
| 57 | 43 | | 12/6/2021 | Email between Jay Justice and Pat Hennesy re Justice/Sompo | JUSTICE004211 | JUSTICE004220 | | |
| 58 | 44 | | 12/6/2021 | Emails between Justice and Sompo | LEXON-00003931 | LEXON-00003938 | | |
| 59 | 45 | | 12/20/2021 | Email between Pat Hannesy and Jay Justice, et al, re Justice/Sompo | JUSTICE004269 | JUSTICE004279 | | |
| 60 | | 26 | 10/8/2022 | Email between Pat Hennesy and Jeremy Sentman et al re FW Justice | LEXON-000001008 | LEXON-000001012 | Reserving objections pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 and FRE 408 if settlement negotiation is offered to prove or disprove any claim at issue | |

| JX No. | PX No. | DX No. | Date | Exhibit Name | Beg Bates | End Bates | Pl. Obj. | Def. Obj. |
|---|---|---|---|---|---|---|---|---|
| 61 | | 27 | 12/5/2022 | Email between Pat Hennesy and Jeremy Sentman et al re Fwd Justice | LEXON-000002230 | LEXON-000002236 | Reserving objections pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 and FRE 408 if settlement negotiation is offered to prove or disprove any claim at issue | |
| 62 | 46 | | 12/28/2022 | Email between Jay Justice and Clinton Diers, with several other emails in the chain | LEXON-00002073 | LEXON-00002076 | | |
| 63 | | 28 | 1/4/2023 | Email between Pat Hennesy and Jay Justice et al re Justice-Marsh/Sompo Settlement | JUSTICE005945 | JUSTICE005947 | Reserving objections pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 and FRE 408 if settlement negotiation is offered to prove or disprove any claim at issue | |
| 64 | | 29 | 2/13/2023 | Email between Clint Diers and Jay Justice et al re | JUSTICE006071 | JUSTICE006074 | Reserving objections pursuant to FRE 402 if offered in connection with any issue not included in 1–3 of the parties' joint statement of issues set forth in ECF 96 and FRE 408 if settlement negotiation is offered to prove or disprove any claim at issue | |
| 65 | 47 | | 5/24/2023 | Email between D. Bugg and J. Sentman, et al, attaching Collateral Tracking Spreadsheet | LEXON-00001947 | LEXON-00001952 | | |
| 66 | 48 | | 7/24/2023 | July Notice of Default & Demand for Payment | | | | |
| 67 | 49 | | 7/27/2023 | Email between Stephen Ball and Matt Curran, et al, with an attachment | JUSTICE006464 | JUSTICE006467 | | |
| 68 | 51 | | 4/23/2024 | Amended Answer of James Justice II | | | | |

| JX No. | PX No. | DX No. | Date | Exhibit Name | Beg Bates | End Bates | Pl. Obj. | Def. Obj. |
|---|---|---|---|---|---|---|---|---|
| 69 | 57 | | 7/28/2024 | Complaint, Lexon Insurance Company v. James C. Justice II | | | | |
| 70 | 58 | | 6/30/2025 | Premium Tracking Spreadsheet 2016-2025 | LEXON-00008628 | LEXON-00008628 | | |
| 71 | 59 | | 6/30/2025 | Premium Tracking Spreadsheet 2019-2025 | LEXON-00008629 | LEXON-00008629 | | |
| 72 | 60 | | 6/30/2025 | Payment Summary Pivot Table | | | | |
| 73 | | 14 | | Debit Confirmations, with Summary | JUSTICE009642 | JUSTICE009708 | | |