Defendant's Exhibit 7

**From:** "Sentman, Jeremy" <JSentman@sompo-intl.com>
**Sent:** Fri, 31 Jan 2020 17:03:58 -0600 (CST)
**To:** "Beggs, Brian" <bbeggs@sompo-intl.com>
**Subject:** FW: Game plan
**Attachments:** SKMBT_C45220013117480.pdf

---

Please execute and send back to Steve and Jay.

**Jeremy T. Sentman, Esq, PE, PLS**
*Senior Vice President*
*Head of Surety Claims*
12890 Lebanon Road
Mt. Juliet, TN 37122
Direct Tel +1-312-994-5473
Mobile +1-630-514-9471
Email: jsentman@sompo-intl.com
www.sompo-intl.com

---

**From:** Steve Ball <steve.ball@bluestone-coal.com>
**Sent:** Friday, January 31, 2020 5:01 PM
**To:** Sentman, Jeremy <JSentman@sompo-intl.com>; Beggs, Brian <bbeggs@sompo-intl.com>; Jay Justice <jcj3@bluestone-coal.com>
**Cc:** Steve Ball <steve.ball@bluestoneindustries.com>; Diers, Clinton <clint.diers@marshmma.com>
**Subject:** RE: Game plan

EXTERNAL SENDER

Jeremy- Executed Side Letter Agreement attached. Thanks, Steve

---

**From:** Sentman, Jeremy <JSentman@sompo-intl.com>
**Sent:** Friday, January 31, 2020 1:54 PM
**To:** Beggs, Brian <bbeggs@sompo-intl.com>; jcj3@bluestone-coal.com
**Cc:** Steve Ball <steve.ball@bluestone-coal.com>; Steve Ball <steve.ball@bluestoneindustries.com>; Diers, Clinton <clint.diers@marshmma.com>
**Subject:** RE: Game plan

Jay-

The current agreements require Justice to fund $10MM less any previous Collateral Payments on or before April 1, 2020. Sompo is fine leaving that schedule in place.

In the spirit of our discussions and your stated desire for some relief on making payments, I did not think that Justice wanted to make the April 2020 Additional Collateral Payment; therefore, I adjusted the letter to push out that payment schedule to September 2020.

The Amended Side Letter Agreement already says that there will be no collateral payment for six (6) months.

We fully contemplated that we would be sitting down in advance of the July 2020 collateral reinstatement to review progress; however, Sompo is not willing to leave the matter open ended.

With regard to your question on why Beech Creek Coal Corp. is a signatory: They are a party to the underlying agreements.

Please advise on when the wire will be sent and when we can expect the fully executed Amended Side Letter Agreement.

Thank you.

Jeremy

**Jeremy T. Sentman, Esq, PE, PLS**
*Senior Vice President*
*Head of Surety Claims*
12890 Lebanon Road
Mt. Juliet, TN 37122
Direct Tel +1-312-994-5473
Mobile +1-630-514-9471
Email: jsentman@sompo-intl.com
www.sompo-intl.com

---

**From:** Beggs, Brian <bbeggs@sompo-intl.com>
**Sent:** Friday, January 31, 2020 12:54 PM
**To:** jcj3@bluestone-coal.com
**Cc:** Steve Ball <steve.ball@bluestone-coal.com>; Steve Ball <steve.ball@bluestoneindustries.com>; Diers, Clinton <clint.diers@marshmma.com>; Sentman, Jeremy <JSentman@sompo-intl.com>
**Subject:** Re: Game plan

The collateral replenishment targets were part of the original agreement. While we have agreed to push everything out 6 months, we did not agree to waive the requirements.

Brian

Sent from my iPhone

On Jan 31, 2020, at 12:24 PM, "jcj3@bluestone-coal.com" <jcj3@bluestone-coal.com> wrote:

EXTERNAL SENDER

Sompo guys. We did not agree to the collateral replenishment targets listed below. I'm happy to discuss

this down the road if we aren't (for some unforeseen reason) making progress to reduce the bonds. Would you be ok with this language " **There will be no collateral payments for 6 months. The parties will sit down in May of 2020 to discuss next steps on collateral replenishments, curtailment of liabilities, and future plans"**

Sent from my Porsche Design P´9983 smartphone from BlackBerry.

---

**From:** Steve Ball
**Sent:** Friday, January 31, 2020 11:29 AM
**To:** jcj3@bluestone-coal.com; Steve Ball
**Subject:** RE: Game plan

Pulling up the old agreement now, but here are the bullet points:

- $250,000 per month January through June;
- No collateral payments for 6 months;
- Collateral payments recommence in July 2020;
- Collateral Replenishment Schedule is revised to:
  - $10,000,000 by October 1, 2020;
  - $15,000,000 by April 1, 2021;
  - $20,000,000 by September 30, 2021;
- Lexon can use the existing $5,750,000 in collateral as it sees fit to reduce reclamation obligations.
- Collateral will be released in $500,000 increments.
- Justice to provide a list or reclamation priorities by February 17, 2020

---

**From:** jcj3@bluestone-coal.com <jcj3@bluestone-coal.com>
**Sent:** Friday, January 31, 2020 9:49 AM
**To:** Steve Ball <steve.ball@bluestoneindustries.com>
**Subject:** Fw: Game plan

Why is Beech Creek a party to this.

Sent from my Porsche Design P´9983 smartphone from BlackBerry.

---

**From:** Sentman, Jeremy <JSentman@sompo-intl.com>
**Sent:** Friday, January 31, 2020 9:42 AM
**To:** jcj3@bluestone-coal.com; Steve Ball
**Cc:** Beggs, Brian; Diers, Clinton
**Subject:** FW: Game plan

Good morning Jay and Steve,

Please confirm that Sompo will be receiving the following before the close of business today:

- The Amended Side Letter Agreement Dated January 30, 2020 (see attached) fully executed by the Collateral Justice Companies, Beech Creek Coal Corp. and James C. Justice II; and
- A wire in the amount of $250,000 for the newly agreed to Premium Payment amount.

Please let us know if there are any issues.

Thanks for your help.

Jeremy

<image001.jpg>

**Jeremy T. Sentman, Esq, PE, PLS**
*Senior Vice President*
*Head of Surety Claims*
12890 Lebanon Road
Mt. Juliet, TN 37122
Direct Tel +1-312-994-5473
Mobile +1-630-514-9471
Email: jsentman@sompo-intl.com
www.sompo-intl.com

---

**From:** Sentman, Jeremy
**Sent:** Thursday, January 30, 2020 12:44 PM
**To:** jcj3@bluestone-coal.com; Steve Ball <steve.ball@bluestone-coal.com>; Diers, Clinton <clint.diers@marshmma.com>; Beggs, Brian <bbeggs@sompo-intl.com>
**Subject:** RE: Game plan

Jay and Steve,

Thank you for your e-mail below.

Please note that your e-mail below will not serve as an agreement, amendment or any other revision to the existing March 26, 2018 Agreement, Amendment No. 1 To Agreement Dated March 26, 2018 or Side Letter Agreement dated May 1, 2019 currently in place between Lexon and the Justice Companies.

Attached, please find an Amended Side Letter Agreement Dated January 30, 2020 that sets forth the agreed upon terms.

Please have the letter executed and retuned to me with a copy to Brian.

Once we have all the required signatures (including James C. Justice II), Brian will execute and I will forward a fully executed copy of the Amended Side Letter Agreement Dated January 30, 2020 to you.

Please be advised that until this Amended Side Letter Agreement Dated January 30, 2020 has been fully executed by all parties, the existing March 26, 2018 Agreement, Amendment No. 1 To Agreement Dated March 26, 2018 and Side Letter Agreement dated May 1, 2019 remain in full force an effect and that no prior verbal discussions, e-mails or other communications shall have served to modify, change or otherwise altered those existing agreements.

Please let me know if you have any questions.

Thank you.

Jeremy

<image001.jpg>

**Jeremy T. Sentman, Esq, PE, PLS**
*Senior Vice President*
*Head of Surety Claims*
12890 Lebanon Road
Mt. Juliet, TN 37122
Direct Tel +1-312-994-5473
Mobile +1-630-514-9471
Email: jsentman@sompo-intl.com
www.sompo-intl.com

---

**From:** jcj3@bluestone-coal.com <jcj3@bluestone-coal.com>
**Sent:** Wednesday, January 29, 2020 1:55 PM
**To:** Steve Ball <steve.ball@bluestone-coal.com>; Diers, Clinton <clint.diers@marshmma.com>; Beggs, Brian <bbeggs@sompo-intl.com>; Sentman, Jeremy <JSentman@sompo-intl.com>
**Subject:** Game plan

EXTERNAL SENDER

All, Since we do not have the formal documents back from Sompo council. This email should serve as our agreement so that the parties can process payments at Jan 31.

- Justice will make a 250,000 per month premium payment for the next 6 months. This is up from 200,000 per month.
- Justice will not make any collateral payments monthly for now.
- The existing collateral 5.750M will be used to curtail the bond exposure. Justice has provided it's plan to attack and reduce the liability. Justice thinks 5.75M gets rid of around 38M in Bond.
- Collateral disbursements to be administered by Sompo.
- Justice to send Sompo a list of first bonds to attack on the list in the upcoming days for Sompo approval.
- Formal documents to be exchanged and executed. Documents being prepared by Sompo council.

Thanks Jay. **P.S. - Justice will be making the 250,000 premium payment on Friday January 31st per the agreement.**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

<image001.jpg>



January 30, 2020

Collateral Justice Companies
Attn: James C. Justice III
302 S. Jefferson Street
Suite 600
Roanoke, Virginia 24011

and

Attn: Stephen W. Ball
General Counsel
302 S. Jefferson Street
Suite 600
Roanoke, Virginia 24011

James C. Justice II
208 Dwyer Lane
Lewisburg, West Virginia 24901

JANUARY 30, 2020 AMENDED SURETY SIDE LETTER AGREEMENT

RE: Agreement Dated March 26, 2018

Dear Sirs:

This January 30, 2020 Amended Surety Side Letter Agreement ("Amended Side Letter Agreement") supersedes and replaces in its entirety the May 1, 2019 Surety Side Letter Agreement.

Pursuant to the March 26, 2018 Agreement as amended by Amendment No. 1 dated as of February 4, 2019 (the "Agreement") and in consideration of the terms and conditions of this Amended Side Letter Agreement and other good and valuable consideration herein acknowledged as received, James C. Justice Companies, Inc., Southern Coal Corporation, Kentucky Fuel Corporation, Justice Family Group, LLC and Mechel Bluestone, Inc., (collectively, "Collateral Justice Companies"), Beech Creek Coal Corp. ("Beech Creek") and Lexon Insurance Company ("Lexon") agree to the following:

1) Beginning with the January 2020 Premium Payment (due on or before January 31, 2020) the Collateral Justice Companies and Beech Creek shall pay $250,000 on or before the last day of each month and continuing for the next five months through the June payment. Thereafter, beginning with the July 2020 payment, the monthly Premium Payment due will

**Sompo International Insurance**
12890 Lebanon Road, Mt. Juliet, TN 37122, U.S.
+1.625.553.9500
www.sompo-intl.com

revert back to $200,000 as required under the Agreement. The Parties agree that all outstanding Total Indebtedness continues to remain due and owing.

2) The obligation to make Collateral Payments is suspended for six months. Monthly Collateral Payments of $250,000 payable on the last day of each month shall recommence with the July 2020 Collateral Payment. The Parties agree that all outstanding Collateral Payments obligations continue to remain due and owing.

3) Given that the New Collateral as set forth in Paragraph 2) of the Agreement has not been delivered to Lexon as required, the Parties agree that without Lexon waiving any rights the schedule of Additional Collateral Payments as set forth in Paragraph 2) d) is revised as follows:

   i. The Collateral Justice Companies and Beech Creek, jointly and severally, agree to pay Lexon an amount equal to Ten Million U.S. dollars ($10,000,000) less any Collateral Payments previously made including any partial Collateral Payment, less any Additional Collateral Payment previously made. Such payment shall be due on or before October 1, 2020.

   ii. To the extent that the New Collateral has not been fully delivered to Lexon on or before March 30, 2021, the Collateral Justice Companies and Beech Creek, jointly and severally, agree to pay Lexon an amount equal to Fifteen Million U.S. dollars ($15,000,000) less any Collateral Payments previously made including any partial Collateral Payment, less any Additional Collateral Payment previously made. Such payment shall be due on or before April 1, 2021.

   iii. To the extent that the New Collateral has not been fully delivered to Lexon on or before September 30, 2021, the Collateral Justice Companies and Beech Creek, jointly and severally, agree to pay Lexon an amount equal to Twenty Million U.S. dollars ($20,000,000) less any Collateral Payments previously made including any partial Collateral Payment, less any Additional Collateral Payment previously made. Such payment shall be due on or before October 1, 2022.

4) Lexon shall continue to have absolute discretion on the use of the approximately $5,750,000 in Collateral that has been deposited. In its sole discretion Lexon agrees to use the Collateral in $500,000 increments to reduce various reclamation obligations, but the amount of Collateral on deposit shall not decrease below$2,500,000.

5) Lexon shall continue to have absolute discretion and authority, but will work with the Collateral Justice Companies and Beech Creek to prioritize the various reclamation obligations.

6) On or before February 17, 2020 the Collateral Justice Companies and Beech Creek shall provide Lexon with a listing of suggested permits and bonds to begin funding reclamation activities.

With respect to the above payment obligations, James C. Justice II has also provided certain guarantees as set forth in the Agreement. In addition, nothing herein shall be considered an

amendment or waiver of any of the rights and obligations of James C. Justice II and Lexon under the Amended & Restated Limited Commercial Guaranty dated February 4, 2019.

This Amended Side Letter Agreement supplements the Agreement and constitutes a valid and binding agreement between the parties. This Amended Side Letter Agreement is not intended to otherwise modify the duties and obligations of Collateral Justice Companies, Beech Creek and James C. Justice II or Lexon's rights under the Agreement. To the extent of any conflict between this Amended Side Letter Agreement and the Agreement, this Amended Side Letter Agreement shall prevail. Nothing herein shall constitute a waiver of any of the rights and obligations of the Parties under the Agreement or as a matter of law.

Capitalized terms used but not otherwise defined in this side letter agreement shall have the meaning set forth in the Agreement.

Sincerely,

**LEXON INSURANCE COMPANY**

By: ______________________________
Name: Brian Beggs
Title: CEO

**JAMES C. JUSTICE COMPANIES, INC.**

By: ______________________________
Name: James C. Justice III
Title: President

**SOUTHERN COAL CORPORATION**

By: ______________________________
Name: James C. Justice III
Title: President

**JUSTICE FAMILY GROUP, LLC**

By: ______________________________
Name: James C. Justice III
Title: Member

______________________________
James C. Justice II

**MECHEL BLUESTONE, INC.**

By: ______________________________
Name: James C. Justice III
Title: President

**KENTUCKY FUEL CORPORATION**

By: ______________________________
Name: James C. Justice III
Title: President

**BEECH CREEK COAL CORP.**

By: ______________________________
Name: James C. Justice III
Title: President