**Defendant's Exhibit 14**

| Date | Vendor | Amount | Bates # | Collateral or Premium |
|---|---|---|---|---|
| 10/02/18 | Lexon Insurance Company | $500,000.00 | JUSTICE009707 | Premium |
| 10/26/18 | Lexon Insurance Company | $500,000.00 | JUSTICE009705 | Premium |
| 01/10/19 | Lexon Insurance Company | $345,000.00 | JUSTICE009703 | Premium |
| 02/28/19 | Lexon Insurance Company | $250,000.00 | JUSTICE009701 | Collateral |
| 02/28/19 | Old Hickory Insurance | $200,000.00 | JUSTICE009654 | Premium |
| 03/29/19 | Lexon Insurance Company | $250,000.00 | JUSTICE009699 | Collateral |
| 03/29/19 | Old Hickory Insurance | $200,000.00 | JUSTICE009653 | Premium |
| 05/16/19 | Lexon Insurance Company | $250,000.00 | JUSTICE009697 | Collateral |
| 05/16/19 | Old Hickory Insurance | $200,000.00 | JUSTICE009652 | Premium |
| 05/31/19 | Lexon Insurance Company | $250,000.00 | JUSTICE009695 | Collateral |
| 05/31/19 | Old Hickory Insurance | $200,000.00 | JUSTICE009651 | Premium |
| 06/28/19 | Lexon Insurance Company | $250,000.00 | JUSTICE009693 | Collateral |
| 06/28/19 | Old Hickory Insurance | $200,000.00 | JUSTICE009650 | Premium |
| 07/31/19 | Lexon Insurance Company | $250,000.00 | JUSTICE009691 | Collateral |
| 07/31/19 | Old Hickory Insurance | $200,000.00 | JUSTICE009649 | Premium |
| 08/30/19 | Lexon Insurance Company | $250,000.00 | JUSTICE009689 | Collateral |
| 08/30/19 | Old Hickory Insurance | $200,000.00 | JUSTICE009648 | Premium |
| 09/30/19 | Lexon Insurance Company | $250,000.00 | JUSTICE009685 | Collateral |
| 09/30/19 | Lexon Insurance Company | $500,000.00 | JUSTICE009687 | Collateral |
| 09/30/19 | Old Hickory Insurance | $200,000.00 | JUSTICE009647 | Premium |
| 10/01/19 | Lexon Insurance Company | $2,500,000.00 | JUSTICE009683 | Collateral |
| 10/31/19 | Lexon Insurance Company | $250,000.00 | JUSTICE009681 | Collateral |
| 10/31/19 | Old Hickory Insurance | $200,000.00 | JUSTICE009646 | Premium |
| 12/02/19 | Lexon Insurance Company | $250,000.00 | JUSTICE009679 | Collateral |
| 12/02/19 | Old Hickory Insurance | $200,000.00 | JUSTICE009645 | Premium |
| 12/31/19 | Lexon Insurance Company | $250,000.00 | JUSTICE009677 | Collateral |
| 12/31/19 | Old Hickory Insurance | $200,000.00 | JUSTICE009644 | Premium |
| 01/31/20 | Old Hickory Insurance | $250,000.00 | JUSTICE009643 | Premium |
| 03/03/20 | Lexon Insurance Company | $250,000.00 | JUSTICE009675 | Premium |
| 04/01/20 | Lexon Insurance Company | $135,000.00 | JUSTICE009673 | Premium |
| 04/30/20 | Lexon Insurance Company | $135,000.00 | JUSTICE009671 | Premium |
| 06/02/20 | Lexon Insurance Company | $135,000.00 | JUSTICE009669 | Premium |
| 07/08/20 | Lexon Insurance Company | $135,000.00 | JUSTICE009667 | Premium |
| 08/18/20 | Lexon Insurance Company | $135,000.00 | JUSTICE009665 | Premium |
| 09/25/20 | Lexon Insurance Company | $135,000.00 | JUSTICE009663 | Premium |
| 10/06/20 | Old Hickory Insurance | $135,000.00 | JUSTICE009642 | Premium |
| 11/02/20 | Lexon Insurance Company | $135,000.00 | JUSTICE009661 | Premium |
| 12/03/20 | Lexon Insurance Company | $135,000.00 | JUSTICE009659 | Premium |
| 01/04/21 | Lexon Insurance Company | $135,000.00 | JUSTICE009657 | Premium |
| 02/02/21 | Lexon Insurance Company | $160,000.00 | JUSTICE009655 | Premium |

| | |
|---|---|
| Total: | $11,305,000.00 |
| Total Premium: | $5,555,000.00 |
| Total Collateral: | $5,750,000.00 |
| Total Premium Payments Made After 2/4/2019: | $4,210,000.00 |

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Tuesday, October 6, 2020 11:20 AM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure# 2020100600005343 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2020100600005343 |
| **Value Date:** | 10/06/2020 |
| **Account Number:** | ████3885 |
| **Account Name:** | BLACKSTONE ENERGY LTC |
| **Reference Number:** | 1006E3QP023C000108 |
| **Transaction Posting Time:** | 2020/10/06 11:16:29 |

**Amount:** 135,000.00          **Currency:** US DOLLAR

| | |
|---|---|
| **Debit Party Information:** | ████3885/<br>BLACKSTONE ENERGY LTC<br>302 S JEFFERSON ST<br>ROANOKE, VA 24011-1711 |
| **Sender's Reference:** | 8808299WTQP |
| **Credit Party Information:** | ████0012<br>OLD NATIONAL BANK<br>EVANSVILLE, IN |
| **Originator to Beneficiary Information:** | ████1379<br>OLD HICKORY INSURANCE<br>AGENCY<br>12890 LEBANON RD.<br>MT JULIET, TN 37122 |
| **Originating to Beneficiary Information:** | 0- LEXON |

1

JUSTICE009642

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Friday, January 31, 2020 2:20 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2020013100013091 |



<div align="center">

## Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

</div>

DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2020013100013091 |
| **Value Date:** | 01/31/2020 |
| **Account Number:** | ███████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0131E3QP023C000390 |
| **Transaction Posting Time:** | 2020/01/31 14:14:35 |

**Amount:** 250,000.00          **Currency:** US DOLLAR

| | |
|---|---|
| **Debit Party Information:** | ███████9376/<br>BLUESTONE RESOURCES INC<br>302 S JEFFERSON ST<br>ROANOKE, VA 24011-1711 |
| **Sender's Reference:** | 8222389WTQP |
| **Credit Party Information:** | ██████0012<br>OLD NATIONAL BANK<br>EVANSVILLE, IN |
| **Originator to Beneficiary Information:** | ████1379<br>OLD HICKORY INSURANCE AGENCY<br>12890 LEBANON RD.<br>MT JULIET, TN 37122 |
| **Originating to Beneficiary Information:** | 0- PREMIUM PAYMENTS |

3

JUSTICE009643

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Tuesday, December 31, 2019 3:21 PM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2019123100012332



# Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019123100012332 |
| **Value Date:** | 12/31/2019 |
| **Account Number:** | ███████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 1231E3QP023C000362 |
| **Transaction Posting Time:** | 2019/12/31 15:14:17 |

**Amount:** 200,000.00          **Currency:** US DOLLAR

**Debit Party Information:**       ███████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**       8157127WTQP

**Credit Party Information:**       ██████0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:**       █████1379
OLD HICKORY INSURANCE
AGENCY
12890 LEBANON RD.
MT JULIET, TN 37122

**Originating to Beneficiary Information:**       0- LEXON

5

JUSTICE009644

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Monday, December 2, 2019 9:40 AM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2019120200003980 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

---

| | |
|---|---|
| **Transaction Reference Number:** | 2019120200003980 |
| **Value Date:** | 12/02/2019 |
| **Account Number:** | █████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 1202E3QP023C000056 |
| **Transaction Posting Time:** | 2019/12/02 09:37:13 |

---

**Amount:** 200,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**            █████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**            8085688WTQP

**Credit Party Information:**            █████0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:**            █████1379
OLD HICKORY INSURANCE
AGENCY
12890 LEBANON RD.
MT JULIET, TN 37122

**Originating to Beneficiary Information:**            0- LEXON

JUSTICE009645

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Thursday, October 31, 2019 12:20 PM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2019103100008752



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019103100008752 |
| **Value Date:** | 10/31/2019 |
| **Account Number:** | ████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 1031E3QP023C000196 |
| **Transaction Posting Time:** | 2019/10/31 12:12:50 |

---

**Amount:** 200,000.00              **Currency:** US DOLLAR

---

**Debit Party Information:** ████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 8016370WTQP

**Credit Party Information:** ████0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:** ████1379
OLD HICKORY INSURANCE
AGENCY
12890 LEBANON RD.
MT JULIET, TN 37122

**Originating to Beneficiary Information:** 0- LEXON

JUSTICE009646

**Treasury Management**

---

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Tuesday, October 1, 2019 7:21 AM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2019093000020853



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019093000020853 |
| **Value Date:** | 09/30/2019 |
| **Account Number:** | ████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 1001E3QP023C000031 |
| **Transaction Posting Time:** | 2019/10/01 07:20:18 |

---

**Amount:** 200,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**          ████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          7944299WTQP

**Credit Party Information:**          ████0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:**          ████1379
OLD HICKORY INSURANCE
AGENCY
12890 LEBANON RD.
MT JULIET, TN 37122

**Originating to Beneficiary Information:**          0- LEXON

Case 3:23-cv-00772   Document 105-214   Filed 06/29/25   Page 9 of 69 PageID #: 10278

JUSTICE009647

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Friday, August 30, 2019 9:38 AM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2019083000005420



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019083000005420 |
| **Value Date:** | 08/30/2019 |
| **Account Number:** | ████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0830E3QP023C000121 |
| **Transaction Posting Time:** | 2019/08/30 09:32:43 |

**Amount:** 200,000.00          **Currency:** US DOLLAR

**Debit Party Information:** ████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 7872311WTQP

**Credit Party Information:** ████0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:** ████1379
OLD HICKORY INSURANCE
AGENCY
12890 LEBANON RD.
MT JULIET, TN 37122

**Originating to Beneficiary Information:** 0- LEXON

13

JUSTICE009648

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Wednesday, July 31, 2019 1:39 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2019073100011140 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019073100011140 |
| **Value Date:** | 07/31/2019 |
| **Account Number:** | ▐3885 |
| **Account Name:** | BLACKSTONE ENERGY LTC |
| **Reference Number:** | 0731E3QP023C000254 |
| **Transaction Posting Time:** | 2019/07/31 13:36:43 |

**Amount:** 200,000.00      **Currency:** US DOLLAR

| | |
|---|---|
| **Debit Party Information:** | ▐3885/<br>BLACKSTONE ENERGY LTC<br>302 S JEFFERSON ST<br>ROANOKE, VA 24011-1711 |
| **Sender's Reference:** | 7801893WTQP |
| **Credit Party Information:** | ▐0012<br>OLD NATIONAL BANK<br>EVANSVILLE, IN |
| **Originator to Beneficiary Information:** | ▐1379<br>OLD HICKORY INSURANCE<br>AGENCY<br>12890 LEBANON RD.<br>MT JULIET, TN 37122 |
| **Originating to Beneficiary Information:** | 0- LEXON |

15

JUSTICE009649

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Friday, June 28, 2019 3:56 PM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure#  2019062800019982



# Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019062800019982 |
| **Value Date:** | 06/28/2019 |
| **Account Number:** | ▇▇▇▇3885 |
| **Account Name:** | BLACKSTONE ENERGY LTC |
| **Reference Number:** | 0628E3QP023C000865 |
| **Transaction Posting Time:** | 2019/06/28 15:48:18 |

---

**Amount:** 200,000.00                    **Currency:** US DOLLAR

---

| | |
|---|---|
| **Debit Party Information:** | ▇▇▇▇3885/ <br> BLACKSTONE ENERGY LTC <br> 302 S JEFFERSON ST <br> ROANOKE, VA 24011-1711 |
| **Sender's Reference:** | 7729329WTQP |
| **Credit Party Information:** | ▇▇▇▇0012 <br> OLD NATIONAL BANK <br> EVANSVILLE, IN |
| **Originator to Beneficiary Information:** | ▇▇▇1379 <br> OLD HICKORY INSURANCE <br> AGENCY <br> 12890 LEBANON RD. <br> MT JULIET, TN 37122 |
| **Originating to Beneficiary Information:** | 0- LEXON |

17

JUSTICE009650

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Friday, May 31, 2019 4:29 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2019053100019062 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019053100019062 |
| **Value Date:** | 05/31/2019 |
| **Account Number:** | ████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0531E3QP023C000886 |
| **Transaction Posting Time:** | 2019/05/31 16:21:41 |

---

**Amount:** 200,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**  ████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**  7661879WTQP

**Credit Party Information:**  ████0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:**  ████1379
OLD HICKORY INSURANCE AGENCY
12890 LEBANON RD.
MT JULIET, TN 37122

**Originating to Beneficiary Information:**  0- LEXON

19

JUSTICE009651

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Thursday, May 16, 2019 7:32 AM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2019051600001453



<div align="center">

## Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

</div>

DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019051600001453 |
| **Value Date:** | 05/16/2019 |
| **Account Number:** | ███9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0516E3QP023C000011 |
| **Transaction Posting Time:** | 2019/05/16 07:29:57 |

**Amount:** 200,000.00                    **Currency:** US DOLLAR

**Debit Party Information:**          ███9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          7623245WTQP

**Credit Party Information:**          ███0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:**          ███1379
OLD HICKORY INSURANCE
AGENCY
12890 LEBANON RD.
MT JULIET, TN 37122

**Originating to Beneficiary Information:**          00

JUSTICE009652

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Friday, March 29, 2019 4:19 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2019032900018497 |



<div align="center">

## Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

</div>

DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019032900018497 |
| **Value Date:** | 03/29/2019 |
| **Account Number:** | ████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0329E3QP023C000549 |
| **Transaction Posting Time:** | 2019/03/29 16:13:39 |

**Amount:** 200,000.00                    **Currency:** US DOLLAR

**Debit Party Information:**
████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 7517962WTQP

**Credit Party Information:**
████0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:**
████1379
OLD HICKORY INSURANCE
AGENCY
12890 LEBANON RD.
MT JULIET, TN 37122

**Originating to Beneficiary Information:**    0- LEXON

26

JUSTICE009653

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Thursday, February 28, 2019 5:11 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure# 2019022800017733 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

---

| | |
|---|---|
| **Transaction Reference Number:** | 2019022800017733 |
| **Value Date:** | 02/28/2019 |
| **Account Number:** | ▮▮▮▮9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0228E3QP023C000431 |
| **Transaction Posting Time:** | 2019/02/28 17:03:14 |

---

**Amount:** 200,000.00    **Currency:** US DOLLAR

---

**Debit Party Information:** ▮▮▮▮9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 7451405WTQP

**Credit Party Information:** ▮▮▮▮0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:** ▮▮▮▮1379
OLD HICKORY INSURANCE
AGENCY
12890 LEBANON RD.
MT JULIET, TN 37122

**Originating to Beneficiary Information:** 0-

JUSTICE009654

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Tuesday, February 2, 2021 12:19 PM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure#  2021020200007062



<div align="center">

## Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

</div>

---

## DEBIT CONFIRMATION

---

| | |
|---|---|
| **Transaction Reference Number:** | 2021020200007062 |
| **Value Date:** | 02/02/2021 |
| **Account Number:** | ████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0202E3QP023C000155 |
| **Transaction Posting Time:** | 2021/02/02 12:17:32 |

---

**Amount:** 160,000.00          **Currency:** US Dollar

---

**Debit Party Information:**
████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          9094090WTQP

**Credit Party Information:**
████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**
████2920
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
PREMIUM PAYMENT ACCOUNT

**Originating to Beneficiary Information:**          0- LEXON

JUSTICE009655

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009656

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Monday, January 4, 2021 3:17 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2021010400013099 |



<p style="text-align:center; color:#8B0000;"><span style="font-size:x-large;">Treasury Management Client Support</span><br>800-774-8179 (option 1, then option 1)</p>

DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2021010400013099 |
| **Value Date:** | 01/04/2021 |
| **Account Number:** | ████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0104E3QP023C000369 |
| **Transaction Posting Time:** | 2021/01/04 15:14:13 |

**Amount:** 135,000.00          **Currency:** US Dollar

| | |
|---|---|
| **Debit Party Information:** | ████9376/ |
| | BLUESTONE RESOURCES INC |
| | 302 S JEFFERSON ST |
| | ROANOKE, VA 24011-1711 |
| **Sender's Reference:** | 9026919WTQP |
| **Credit Party Information:** | ████0248 |
| | WELLS FARGO BANK, NA |
| | SAN FRANCISCO, CA |
| **Originator to Beneficiary Information:** | ████2920 |
| | LEXON INSURANCE COMPANY |
| | 12890 LEBANON RD. |
| | MT JULIET, TN 37122 |
| | PREMIUM PAYMENT ACCOUNT |
| **Originating to Beneficiary Information:** | 0- LEXON |

JUSTICE009657

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009658

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Thursday, December 3, 2020 9:45 AM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure#  2020120300003666



<div align="center">

## Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

</div>

---

DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2020120300003666 |
| **Value Date:** | 12/03/2020 |
| **Account Number:** | ███3885 |
| **Account Name:** | BLACKSTONE ENERGY LTC |
| **Reference Number:** | 1203E3QP023C000076 |
| **Transaction Posting Time:** | 2020/12/03 09:42:57 |

---

**Amount:** 135,000.00          **Currency:** US Dollar

---

**Debit Party Information:**          ███3885/
BLACKSTONE ENERGY LTC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          8951801WTQP

**Credit Party Information:**          ███0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**          ███2920
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
PREMIUM PAYMENT ACCOUNT

**Originating to Beneficiary Information:**          0- LEXON

<div align="center">5</div>

JUSTICE009659

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009660

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Monday, November 2, 2020 4:53 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2020110200017118 |



<p style="text-align:center;color:#a00;font-size:1.5em;">Treasury Management Client Support</p>
<p style="text-align:center;color:#a00;">800-774-8179 (option 1, then option 1)</p>

---

DEBIT CONFIRMATION

---

| | |
|---|---|
| **Transaction Reference Number:** | 2020110200017118 |
| **Value Date:** | 11/02/2020 |
| **Account Number:** | ███████3885 |
| **Account Name:** | BLACKSTONE ENERGY LTC |
| **Reference Number:** | 1102E3QP023C000475 |
| **Transaction Posting Time:** | 2020/11/02 16:47:24 |

---

**Amount:** 135,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**
████████3885/
BLACKSTONE ENERGY LTC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**      8878020WTQP

**Credit Party Information:**
██████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**
█████2920
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
PREMIUM PAYMENT ACCOUNT

**Originating to Beneficiary Information:**      0- LEXON

7

JUSTICE009661

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009662

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Friday, September 25, 2020 3:55 PM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2020092500015505



<div align="center">

## Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

</div>

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2020092500015505 |
| **Value Date:** | 09/25/2020 |
| **Account Number:** | ███████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0925E3QP023C000344 |
| **Transaction Posting Time:** | 2020/09/25 15:44:37 |

---

**Amount:** 135,000.00                    **Currency:** US DOLLAR

---

**Debit Party Information:**           ████████9376/
                                       BLUESTONE RESOURCES INC
                                       302 S JEFFERSON ST
                                       ROANOKE, VA 24011-1711

**Sender's Reference:**                8781671WTQP

**Credit Party Information:**          ███████0248
                                       WELLS FARGO BANK, NA
                                       SAN FRANCISCO, CA

**Originator to Beneficiary Information:**   ██████2920
                                       LEXON INSURANCE COMPANY
                                       12890 LEBANON RD.
                                       MT JULIET, TN 37122
                                       PREMIUM PAYMENT ACCOUNT

**Originating to Beneficiary Information:**  0- LEXON

JUSTICE009663

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009664

## Treasury Management

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Tuesday, August 18, 2020 10:14 AM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2020081800003353



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2020081800003353 |
| **Value Date:** | 08/18/2020 |
| **Account Number:** | ████████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0818E3QP023C000050 |
| **Transaction Posting Time:** | 2020/08/18 10:10:33 |

---

**Amount:** 135,000.00                **Currency:** US DOLLAR

---

**Debit Party Information:** ████████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 8683564WTQP

**Credit Party Information:** ████████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:** ████████2920
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
PREMIUM PAYMENT ACCOUNT

**Originating to Beneficiary Information:** 0- LEXON

11

JUSTICE009665

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009666

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Wednesday, July 8, 2020 9:11 AM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2020070800002496 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2020070800002496 |
| **Value Date:** | 07/08/2020 |
| **Account Number:** | ██████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0708E3QP023C000035 |
| **Transaction Posting Time:** | 2020/07/08 09:09:12 |

---

**Amount:** 135,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**          ██████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          8582348WTQP

**Credit Party Information:**          ██████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**          ██████2920
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
PREMIUM PAYMENT ACCOUNT

**Originating to Beneficiary Information:**          0- LEXON

JUSTICE009667

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Tuesday, June 2, 2020 10:00 AM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure#  2020060200003557



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2020060200003557 |
| **Value Date:** | 06/02/2020 |
| **Account Number:** | ▮▮▮▮3885 |
| **Account Name:** | BLACKSTONE ENERGY LTC |
| **Reference Number:** | 0602E3QP023C000050 |
| **Transaction Posting Time:** | 2020/06/02 09:57:34 |

**Amount:** 135,000.00          **Currency:** US DOLLAR

**Debit Party Information:**          ▮▮▮▮3885/
BLACKSTONE ENERGY LTC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          8496408WTQP

**Credit Party Information:**          ▮▮▮▮0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**          ▮▮▮▮2920
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
PREMIUM PAYMENT ACCOUNT

**Originating to Beneficiary Information:**          0- COLLATERAL

JUSTICE009669

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009670

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Thursday, April 30, 2020 4:19 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure# 2020043000013508 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2020043000013508 |
| **Value Date:** | 04/30/2020 |
| **Account Number:** | ███████3885 |
| **Account Name:** | BLACKSTONE ENERGY LTC |
| **Reference Number:** | 0430E3QP023C000417 |
| **Transaction Posting Time:** | 2020/04/30 16:14:03 |

---

**Amount:** 135,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**          ███████3885/
BLACKSTONE ENERGY LTC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          8424509WTQP

**Credit Party Information:**          ███████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**          ███████2920
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:**          0- LEXON

17

JUSTICE009671

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009672

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Wednesday, April 1, 2020 11:34 AM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2020040100006869



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2020040100006869 |
| **Value Date:** | 04/01/2020 |
| **Account Number:** | ███████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0401E3QP023C000182 |
| **Transaction Posting Time:** | 2020/04/01 11:29:03 |

**Amount:** 135,000.00          **Currency:** US DOLLAR

**Debit Party Information:**          ███████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          8357491WTQP

**Credit Party Information:**          ███████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**          ███████2920
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:**          0- LEXON

19

JUSTICE009673

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009674

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Tuesday, March 3, 2020 5:08 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2020030300012468 |



# Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2020030300012468 |
| **Value Date:** | 03/03/2020 |
| **Account Number:** | ███████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0303E3QP023C000326 |
| **Transaction Posting Time:** | 2020/03/03 17:04:28 |

---

**Amount:** 250,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:** ███████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 8290926WTQP

**Credit Party Information:** ███████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:** ███████0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:** 0- LEXON

JUSTICE009675

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009676

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Tuesday, December 31, 2019 3:21 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2019123100012333 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

---

| | |
|---|---|
| **Transaction Reference Number:** | 2019123100012333 |
| **Value Date:** | 12/31/2019 |
| **Account Number:** | ▮▮▮9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 1231E3QP023C000361 |
| **Transaction Posting Time:** | 2019/12/31 15:14:17 |

---

**Amount:** 250,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**  ▮▮▮9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**  8157128WTQP

**Credit Party Information:**  ▮▮▮0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**  ▮▮▮0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:**  0- LEXON

23

JUSTICE009677

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by Truist using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009678

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Monday, December 2, 2019 10:02 AM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2019120200003981



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

---

**Transaction Reference Number:** 2019120200003981
**Value Date:** 12/02/2019
**Account Number:** ████9376
**Account Name:** BLUESTONE RESOURCES INC
**Reference Number:** 1202E3QP023C000072
**Transaction Posting Time:** 2019/12/02 09:58:05

---

**Amount:** 250,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:** ████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 8085689WTQP

**Credit Party Information:** ████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:** ████0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:** 0- LEXON

JUSTICE009679

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009680

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Thursday, October 31, 2019 12:20 PM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure#  2019103100008754



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

---

| | |
|---|---|
| **Transaction Reference Number:** | 2019103100008754 |
| **Value Date:** | 10/31/2019 |
| **Account Number:** | ███9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 1031E3QP023C000197 |
| **Transaction Posting Time:** | 2019/10/31 12:12:51 |

---

**Amount:** 250,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**          ███9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          8016371WTQP

**Credit Party Information:**          ███0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**          ███0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:**          0- LEXON

JUSTICE009681

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009682

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Tuesday, October 1, 2019 9:07 AM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2019100100003362 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019100100003362 |
| **Value Date:** | 10/01/2019 |
| **Account Number:** | ████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 1001E3QP023C000063 |
| **Transaction Posting Time:** | 2019/10/01 09:03:52 |

---

**Amount:** 2,500,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**          ████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          7944889WTQP

**Credit Party Information:**          ████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**          ████0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:**          0- LEXON

JUSTICE009683

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009684

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Tuesday, October 1, 2019 7:21 AM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure# 2019093000020855 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019093000020855 |
| **Value Date:** | 09/30/2019 |
| **Account Number:** | ████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 1001E3QP023C000033 |
| **Transaction Posting Time:** | 2019/10/01 07:20:18 |

**Amount:** 250,000.00          **Currency:** US DOLLAR

**Debit Party Information:**          ████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          7944301WTQP

**Credit Party Information:**          ████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**          ████0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:**          0- LEXON

31

JUSTICE009685

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009686

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Tuesday, October 1, 2019 7:21 AM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure#  2019093000020854



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019093000020854 |
| **Value Date:** | 09/30/2019 |
| **Account Number:** | █████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 1001E3QP023C000032 |
| **Transaction Posting Time:** | 2019/10/01 07:20:18 |

---

**Amount:** 500,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**          █████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          7944300WTQP

**Credit Party Information:**          █████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**          █████0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:**          0- LEXON

33

JUSTICE009687

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009688

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Friday, August 30, 2019 9:38 AM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2019083000005419 |



<div align="center">

## Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

</div>

---

DEBIT CONFIRMATION

---

| | |
|---|---|
| **Transaction Reference Number:** | 2019083000005419 |
| **Value Date:** | 08/30/2019 |
| **Account Number:** | ████3885 |
| **Account Name:** | BLACKSTONE ENERGY LTC |
| **Reference Number:** | 0830E3QP023C000118 |
| **Transaction Posting Time:** | 2019/08/30 09:32:43 |

---

**Amount:** 250,000.00                    **Currency:** US DOLLAR

---

| | |
|---|---|
| **Debit Party Information:** | ████3885/<br>BLACKSTONE ENERGY LTC<br>302 S JEFFERSON ST<br>ROANOKE, VA 24011-1711 |
| **Sender's Reference:** | 7872310WTQP |
| **Credit Party Information:** | ████0248<br>WELLS FARGO BANK, NA<br>SAN FRANCISCO, CA |
| **Originator to Beneficiary Information:** | ████0687<br>LEXON INSURANCE COMPANY<br>12890 LEBANON RD.<br>MT JULIET, TN 37122<br>COLLATERAL TRUST ACCT |
| **Originating to Beneficiary Information:** | 0- LEXON |

35

JUSTICE009689

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009690

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Wednesday, July 31, 2019 2:18 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2019073100011141 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019073100011141 |
| **Value Date:** | 07/31/2019 |
| **Account Number:** | ███3885 |
| **Account Name:** | BLACKSTONE ENERGY LTC |
| **Reference Number:** | 0731E3QP023C000279 |
| **Transaction Posting Time:** | 2019/07/31 14:14:01 |

---

**Amount:** 250,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**

███3885/
BLACKSTONE ENERGY LTC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**          7801894WTQP

**Credit Party Information:**

███0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**

███0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:**          0- LEXON

JUSTICE009691

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009692

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Friday, June 28, 2019 3:56 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2019062800019994 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019062800019994 |
| **Value Date:** | 06/28/2019 |
| **Account Number:** | ████████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0628E3QP023C000872 |
| **Transaction Posting Time:** | 2019/06/28 15:48:52 |

---

**Amount:** 250,000.00                **Currency:** US DOLLAR

---

| | |
|---|---|
| **Debit Party Information:** | ████████9376/ |
| | BLUESTONE RESOURCES INC |
| | 302 S JEFFERSON ST |
| | ROANOKE, VA 24011-1711 |
| **Sender's Reference:** | 7729336WTQP |
| **Credit Party Information:** | ████████0248 |
| | WELLS FARGO BANK, NA |
| | SAN FRANCISCO, CA |
| **Originator to Beneficiary Information:** | ████████0687 |
| | LEXON INSURANCE COMPANY |
| | 12890 LEBANON RD. |
| | MT JULIET, TN 37122 |
| | COLLATERAL TRUST ACCT |
| **Originating to Beneficiary Information:** | 0- LEXON |

39

JUSTICE009693

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009694

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Friday, May 31, 2019 4:29 PM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2019053100019064



<h1 style="color:red; text-align:center">Treasury Management Client Support</h1>

<p style="color:red; text-align:center">800-774-8179 (option 1, then option 1)</p>

## DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2019053100019064 |
| **Value Date:** | 05/31/2019 |
| **Account Number:** | ▮▮▮▮9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0531E3QP023C000887 |
| **Transaction Posting Time:** | 2019/05/31 16:21:42 |

**Amount:** 250,000.00          **Currency:** US DOLLAR

**Debit Party Information:**
▮▮▮▮9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 7661880WTQP

**Credit Party Information:**
▮▮▮▮0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**
▮▮▮▮0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:** 0- LEXON

JUSTICE009695

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009696

# Treasury Management

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Thursday, May 16, 2019 8:21 AM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2019051600001454



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

---

| | |
|---|---|
| **Transaction Reference Number:** | 2019051600001454 |
| **Value Date:** | 05/16/2019 |
| **Account Number:** | ████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0516E3QP023C000031 |
| **Transaction Posting Time:** | 2019/05/16 08:19:39 |

---

**Amount:** 250,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**
████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**
7623246WTQP

**Credit Party Information:**
████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**
████0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:**          00

43

JUSTICE009697

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

JUSTICE009698

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Friday, March 29, 2019 4:19 PM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2019032900018494



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

DEBIT CONFIRMATION

---

| | |
|---|---|
| **Transaction Reference Number:** | 2019032900018494 |
| **Value Date:** | 03/29/2019 |
| **Account Number:** | █████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0329E3QP023C000550 |
| **Transaction Posting Time:** | 2019/03/29 16:13:39 |

---

**Amount:** 250,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:** █████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 7517963WTQP

**Credit Party Information:** █████0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:** █████0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:** 0- LEXON

JUSTICE009699

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009700

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Thursday, February 28, 2019 5:11 PM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2019022800017734



<div align="center">

## Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

</div>

---

DEBIT CONFIRMATION

---

| | |
|---|---|
| **Transaction Reference Number:** | 2019022800017734 |
| **Value Date:** | 02/28/2019 |
| **Account Number:** | ▉9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0228E3QP023C000432 |
| **Transaction Posting Time:** | 2019/02/28 17:03:14 |

---

**Amount:** 250,000.00          **Currency:** US DOLLAR

---

**Debit Party Information:**
▉9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**
7451406WTQP

**Credit Party Information:**
▉0248
WELLS FARGO BANK, NA
SAN FRANCISCO, CA

**Originator to Beneficiary Information:**
▉0687
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
COLLATERAL TRUST ACCT

**Originating to Beneficiary Information:**
0-

JUSTICE009701

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009702

**Treasury Management**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Thursday, January 10, 2019 2:41 PM |
| **To:** | TREASURY@BLUESTONEENERGYGROUP.COM |
| **Subject:** | BB&T Debit Wire Confirmation #secure#  2019011000008801 |



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

---

## DEBIT CONFIRMATION

---

| | |
|---|---|
| **Transaction Reference Number:** | 2019011000008801 |
| **Value Date:** | 01/10/2019 |
| **Account Number:** | ████9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 0110E3QP023C000262 |
| **Transaction Posting Time:** | 2019/01/10 14:39:26 |

---

**Amount:** 345,000.00                    **Currency:** US DOLLAR

---

**Debit Party Information:**            ████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:**                 7346366WTQP

**Credit Party Information:**           ████0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:**   ████7525
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
0

**Originating to Beneficiary Information:**   0

JUSTICE009703

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009704

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Friday, October 26, 2018 12:58 PM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure# 2018102600008496



## Treasury Management Client Support
### 800-774-8179 (option 1, then option 1)

DEBIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2018102600008496 |
| **Value Date:** | 10/26/2018 |
| **Account Number:** | ▮▮▮▮9376 |
| **Account Name:** | BLUESTONE RESOURCES INC |
| **Reference Number:** | 1026E3QP023C000200 |
| **Transaction Posting Time:** | 2018/10/26 12:54:19 |

**Amount:** 500,000.00         **Currency:** US DOLLAR

**Debit Party Information:**
▮▮▮▮9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 7174480WTQP

**Credit Party Information:**
▮▮▮▮0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:**
▮▮▮▮7525
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
0

**Originating to Beneficiary Information:** 0

51

JUSTICE009705

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009706

**Treasury Management**

**From:** DoNotReply.WireConfirmations@BBandT.com
**Sent:** Tuesday, October 2, 2018 9:10 AM
**To:** TREASURY@BLUESTONEENERGYGROUP.COM
**Subject:** BB&T Debit Wire Confirmation #secure#  2018100200002602



# Treasury Management Client Support
## 800-774-8179 (option 1, then option 1)

## DEBIT CONFIRMATION

**Transaction Reference Number:** 2018100200002602
**Value Date:** 10/02/2018
**Account Number:** ████9376
**Account Name:** BLUESTONE RESOURCES INC
**Reference Number:** 1002E3QP023C000050
**Transaction Posting Time:** 2018/10/02 09:08:45

**Amount:** 500,000.00       **Currency:** US DOLLAR

**Debit Party Information:** ████9376/
BLUESTONE RESOURCES INC
302 S JEFFERSON ST
ROANOKE, VA 24011-1711

**Sender's Reference:** 7118977WTQP

**Credit Party Information:** ████0012
OLD NATIONAL BANK
EVANSVILLE, IN

**Originator to Beneficiary Information:** ████7525
LEXON INSURANCE COMPANY
12890 LEBANON RD.
MT JULIET, TN 37122
0

**Originating to Beneficiary Information:** 0

Case 3:23-cv-00077  Document 105-14  Filed 08/29/25  Page 68 of 69 PageID #: 1083

JUSTICE009707

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

** To protect your confidential information, this message has been securely delivered to you by BB&T using either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

JUSTICE009708