IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LEXON INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  -against-<br><br>JAMES C. JUSTICE II,<br><br>      Defendant. | Civil Action No. 3:23-cv-00772<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes |

**PLAINTIFF LEXON INSURANCE COMPANY'S NOTICE OF FILING
LIST OF DEMONSTRATIVES**

  Pursuant to the Court's Order dated July 30, 2025 (ECF 99), Plaintiff Lexon Insurance Company submits its list of demonstratives, below. Defendant James C. Justice II was made aware of, and has not stated any objection to, the single demonstrative listed below.

  1. Key Contract Language from the Amended Agreement (JX18) and Guaranty (JX17).

Dated: August 11, 2025

/s/ W. Brantley Phillips, Jr.
W. Brantley Phillips, Jr.
Garrah Carter-Mason
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200
bphillips@bassberry.com
garrah.cartermason@bassberry.com

Jason Halper
Sara Brauerman
Timbre Shriver
VINSON & ELKINS LLP
1114 Avenue of the Americas
New York, New York 10036
212.237.0000
jhalper@velaw.com
sbrauerman@velaw.com
tshriver@velaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 11, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record.

      */s/ W. Brantley Phillips, Jr.*