UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LEXON INSURANCE COMPANY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-00772 |
| JAMES C. JUSTICE II, | ) |
| Defendant. | ) |

### ORDER

The Court has considered Defendant's counsel Steven R. Ruby's request and need to participate by phone at the final pretrial conference. (Doc. No. 101). Nevertheless, the Court has consistently required all counsel who will participate at trial to attend the final pretrial conference. This requirement promotes trial efficiency, makes counsel more effective and aids the trier of fact. The motion is **DENIED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE