UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LEXON INSURANCE COMPANY, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:23-cv-00772 ) |
| JAMES C. JUSTICE, II, | ) ) |
| Defendant. | ) |

## ORDER

This case is set for a telephonic status conference for **August 14, 2025,** at 10:00 a.m. All counsel who plans on participating in trial, shall be on the telephone conference.

The parties shall call 1-855-244-8681, and when prompted enter access code 2314 537 9888# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

During the telephone conference, the parties and their counsel of record shall state their name before speaking, never interrupt the court or another person speaking and when referring to a document filed with the Court, use the designated docket number.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE