UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LEXON INSURANCE COMPANY, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-00772 |
| JAMES C. JUSTICE II, | ) |
| Defendant. | ) |

## ORDER

The Court held a telephone conference with the parties on August 13, 2025. For the reasons discussed during the conference, the pretrial conference set for 1:00 p.m. on Friday, August 15, 2025 is **CANCELLED**. The trial will proceed at 1:00 p.m. on Wednesday, **August 20, 2025**, as scheduled.

The parties shall have delivered by noon Friday, August 15, 2025, two copies of the exhibits to be used at trial. The original set and witness set shall be delivered to the Court by noon on Tuesday, August 19, 2025.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE