IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LEXON INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>    -against-<br><br>JAMES C. JUSTICE II,<br><br>                              Defendant. | Civil Action No. 3:23-cv-0772<br><br>Chief Judge Waverly D. Crenshaw<br>Magistrate Judge Barbara D. Holmes |

## DEFENTANT'S MOTION TO CONTINUE TRIAL

      Defendant James C. Justice II respectfully moves this Court to continue the trial currently scheduled to begin on August 20, 2025, for reasons relating to his health. In support of this motion, Defendant states as follows:

      1.    As stated in the attached letter from Defendant's cardiologist, Defendant has been undergoing treatment for a heart condition over the last 10 days, and Defendant's cardiologist strongly advises that Defendant not undergo the cardiovascular stress of attending the trial at this time.

      2.    Although Defendant agreed to the current trial date when it was set in January (ECF 72, 78), the above-described health concerns leave him no choice but to seek a continuance because (a) Local Rule 39.01(b) generally requires all parties to be present at trial; and (b) at the June 23, 2025 status conference, Lexon stated that it was going to insist that Defendant attend the trial. (*See* June 23, 2025 Tr. at 13:7-24.) Further, Lexon is seeking a very substantial judgment against Defendant at this trial. Defendant has a right to attend and desires to exercise that right when he can feasibly do so.

WHEREFORE, Defendant respectfully requests that the Court continue the trial until such time as he can attend without endangering his health. Defendant will update the Court within 14 days regarding the status of his health and ability to appear for trial.

Respectfully submitted,

JAMES C. JUSTICE II,

By Counsel:

*/s/ Peter C. Robison*
Peter C. Robison (No. 27498)
LEWIS THOMASON, P.C.
427 Church Street, Suite 2500
Nashville, TN 37219
(615) 259-1366
probison@lewisthomason.com

*/s/ Steven R. Ruby*
Steven R. Ruby (admitted *pro hac vice*)
David R. Pogue (admitted *pro hac vice*)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
sruby@cdkrlaw.com
drpogue@cdkrlaw.com

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on August 18, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record listed below:

| | |
|---|---|
| Jason M. Halper (*admitted pro hac vice*) | W. Brantley Phillips, Jr. (BPR# 018844) |
| Sara E. Brauerman (*admitted pro hac vice*) | Garrah Carter-Mason (BPR# 037518) |
| Timbre Shriver (*admitted pro hac vice*) | BASS, BERRY & SIMS PLC |
| VINSON & ELKINS LLP | 150 Third Avenue South, Suite 2800 |
| The Grace Building | Nashville, TN 37201 |
| 1114 Avenue of the Americas | Tel: (615) 742-6200 |
| 32nd Floor | Fax: (615) 742-6293 |
| New York, NY 10036 | bphillips@bassberry.com |
| Phone: 212-237-0000 | garrah.cartermason@bassberry.com |
| Email: jhalper@velaw.com | |
|       sbrauerman@velaw.com | |
|       tshriver@velaw.com | |

                                      */s/ Peter C. Robison*
                                      Peter C. Robison