

**Steven P. Schulman, M.D.**
Professor Emeritus
Department of Medicine / Division of Cardiology

August 18, 2025

District Judge Waverly D. Crenshaw, Jr.
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street, Suite 5125
Nashville, TN 37203

Judge Waverly D. Crenshaw, Jr.;

I am the former Director of the Coronary Care Unit at the Johns Hopkins Hospital, which I directed for over 30 years.
I am Senator Justice's cardiologist, and I have followed him for the last 18 years.
The Senator made me aware of his court appointment in Tennessee this week.
I am actively treating him for high grade symptomatic ventricular ectopy over the last 10 days, including daily ambulatory ECG monitoring and adjusting his cardiac medications.
I strongly advise that he not undergo the cardiovascular stress of this appointment at this time.
We will have a more complete evaluation of his clinical status in the weeks to come.

Thank you for your consideration,

*Steven P. Schulman*

Steven P. Schulman, MD