IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LEXON INSURANCE COMPANY,<br><br>                         Plaintiff,<br><br>        -against-<br><br>JAMES C. JUSTICE II,<br><br>                         Defendant. | Civil Action No. 3:23-cv-0772<br><br>Chief Judge Waverly D. Crenshaw<br>Magistrate Judge Barbara D. Holmes |

### REPLY IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant James C. Justice, II ("Senator Justice") replies briefly to address four issues raised in Plaintiff's opposition.[1] *First*, the claim that Senator Justice's motion to continue should have been filed earlier is misplaced. The letter from Senator Justice's cardiologist indicates that Defendant has been under monitoring and treatment for 10 days. It does not suggest that any determination was made 10 days ago that Senator Justice should not travel to Nashville for trial.

*Second*, the suggestion that Dr. Schulman is beholden to Senator Justice is similarly misplaced. Dr. Schulman is, as his letter indicates, an emeritus professor at Johns Hopkins Medicine, the former longtime director of the Coronary Care Unit there, and Senator Justice's cardiologist for the past 18 years. He visits the Greenbrier Clinic in White Sulphur Springs, West Virginia, a few days each month to provide expert cardiological care in that state. His service in that regard in no way detracts from his expertise or credibility as a preeminent cardiologist.

---

[1] Defendant disagrees with other assertions in Plaintiff's response, including those regarding the scope of the issues to be tried, but does not address those in this reply.

*Third*, the social media and internet information mentioned in Plaintiff's opposition reflect brief public appearances by Senator Justice on August 8 and 9, 2025, one of which was only a few minutes from his home. Those appearances are not comparable to traveling to appear as the defendant in a multi-day trial regarding claims for tens of millions of dollars. Because of his medical issues, Senator Justice has conducted no other public events since the Senate recessed on August 2, 2025, and in fact has canceled events that were previously scheduled.

*Fourth*, it would be unfair to penalize Senator Justice for his health issues by canceling trial and replacing it with further summary judgment briefing. The Court has already found that there are disputed issues of material fact warranting trial, and trial should go forward when Senator Justice is able to attend.

Respectfully submitted,

JAMES C. JUSTICE II,

By Counsel:

*/s/ Peter C. Robison*
Peter C. Robison (No. 27498)
LEWIS THOMASON, P.C.
427 Church Street, Suite 2500
Nashville, TN 37219
(615) 259-1366
probison@lewisthomason.com

*/s/ Steven R. Ruby*
Steven R. Ruby (admitted *pro hac vice*)
David R. Pogue (admitted *pro hac vice*)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
sruby@cdkrlaw.com
drpogue@cdkrlaw.com

2

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on August 19, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record listed below:

| | |
|---|---|
| Jason M. Halper (*admitted pro hac vice*) | W. Brantley Phillips, Jr. (BPR# 018844) |
| Sara E. Brauerman *(admitted pro hac vice)* | Garrah Carter-Mason (BPR# 037518) |
| | BASS, BERRY & SIMS PLC |
| Timbre Shriver (*admitted pro hac vice*) | 150 Third Avenue South, Suite 2800 |
| VINSON & ELKINS LLP | Nashville, TN 37201 |
| The Grace Building | Tel: (615) 742-6200 |
| 1114 Avenue of the Americas | Fax: (615) 742-6293 |
| 32nd Floor | bphillips@bassberry.com |
| New York, NY 10036 | garrah.cartermason@bassberry.com |
| Phone: 212-237-0000 | |
| Email: jhalper@velaw.com | |
|    sbrauerman@velaw.com | |
|    tshriver@velaw.com | |

          */s/ Peter C. Robison*
          Peter C. Robison