UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LEXON INSURANCE COMPANY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-00772 |
| JAMES C. JUSTICE II, | ) |
| Defendant. | ) |

## ORDER

The Local Rules of this Court have "the force of law[,]" Weil v. Neary, 278 U.S. 160, 169 (1929), and plainly state: "**All parties, plaintiffs and defendants, must be present at any trial unless prior approval of the absence of a party is obtained from the Court.**" M.D. Tenn. L.R. 39.01(b) (emphases added). On August 20, 2025—the date Defendant James C. Justice, II ("Senator Justice") agreed to in December 2024—trial in this matter commenced. Senator Justice was not present for trial.

To attempt to rectify this wrong, Senator Justice's counsel moved orally on the record to excuse Senator Justice's presence from trial given his medical complications and the difficulties imposed with him attending trial. This oral motion was made in violation of Local Rule 7.01(a)(2), requiring that any requested "relief from or action by the Court must be in the form of a motion" that is "accompanied by a memorandum of law citing supporting authorities[.]" Nevertheless, given the concerns raised by Senator Justice's counsel and Plaintiff Lexon Insurance Company taking no position on the issue, the Court **GRANTS** Senator Justice's motion, and accepts the apology from Senator Justice and his counsel. As discussed on the record, Senator Justice's

counsel will fully confirm that the apology is fully authorized by Senator Justice. Senator Justice is excused from attending the remainder of trial.

Notwithstanding this ruling, all of Senator Justice's counsel of record **SHALL** communicate to Senator Justice that his failure to attend trial today reflects a profound disrespect to this Court, the judiciary, and the rule of law.

Trial will continue as scheduled tomorrow, **August 21, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE