# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY

V.

JAMES C. JUSTICE, II

## EXHIBIT AND WITNESS LIST

Case Number: 3:23-CV-00772

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Waverly Crenshaw | Brantley Phillips, Jr., Sara Brauerman, Jason Halper, Timbre Shriver | David Pogue, Peter Robison, Steven Ruby |
| TRIAL DATE (S) 8/20/2025 to 8/21/2025 | COURT REPORTER LISE MATTHEWS | COURTROOM DEPUTY MELISSA SEAY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| JT1 | JT1 | 8/20/25 | X | X | 3/23/2018 Email between Clint Diers and Jay Justice, et al re FW Justice Coal |
| JT2 | JT2 | 8/20/25 | X | X | 3/26/2018 Limited Commercial Guaranty |
| JT3 | JT3 | 8/20/25 | X | X | 3/26/2018 Agreement by and between Lexon, James C. Justice II ("Defendant"), Beech Creek Coal Corporation ("Beech Creek"), and James C. Justice Companies, Inc., Southern Coal Corporation, Kentucky Fuel Corporation, Justice Family Group, LLC, and Mechel Bluestone, Inc. ("Collateral Justice Companies") |
| JT4 | JT4 | 8/20/25 | X | X | 9/20/2018 Email between Kim Marsilio and Jeremy Sentman re James Justice GAI's |
| JT5 | JT5 | 8/20/25 | X | X | 9/27/2018 Email between Jay Justice, Clinton Diers, and Kieran Moran re [No Subject] |
| JT6 | JT6 | 8/20/25 | X | X | 9/28/2018 Email between Kieran Moran and Brian Beggs re Justice - Next Steps |
| JT7 | JT7 | 8/20/25 | X | X | 12/5/2018 Email between Kieran Moran and Brian Beggs, et al re FW Justice Compromise-Sompo 2018 |
| JT8 | JT8 | 8/20/25 | X | X | 12/18/2018 Email between Jeremy Sentman and Bruce Maas re FW Justice Compromise-Sompo 2018 |
| JT9 | JT9 | 8/20/25 | X | X | 12/31/2018 Email between Kieran Moran, Brian Beggs, and Jeremy Sentman re FW |
| JT10 | JT10 | 8/20/25 | X | X | 1/2/2019 Email between Clinton Diers and Jay Justice, et al re [No Subject] |
| JT11 | JT11 | 8/20/25 | X | X | 1/2/2019 Email between Clinton Diers and Jay Justice re KY bond Inceases / swap |
| JT12 | JT12 | 8/20/25 | X | X | 1/28/2019 Email between Clinton Diers and Jay Justice, et al re Bond approval from Sompo |
| JT13 | JT13 | 8/20/25 | X | X | 1/30/2019 Email between Steve Ball, Kieran Moran, and Clinton Diers re Justice/Sompo |
| JT14 | JT14 | 8/20/25 | X | X | 1/31/2019 Email between Clinton Diers, Steve Ball, and Jay Justice re Justice/Sompo |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| LEXON INSURANCE | vs. | JUSTICE | CASE NO. 3:23-CV-772 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| JT15 | JT15 | 8/20/25 | X | X | 1/31/2019 Email between Kieran Moran, Brian Beggs, and Jeremy Sentman re FW Justice/Sompo |
| JT16 | JT16 | 8/20/25 | X | X | 1/31/2019 Email between Steve Ball, Clinton Diers, and Jay Justice re Justice/Sompo |
| JT17 | JT17 | 8/20/25 | X | X | 2/4/2019 Amended & Restated Limited Commercial Guaranty |
| JT18 | JT18 | 8/20/25 | X | X | 2/4/2019 Amendment No. 1 to Agreement Dated March 26, 2018 by and between Lexon, Defendant, Beech Creek, and the Collateral Justice |
| JT19 | JT19 | 8/20/25 | X | X | 2/4/2019 Email between Clinton Diers and Jay Justice, et al with a prior email in the same chain and attachments |
| JT20 | JT20 | 8/20/25 | X | X | 2/5/2019 Email between Steve Ball and Summer Harrison re FW James C. Justice |
| JT21 | JT21 | 8/20/25 | X | X | 2/25/2019 Email between Kieran Moran and Brian Beggs, et al re Justice Update |
| JT22 | JT22 | 8/20/25 | X | X | 10/29/2019 Email between Brian Beggs and Pat Hennesy re James Justice FW Urgent New Bond Request |
| JT23 | JT23 | 8/20/25 | X | X | 10/29/2019 Email between Brian Beggs and Clint Diers re James Justice FW Urgent New Bond Request |
| JT24 | JT24 | 8/20/25 | X | X | 10/31/2019 Email between Brian Beggs and Clint Diers re James Justice FW Urgent New Bond Request |
| JT25 | JT25 | 8/20/25 | X | X | 1/6/2020 Email between Clinton Diers and Jay Justice re Monday Meeting |
| JT26 | JT26 | 8/20/25 | X | X | 1/9/2020 Email between Brian Beggs and Clint Diers, et al re Justice |
| JT27 | JT27 | 8/20/25 | X | X | 1/10/2020 Email between Clinton Diers, Jay Justice, Steve Ball, and Patricia Lewis re FW Justice |
| JT28 | JT28 | 8/20/25 | X | X | 1/15/2020 Email between Jay Justice and Clinton Diers, et al, with an attachment. |
| JT29 | JT29 | 8/20/25 | X | X | 1/16/2020 Email between Brian Beggs and Clint Diers, et al re Bonds |
| JT30 | JT30 | 8/20/25 | X | X | 1/17/2020 Email between Bill Muller and Jeremy Sentman et al re Justice Bonds |
| JT31 | JT31 | 8/20/25 | X | X | 1/30/2020 Amended Surety Side Letter Agreements executed by and between Lexon, Defendant, Beech Creek, and the Collateral Justice |
| JT32 | JT32 | 8/20/25 | X | X | 1/30/2020 Email between Jeremy Sentman and Jay Justice, et al, with a prior email in the same chain and an attachment |
| JT33 | JT33 | 8/20/25 | X | X | 1/31/2020 Email between Jeremy Sentman and Brian Beggs re FW Game plan |
| JT34 | JT34 | 8/20/25 | X | X | 2/27/2020 Email between Summer Harrison and Todd Robinson re FW re YE Balances |
| JT35 | JT35 | 8/20/25 | X | X | 3/25/2020 Email between Clinton Diers and Jay Justice re FW Proposal |

Page **2** of **5**

| | LEXON INSURANCE | vs. | JUSTICE | CASE NO. 3:23-CV-772 |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| JT36 | JT36 | 8/20/25 | X | X | 3/30/2020 Email between Brian Beggs and Jay Justice, et al re Proposal |
| JT37 | JT37 | 8/20/25 | X | X | 3/30/2020 Amended Surety Side Letter Agreements executed by and between Lexon, Defendant, Beach Creek, and the Collateral Justice |
| JT38 | JT38 | 8/20/25 | X | X | 6/16/2020 Email between Jeremy Sentman and Brian Beggs et al re Sompo Short, and Long term proposal |
| JT39 | JT39 | 8/20/25 | X | X | 6/25/2020 Email between Brian Beggs and Jay Justice, et al, with a prior email in the same chain |
| JT40 | JT40 | 8/20/25 | X | X | 9/25/2020 Notice of Default & Demand for Payment |
| JT41 | JT41 | 8/20/25 | X | X | 9/25/2020 Email between Jay Justice and Brian Beggs, et al, with prior emails in the same chain |
| JT42 | JT42 | 8/20/25 | X | X | 10/8/2020 Email between Stephen W. Ball and Clint Diers, et al, with an attachment. |
| JT43 | JT43 | 8/20/25 | X | X | 10/8/2020 Email between Stephen Ball and Clinton Diers, et al, with an attachment |
| JT44 | JT44 | 8/20/25 | X | X | 10/12/2020 Notice of Default & Demand for Payment |
| JT45 | JT45 | 8/20/25 | X | X | 10/12/2020 Email between Jeremy Sentman and Jay Justice, et al, with attachments |
| JT46 | JT46 | 8/20/25 | X | X | 12/31/2020 Letter from James C. Justice III to Lexon |
| JT47 | JT47 | 8/20/25 | X | X | 3/15/2021 Email between P. Hennesy, B. Beggs, and M. Olsen, et al, re Justice-Pre-Meeting Notes |
| JT48 | JT48 | 8/20/25 | X | X | 7/27/2021 Email between Jay Justice, Bill Smikiss, and Brian Block re Update |
| JT49 | JT49 | 8/20/25 | X | X | 8/19/2021 Email between P. Hennesy and Bill Simkiss re Beech Creek # bond #1064538 |
| JT50 | JT50 | 8/20/25 | X | X | 8/26/2021 Email between P. Hennesy and Bill Simkiss, copying B. Beggs, et al re Justice Meeting Update |
| JT51 | JT51 | 8/20/25 | X | X | 9/15/2021 Email between Pat Hennesy and Steve Ball, re Justice Aging, with attachment |
| JT52 | JT52 | 8/20/25 | X | X | 9/16/2021 Email between Jay Justice and Jeremy Sentman et al re Fwd |
| JT53 | JT53 | 8/20/25 | X | X | 9/28/2021 Email between Stephen Ball and Pat Hennesy, et al, with prior emails in the same chain and an attachment. |
| JT54 | JT54 | 8/20/25 | X | X | 9/28/2021 Letter to Sompo memorializing "recent meeting in Chicago." |
| JT55 | JT55 | 8/20/25 | X | X | 10/26/2021 Email between Jay Justice and Pat Hennesy, et al |
| JT56 | JT56 | 8/20/25 | X | X | 10/26/2021 Email between B. Beggs and P. Hennesy re call with Justice |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | LEXON INSURANCE | vs. | JUSTICE | CASE NO. 3:23-CV-772 |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| JT57 | JT57 | 8/20/25 | X | X | 12/6/2021 Email between Jay Justice and Pat Hennesy re Justice/Sompo |
| JT58 | JT58 | 8/20/25 | X | X | 12/6/2021 Emails between Justice and Sompo |
| JT59 | JT59 | 8/20/25 | X | X | 12/20/2021 Email between Pat Hannesy and Jay Justice, et al, re Justice/Sompo |
| JT60 | JT60 | 8/20/25 | X | X | 10/8/2022 Email between Pat Hennesy and Jeremy Sentman et al re FW Justice |
| JT61 | JT61 | 8/20/25 | X | X | 12/5/2022 Email between Pat Hennesy and Jeremy Sentman et al re Fwd Justice |
| JT62 | JT62 | 8/20/25 | X | X | 12/28/2022 Email between Jay Justice and Clinton Diers, with several other emails in the chain |
| JT63 | JT64 | 8/20/25 | X | X | 1/4/2023 Email between Pat Hennesy and Jay Justice et al re Justice-Marsh/Sompo Settlement |
| JT64 | JT64 | 8/20/25 | X | X | 2/13/2023 Email between Clint Diers and Jay Justice et al re |
| JT65 | JT65 | 8/20/25 | X | X | 5/24/2023 Email between D. Bugg and J. Sentman, et al, attaching Collateral Tracking Spreadsheet |
| JT66 | JT66 | 8/20/25 | X | X | 7/24/2023 July Notice of Default & Demand for Payment |
| JT67 | JT67 | 8/20/25 | X | X | 7/27/2023 Email between Stephen Ball and Matt Curran, et al, with an attachment |
| JT68 | JT68 | 8/20/25 | X | X | 4/23/2024 Amended Answer of James Justice II |
| JT69 | JT69 | 8/20/25 | X | X | 7/28/2024 Complaint, Lexon Insurance Company v. James C. Justice II |
| JT70 | JT70 | 8/20/25 | X | X | 6/30/2025 Premium Tracking Spreadsheet 2016-2025 |
| JT71 | JT71 | 8/20/25 | X | X | 6/30/2025 Premium Tracking Spreadsheet 2019-2025 |
| JT72 | JT72 | 8/20/25 | X | X | 6/30/2025 Payment Summary Pivot Table |
| JT73 | JT73 | 8/20/25 | X | X | Debit Confirmations, with Summary |
| X | | 8/20/25 | | | WIT: JEREMY SENTMAN, Senior Vice President and Head of Surety Claims |
| X | | 8/20/25 | | | WIT: BRIAN JEFFREY BEGGS, former employer of Sompo International |
| X | | 8/21/25 | | | WIT: WILLIAM J. MULLER, III, Sompo International |
| JT74 | JT74 | 8/21/25 | X | X | Stipulations |

Page **4** of **5**

| LEXON INSURANCE | vs. | JUSTICE | CASE NO. 3:23-CV-772 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | X | 8/21/25 | | | WIT: STEPHEN BALL, General Counsel and Executive Vice President Justice Companies |
| JT75 | JT75 | 8/21/25 | X | | Portion of Deposition of Stephen Ball (ID only) |
| | | | | | |