UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEXON INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00772 |
| | ) |
| JAMES C. JUSTICE, II, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Trial concluded in this matter on August 21, 2025. As discussed on the record, the parties shall file their post-trial proposed findings of fact and conclusions of law **30 days from receipt of the official trial transcript**. Plaintiff Lexon Insurance Company ("Lexon") shall file its motion for attorneys' fees **35 days from receipt of the official trial transcript** to which Defendant James C. Justice, II ("Senator Justice") shall respond to in accordance with the procedures set forth in Local Rule 54.01(c). To ensure an expeditious resolution of this matter, Lexon shall provide Senator Justice with its attorneys' fees through at least summary judgment on or before Thursday, **September 4, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE