IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LEXON INSURANCE COMPANY,<br><br>                         Plaintiff,<br><br>         -against-<br><br>JAMES C. JUSTICE II,<br><br>                        Defendant. | Civil Action No. 3:23-cv-00772<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes |

## **PLAINTIFF LEXON INSURANCE COMPANY'S**
## **NOTICE OF FILING UPDATED PREMIUM TRACKER**

Pursuant to the Court's instruction during trial (ECF 120, 39:19–40:18), Plaintiff Lexon Insurance Company submits the following:

1. JX 76 (LEXON-00008630), an updated version of JX 70, sorted by bond.

2. JX 77 (LEXON-00008631), an updated version of JX 71, sorted by bond.

3. JX 78, an updated version of JX 70, sorted by date.

4. JX 79, an updated version of JX 71, sorted by date.

Copies of the above-referenced document have been provided in native format to Defendant James C. Justice II on October 7, 2025.

Dated: October 8, 2025

                */s/ W. Brantley Phillips, Jr.*
                W. Brantley Phillips, Jr.
                Garrah Carter-Mason
                **BASS, BERRY & SIMS PLC**
                21 Platform Way South, Suite 3500
                Nashville, TN 37203
                (615) 742-6200
                bphillips@bassberry.com
                garrah.cartermason@bassberry.com

                Jason Halper
                Sara Brauerman
                Timbre Shriver
                **VINSON & ELKINS LLP**
                1114 Avenue of the Americas
                New York, New York 10036
                (212) 237-0000
                jhalper@velaw.com
                sbrauerman@velaw.com
                tshriver@velaw.com

                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that, on October 8, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record.

                                                   */s/ W. Brantley Phillips, Jr.*