JOINT
EXHIBIT
NO. 77

**DOCUMENT PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL                                                                    LEXON-00008631

| Bond Number | Ultimate Parent BPID | Ultimate Parent Name | Principal BPID | Principal Name | Effective Date | Expiration Date | Original Effective Date | Obligee Name ID | Obligee Name | Obligee Division Name | Bond Amount | Total Premium | KY Tax | Paid Date | Gross Balance Due 0/60 12/16/2018 | Gross Balance Over 60 6/30/2023 | Gross Balance Due 0/60 3/31/2024 | Gross Balance Over 60 3/31/2024 | Gross Balance Due 0/60 6/30/2024 | Gross Balance Over 60 6/30/2024 | Gross Balance Due 0/60 3/31/2025 | Gross Balance Over 60 3/31/2025 | Gross Balance Due 0/60 6/30/2025 | Gross Balance Over 60 6/30/2025 | Gross Balance Due 0/60 9/30/2025 | Gross Balance Over 60 9/30/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Case 3:23-cv-00772   Document 123-2   Filed 10/08/25   Page 30 of 57 PageID #: 2579

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1879 | 1090822-11 | 843484 | James C Justice Companies | 845952 | Beech Creek Coal Company LLC | 8/28/2025 | 8/28/2026 | 8/28/2015 | 855688609 | Commonwealth of Kentucky | Department for Natural Resources Divis | $500.00 | $200.00 | $3.60 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 203.60 | 0.00 |
| 1880 | 1090824-11 | 843484 | James C Justice Companies | 815569 | National Resources Inc. | 9/1/2025 | 9/1/2026 | 9/1/2015 | 554679408 | State of West Virginia | Department of Environmental Protection | $17,600.00 | $299.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 299.00 | 0.00 |
| 1881 | 1090825-11 | 843484 | James C Justice Companies | 812427 | Newgate Development of Beckley LLC | 9/1/2025 | 9/1/2026 | 9/1/2015 | 554679408 | State of West Virginia | Department of Environmental Protection | $500.00 | $200.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 |
| 1882 | 1090826-11 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 9/1/2025 | 9/1/2026 | 9/1/2015 | 554679408 | State of West Virginia | Department of Environmental Protection | $5,760.00 | $200.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 |
| 1883 | 1090827-11 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 9/1/2025 | 9/1/2026 | 9/1/2015 | 554679408 | State of West Virginia | Department of Environmental Protection | $13,680.00 | $233.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 233.00 | 0.00 |
| 1884 | 1090828-11 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 9/1/2025 | 9/1/2026 | 9/1/2015 | 554679408 | State of West Virginia | Department of Environmental Protection | $1,200,000.00 | $20,400.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,400.00 | 0.00 |
| 1885 | 1090829-11 | 843484 | James C Justice Companies | 814668 | Pay Car Mining Inc. | 9/1/2025 | 9/1/2026 | 9/1/2015 | 554679408 | State of West Virginia | Department of Environmental Protection | $4,560.00 | $200.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 |
| 1886 | 1090830-11 | 843484 | James C Justice Companies | 815569 | National Resources Inc. | 9/1/2025 | 9/1/2026 | 9/1/2015 | 554679408 | State of West Virginia | Department of Environmental Protection | $33,040.00 | $562.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 562.00 | 0.00 |
| 1887 | 1090831-11 | 843484 | James C Justice Companies | 815569 | National Resources Inc. | 9/1/2025 | 9/1/2026 | 9/1/2015 | 554679408 | State of West Virginia | Department of Environmental Protection | $10,000.00 | $200.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 |
| 1888 | 1090832-11 | 843484 | James C Justice Companies | 815569 | National Resources Inc. | 9/1/2025 | 9/1/2026 | 9/1/2015 | 554679408 | State of West Virginia | Department of Environmental Protection | $13,237.00 | $225.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 | 0.00 |
| 1889 | 1090833-11 | 843484 | James C Justice Companies | 815569 | National Resources Inc. | 9/1/2025 | 9/1/2026 | 9/1/2015 | 554679408 | State of West Virginia | Department of Environmental Protection | $20,160.00 | $343.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 343.00 | 0.00 |
| 1890 | 1090834-11 | 843484 | James C Justice Companies | 815569 | National Resources Inc. | 9/15/2025 | 9/15/2026 | 9/15/2015 | 554679408 | State of West Virginia | Department of Environmental Protection | $443,920.00 | $7,547.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,547.00 | 0.00 |
| 1891 | 1090851-10 | 843484 | James C Justice Companies | 845952 | Beech Creek Coal Company LLC | 9/15/2025 | 9/15/2026 | 9/15/2015 | 855688609 | Commonwealth of Kentucky | Department for Natural Resources Divis | $515,500.00 | $8,764.00 | $157.75 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,921.75 | 0.00 |
| 1892 | 1090852-10 | 843484 | James C Justice Companies | 845952 | Beech Creek Coal Company LLC | 9/15/2025 | 9/15/2026 | 9/15/2015 | 855688609 | Commonwealth of Kentucky | Department for Natural Resources Divis | $241,500.00 | $4,106.00 | $73.91 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,179.91 | 0.00 |
| 1893 | 1090853-10 | 843484 | James C Justice Companies | 845952 | Beech Creek Coal Company LLC | 9/15/2025 | 9/15/2026 | 9/15/2015 | 855688609 | Commonwealth of Kentucky | Department for Natural Resources Divis | $143,500.00 | $2,440.00 | $43.92 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,483.92 | 0.00 |
| 1894 | 1090862-10 | 843484 | James C Justice Companies | 818334 | Mine Support Services LLC | 9/15/2025 | 9/15/2026 | 9/15/2015 | 347794058 | State of West Virginia | Division of Labor | $92,000.00 | $2,760.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,760.00 | 0.00 |
| 1895 | 1079420-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/13/2025 | 7/13/2026 | 7/13/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $873,600.00 | $14,851.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,851.00 | 0.00 |
| 1896 | 1079425-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $7,680.00 | $200.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 |
| 1897 | 1079431-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $248,000.00 | $4,216.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,216.00 | 0.00 |
| 1898 | 1079432-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $629,760.00 | $10,706.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,706.00 | 0.00 |
| 1899 | 1079433-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $288,960.00 | $4,912.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,912.00 | 0.00 |
| 1900 | 1079434-14 | 843484 | James C Justice Companies | 814668 | Pay Car Mining Inc. | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $85,320.00 | $1,450.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,450.00 | 0.00 |
| 1901 | 1079435-14 | 843484 | James C Justice Companies | 814668 | Pay Car Mining Inc. | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $50,480.00 | $858.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 858.00 | 0.00 |
| 1902 | 1079436-14 | 843484 | James C Justice Companies | 814668 | Pay Car Mining Inc. | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $13,680.00 | $233.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 233.00 | 0.00 |
| 1903 | 1079437-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $215,040.00 | $3,656.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,656.00 | 0.00 |
| 1904 | 1079438-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $448,880.00 | $7,631.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,631.00 | 0.00 |
| 1905 | 1079439-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $81,840.00 | $1,391.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,391.00 | 0.00 |
| 1906 | 1079440-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $57,040.00 | $970.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 970.00 | 0.00 |
| 1907 | 1079441-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $91,840.00 | $1,561.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,561.00 | 0.00 |
| 1908 | 1079442-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $91,840.00 | $1,561.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,561.00 | 0.00 |
| 1909 | 1079443-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 7/23/2025 | 7/23/2026 | 7/23/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $108,240.00 | $1,840.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,840.00 | 0.00 |
| 1910 | 1079444-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $15,000.00 | $255.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 255.00 | 0.00 |
| 1911 | 1079445-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $34,000.00 | $578.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 578.00 | 0.00 |
| 1912 | 1079446-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $36,000.00 | $612.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 612.00 | 0.00 |
| 1913 | 1079447-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $40,000.00 | $680.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 680.00 | 0.00 |
| 1914 | 1079448-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $219,760.00 | $3,736.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,736.00 | 0.00 |
| 1915 | 1079449-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $72,160.00 | $1,227.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,227.00 | 0.00 |
| 1916 | 1079450-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $13,000.00 | $221.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 221.00 | 0.00 |
| 1917 | 1079451-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $15,120.00 | $257.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 257.00 | 0.00 |
| 1918 | 1079452-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $34,840.00 | $592.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 592.00 | 0.00 |
| 1919 | 1079453-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $10,000.00 | $200.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 |
| 1920 | 1079454-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $15,960.00 | $271.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 271.00 | 0.00 |
| 1921 | 1079455-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $10,000.00 | $200.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 |
| 1922 | 1079456-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $18,360.00 | $312.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 312.00 | 0.00 |
| 1923 | 1079458-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $12,240.00 | $208.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 208.00 | 0.00 |
| 1924 | 1079461-14 | 814670 | James C Justice Companies | 814670 | Second Sterling Corp. | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $47,520.00 | $808.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 808.00 | 0.00 |
| 1925 | 1079462-14 | 814670 | James C Justice Companies | 814670 | Second Sterling Corp. | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $833,000.00 | $14,161.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,161.00 | 0.00 |
| 1926 | 1079463-14 | 814670 | James C Justice Companies | 814670 | Second Sterling Corp. | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $79,000.00 | $1,343.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,343.00 | 0.00 |
| 1927 | 1079464-14 | 843484 | James C Justice Companies | 814667 | Bluestone Coal Corporation | 8/1/2025 | 8/1/2026 | 8/1/2012 | 554679408 | State of West Virginia | Department of Environmental Protection | $26,400.00 | $449.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 449.00 | 0.00 |
| 1928 | 1093057-13 | 843484 | James C Justice Companies | 813666 | Gilbert Mine Inc. | 8/5/2025 | 8/5/2026 | 8/5/2013 | 554679408 | State of West Virginia | Department of Environmental Protection | $17,640.00 | $300.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 |
| 1929 | 1093402-13 | 843484 | James C Justice Companies | 815569 | National Resources Inc. | 8/4/2025 | 8/4/2026 | 8/4/2013 | 554679408 | State of West Virginia | Department of Environmental Protection | $107,800.00 | $1,833.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,833.00 | 0.00 |
| 1930 | 1093403-13 | 843484 | James C Justice Companies | 815569 | National Resources Inc. | 8/4/2025 | 8/4/2026 | 8/4/2013 | 554679408 | State of West Virginia | Department of Environmental Protection | $107,800.00 | $1,833.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,833.00 | 0.00 |
| 1931 | 1093404-13 | 843484 | James C Justice Companies | 843976 | Old White Corporation dba Monroe Liquor | 8/6/2025 | 8/6/2026 | 8/6/2019 | 281208684 | State of West Virginia | Alcohol Beverage Control Administration | $28,625.56 | $593.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 593.00 | 0.00 |
| 1932 | 1135219-06 | 843484 | James C Justice Companies | 846486 | Kentucky Fuel Corporation | 8/11/2025 | 8/11/2026 | 8/11/2020 | 855688009 | Commonwealth of Kentucky | Department for Natural Resources | $88,000.00 | $1,496.00 | $26.93 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,522.93 | 0.00 |
| 1933 | 1135218-06 | 0000943484 | James C Justice Companies | 846480 | Infinity Energy Inc | 8/27/2025 | 8/27/2026 | 8/27/2015 | 855688009 | Commonwealth of Kentucky | Department for Natural Resources Divis | $103,500.00 | $0.00 | $0.00 | None | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1934 | 1135219-1 | 843484 | James C Justice Companies | 846486 | Kentucky Fuel Corporation | 8/11/2020 | 8/11/2021 | 8/11/2020 | 287710 | Kentucky Energy and Environment Cabinet Department for Natural Resources | | $88,000.00 | $1,496.00 | $26.93 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,522.93 | 1,522.93 | 1,522.93 |
| 1935 | | | | | | | | | | | | $13,634,764.00 | $113,347.01 | | | $57,585,023.25 | 6,722,615.73 | 8,761,259.96 | 7,788,121.61 | 9,108,982.85 | 8,377,253.01 | 10,762,035.32 | 9,832,332.34 | 11,320,949.65 | 10,389,090.81 | 11,653,444.76 | 10,929,709.24 |

| Bond Number-Term | Applied Date 2 | Sum of Applied Amount Gross |
|---|---|---|
| 1002108-17 | 12/16/2019 | $500.00 |
| 1002108-18 | 3/1/2021 | $500.00 |
| 1002108-19 | 2/1/2022 | $500.00 |
| 1002108-20 | 6/2/2025 | $171.25 |
| 1064016-11 | 4/3/2020 | $200.00 |
| 1064157-10 | 3/1/2020 | $820.51 |
| 1064158-10 | 3/1/2020 | $203.60 |
| 1064160-10 | 3/1/2020 | $203.60 |
| 1064161-10 | 3/1/2020 | $1,297.95 |
| 1064162-10 | 3/1/2020 | $1,297.95 |
| 1064164-10 | 3/1/2020 | $1,000.69 |
| 1064165-10 | 3/1/2020 | $343.07 |
| 1064166-10 | 3/1/2020 | $209.71 |
| 1064167-10 | 3/1/2020 | $439.78 |
| 1064168-10 | 3/1/2020 | $2,944.06 |
| 1064169-10 | 3/1/2020 | $625.05 |
| 1064170-10 | 3/1/2020 | $749.25 |
| 1064171-10 | 3/1/2020 | $917.22 |
| 1064172-10 | 3/1/2020 | $692.24 |
| 1064173-10 | 3/1/2020 | $521.22 |
| 1064174-10 | 3/1/2020 | $203.60 |
| 1064175-10 | 3/1/2020 | $1,796.77 |
| 1064176-10 | 3/1/2020 | $1,238.91 |
| 1064177-10 | 3/1/2020 | $203.60 |
| 1064178-10 | 3/1/2020 | $469.30 |
| 1064179-10 | 3/1/2020 | $434.69 |
| 1064180-10 | 3/1/2020 | $203.60 |
| 1064182-10 | 3/1/2020 | $203.60 |
| 1064183-10 | 3/1/2020 | $203.60 |
| 1064184-10 | 3/1/2020 | $203.60 |
| 1064185-10 | 4/1/2020 | $256.54 |
| 1064186-10 | 3/1/2020 | $387.86 |
| 1064187-10 | 3/1/2020 | $242.28 |
| 1064188-10 | 3/1/2020 | $203.60 |
| 1064189-10 | 3/1/2020 | $602.66 |
| 1064190-10 | 3/1/2020 | $203.60 |
| 1064191-10 | 3/1/2020 | $204.62 |
| 1064192-10 | 4/1/2020 | $313.54 |
| 1064193-10 | 3/1/2020 | $203.60 |
| 1064194-10 | 3/1/2020 | $203.60 |
| 1064196-10 | 3/1/2020 | $203.60 |
| 1064197-10 | 3/1/2020 | $205.64 |
| 1064198-10 | 3/1/2020 | $203.60 |
| 1064199-10 | 3/1/2020 | $203.60 |
| 1064200-10 | 3/1/2020 | $203.60 |
| 1064301-10 | 3/1/2020 | $203.60 |

| | | |
|---|---|---|
| 1064302-10 | 4/1/2020 | $203.60 |
| 1064303-10 | 4/1/2020 | $203.60 |
| 1064304-10 | 3/1/2020 | $879.55 |
| 1064305-10 | 3/1/2020 | $2,593.86 |
| 1064306-10 | 3/1/2020 | $1,860.90 |
| 1064307-10 | 3/1/2020 | $1,000.69 |
| 1064308-10 | 3/1/2020 | $2,633.57 |
| 1064309-10 | 3/1/2020 | $865.30 |
| 1064310-10 | 3/1/2020 | $865.30 |
| 1064311-10 | 3/1/2020 | $287.08 |
| 1064312-10 | 3/1/2020 | $1,616.58 |
| 1064313-10 | 3/1/2020 | $2,708.90 |
| 1064314-10 | 3/1/2020 | $6,235.25 |
| 1064315-10 | 3/1/2020 | $7,320.44 |
| 1064316-10 | 3/1/2020 | $746.19 |
| 1064317-10 | 3/1/2020 | $602.66 |
| 1064318-10 | 4/1/2020 | $203.60 |
| 1064319-10 | 4/1/2020 | $1,297.95 |
| 1064320-10 | 4/1/2020 | $1,297.95 |
| 1064321-10 | 4/1/2020 | $1,297.95 |
| 1064322-10 | 4/1/2020 | $1,297.95 |
| 1064323-10 | 4/1/2020 | $286.06 |
| 1064323-11 | 3/1/2021 | $281.00 |
| 1064323-11 | 6/1/2022 | $5.06 |
| 1064324-10 | 4/1/2020 | $657.63 |
| 1064325-10 | 4/1/2020 | $753.32 |
| 1064326-10 | 4/1/2020 | $960.99 |
| 1064327-10 | 4/1/2020 | $303.36 |
| 1064328-10 | 4/1/2020 | $1,725.51 |
| 1064329-10 | 4/1/2020 | $252.46 |
| 1064330-10 | 4/1/2020 | $1,414.00 |
| 1064331-10 | 4/1/2020 | $261.63 |
| 1064332-10 | 4/1/2020 | $203.60 |
| 1064333-10 | 4/1/2020 | $203.60 |
| 1064334-10 | 4/1/2020 | $203.60 |
| 1064335-10 | 4/1/2020 | $203.60 |
| 1064336-10 | 4/1/2020 | $203.60 |
| 1064337-10 | 4/1/2020 | $228.03 |
| 1064338-10 | 4/1/2020 | $203.60 |
| 1064339-10 | 4/1/2020 | $881.59 |
| 1064340-10 | 4/1/2020 | $830.69 |
| 1064341-10 | 4/1/2020 | $519.18 |
| 1064343-10 | 4/1/2020 | $2,424.88 |
| 1064344-10 | 4/1/2020 | $1,297.95 |
| 1064345-10 | 4/1/2020 | $1,028.18 |
| 1064346-10 | 4/1/2020 | $1,436.40 |
| 1064347-10 | 4/1/2020 | $1,297.95 |

| | | |
|---|---|---|
| **1064348-10** | 4/1/2020 | $1,297.95 |
| **1064351-10** | 4/1/2020 | $1,730.60 |
| **1064352-10** | 4/1/2020 | $1,297.95 |
| **1064353-10** | 4/1/2020 | $1,297.95 |
| **1064354-10** | 4/1/2020 | $1,649.16 |
| **1064355-10** | 4/1/2020 | $1,344.78 |
| **1064356-10** | 4/1/2020 | $2,628.48 |
| **1064363-10** | 4/1/2020 | $203.60 |
| **1064364-10** | 4/1/2020 | $1,297.95 |
| **1064365-10** | 4/1/2020 | $1,827.31 |
| **1064370-10** | 4/1/2020 | $8,810.79 |
| **1064371-10** | 4/1/2020 | $36,988.01 |
| **1064372-10** | 4/1/2020 | $17,281.57 |
| **1064373-10** | 4/1/2020 | $1,297.95 |
| **1064377-10** | 4/1/2020 | $227.01 |
| **1064378-10** | 4/1/2020 | $1,564.67 |
| **1064379-10** | 4/1/2020 | $4,249.13 |
| **1064380-10** | 4/1/2020 | $1,753.00 |
| **1064381-10** | 4/1/2020 | $1,635.93 |
| **1064382-10** | 4/1/2020 | $390.91 |
| **1064383-10** | 4/1/2020 | $348.16 |
| **1064384-10** | 4/1/2020 | $360.37 |
| **1064385-10** | 4/1/2020 | $203.60 |
| **1064386-10** | 4/1/2020 | $203.60 |
| **1064387-10** | 4/1/2020 | $203.60 |
| **1064388-10** | 4/1/2020 | $203.60 |
| **1064389-10** | 4/1/2020 | $2,212.11 |
| **1064390-10** | 4/1/2020 | $487.62 |
| **1064392-10** | 4/1/2020 | $7,787.70 |
| **1064393-10** | 4/1/2020 | $1,297.95 |
| **1064394-10** | 4/1/2020 | $4,266.44 |
| **1064395-10** | 4/1/2020 | $7,958.72 |
| **1064396-10** | 4/1/2020 | $3,663.78 |
| **1064397-10** | 4/1/2020 | $8,642.82 |
| **1064398-10** | 4/1/2020 | $5,707.93 |
| **1064407-10** | 4/1/2020 | $2,847.35 |
| **1064409-10** | 4/1/2020 | $2,301.70 |
| **1064411-10** | 4/1/2020 | $1,453.70 |
| **1064417-10** | 4/1/2020 | $2,059.41 |
| **1064419-10** | 4/1/2020 | $2,699.74 |
| **1064420-10** | 4/1/2020 | $2,241.64 |
| **1064428-10** | 4/1/2020 | $1,453.70 |
| **1064436-10** | 4/1/2020 | $1,817.13 |
| **1064443-10** | 4/1/2020 | $10,383.60 |
| **1064450-10** | 4/1/2020 | $1,774.37 |
| **1064452-10** | 4/1/2020 | $1,297.95 |
| **1064453-10** | 4/1/2020 | $1,943.36 |

| | | |
|---|---|---|
| **1064455-10** | 4/1/2020 | $1,297.95 |
| **1064467-10** | 4/1/2020 | $294.20 |
| **1064468-10** | 4/1/2020 | $702.42 |
| **1064469-10** | 4/1/2020 | $1,406.88 |
| **1064470-10** | 4/1/2020 | $603.67 |
| **1064471-10** | 4/1/2020 | $588.40 |
| **1064472-10** | 4/1/2020 | $676.97 |
| **1064473-10** | 4/1/2020 | $666.79 |
| **1064474-10** | 4/1/2020 | $1,742.82 |
| **1064475-10** | 4/1/2020 | $2,691.59 |
| **1064476-10** | 4/1/2020 | $712.60 |
| **1064477-10** | 4/1/2020 | $1,297.95 |
| **1064478-10** | 4/1/2020 | $862.25 |
| **1064479-10** | 4/1/2020 | $203.60 |
| **1064480-10** | 4/1/2020 | $203.60 |
| **1064481-10** | 4/1/2020 | $588.40 |
| **1064482-10** | 4/1/2020 | $203.60 |
| **1064483-10** | 4/1/2020 | $203.60 |
| **1064484-10** | 4/3/2020 | $279.95 |
| **1064485-10** | 4/3/2020 | $441.81 |
| **1064486-10** | 4/3/2020 | $2,291.52 |
| **1064487-10** | 4/3/2020 | $3,061.13 |
| **1064488-10** | 4/3/2020 | $2,175.47 |
| **1064489-10** | 4/3/2020 | $1,530.05 |
| **1064490-10** | 4/3/2020 | $929.43 |
| **1064492-10** | 4/3/2020 | $203.60 |
| **1064493-10** | 4/3/2020 | $360.37 |
| **1064494-10** | 4/3/2020 | $1,701.08 |
| **1064495-10** | 4/3/2020 | $2,078.76 |
| **1064496-10** | 4/3/2020 | $1,104.53 |
| **1064498-10** | 4/3/2020 | $516.13 |
| **1064499-10** | 4/3/2020 | $203.60 |
| **1064500-10** | 5/1/2020 | $257.55 |
| **1064501-10** | 5/1/2020 | $449.96 |
| **1064502-10** | 4/3/2020 | $595.53 |
| **1064503-10** | 4/3/2020 | $1,381.43 |
| **1064504-10** | 4/3/2020 | $885.66 |
| **1064505-11** | 4/3/2020 | $1,616.58 |
| **1064506-10** | 4/3/2020 | $1,301.00 |
| **1064507-10** | 4/3/2020 | $1,297.95 |
| **1064508-10** | 4/3/2020 | $736.01 |
| **1064509-10** | 4/3/2020 | $842.90 |
| **1064510-10** | 4/3/2020 | $1,297.95 |
| **1064511-10** | 4/3/2020 | $203.60 |
| **1064512-10** | 4/3/2020 | $439.78 |
| **1064513-10** | 4/3/2020 | $203.60 |
| **1064514-10** | 4/3/2020 | $210.73 |

| | | |
|---|---|---|
| **1064515-10** | 4/3/2020 | $203.60 |
| **1064516-10** | 4/1/2020 | $309.47 |
| **1064517-10** | 4/3/2020 | $408.22 |
| **1064519-10** | 4/3/2020 | $543.61 |
| **1064520-10** | 4/3/2020 | $2,078.76 |
| **1064536-10** | 4/3/2020 | $919.25 |
| **1064537-10** | 4/3/2020 | $608.76 |
| **1064538-10** | 4/3/2020 | $1,770.30 |
| **1064538-10** | 7/1/2025 | $50.90 |
| **1064539-10** | 4/3/2020 | $465.23 |
| **1064541-10** | 4/3/2020 | $919.25 |
| **1064542-10** | 4/3/2020 | $200.00 |
| **1064543-10** | 4/3/2020 | $865.30 |
| **1064545-10** | 8/19/2020 | $30,018.00 |
| **1064546-10** | 4/3/2020 | $1,297.95 |
| **1064549-10** | 4/3/2020 | $3,187.36 |
| **1064550-10** | 4/3/2020 | $8,944.15 |
| **1064554-10** | 4/3/2020 | $1,574.85 |
| **1064577-10** | 4/3/2020 | $200.00 |
| **1064578-10** | 4/3/2020 | $200.00 |
| **1064579-10** | 4/3/2020 | $200.00 |
| **1064580-10** | 4/3/2020 | $1,105.00 |
| **1064581-10** | 4/3/2020 | $3,538.00 |
| **1064582-10** | 4/3/2020 | $391.00 |
| **1064583-10** | 4/3/2020 | $544.00 |
| **1064584-10** | 4/3/2020 | $1,095.00 |
| **1064585-10** | 4/3/2020 | $1,474.00 |
| **1064586-10** | 4/3/2020 | $1,258.00 |
| **1064587-10** | 4/3/2020 | $11,407.00 |
| **1064588-10** | 4/3/2020 | $2,720.00 |
| **1064589-10** | 4/3/2020 | $10,948.00 |
| **1064590-10** | 4/3/2020 | $13,260.00 |
| **1064599-10** | 4/3/2020 | $1,618.62 |
| **1064701-10** | 4/3/2020 | $1,297.95 |
| **1064710-10** | 7/9/2020 | $18,202.86 |
| **1064712-10** | 7/9/2020 | $13,350.00 |
| **1064714-10** | 5/1/2020 | $1,860.90 |
| **1064719-10** | 5/1/2020 | $1,448.61 |
| **1064723-10** | 6/16/2020 | $1,453.70 |
| **1064734-10** | 8/19/2020 | $4,375.00 |
| **1064735-10** | 5/1/2020 | $865.30 |
| **1064737-10** | 6/16/2020 | $1,999.35 |
| **1064738-10** | 6/16/2020 | $3,426.59 |
| **1064744-10** | 7/9/2020 | $6,405.26 |
| **1064747-10** | 7/9/2020 | $1,700.00 |
| **1064748-10** | 10/1/2020 | $6,783.00 |
| **1064749-10** | 7/9/2020 | $4,151.00 |

| | | |
|---|---|---|
| **1064750-10** | 8/19/2020 | $39,953.00 |
| **1064751-10** | 8/19/2020 | $17,889.00 |
| **1064752-10** | 8/19/2020 | $27,999.00 |
| **1064753-10** | 8/19/2020 | $9,455.00 |
| **1064771-10** | 10/1/2020 | $2,992.00 |
| **1064772-10** | 10/1/2020 | $11,908.00 |
| **1064773-10** | 10/1/2020 | $680.00 |
| **1064775-10** | 10/1/2020 | $8,449.00 |
| **1064776-10** | 10/1/2020 | $952.00 |
| **1064778-10** | 10/1/2020 | $2,873.00 |
| **1064779-10** | 10/1/2020 | $731.00 |
| **1064780-10** | 10/1/2020 | $31,459.00 |
| **1064781-10** | 10/1/2020 | $2,074.00 |
| **1064782-10** | 10/1/2020 | $8,602.00 |
| **1064783-10** | 10/1/2020 | $5,066.00 |
| **1064784-10** | 10/1/2020 | $4,267.00 |
| **1064786-10** | 11/1/2020 | $18,855.40 |
| **1064787-10** | 10/1/2020 | $2,269.12 |
| **1064788-10** | 10/1/2020 | $1,903.66 |
| **1064789-10** | 11/1/2020 | $2,414.70 |
| **1064790-10** | 11/1/2020 | $828.65 |
| **1064791-10** | 10/1/2020 | $1,718.38 |
| **1064792-10** | 10/1/2020 | $899.91 |
| **1064793-10** | 11/1/2020 | $773.68 |
| **1064794-10** | 10/1/2020 | $2,779.14 |
| **1064795-10** | 10/1/2020 | $2,855.49 |
| **1064800-10** | 11/1/2020 | $2,812.73 |
| **1064802-10** | 11/3/2020 | $2,059.41 |
| **1064803-10** | 11/3/2020 | $22,338.00 |
| **1064805-10** | 11/3/2020 | $10,727.00 |
| **1064807-10** | 11/3/2020 | $17,074.00 |
| **1064808-10** | 12/4/2020 | $200.00 |
| **1064810-10** | 12/4/2020 | $865.30 |
| **1064811-10** | 12/4/2020 | $865.30 |
| **1064813-10** | 2/1/2021 | $3.60 |
| **1064813-10** | 3/1/2021 | $200.00 |
| **1064814-10** | 3/1/2021 | $15,283.00 |
| **1064817-10** | 3/1/2021 | $1,428.00 |
| **1064817-9** | 12/31/2019 | $1,428.00 |
| **1064819-11** | 5/6/2025 | $416.66 |
| **1064819-9** | 12/31/2019 | $24,567.39 |
| **1064820-9** | 1/31/2020 | $810.33 |
| **1064835-9** | 12/31/2019 | $11,934.01 |
| **1064836-9** | 1/31/2020 | $13,550.60 |
| **1064837-9** | 1/31/2020 | $21,338.30 |
| **1064838-9** | 1/31/2020 | $12,373.79 |
| **1064839-10** | 3/1/2021 | $13,023.27 |

| | | |
|---|---|---|
| **1064839-9** | 1/31/2020 | $13,023.27 |
| **1064840-9** | 1/31/2020 | $3,263.71 |
| **1064841-9** | 1/31/2020 | $1,790.66 |
| **1064842-9** | 12/31/2019 | $5,843.32 |
| **1064843-9** | 1/31/2020 | $6,301.42 |
| **1064844-9** | 1/31/2020 | $2,422.84 |
| **1064845-9** | 1/31/2020 | $4,663.46 |
| **1064846-9** | 1/31/2020 | $12,962.19 |
| **1064847-9** | 1/31/2020 | $11,508.49 |
| **1064848-9** | 1/31/2020 | $2,070.61 |
| **1064849-9** | 12/31/2019 | $2,207.02 |
| **1064850-9** | 1/31/2020 | $4,603.40 |
| **1064851-9** | 1/31/2020 | $2,120.49 |
| **1064852-9** | 1/31/2020 | $4,785.62 |
| **1064853-9** | 1/31/2020 | $4,087.27 |
| **1064855-9** | 1/31/2020 | $4,077.09 |
| **1064856-9** | 1/31/2020 | $4,118.83 |
| **1064857-9** | 1/31/2020 | $2,918.61 |
| **1064858-9** | 1/31/2020 | $14,677.52 |
| **1064865-9** | 1/31/2020 | $4,029.00 |
| **1064873-9** | 1/31/2020 | $756.37 |
| **1064874-9** | 1/31/2020 | $702.42 |
| **1064876-10** | 3/1/2021 | $651.00 |
| **1064876-10** | 7/1/2025 | $11.72 |
| **1064876-9** | 1/31/2020 | $662.72 |
| **1064877-9** | 1/31/2020 | $203.60 |
| **1064886-9** | 4/3/2020 | $6,072.00 |
| **1064887-9** | 4/3/2020 | $6,528.00 |
| **1064893-9** | 4/3/2020 | $203.60 |
| **1064894-9** | 4/3/2020 | $8,457.54 |
| **1064898-9** | 4/3/2020 | $1,023.09 |
| **1064899-9** | 4/3/2020 | $396.00 |
| **1064900-9** | 4/3/2020 | $8,986.90 |
| **1064901-9** | 5/1/2020 | $612.84 |
| **1064904-9** | 5/1/2020 | $3,394.01 |
| **1064905-9** | 5/1/2020 | $1,829.35 |
| **1064906-9** | 5/1/2020 | $1,270.46 |
| **1064907-9** | 5/1/2020 | $2,306.79 |
| **1064908-9** | 5/1/2020 | $1,698.02 |
| **1064909-9** | 5/1/2020 | $1,441.49 |
| **1064910-9** | 5/1/2020 | $203.60 |
| **1064911-9** | 5/1/2020 | $203.60 |
| **1064913-9** | 5/1/2020 | $2,400.00 |
| **1064915-9** | 5/1/2020 | $3,565.04 |
| **1064916-9** | 5/1/2020 | $5,927.81 |
| **1064917-9** | 5/1/2020 | $11,812.87 |
| **1064919-9** | 5/1/2020 | $4,932.21 |

| | | |
|---|---|---|
| **1064920-9** | 5/1/2020 | $850.03 |
| **1064921-9** | 5/1/2020 | $203.60 |
| **1064922-9** | 5/1/2020 | $1,297.95 |
| **1064923-9** | 5/1/2020 | $993.57 |
| **1064924-9** | 5/1/2020 | $1,597.24 |
| **1064925-9** | 5/1/2020 | $203.60 |
| **1064926-9** | 5/1/2020 | $4,425.25 |
| **1064927-9** | 5/1/2020 | $12,257.74 |
| **1064928-9** | 5/1/2020 | $1,297.95 |
| **1064929-9** | 5/1/2020 | $2,242.65 |
| **1064930-9** | 5/1/2020 | $1,297.95 |
| **1064931-9** | 5/1/2020 | $1,297.95 |
| **1064932-9** | 5/1/2020 | $1,297.95 |
| **1064933-9** | 5/1/2020 | $3,668.87 |
| **1064934-9** | 5/1/2020 | $2,699.74 |
| **1064935-9** | 5/1/2020 | $2,749.62 |
| **1064936-9** | 5/1/2020 | $1,297.95 |
| **1064937-9** | 5/1/2020 | $1,297.95 |
| **1064938-9** | 5/1/2020 | $1,883.30 |
| **1064939-9** | 5/1/2020 | $570.00 |
| **1064940-9** | 5/1/2020 | $8,144.00 |
| **1064943-9** | 7/9/2020 | $459.00 |
| **1064944-9** | 7/9/2020 | $255.00 |
| **1064947-9** | 8/19/2020 | $200.00 |
| **1064948-9** | 8/19/2020 | $200.00 |
| **1064951-9** | 6/16/2020 | $39,729.00 |
| **1064952-9** | 6/16/2020 | $40,460.00 |
| **1064953-9** | 6/16/2020 | $24,990.00 |
| **1064956-9** | 7/9/2020 | $419.00 |
| **1064957-9** | 7/9/2020 | $200.00 |
| **1064959-9** | 7/9/2020 | $486.00 |
| **1064960-9** | 6/16/2020 | $1,972.00 |
| **1064961-9** | 7/9/2020 | $481.00 |
| **1064962-11** | 12/4/2023 | $3,035.13 |
| **1064962-9** | 6/16/2020 | $3,067.00 |
| **1064964-9** | 7/9/2020 | $1,445.00 |
| **1064971-9** | 7/9/2020 | $4,830.00 |
| **1064974-9** | 11/1/2020 | $3,291.00 |
| **1066250-10** | 12/4/2020 | $6,000.00 |
| **1066529-9** | 10/1/2020 | $34,915.36 |
| **1066564-7** | 12/4/2020 | $775.72 |
| **1066565-7** | 12/4/2020 | $969.14 |
| **1066566-7** | 12/4/2020 | $2,056.36 |
| **1069714-9** | 12/4/2020 | $1,446.58 |
| **1069715-9** | 12/4/2020 | $1,560.59 |
| **1069718-9** | 12/4/2020 | $1,663.00 |
| **1069719-9** | 12/4/2020 | $5,027.90 |

| | | |
|---|---|---|
| **1069721-9** | 12/4/2020 | $733.98 |
| **1069725-9** | 12/4/2020 | $1,824.26 |
| **1069730-9** | 2/1/2021 | $7,847.00 |
| **1069731-9** | 2/1/2021 | $12,546.00 |
| **1069732-9** | 2/1/2021 | $680.00 |
| **1069735-9** | 2/1/2021 | $6,246.00 |
| **1069737-9** | 3/1/2021 | $12,233.00 |
| **1069738-9** | 2/1/2021 | $2,338.00 |
| **1069739-9** | 2/1/2021 | $31,210.00 |
| **1069740-10** | 7/1/2024 | $835.00 |
| **1069740-11** | 7/1/2024 | $830.87 |
| **1069740-11** | 7/1/2025 | $4.13 |
| **1069740-9** | 2/1/2021 | $3,837.00 |
| **1069740-9** | 7/1/2024 | ($1,665.00) |
| **1069741-9** | 2/1/2021 | $42,162.00 |
| **1069743-9** | 2/1/2021 | $6,480.00 |
| **1069744-9** | 3/1/2021 | $376.00 |
| **1069745-9** | 3/1/2021 | $8,500.00 |
| **1069749-9** | 3/1/2021 | $5,836.00 |
| **1069750-9** | 3/1/2021 | $200.00 |
| **1069751-9** | 3/1/2021 | $17,070.00 |
| **1069757-9** | 3/1/2021 | $3,578.00 |
| **1069758-9** | 2/1/2021 | $1,542.00 |
| **1069764-9** | 3/1/2021 | $200.00 |
| **1069771-9** | 2/1/2021 | $6.64 |
| **1069771-9** | 3/1/2021 | $369.00 |
| **1069772-9** | 2/1/2021 | $7.78 |
| **1069772-9** | 3/1/2021 | $432.00 |
| **1069773-9** | 3/1/2021 | $200.00 |
| **1069773-9** | 11/1/2021 | $3.60 |
| **1069774-9** | 3/1/2021 | $259.59 |
| **1069775-9** | 2/1/2021 | $3.60 |
| **1069775-9** | 3/1/2021 | $200.00 |
| **1069776-9** | 3/1/2021 | $398.04 |
| **1069777-9** | 3/1/2021 | $511.04 |
| **1069778-9** | 2/1/2021 | $3.60 |
| **1069778-9** | 3/1/2021 | $200.00 |
| **1069779-9** | 2/1/2021 | $3.60 |
| **1069779-9** | 3/1/2021 | $200.00 |
| **1069780-9** | 3/1/2021 | $203.60 |
| **1069781-9** | 2/1/2021 | $8.26 |
| **1069781-9** | 3/1/2021 | $459.00 |
| **1069782-9** | 2/1/2021 | $4.28 |
| **1069782-9** | 3/1/2021 | $238.00 |
| **1069783-9** | 3/1/2021 | $412.29 |
| **1069784-9** | 3/1/2021 | $203.60 |
| **1069789-9** | 2/1/2021 | $1,887.00 |

| | | |
|---|---|---|
| **1069790-9** | 3/1/2021 | $15,300.00 |
| **1069791-8** | 12/31/2019 | $200.00 |
| **1069793-8** | 12/31/2019 | $476.00 |
| **1069794-8** | 12/31/2019 | $646.00 |
| **1069795-8** | 12/31/2019 | $650.00 |
| **1069805-8** | 5/1/2020 | $625.00 |
| **1069806-8** | 8/19/2020 | $2,500.00 |
| **1069807-8** | 5/1/2020 | $1,000.00 |
| **1069808-8** | 4/1/2020 | $11,248.90 |
| **1069814-8** | 5/1/2020 | $340.01 |
| **1069816-8** | 7/9/2020 | $381.00 |
| **1069818-11** | 12/1/2022 | $1,050.00 |
| **1069818-8** | 8/19/2020 | $1,250.00 |
| **1069819-8** | 7/9/2020 | $2,429.97 |
| **1069820-8** | 7/9/2020 | $1,297.95 |
| **1069823-8** | 11/3/2020 | $15,276.00 |
| **1069824-8** | 11/3/2020 | $1,297.95 |
| **1069825-8** | 3/1/2021 | $625.00 |
| **1069826-7** | 12/31/2019 | $1,784.55 |
| **1069829-7** | 6/16/2020 | $5,479.00 |
| **1069830-7** | 7/9/2020 | $2,018.00 |
| **1069831-7** | 5/1/2020 | $2,353.62 |
| **1069831-7** | 7/1/2025 | ($94.68) |
| **1069832-7** | 5/1/2020 | $1,168.66 |
| **1069834-7** | 6/16/2020 | $5,191.80 |
| **1069835-7** | 7/9/2020 | $10,535.00 |
| **1069837-8** | 8/19/2020 | $200.00 |
| **1069838-7** | 8/19/2020 | $200.00 |
| **1069839-7** | 11/1/2020 | $200.00 |
| **1069840-7** | 11/3/2020 | $6,234.00 |
| **1069845-6** | 1/31/2020 | $200.00 |
| **1069845-7** | 3/1/2021 | $200.00 |
| **1069846-6** | 1/31/2020 | $2,946.00 |
| **1069847-6** | 1/31/2020 | $22,878.00 |
| **1069848-6** | 1/31/2020 | $2,739.00 |
| **1069849-6** | 1/31/2020 | $865.30 |
| **1069850-6** | 1/31/2020 | $1,297.95 |
| **1069853-6** | 4/1/2020 | $200.00 |
| **1069855-6** | 4/1/2020 | $6,776.00 |
| **1069856-6** | 4/1/2020 | $8,036.00 |
| **1069860-6** | 5/1/2020 | $4,195.18 |
| **1069862-6** | 5/1/2020 | $1,514.78 |
| **1069864-6** | 5/1/2020 | $6,645.50 |
| **1069866-6** | 7/9/2020 | $203.60 |
| **1069870-6** | 11/3/2020 | $2,018.00 |
| **1069871-6** | 11/1/2020 | $51,918.00 |
| **1069874-6** | 11/3/2020 | $3,536.00 |

| | | |
|---|---|---|
| **1069875-6** | 11/1/2020 | $5,191.80 |
| **1069877-6** | 11/3/2020 | $22,643.00 |
| **1069878-6** | 2/1/2021 | $5,960.39 |
| **1069882-6** | 2/1/2021 | $326.00 |
| **1069882-6** | 3/1/2021 | $5.87 |
| **1069883-6** | 2/1/2021 | $234.14 |
| **1069884-6** | 2/1/2021 | $5,100.00 |
| **1069884-6** | 3/1/2021 | $91.80 |
| **1069886-6** | 3/1/2021 | $1,297.95 |
| **1069888-5** | 12/31/2019 | $974.23 |
| **1069889-5** | 12/31/2019 | $15,809.54 |
| **1069890-5** | 12/31/2019 | $5,720.14 |
| **1069891-5** | 12/31/2019 | $3,270.83 |
| **1069893-5** | 12/31/2019 | $1,737.73 |
| **1069895-5** | 4/1/2020 | $7,532.00 |
| **1069896-5** | 4/1/2020 | $1,857.85 |
| **1069897-5** | 5/1/2020 | $4,955.62 |
| **1069898-5** | 5/1/2020 | $1,250.00 |
| **1069900-5** | 10/1/2020 | $200.00 |
| **1069901-5** | 10/1/2020 | $200.00 |
| **1069902-5** | 11/1/2020 | $200.00 |
| **1069903-5** | 10/1/2020 | $200.00 |
| **1069904-5** | 10/1/2020 | $204.00 |
| **1069905-5** | 11/1/2020 | $200.00 |
| **1069906-5** | 11/1/2020 | $245.00 |
| **1069907-5** | 11/1/2020 | $200.00 |
| **1069908-5** | 11/1/2020 | $204.00 |
| **1069909-5** | 11/1/2020 | $200.00 |
| **1069910-5** | 11/1/2020 | $200.00 |
| **1069911-5** | 11/1/2020 | $200.00 |
| **1069912-5** | 11/1/2020 | $212.00 |
| **1069913-5** | 11/1/2020 | $200.00 |
| **1069914-5** | 11/1/2020 | $200.00 |
| **1069915-5** | 11/1/2020 | $204.00 |
| **1069918-5** | 11/1/2020 | $1,797.79 |
| **1069921-5** | 7/9/2020 | $1,040.40 |
| **1069922-5** | 11/1/2020 | $203.60 |
| **1069924-5** | 11/3/2020 | $299.00 |
| **1069925-5** | 11/3/2020 | $200.00 |
| **1069926-5** | 11/1/2020 | $200.00 |
| **1069927-5** | 11/1/2020 | $233.00 |
| **1069928-5** | 11/1/2020 | $20,400.00 |
| **1069929-5** | 11/3/2020 | $200.00 |
| **1069930-5** | 11/3/2020 | $562.00 |
| **1069931-5** | 11/3/2020 | $200.00 |
| **1069932-5** | 11/3/2020 | $225.00 |
| **1069933-5** | 11/3/2020 | $343.00 |

| | | |
|---|---|---|
| **1069934-5** | 11/3/2020 | $7,547.00 |
| **1069936-5** | 11/3/2020 | $255.00 |
| **1069937-5** | 12/4/2020 | $200.00 |
| **1069939-5** | 12/4/2020 | $1,615.00 |
| **1069939-5** | 2/1/2021 | $29.07 |
| **1069940-5** | 2/1/2021 | $2,605.06 |
| **1069941-5** | 2/1/2021 | $3,556.89 |
| **1069945-4** | 4/1/2020 | $2,543.98 |
| **1069949-4** | 6/16/2020 | $7,226.78 |
| **1069951-4** | 11/1/2020 | $157.75 |
| **1069951-4** | 11/3/2020 | $8,764.00 |
| **1069952-4** | 11/1/2020 | $4,106.00 |
| **1069952-4** | 11/3/2020 | $73.91 |
| **1069953-4** | 11/1/2020 | $2,483.92 |
| **1069962-4** | 11/3/2020 | $2,760.00 |
| **1069963-4** | 12/4/2020 | $6,114.00 |
| **1069966-3** | 4/1/2020 | $200.00 |
| **1069972-3** | 5/1/2020 | $7,548.00 |
| **1069998-2** | 5/1/2020 | $1,297.95 |
| **1070089-9** | 12/4/2020 | $54,968.00 |
| **1070097-9** | 3/1/2021 | $58,657.00 |
| **1079308-8** | 11/3/2020 | $3,178.00 |
| **1079309-8** | 11/3/2020 | $200.00 |
| **1079323-8** | 11/3/2020 | $200.00 |
| **1079428-8** | 7/9/2020 | $14,851.00 |
| **1079430-8** | 7/9/2020 | $200.00 |
| **1079431-8** | 7/9/2020 | $4,216.00 |
| **1079432-8** | 7/9/2020 | $10,706.00 |
| **1079433-8** | 7/9/2020 | $4,912.00 |
| **1079434-8** | 7/9/2020 | $1,450.00 |
| **1079435-8** | 7/9/2020 | $858.00 |
| **1079436-8** | 7/9/2020 | $233.00 |
| **1079437-8** | 7/9/2020 | $3,656.00 |
| **1079438-8** | 7/9/2020 | $7,631.00 |
| **1079439-8** | 7/9/2020 | $1,391.00 |
| **1079440-8** | 7/9/2020 | $970.00 |
| **1079441-8** | 7/9/2020 | $1,561.00 |
| **1079442-8** | 7/9/2020 | $1,561.00 |
| **1079443-8** | 7/9/2020 | $1,840.00 |
| **1079444-8** | 7/9/2020 | $255.00 |
| **1079445-8** | 7/9/2020 | $578.00 |
| **1079446-8** | 7/9/2020 | $612.00 |
| **1079447-8** | 7/9/2020 | $680.00 |
| **1079448-8** | 7/9/2020 | $3,736.00 |
| **1079449-8** | 7/9/2020 | $1,227.00 |
| **1079450-8** | 7/9/2020 | $221.00 |
| **1079451-8** | 8/19/2020 | $257.00 |

| | | |
|---|---|---|
| 1079452-8 | 7/9/2020 | $592.00 |
| 1079453-8 | 11/1/2020 | $200.00 |
| 1079454-8 | 11/1/2020 | $271.00 |
| 1079455-8 | 11/1/2020 | $200.00 |
| 1079458-8 | 7/9/2020 | $312.00 |
| 1079459-8 | 8/19/2020 | $208.00 |
| 1079461-8 | 11/1/2020 | $808.00 |
| 1079462-8 | 11/1/2020 | $14,161.00 |
| 1079463-8 | 11/1/2020 | $1,343.00 |
| 1079464-8 | 7/9/2020 | $449.00 |
| 1090738-8 | 12/4/2020 | $2,867.00 |
| 1090739-8 | 12/4/2020 | $8,029.00 |
| 1090740-8 | 12/4/2020 | $1,771.00 |
| 1090741-8 | 11/3/2020 | $1,096.00 |
| 1090742-8 | 12/4/2020 | $970.00 |
| 1090743-8 | 12/4/2020 | $2,066.00 |
| 1090744-8 | 12/4/2020 | $2,530.00 |
| 1090745-8 | 12/4/2020 | $717.00 |
| 1090746-8 | 12/4/2020 | $632.00 |
| 1090747-8 | 12/4/2020 | $282.00 |
| 1090749-8 | 11/3/2020 | $200.00 |
| 1090755-8 | 12/4/2020 | $19,183.00 |
| 1090756-8 | 12/4/2020 | $1,057.00 |
| 1090757-8 | 12/4/2020 | $751.00 |
| 1090758-8 | 12/4/2020 | $200.00 |
| 1090759-8 | 12/4/2020 | $337.00 |
| 1090760-8 | 12/4/2020 | $748.00 |
| 1090761-8 | 12/4/2020 | $5,780.00 |
| 1091536-8 | 12/4/2020 | $200.00 |
| 1091579-8 | 2/1/2021 | $374.00 |
| 1091595-8 | 3/1/2021 | $200.00 |
| 1091596-8 | 3/1/2021 | $200.00 |
| 1091600-8 | 3/1/2021 | $277.00 |
| 1092530-7 | 5/1/2020 | $1,282.00 |
| 1092536-7 | 5/1/2020 | $2,779.00 |
| 1093357-7 | 8/19/2020 | $300.00 |
| 1093402-7 | 11/3/2020 | $1,833.00 |
| 1093403-7 | 11/3/2020 | $1,833.00 |
| 1093404-7 | 11/3/2020 | $1,833.00 |
| 1096633-6 | 12/31/2019 | $938.15 |
| 1135161-1 | 3/1/2020 | $692.24 |
| 1135162-1 | 3/1/2020 | $1,977.97 |
| 1135163-1 | 3/1/2020 | $1,616.58 |
| 1135164-1 | 3/1/2020 | $1,013.93 |
| 1135165-1 | 3/1/2020 | $1,173.75 |
| 1135166-1 | 3/1/2020 | $1,403.82 |
| 1135167-1 | 3/1/2020 | $1,784.55 |

| | | |
|---|---|---|
| **1135168-1** | 3/1/2020 | $1,450.65 |
| **1135169-1** | 3/1/2020 | $1,297.95 |
| **1135170-1** | 3/1/2020 | $1,725.51 |
| **1135171-1** | 4/1/2020 | $4,428.30 |
| **1135172-1** | 4/1/2020 | $3,177.18 |
| **1135200-1** | 10/16/2019 | $595.00 |
| | | $2,095,256.40 |



# Report 28B

| | |
|---|---|
| As-of Date | Oct 01,2025 |
| Data Refreshed on | Oct 01,2025 11:00 AM |
| Bond Exposure Status | Open+Maintenance Period |
| Ultimate Parent | James C Justice Companies |
| Principal | All |
| Agent Name | All |
| Excluded Agent Name | All |
| Agent Branch | All |
| Bankruptcy | All |
| Direct Collect | All |
| Writing Company | All |
| Source System | All |

Report description:



# Report 28B for Closed , Canceled and Replaced

| | |
|---|---|
| As-of Date | Oct 01,2025 |
| Data Refreshed on | Oct 01,2025 9:00 AM |
| Bond Effective Date Range | Feb 01,2019 to Sep 30,2025 |
| Bond Closed Date Range | None to None |
| Ultimate Parent | James C Justice Companies |
| Principal | All |
| Agent Name | All |
| Excluded Agent Name | All |
| Agent Branch | All |
| Bankruptcy | All |
| Direct Collect | All |
| Writing Company | All |
| Source System | All |

Report description: