UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEXON INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00772 |
| | ) |
| JAMES C. JUSTICE, II, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On October 8, 2025, the parties filed their proposed findings of fact and conclusions of law pursuant to the Court's August 22, 2025 Order. (See Doc. Nos. 118, 121, 122). Contrary to the Court's prior instruction, Defendant James C. Justice, II ("Senator Justice") has failed to cite to appropriate authority supporting various proposed findings of fact. (See, e.g., Doc. No. 122 ¶¶ 2, 36, 51, 52). To aid the Court in expeditiously resolving this matter, Senator Justice shall file amended proposed findings of fact and conclusions of law on or before 5:00 p.m. on Friday, **October 10, 2025**, that contains proper citations to the record. Failure to do so may result in the Court disregarding any unsupported assertions.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE