IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY,

                    Plaintiff,

-against-

JAMES C. JUSTICE II,

                    Defendant.

Civil Action No. 3:23-cv-00772

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Barbara D. Holmes

## PLAINTIFF LEXON INSURANCE COMPANY'S
## MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES

Pursuant to the personal guaranty dated as of March 26, 2018, as amended on February 4, 2019 (the "Guaranty"), the Court's December 3, 2024 Memorandum Opinion (ECF 68) and Order (ECF 69), and the Court's August 22, 2025 Order (ECF 118), Plaintiff Lexon Insurance Company ("Lexon") respectfully requests, pursuant to Section 2 of the Guaranty, the Court to award Lexon its attorneys' fees, costs, and expenses incurred to enforce Lexon's rights under the Guaranty in the amount of $███████ plus pre-judgment interest on all fees and expenses at a rate of 6% per annum in the amount of $███████; for a total amount of $███████; plus post-judgment interest on the principal amount at a rate of 6% per annum.

Alternatively, Lexon respectfully requests that, under Section 1 of the Guaranty, the Court award Lexon attorneys' fees, in the amount of $███████; and non-taxable costs and expenses, in the amount of $208,907.19. To the extent the Court relies on Section 1 of the Guaranty, Lexon does not seek to recover its taxable costs and expenses and has instead filed a Bill of Costs to recover those taxable amounts. In addition, Lexon respectfully requests that the Court award Lexon pre-judgment interest on all fees and expenses, including taxable expenses, at a rate of 7% per

annum in the amount of $██████; for a total amount of $██████; plus post-judgment interest on the principal amount at a rate of 5% per annum.

As explained further in Lexon's accompanying Memorandum of Law in Support of this Motion, these amounts are reasonable and justified by established law. Lexon is also submitting the Declarations of Jason Halper, Bob Boston, W. Brantley Phillips, Jr., and L. Webb Campbell II in support of this Motion.

In accordance with Local Rule 7.01(a)(1), Lexon states that it has conferred with Defendant's counsel concerning this Motion. Although the parties continue to discuss possible areas of agreement regarding the amounts sought with this Motion, Defendant has reserved the right to object to any of the attorneys' fees and other expenses sought by Lexon.

Dated: October 14, 2025

*/s/ W. Brantley Phillips, Jr.*
W. Brantley Phillips, Jr.
Garrah Carter-Mason
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200
bphillips@bassberry.com
garrah.cartermason@bassberry.com

Jason Halper
Sara Brauerman
Timbre Shriver
**VINSON & ELKINS LLP**
1114 Avenue of the Americas
New York, New York 10036
(212) 237-0000
jhalper@velaw.com
sbrauerman@velaw.com
tshriver@velaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that, on October 14, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record.

                                      */s/ W. Brantley Phillips, Jr.*