# EXHIBIT 2

| V&E/CWT/BBS Non-Taxable Disbursements | | | | | |
|---|---|---|---|---|---|
| Date | Description | Amount | Statement Number | Statement Date | Taxable |
| 4/25/2023 | Westlaw Court Express Online Legal Research | $189.44 | 1157957 | 5/9/2023 | N |
| 5/9/2023 | Litigation eDiscovery Support, includes data hosting for document review and production | $2,513.84 | 1157957 | 5/9/2023 | N |
| 5/9/2023 | Pacer and CourtAlert Online Legal Research done by: Lee, Chad | $541.90 | 1157957 | 5/9/2023 | N |
| 6/20/2023 | Litigation eDiscovery Support, includes data hosting for document review and production | $2,537.99 | 1159351 | 6/20/2023 | N |
| 7/5/2023 | Pacer and CourtAlert Online Legal Research done by: Lee, Chad; Lee, Diane; Glenn, Michael; Shriver, Timbre; Wegner, Paul | $1,144.88 | 1160371 | 7/19/2023 | N |
| 7/19/2023 | Litigation eDiscovery Support, includes data hosting for document review and production | $124.99 | 1160371 | 7/19/2023 | N |
| 8/15/2023 | Word Processing Services including spreadsheet and brief formatting and proofreading | $343.42 | 1161308 | 8/15/2023 | N |
| 8/15/2023 | Pacer and CourtAlert Online Legal Research | $486.70 | 1161308 | 8/15/2023 | N |
| 8/15/2023 | Litigation eDiscovery Support, includes data hosting for document review and production | $43.45 | 1161308 | 8/15/2023 | N |
| 8/10/2023 | Messenger Service: Road Runner Delivery, pickup and delivery of copies from US District Court | $17.50 | 922233 | 8/22/2023 | N |
| 7/28/2023 | Court Filing Fees; filing of documents in TN Middle District Court | $402.00 | 922233 | 8/22/2023 | N |
| 8/31/2023 | Pacer and CourtAlert Online Legal Research done by: Halper, Jason | $10,813.71 | 1162377 | 9/13/2023 | N |
| 9/13/2023 | Litigation eDiscovery Support, includes data hosting for document review and production | $2,506.74 | 1162377 | 9/13/2023 | N |
| 9/13/2023 | Delivery services for documents to client and other counsel | $73.71 | 1162377 | 9/13/2023 | N |
| 8/2/2023 | Uber Service to LGA airport for travel to Nashville for settlement meetings for Jason Halper; Aug. 2, 2023 | $126.68 | 1162377 | 9/13/2023 | N |
| 8/2/2023 | Uber Service in Nashville from BNA airport to settlement meetings for Jason Halper; Aug. 2, 2023 | $59.02 | 1162377 | 9/13/2023 | N |
| 8/2/2023 | Uber Service from LGA airport after settlement meetings for Jason Halper; Aug. 2, | $173.95 | 1162377 | 9/13/2023 | N |
| 7/31/2023 | Airfare for Jason Halper; Delta Airlines Roundtrip LGA to BNA to JFK; Aug. 2, 2025 | $1,141.59 | 1162377 | 9/13/2023 | N |

| Date | Description | Amount | Ref | Date 2 | Flag |
|---|---|---|---|---|---|
| 8/3/2023 | Court Filing Fees; filings in TN Middle District Court | $300.00 | 925607 | 9/25/2023 | N |
| 10/11/2023 | Word Processing Services including spreadsheet and brief formatting and proofreading | $145.17 | 1163489 | 10/11/2023 | N |
| 10/11/2023 | Litigation eDiscovery Support, includes data hosting for document review and production | $2,677.86 | 1163489 | 10/11/2023 | N |
| 11/9/2023 | Litigation eDiscovery Support, includes data hosting for document review and production | $13.69 | 1164778 | 11/9/2023 | N |
| 10/4/2023 | Pacer and Court Alert Online Legal Research by: Lee, Diane; Wegner, Paul; Shriver, Timbre | $5,089.00 | 1165752 | 12/6/2023 | N |
| 12/6/2023 | Litigation eDiscovery Support, includes data hosting for document review and production | $36.49 | 1165752 | 12/6/2023 | N |
| 12/6/2023 | Word Processing Services including spreadsheet and brief formatting and proofreading | $703.09 | 1165752 | 12/6/2023 | N |
| 1/4/2024 | Pacer and CourtAlert Online Legal Research by: Lee, Diane; Wegner, Paul; Shriver, Timbre; Glenn, Michael | $3,188.75 | 1167160 | 1/12/2024 | N |
| 1/12/2024 | Litigation eDiscovery Support, includes data hosting for document review and production | $13.39 | 1167160 | 1/12/2024 | N |
| 1/31/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $ 12,824.78 | 250761 | 1/31/2024 | N |
| 1/31/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $1,450.76 | 251277 | 1/31/2024 | N |
| 2/21/2024 | Word Processing Services including spreadsheet and brief formatting and proofreading | $113.75 | 1168204 | 2/21/2024 | N |
| 2/21/2024 | Pacer and CourtAlert Online Legal Research | $1,360.83 | 1168204 | 2/21/2024 | N |
| 2/21/2024 | Litigation eDiscovery Support, includes data hosting for document review and production | $36.77 | 1168204 | 2/21/2024 | N |
| 2/29/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $6,054.06 | 252102 | 2/29/2024 | N |
| 3/31/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $5,815.85 | 255225 | 3/31/2024 | N |

| Date | Description | Amount | Invoice | Invoice Date | |
|---|---|---|---|---|---|
| 4/12/2024 | Litigation eDiscovery Support, includes data hosting for document review and production | $4,988.08 | 1169904R | 4/12/2024 | N |
| 4/30/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $5,453.30 | 357016 | 4/30/2024 | N |
| 4/17/2024 | Out of Town Lodging for Jason Halper for the Deposition of James Justice | $1,748.97 | 1170999 | 5/13/2024 | N |
| 4/17/2024 | Local and Out of Town Car Service for Jason Halper for the Deposition of James Justice | $340.25 | 1170999 | 5/13/2024 | N |
| 4/2/2024 | Out of Town Air Travel for Jason Halper and Elizabeth Moore | $1,282.02 | 1170999 | 5/13/2024 | N |
| 5/13/2024 | Litigation eDiscovery Support, includes data hosting for document review and production | $134.69 | 1170999 | 5/13/2024 | N |
| 5/31/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $6,762.19 | 259198 | 5/31/2024 | N |
| 4/24/2024 | Court Fees for the Filing of Pro Hac Vice Motions in TN Middle District Court | $150.00 | 949512 | 6/17/2024 | N |
| 6/21/2024 | Pacer and CourtAlert Online Legal Research | $89.60 | 01-000079 | 6/21/2024 | N |
| 4/17/2024 | Omni Hotel Lodging in Virginia for Elizabeth Moore | $1,425.58 | 01-000079 | 6/21/2024 | N |
| 5/13/2024 | FedEx Delivery of Package requested by Paul Wegner and sent to Sara Bussiere | $50.46 | 01-000079 | 6/21/2024 | N |
| 5/7/2024 | Rail Travel for Elizabeth Moore | $856.00 | 01-000079 | 6/21/2024 | N |
| 5/6/2024 | Out of Town Rail Travel for Meeting with Opposing Counsel for Sara Bussiere | $690.00 | 01-000079 | 6/21/2024 | N |
| 6/21/2024 | Litigation eDiscovery Support, includes data hosting for document review and production | $4,984.19 | 01-000079 | 6/21/2024 | N |
| 6/30/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $3,305.58 | 260325 | 6/30/2024 | N |
| 4/22/2024 | Delivery services for documents to client and other counsel | $354.88 | 15000379 | 7/23/2024 | N |
| 5/30/2024 | American Airlines Air Travel for Sara Bussiere | $382.96 | 15000379 | 7/23/2024 | N |

| Date | Description | Amount | Ref | Date | N/Y |
|---|---|---|---|---|---|
| 7/31/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $2,665.58 | 262173 | 7/31/2024 | N |
| 8/31/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $2,626.83 | 264609 | 8/31/2024 | N |
| 7/8/2024 | Pacer and CourtAlert Online Legal Research by: Lee, Diane; Shriver, Timbre; Flip, Russell | $50.60 | 15001091 | 9/12/2024 | N |
| 9/12/2024 | Litigation eDiscovery Support, includes data hosting for document review and production | $4,988.08 | 15001091 | 9/12/2024 | N |
| 6/6/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $2,055.50 | 15001091 | 9/12/2024 | N |
| 9/30/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $3,458.02 | 267410 | 9/30/2024 | N |
| 10/31/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data | $1,978.08 | 268294 | 10/31/2024 | N |
| 11/30/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $3,028.08 | 271655 | 11/30/2024 | N |
| Nov. 2024 | Westlaw Online Legal Research by: Shriver, Timbre; Spencer, April; Menendez, Chris | $9,222.10 | 25766705 | 12/18/2024 | N |
| 12/31/2024 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $2,995.58 | 273105 | 12/31/2024 | N |
| Dec. 2024 | Westlaw Online Legal Research by: Shriver, Timbre; Spencer, April; Menendez, Chris; Small, Bradley; Shuck, Emma; Reilly, Elizabeth | $21,365.79 | 25768162 | 1/15/2025 | N |
| 12/20/2024 | Outside Professional Services of Gail Ashworth, Mediator for Mediation between the Parties | $2,252.25 | 25768162 | 1/15/2025 | N |

| Date | Description | Amount | Ref 1 | Ref 2 | N/Y |
|---|---|---|---|---|---|
| 1/31/2025 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $2,318.08 | 275631 | 1/31/2025 | N |
| 2/28/2025 | Outside Professional Services Transperfect - Litigation eDiscovery Support, includes data hosting for document review and production | $2,318.08 | 277365 | 2/28/2025 | N |
| Dec. 2024 | Westlaw Online Legal Research by: Shuck, Emma | $218.53 | 25771662 | 3/14/2025 | N |
| 5/30/2025 | Westlaw Online Legal Research | $7,557.33 | 25777470 | 5/30/2025 | N |
| 5/1/2025 | Westlaw Online Legal Research by: Shuck, Emma | $727.56 | 25779523 | 6/27/2025 | N |
| 5/2/2025 | Westlaw Online Legal Research by: Shuck, Emma | $1,891.65 | 25779523 | 6/27/2025 | N |
| 5/2/2025 | Westlaw Online Legal Research by: Shriver, Timbre | $534.13 | 25779523 | 6/27/2025 | N |
| 5/14/2025 | Westlaw Online Legal Research by: Shriver, Timbre | $536.19 | 25779523 | 6/27/2025 | N |
| 5/15/2025 | Westlaw Online Legal Research by: Shriver, Timbre | $89.36 | 25779523 | 6/27/2025 | N |
| 5/16/2025 | Westlaw Online Legal Research by: Gilbertson, Bo | $372.16 | 25779523 | 6/27/2025 | N |
| 5/19/2025 | Westlaw Online Legal Research by: Gilbertson, Bo | $464.46 | 25779523 | 6/27/2025 | N |
| 5/31/2025 | Pacer Online Legal Research by: Gilbertson, Bo | $8.70 | 25779523 | 6/27/2025 | N |
| 5/31/2025 | LexisNexis Online Legal Research by: Shuck, Emma - Invoice # 3095792859 | $49.51 | 25779523 | 6/27/2025 | N |
| 7/25/2025 | Pacer Online Legal Research by: Gilbertson, Bo | $7.00 | 25781131 | 7/25/2025 | N |
| 7/25/2025 | Pacer Online Legal Research by: Shriver, Timbre | $0.20 | 25781131 | 7/25/2025 | N |
| 6/12/2025 | Airfare and Lodging for status hearing for Timbre Shriver; Delta Airlines Roundtrip LGA to BNA; Hermitage Hotel; June 22-23, 2025 | $853.01 | 25781131 | 7/25/2025 | N |
| 6/8/2025 | Outside Professional Services: Trial Behavior Consulting | $8,743.75 | 25781131 | 7/25/2025 | N |
| 6/22/2025 | Uber Service from BNA airport to hotel in Nashville for status hearing for Timbre Shriver; June 22, 2025 | $39.01 | 25783098 | 8/25/2025 | N |

| Date | Description | Amount | | | |
|---|---|---|---|---|---|
| 6/22/2025 | Uber Service from LGA airport after status hearing for Timbre Shriver; June 23, 2025 | $87.00 | 25783098 | 8/25/2025 | N |
| 6/22/2025 | Uber Service to LGA airport for status hearing for Timbre Shriver; June 22, 2025 | $89.43 | 25783098 | 8/25/2025 | N |
| 6/23/2025 | Uber Service to V&E office in New York before travel to status hearing for Timbre Shriver; June 22, 2025 | $31.48 | 25783098 | 8/25/2025 | N |
| 6/23/2025 | Uber Service to BNA airport after status hearing for Timbre Shriver; June 23, 2025 | $35.67 | 25783098 | 8/25/2025 | N |
| 6/23/2025 | Lodging in Nashville for status hearing for Timbre Shriver; Hermitage Hotel; June 22-23, 2025 | $539.71 | 25783098 | 8/25/2025 | N |
| 7/9/2025 | Airfare for pre-trial conference for Sara Brauerman; Delta Airlines One-way BNA to JFK; Aug. 4, 2025 | $234.02 | 25783098 | 8/25/2025 | N |
| 7/9/2025 | Airfare for pre-trial conference for Sara Brauerman; American Airlines One-way JFK to BNA; Aug. 3, 2025 | $265.48 | 25783098 | 8/25/2025 | N |
| 7/1/2025 | Online Legal Research for: Gilbertson, Bo | $89.36 | 25783098 | 8/25/2025 | N |
| 7/14/2025 | Online Legal Research for: Gilbertson, Bo | $136.11 | 25783098 | 8/25/2025 | N |
| 7/14/2025 | Online Legal Research for: Shriver, Timbre | $89.36 | 25783098 | 8/25/2025 | N |
| 7/15/2025 | Online Legal Research for: Gilbertson, Bo | $229.29 | 25783098 | 8/25/2025 | N |
| 7/16/2025 | Online Legal Research for: Shriver, Timbre | $1,301.96 | 25783098 | 8/25/2025 | N |
| 7/21/2025 | Online Legal Research for: Shriver, Timbre | $117.35 | 25783098 | 8/25/2025 | N |
| 7/27/2025 | Online Legal Research for: Shriver, Timbre | $178.73 | 25783098 | 8/25/2025 | N |
| 7/31/2025 | Pacer Online Legal Research for: Shuck, Emma | $18.70 | 25783098 | 8/25/2025 | N |
| 7/31/2025 | Pacer Online Legal Research for: Gilbertson, Bo | $5.90 | 25783098 | 8/25/2025 | N |
| 7/31/2025 | Pacer Online Legal Research for: Shriver, Timbre | $0.30 | 25783098 | 8/25/2025 | N |
| 7/31/2025 | Pacer Online Legal Research for: Brauerman, Sara | $8.60 | 25783098 | 8/25/2025 | N |

| Date | Description | Amount | Invoice # | Invoice Date | Paid |
|---|---|---|---|---|---|
| 8/4/2025 | FedEx Delivery; Requested by Laura Bilbrey; Delivered to Tony Masington; FedEx Invoice # 8-943-46863 | $53.86 | 988506 | 9/5/2025 | N |
| 7/29/2025 | RoadRunner Messenger Service | $27.00 | 988506 | 9/5/2025 | N |
| 8/4/2025 | Airfare for pre-trial conference and trial for Sara Brauerman; American Airlines Roundtrip PHL to BNA; Aug. 14-22,2025 | $892.97 | 25784867 | 9/18/2025 | N |
| 8/4/2025 | Airfare for trial for Jason Halper; Delta Airlines Roundtrip LGA to BNA to JFK; Aug. 18-22,2025 | $745.86 | 25784867 | 9/18/2025 | N |
| 8/4/2025 | Airfare for trial for Tiffany Monroy; Delta Airlines Roundtrip LGA to BNA to JFK; Aug. 17-22,2025 | $464.13 | 25784867 | 9/18/2025 | N |
| 8/5/2025 | Airfare for trial for Tony Masington; United Airlines Rountrip IAH to BNA; Aug. 18-23, 2025 | $453.16 | 25784867 | 9/18/2025 | N |
| 8/5/2025 | Airfare for trial for Tony Masington; United Airlines One-way IAH to BNA; Aug. 18, 2025 | $78.31 | 25784867 | 9/18/2025 | N |
| 8/5/2025 | Airfare for trial for Tony Masington; United Airlines One-way BNA to IAH; Aug. 23, 2025 | $78.31 | 25784867 | 9/18/2025 | N |
| 8/7/2025 | Airfare for pre-trial conference and trial for Timbre Shriver; Delta Airlines Roundtrip LGA to BNA; Aug. 14-22,2025 | $483.72 | 25784867 | 9/18/2025 | N |
| 8/9/2025 | Online Legal Research by: Shriver, Timbre | $714.92 | 25784867 | 9/18/2025 | N |
| 8/11/2025 | FedEx Priority Overnight Delivery; Requested by Sara Brauerman (New York); Delivered to Sara Brauerman (Wilmington, DE); FedEx Invoice # 8-950-71129 | $42.13 | 25784867 | 9/18/2025 | N |
| 8/12/2025 | Airfare change for pre-trial conference for Timbre Shriver; Delta Airlines One-way LGA to BNA; Aug. 14, 2025 | $93.10 | 25784867 | 9/18/2025 | N |
| 8/13/2025 | Airfare change due to pre-trial conference cancellation for Jason Halper; Delta Airlines One-way LGA to BNA; Aug. 18, 2025 | $42.67 | 25784867 | 9/18/2025 | N |
| 8/14/2025 | Airfare change due to pre-trial conference cancellation for Sara Brauerman; American Airlines One-Way PHL to BNA; Aug. 16, 2025 | $58.40 | 25784867 | 9/18/2025 | N |

| Date | Description | Amount | | | |
|---|---|---|---|---|---|
| 8/14/2025 | Airfare change due to pre-trial conference cancellation for Timbre Shriver; Delta Airlines One-way LGA to BNA; Aug. 16, 2025 | $82.32 | 25784867 | 9/18/2025 | N |
| 8/17/2025 | Uber Service in Nashville from BNA airport to hotel for trial for Sara Brauerman; Aug. 16, 2025 | $65.17 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | FedEx Priority Overnight Delivery; Requested by Tony Masington ; Delivered to Jeremy Sentman; FedEx Invoice # 8-957-60839 | $93.11 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | FedEx Priority Overnight Deliver; Requested by Tony Masington; Delivered to Brian Beggs; FedEx Invoice # 8-957-60839 | $178.45 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | Uber Service in Nashville from BNA airport to hotel for trial for Tony Masington; Aug. 18, 2025 | $62.54 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | Uber Service in Nashville from BNA airport to hotel for trial for Tiffany Monroy; Aug. 17, 2025 | $60.55 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | Uber Service to LGA airport for travel to Nashville for trial for Tiffany Monroy; Aug. 17, 2025 | $80.53 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | Baggage Fee for flight to Nashville for trial for Tiffany Monroy; Aug. 17, 2025 | $35.00 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | Uber Service in Nashville from hotel to local counsel's office for trial for Tiffany Monroy; Aug. 18, 2025 | $9.91 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | In-Flight Internet during travel to Nashville for trial for Jason Halper; Aug. 18, 2025 | $17.95 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | Car Service to LGA airport for travel to Nashville for trial for Jason Halper; Aug. 18, 2025 | $150.00 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | Uber Service in Nashville from BNA airport to local counsel's office for trial for Jason Halper; Aug. 18, 2025 | $41.33 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | Uber Service in Nashville from local counsel's office to hotel for trial for Jason Halper; Aug. 18, 2025 | $29.04 | 25784867 | 9/18/2025 | N |
| 8/18/2025 | Online Legal Research by: Shriver, Timbre | $268.09 | 25784867 | 9/18/2025 | N |

| Date | Description | Amount | Invoice | Invoice Date | |
|---|---|---|---|---|---|
| 8/19/2025 | Uber Service in Nashville from local counsel's office to hotel for trial for Sara Brauerman; Aug. 19, 2025 | $34.70 | 25784867 | 9/18/2025 | N |
| 8/19/2025 | Uber Service in Nashville from hotel to local counsel's office for trial for Jason Halper; Aug. 19, 2025 | $42.62 | 25784867 | 9/18/2025 | N |
| 8/19/2025 | Uber Service in Nashville from local counsel's office to hotel for trial for Jason Halper; Aug. 19, 2025 | $30.30 | 25784867 | 9/18/2025 | N |
| 8/20/2025 | Uber Service in Nashville from local counsel's office to hotel for Sara Brauerman; Aug. 20, 2025 | $34.70 | 25784867 | 9/18/2025 | N |
| 8/20/2025 | Uber Service in Nashville from hotel to local counsel's office for trial for Jason Halper; Aug. 20, 2025 | $34.70 | 25784867 | 9/18/2025 | N |
| 8/20/2025 | Uber Service in Nashville from local counsel's office to hotel for trial for Jason Halper; Aug. 20, 2025 | $35.10 | 25784867 | 9/18/2025 | N |
| 8/20/2025 | Parcels, Inc Printing and Copying Services: Pre-trial filings for delivery to Sara Brauerman | $99.59 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Airport parking for Tony Masington while traveling for trial in Nashville; Aug. 18-21, 2025 | $70.96 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Uber Service in Nashville to BNA airport after trial for Tony Masington; Aug. 21, 2025 | $39.53 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Airfare change due to trial ending early for Tony Masington; United Airlines One-Way BNA to IAH; Aug. 21, 2025 | $220.62 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Airfare change due to trial ending early for Tiffany Monroy; Delta Airlines One-Way BNA to LGA; Aug. 21, 2025 | $104.46 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Uber Service in Nashville from hotel to local counsel's office for trial for Sara Brauerman | $34.70 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Airfare change due to trial ending early for Sara Brauerman; American Airlines One-Way BNA to PHL; Aug. 21, 2025 | $144.00 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Uber Service in Nashville from hotel to local counsel's office for trial for Jason Halper | $34.70 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Uber Service in Nashville to BNA airport after trial for Jason Halper | $94.50 | 25784867 | 9/18/2025 | N |

| Date | Description | Amount | Invoice | Invoice Date | |
|---|---|---|---|---|---|
| 8/21/2025 | Uber Service from JFK airport after trial for Jason Halper | $110.51 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Online Legal Research by: Shriver, Timbre | $153.15 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Lodging in Nashville for trial for Timbre Shriver; Four Seasons Hotel; Aug. 16-21, 2025 | $3,245.62 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Lodging in Nashville for trial for Tony Masington; Four Seasons Hotel; Aug. 18-21, 2025 | $2,318.30 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Lodging in Nashville for trial for Tiffany Monroy; Four Seasons Hotel; Aug. 18-21, 2025 | $2,781.96 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Lodging in Nashville for trial for Jason Halper; Four Seasons Hotel; Aug. 17-21, 2025 | $2,781.96 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Lodging in Nashville for trial for Sara Brauerman; Four Seasons Hotel; Aug. 16-21, 2025 | $3,245.62 | 25784867 | 9/18/2025 | N |
| 8/21/2025 | Airfare change due to trial ending early for Timbre Shriver; Delta Airlines One-Way BNA to LGA; Aug. 21, 2025 | $205.37 | 25784867 | 9/18/2025 | N |
| 8/22/2025 | Uber service from LGA airport after trial for Tiffany Monroy; Aug. 21, 2025 | $65.21 | 25784867 | 9/18/2025 | N |
| 8/22/2025 | Baggage Fee for return flight from Nashville after trial for Tiffany Monroy, Aug. 21, 2025 | $35.00 | 25784867 | 9/18/2025 | N |
| 8/22/2025 | Uber service in Nashville to BNA airport after trial for Sara Brauerman, Aug. 21, 2025 | $83.85 | 25784867 | 9/18/2025 | N |
| 8/25/2025 | FedEx Delivery for trial materials; Requested by Vinson & Elkins; Delivered to Laura Bilbrey; FedEx Invoice # 8-965-99381 | $146.99 | 25784867 | 9/18/2025 | N |
| 8/25/2025 | FedEx Delivery for trial materials; Requested by Vinson & Elkins; Delivered to Laura Bilbrey; FedEx Invoice # 8-965-99381 | $22.70 | 25784867 | 9/18/2025 | N |
| 8/25/2025 | FedEx Delivery for trial materials; Requested by Vinson & Elkins; Delivered to Laura Bilbrey; FedEx Invoice # 8-965-06606 | $48.36 | 25784867 | 9/18/2025 | N |

| Date | Description | Amount | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|
| 8/25/2025 | FedEx Delivery for trial materials; Requested by Vinson & Elkins; Delivered to Laura Bilbrey; FedEx Invoice # 8-965-06606 | $113.99 | 25784867 | 9/18/2025 | N |
| 8/25/2025 | FedEx Delivery for trial materials; Requested by Vinson & Elkins; Delivered to Laura Bilbrey; FedEx Invoice # 8-965-06606 | $75.99 | 25784867 | 9/18/2025 | N |
| 8/25/2025 | FedEx Delivery for trial materials; Requested by Vinson & Elkins; Delivered to Laura Bilbrey; FedEx Invoice # 8-965-06606 | $82.90 | 25784867 | 9/18/2025 | N |
| 8/25/2025 | FedEx Delivery for trial materials; Requested by Vinson & Elkins; Delivered to Laura Bilbrey; FedEx Invoice # 8-965-06606 | $69.08 | 25784867 | 9/18/2025 | N |
| 8/25/2025 | FedEx Delivery for trial materials; Requested by Vinson & Elkins; Delivered to Laura Bilbrey; FedEx Invoice # 8-965-06606 | $48.40 | 25784867 | 9/18/2025 | N |
| 8/31/2025 | Car Service from PHL airport to Wilmington, DE after trial for Sara Brauerman | $177.05 | 25784867 | 9/18/2025 | N |
| 8/22/2025 | FedEx Delivery of trial materials; Requested by Laura Bilbrey; FedEx Trading ID # 883761993582 | $27.61 | 991813 | 10/2/2025 | N |
| 8/18/2025 | Meals during trial; Aug. 18, 2025 | $6.27 | 991813 | 10/2/2025 | N |
| 8/18/2025 | Meals during trial - Dinner; Aug. 18, 2025 | $211.60 | 991813 | 10/2/2025 | N |
| 8/19/2025 | Meals during trial - Lunch; Aug. 19, 2025 | $206.33 | 991813 | 10/2/2025 | N |
| 8/19/2025 | Meals during trial - Dinner; Aug. 19, 2025 | $190.53 | 991813 | 10/2/2025 | N |
| 8/20/2025 | Meals during trial - Lunch; Aug. 20, 2025 | $226.74 | 991813 | 10/2/2025 | N |
| 8/20/2025 | Meals during trial - Dinner; Aug. 20, 2025 | $190.53 | 991813 | 10/2/2025 | N |
| 8/21/2025 | Meals during trial - Lunch; Aug. 21, 2025 | $226.74 | 991813 | 10/2/2025 | N |
| 8/21/2025 | Meals during trial - Dinner; Aug. 21, 2025 | $174.06 | 991813 | 10/2/2025 | N |
| 8/22/2025 | Meals during trial - Lunch; Aug. 22, 2025 | $226.74 | 991813 | 10/2/2025 | N |
| 8/18/2025 | RoadRunner Messenger Service | $9.00 | 991813 | 10/2/2025 | N |

| Date | Description | Amount | | | |
|---|---|---|---|---|---|
| 8/19/2025 | Parking Expenses during trial | $18.28 | 991813 | 10/2/2025 | N |
| 8/19/2025 | Parking Expenses during trial | $18.28 | 991813 | 10/2/2025 | N |
| 8/16/2025 | Uber Service in New York to LGA airport for travel to trial in Nashville for Timbre Shriver; Aug. 16, 2025 | $79.99 | 2578368 | 10/6/2025 | N |
| 8/16/2025 | Uber Service in Nashville from BNA airport to hotel for trial for Timbre Shriver; Aug. 16, 2025 | $33.49 | 2578368 | 10/6/2025 | N |
| 8/20/2025 | Uber Service in Nashville from hotel to local counsel's office for trial for Timbre Shriver; Aug. 20, 2025 | $41.64 | 2578368 | 10/6/2025 | N |
| 8/20/2025 | Uber Service in Nashville from local counsel's office to hotel for trial for Timbre Shriver; Aug. 20, 2025 | $41.64 | 2578368 | 10/6/2025 | N |
| 8/21/2025 | Uber service in Nashville from hotel to BNA airport after trial for Timbre Shriver; Aug. 21, 2025 | $37.86 | 2578368 | 10/6/2025 | N |
| 8/21/2025 | Uber service from LGA airport after Nashville trial for Timbre Shriver; Aug. 21, 2025 | $71.84 | 2578368 | 10/6/2025 | N |
| 8/31/2025 | Pacer and CourtAlert Online Legal Research for: Shriver, Timbre | $4.30 | 2578368 | 10/6/2025 | N |
| 9/1/2025 | FedEx Delivery of trial materials; Requested by Tony Masington (Nashville, TN); Delivered to Jason Halper (New York, NY); FedEx Invoice # 8-973-7640 | $72.46 | 2578368 | 10/6/2025 | N |
| 9/1/2025 | FedEx Delivery of trial materials; Requested by Tony Masington (Nashville, TN); Delivered to Jason Halper (New York, NY); FedEx Invoice # 8-973-7640 | $75.22 | 2578368 | 10/6/2025 | N |
| 9/1/2025 | FedEx Delivery of trial materials; Requested by Tony Masington (Nashville, TN); Delivered to Jason Halper (New York, NY); FedEx Invoice # 8-973-7640 | $78.48 | 2578368 | 10/6/2025 | N |
| 9/1/2025 | FedEx Delivery of trial materials; Requested by Tony Masington (Nashville, TN); Delivered to Vinson & Elkins (New York, NY); FedEx Invoice # 8-973-7640 | $113.16 | 2578368 | 10/6/2025 | N |

| Date | Description | Amount | Ref1 | Ref2 | N |
|---|---|---|---|---|---|
| 9/1/2025 | FedEx Delivery of trial materials; Requested by Tony Masington (Nashville, TN); Delivered to Vinson & Elkins (Houston, TX); FedEx Invoice # 8-973-7640 | $85.35 | 2578368 | 10/6/2025 | N |
| 9/1/2025 | FedEx Delivery of trial materials; Requested by Tony Masington (Nashville, TN); Delivered to Vinson & Elkins (Houston, TX); FedEx Invoice # 8-973-7640 | $103.87 | 2578368 | 10/6/2025 | N |
| 9/1/2025 | FedEx Delivery of trial materials; Requested by Tony Masington (Nashville, TN); Delivered to Vinson & Elkins (Houston, TX); FedEx Invoice # 8-973-7640 | $95.43 | 2578368 | 10/6/2025 | N |
| 9/1/2025 | FedEx Delivery of trial materials; Requested by Tony Masington (Nashville, TN); Delivered to Vinson & Elkins (Houston, TX); FedEx Invoice # 8-973-7640 | $95.94 | 2578368 | 10/6/2025 | N |
| 9/1/2025 | FedEx Delivery of trial materials; Requested by Tony Masington (Nashville, TN); Delivered to Vinson & Elkins (Houston, TX); FedEx Invoice # 8-973-7640 | $96.06 | 2578368 | 10/6/2025 | N |
| 9/1/2025 | FedEx Delivery of trial materials; Requested by Tony Masington (Nashville, TN); Delivered to Vinson & Elkins (Houston, TX); FedEx Invoice # 8-973-7640 | $96.15 | 2578368 | 10/6/2025 | N |
| 4/4/2024 | Pacer and CourtAlert Online Legal Research by: Lee, Diane; Wegner, Paul; Shriver, Timbre; Glenn, Michael; Flip, Russell; Khoury, Omar | $516.60 | | | N |
| 10/7/2024 | Pacer and CourtAlert Online Legal Research by: Lee, Diane; Shriver, Timbre | $11.90 | | | N |
| | **Total Non-Taxable Disbursements** | **$208,691.96** | | | |

| | V&E/CWT/BBS Taxable Disbursements | | | | |
|---|---|---|---|---|---|
| Date | Description | Amount | Statement Number | Statement Date | Taxable |
| 12/16/2024 | Court Fees for filing of Motion in TN Middle District Court | $150.00 | 972368 | 2/27/2025 | Yes |
| | **Total Costs of the Clerk** | **$150.00** | | | |
| 8/2/2023 | Process Service: Serving by Irving, Inc., service of documents to James Justice III in WV | $865.50 | 1161308 | 8/15/2023 | Yes |
| 9/13/2023 | Process service of documents to other counsel | $3,303.20 | 1162377 | 9/13/2023 | Yes |
| | **Total Costs for Service of Summons & Subpoena** | **$4,168.70** | | | |
| 4/12/2024 | Esquire Deposition Solutions charges for the Videographer Services for the Deposition of Stephen Ball taken on 4/10/2024 | $2,030.00 | 1170999 | 5/13/2024 | Yes |
| 4/15/2024 | Esquire Deposition Solutions charges for Court Reporter Services for the Deposition of Stephen Ball taken on 4/10/2024 | $6,169.05 | 1170999 | 5/13/2024 | Yes |
| 4/16/2024 | Esquire Deposition Solutions charges for Court Reporter Services for the cancelled Deposition of James Justice III taken on 4/11/2024 | $545.00 | 1170999 | 5/13/2024 | Yes |
| 4/22/2024 | Esquire Deposition Solutions charges for Court Reporter Services for the Deposition of James Justice II taken on 4/16/2024 | $2,872.60 | 1170999 | 5/13/2024 | Yes |
| 4/30/2024 | Esquire Deposition Solutions charges for the Videographer Services for the Deposition of James Justice II taken on 4/16/2024 | $1,365.00 | 1170999 | 5/13/2024 | Yes |
| 5/2/2024 | Esquire Deposition Solutions charges for Court Reporter Services for the Deposition of James Justice III taken on 4/26/2024 | $5,069.85 | 1170999 | 5/13/2024 | Yes |
| 5/2/2024 | Huseby charges for copy of the transcript of the deposition of Patrick Hennesy taken 4/26/2024 | $2,005.52 | 1170999 | 5/13/2024 | Yes |
| 4/30/2024 | Huseby charges for copy of the transcript of the deposition of Jeremy Sentman on 4/25/2024 | $2,469.55 | 1170999 | 5/13/2024 | Yes |

| Date | Description | Amount | Invoice | Inv. Date | Paid |
|---|---|---|---|---|---|
| 4/30/2024 | Huseby charges for copy of the video of the deposition of Jeremy Sentman on 4/25/2024 | $803.00 | 1170999 | 5/13/2024 | Yes |
| 5/1/2024 | Huseby charges for the Court Reporter services for the Deposition of Jeremy Sentman on 4/25/2024 | $1,244.10 | 1170999 | 5/13/2024 | Yes |
| 5/2/2024 | Huseby charges for copy of the video of the Deposition of Patrick Hennesy taken 4/26/2024 | $403.00 | 1170999 | 5/13/2024 | Yes |
| 5/6/2024 | Huseby charges for copy of the transcript of the Deposition of Brian Beggs taken 4/30/2024 | $2,673.82 | 1170999 | 5/13/2024 | Yes |
| 5/6/2024 | Huseby charges for copy of the video of the Deposition of Brian Beggs taken 4/30/2024 | $503.00 | 1170999 | 5/13/2024 | Yes |
| 7/28/2025 | Transcript Fees for June 23, 2025 Hearing Transcript | $15.95 | 25783098 | 8/25/2025 | Yes |
| 8/21/2025 | Court Fees for Trial Transcripts | $2,353.10 | 991839 | 10/2/2025 | Yes |
| | **Total Costs of the Court Reporter** | **$30,522.54** | | | |
| 8/12/2025 | Oversize Color Printed Demonstratives | $1,007.50 | 25784867 | 9/18/2025 | Yes |
| 8/12/2025 | Professional Printing Services | $2,481.16 | 991813 | 10/2/2025 | Yes |
| | **Total Costs for Printing** | **$3,488.66** | | | |
| 8/21/2025 | Lodging in Nashville for trial for Jeremy Sentman; Four Seasons Hotel; Aug. 19-21, 2025 | $1,854.64 | 25784867 | 9/18/2025 | Yes |
| 8/22/2025 | Hotel Parking for Brian Beggs for trial; Four Seasons Hotel; Aug. 18-21, 2025 | $304.32 | 25784867 | 9/18/2025 | Yes |
| 8/22/2025 | Lodging in Nashville for trial for Brian Beggs; Four Seasons Hotel; Aug. 18-21, 2025 | $1,854.64 | 25784867 | 9/18/2025 | Yes |
| | **Total Costs for Witnesses** | **$4,013.60** | | | |
| 6/20/2023 | Color/ Black and White Printing, Copy and Binder Assembly Services | $44.70 | 1159351 | 6/20/2023 | Yes |
| 12/6/2023 | Color/ Black and White Printing, Copy and Binder Assembly Services | $38.25 | 1165752 | 12/6/2023 | Yes |

| Date | Description | Amount | Invoice # | Invoice Date | Paid |
|---|---|---|---|---|---|
| 6/21/2024 | Color/ Black and White Printing, Copy and Binder Assembly Services | $4,356.45 | 01-000079 | 6/21/2024 | Yes |
| 12/18/2024 | Color/ Black and White Printing, Copy and Binder Assembly Services | $126.90 | 25766705 | 12/18/2024 | Yes |
| 1/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $123.45 | 25768162 | 1/15/2025 | Yes |
| 1/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $27.30 | 25768162 | 1/15/2025 | Yes |
| 5/30/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $97.50 | 25777470 | 5/30/2025 | Yes |
| 6/27/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $11.70 | 25779523 | 6/27/2025 | Yes |
| 6/27/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $84.50 | 25779523 | 6/27/2025 | Yes |
| 7/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $42.75 | 25783098 | 8/25/2025 | Yes |
| 7/29/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $135.75 | 25783098 | 8/25/2025 | Yes |
| 7/29/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $130.65 | 25783098 | 8/25/2025 | Yes |
| 8/4/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $65.85 | 25784867 | 9/18/2025 | Yes |
| 8/4/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $172.25 | 25784867 | 9/18/2025 | Yes |
| 8/5/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $45.00 | 25784867 | 9/18/2025 | Yes |
| 8/5/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $126.75 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $2.55 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $20.55 | 25784867 | 9/18/2025 | Yes |

| Date | Service | Amount | Invoice | Due Date | Paid |
|---|---|---|---|---|---|
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $114.30 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $128.70 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $150.80 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $24.00 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $62.40 | 25784867 | 9/18/2025 | Yes |
| 8/8/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $10.05 | 25784867 | 9/18/2025 | Yes |
| 8/8/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $138.45 | 25784867 | 9/18/2025 | Yes |
| 8/8/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $190.45 | 25784867 | 9/18/2025 | Yes |
| 8/12/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $113.55 | 25784867 | 9/18/2025 | Yes |
| 8/12/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $222.30 | 25784867 | 9/18/2025 | Yes |
| 8/14/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $3.00 | 25784867 | 9/18/2025 | Yes |
| 8/14/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $29.90 | 25784867 | 9/18/2025 | Yes |
| 8/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $37.80 | 25784867 | 9/18/2025 | Yes |
| 8/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $187.85 | 25784867 | 9/18/2025 | Yes |
| 8/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $4.05 | 25784867 | 9/18/2025 | Yes |
| 8/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $338.65 | 25784867 | 9/18/2025 | Yes |

| Date | Description | Amount | Ref | Date2 | Taxable |
|---|---|---|---|---|---|
| 9/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $488.80 | 2578368 | 10/6/2025 | Yes |
| | **Total Costs for Copying** | **$7,897.90** | | | |
| | **Total Taxable Disbursements** | **$50,241.40** | | | |

**These Total Taxable Expenses are requested separately in Lexon's Bill of Costs.**