IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LEXON INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>-against-<br><br>JAMES C. JUSTICE II,<br><br>      Defendant. | Civil Action No. 3:23-cv-00772<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## **DECLARATION OF ROBERT E. BOSTON**

I, Robert E. Boston, state as follows:

1. I am an attorney licensed to practice law in the State of Tennessee and have been since 1982. I am a partner with the law firm of Holland & Knight. I work in the firm's Nashville, Tennessee office located at Nashville City Center, 511 Union Street, Suite 2700, Nashville, Tennessee 37219. Holland & Knight consists of more than 2,000 attorneys who work from more than 30 offices across the United States and internationally. Before the combination of Holland & Knight with Waller Lansden Dortch & Davis (the "Waller firm") in March 2023, I was a partner at the Waller firm for many years. I am providing this declaration at the request of attorneys who are members of Vinson & Elkins LLP ("Vinson & Elkins"), which I understand is Plaintiff's lead counsel in the above-captioned action.

2. My law practice includes representing parties in a wide variety of commercial litigation disputes in multiple jurisdictions, including matters pending in the United States District Court for the Middle District of Tennessee. I presently serve as what my law firm denominates as the Practice Group Leader for those attorneys who practice litigation in our Nashville and Birmingham offices, respectively.

3. I am a Fellow of the American College of Trial Lawyers; a former Member of the International Association of Defense Counsel (IADC); a Fellow of the Nashville, Tennessee and American Bar Foundations, respectively; and a former Chair of the Litigation Section of the Tennessee Bar Association. I am a private and approved arbitrator for several bodies, including formerly the National Association of Securities Dealers and the National Futures Association. I have served as a Hearing Panel Committee Member for the Board of Professional Responsibility of the Supreme Court of Tennessee on several occasions and am assigned to that role now for the District that includes Nashville. I am a former member of the Board of Directors of the Nashville

1

Bar Association. I am an adjunct professor at the Belmont University School of Law, co-teaching the Negotiation, Mediation and Arbitration class.

4. As a result of my 44-plus years of legal practice—much of that in the commercial litigation area—and my time practicing at the Waller firm and Holland & Knight, the latter a firm having many similarities in size, types of practices, and expertise to both Cadwalader, Wickersham & Taft LLP ("Cadwalader") and Vinson & Elkins, I have become aware of the experience and quality of work demonstrated by attorneys who practice complex commercial litigation, from both the plaintiff and defense sides of lawsuits, as well as the range of rates charged for such work here and in many parts of the United States. The standard hourly rate charged by my law firm for my legal services in major commercial litigation actions is $1,255. I am generally familiar with hourly rates charged by lawyers who specialize in complex commercial litigation and practice in Nashville or many other major metropolitan areas in the State of Tennessee, and many other cities in the United States.

5. It is my understanding that Lexon's counsel seeks the following ranges of hourly rates for services in this case: Partners: $■■■■; Associates/Counsel: $■■■■, Trial Support Staff: $■■■■. It is my professional opinion that the requested hourly billing rates are reasonable for the particular skills, expertise, and needs for what I understand to be this type of action. I believe based on my general awareness of the legal market in many large metropolitan areas in the United States that this range is consistent with the hourly rates charged by AmLaw-ranked firms in the United States, including in Nashville and New York (and is likely low or conservative for the latter), for similar legal services for lawyers of their experience and skills in a case such as this one.

6. My opinion is based on several factors.

7. First, my understanding is that this matter is a complex, hard-fought commercial action involving tens of millions of dollars at stake and a high profile defendant who is a sitting U.S. Senator and the former Governor of West Virginia. I am familiar with the range of hourly rates for the type of legal work performed by Vinson & Elkins, including the lead partner on the matter Jason Halper, as well as the rates for Mr. Halper's prior firm, Cadwalader. I also am familiar with Mr. Halper's significant skills and experience in the field of commercial litigation. It is my observation that Mr. Halper is often viewed by other attorneys as among the leading practitioners in the country in the field of commercial litigation. His resume and track record are highly impressive, as are the industry awards and recognitions that he has received. I believe that, while many lawyers have individual strengths and skills, Mr. Halper's cumulative skills as a lawyer in the complex commercial litigation field are among those at the top of the relative spectrum of those specialized practitioners. In addition to his experience as a litigator, Mr. Halper is also an adjunct professor of law at the University of Pennsylvania Carey Law School. Mr. Halper teaches a course on corporate governance, compliance, and ethics. It is my understanding that Mr. Halper has served as an adjunct professor for approximately eleven years. I believe that this experience furthers Mr. Halper's status as a highly accomplished practitioner in the legal community.

8. The fee rates Mr. Halper is seeking for himself and others in his firm (*supra* ¶ 5) reflect the market recognition for that skill, level, and experience, and, overall, are within a range of reasonableness for attorneys who practice this type of law and represent parties in similar

2

complex, high-stakes actions, particularly against a high-profile defendant such as Senator Justice. In my view, the rates he is seeking for his work and the work of other attorneys at Vinson & Elkins and Cadwalader, as well as their supporting personnel such as legal assistants, are within a relatively broad range of reasonable rates for the timekeepers' levels of experience and skill and for many metropolitan geographical areas and markets.

9. Second, in my experience, large law firms that have New York offices—like Holland & Knight, Vinson & Elkins, and Cadwalader—typically charge higher hourly rates than those that city-specific or regional law firms charge. For example, the Nashville offices of national law firms generally charge a higher rate than local and regional firms but a lower hourly rate than their New York and Washington D.C. peer counterparts.

10. Third, as part of my analysis, I reviewed Cadwalader's and Vinson & Elkins' effective rates for this engagement. From April 2023 to February 2024, Cadwalader provided a ■% discount to its rates. This discount increased to ■% beginning March 1, 2024, and increased to ■% on April 1, 2024. The ■% discount has also applied to V&E's rates for all invoices. After the ■% discount, I am informed that Lexon paid between $■ (associate) to $■ (senior partner) per hour. And, after the ■% discount, Lexon paid between $■ (associate) to $■ (senior partner) per hour. I have educated myself on this and many specific fee-related items from several sources including, David Thomas, *Legal Fee Tracker: A $24 mln-a-year partner? Billing rates propel historic pay gains*, REUTERS.COM (Oct. 24, 2024), https://www.reuters.com/legal/legalindustry/legal-fee-tracker-24-mln-a-year-partner-billing-rates-propel-historic-pay-gains-2024-10-24/ (noting that some big law firm partners charge $2,500 per hour); Mike Scarcella, *Want to hire Elon Musk's lawyer? That will be $3,000 an hour*, REUTERS.COM (Feb. 25, 2025), https://www.reuters.com/legal/want-hire-elon-musks-lawyer-that-will-be-3000-an-hour-2025-02-25/ (noting that a group of partners at one big law firm now charge $3,000 per hour). In fact, some law firm partners within firms such as these now report rates exceeding $2,500 per hour. As a result, the actual rates paid by Lexon for this litigation are effectively lower than rates reportedly charged by some peer level AmLaw-ranked firms.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of October, 2025.

Robert E. Boston