UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEXON INSURANCE COMPANY, ) ) Plaintiff, ) ) vs. ) ) JAMES C. JUSTICE, II ) ) Defendant. ) ) | Case No. 3:23-CV-00772<br><br>Judge Crenshaw<br>Magistrate Judge Holmes |

## DECLARATION OF W. BRANTLEY PHILLIPS, JR.

This Declaration is made pursuant to 28 U.S.C. § 1746 on October 13, 2025.

1. I am a citizen and resident of the State of Tennessee. I am over twenty-one (21) years of age, and I am otherwise competent to give testimony. I have personal knowledge of the facts set forth herein, which are true and accurate to the best of my information and knowledge.

2. I am a partner with Bass Berry & Sims PLC, and I am one of the attorneys representing Lexon Insurance Company ("Lexon") in this action. I have practiced law since July 1997 and in Tennessee since September 1998. Other Bass Berry & Sims PLC attorneys primarily responsible for representing Lexon in this case include Garrah Carter-Mason, who has practiced law in Tennessee since 2019. Ms. Carter-Mason and I were ably assisted in this work by our paralegal colleague, Laura Bilbrey, who has worked as a paralegal at our firm for more than 20 years.

3. Bass Berry & Sims PLC was engaged by Lexon in July 2023 to represent it in this action on an hourly fee basis. Since that time, our firm has invoiced Lexon fees for attorney and paralegal time in the amount of ▇▇▇▇▇▇▇. In addition to fees for attorney and paralegal time, our firm has invoiced Lexon in the amount of ▇▇▇▇▇▇ for reimbursable expenses.

4. The fees and expenses detailed above were incurred in connection with activities directly relating to this action. Those activities included client meetings and discussions; internal meetings and discussions among counsel; drafting and review of correspondence with Defendant counsel; "meet and confer" discussions with Defendant's counsel; review of relevant documents and pleadings; written discovery; legal research; preparation and filing of a motion for summary judgment and other briefs; and preparation for and participation in a two-day bench trial on August 20-21, 2025.

5. Attorneys and paralegals at Bass Berry & Sims PLC record time worked on client matters using daily time entries. These time entries are entered regularly into the firm's centralized accounting system, which is used to track attorney and paralegal time and to generate client invoices. Work performed by our firm for Lexon in this case has been recorded using this same method.

6. The following provides an itemized detail of the fees incurred by Lexon for attorney and paralegal time worked at our firm in connection with this action:

| **Timekeeper** | **Title** | **Hours Worked** | **Billed Amount** |
|---|---|---|---|
| W. Brantley Phillips, Jr. | Partner | 183.40 | |
| Garrah Carter-Mason | Associate | 198.60 | |
| Laura G. Bilbrey | Paralegal | 187.50 | |
| Others | Various | 9.30 | |
| **TOTAL** | | **578.80** | |

The attorneys' fees detailed above are recorded on invoices that contain itemized, daily time entries by timekeeper and for all work done for Lexon in connection with this action. The information detailed above accurately reflects the work done by Bass Berry & Sims PLC for Lexon in

2

connection with this action. True and correct copies of the invoices our firm has issued to Lexon in connection with this action are attached as collective ***Exhibit 1***.

7. Like many law firms, the hourly rates charged for attorneys at Bass Berry & Sims PLC vary depending on the nature of the engagement and client relationship. Certain clients of the firm receive the benefit of the firm's "preferred" rate schedule, which discounts the hourly rates by ▓▓▓▓ compared to the firm's "standard" (*i.e.*, undiscounted) rate schedule. Which clients receive the benefit of the firm's "preferred' rate schedule is non-public information and is not shared with clients of the firm. The compensation arrangement the firm has with any particular client, or for any particular engagement, is strictly confidential between the firm and the particular client.

8. Lexon has received the benefit of the firm's preferred rate schedule throughout this action. Specifically, over the course of this engagement, the hourly rates charged for the work performed by Ms. Bilbrey, Ms. Carter-Mason, and myself were as follows:

| **Timekeeper** | **2023 Hourly Rate** | **2024 Hourly Rate** | **2025 Hourly Rate** |
|---|---|---|---|
| W. Brantley Phillips, Jr. | | | |
| Garrah Carter-Mason | | | |
| Laura G. Bilbrey | | | |



For comparison, the firm's current "standard" (*i.e.*, undiscounted) hourly rate for these timekeepers is as follows: ▓▓▓ for myself; ▓▓▓ for Ms. Carter-Mason; and ▓▓▓ for Ms. Bilbrey.

9. The hourly rates detailed above are based on the timekeepers' respective training, seniority, and experience, as well as our firm's assessment of the legal market in Tennessee and elsewhere. Using such information, our firm typically adjusts hourly rates on January 1st of each year. Firm clients, including Lexon, are timely apprised of these hourly rate adjustments and,

absent a unique compensation arrangement, are expected to pay and do pay the adjusted hourly rates once they go into effect.

10. As noted, I have practiced law since July 1997. Immediately prior to joining Bass Berry & Sims PLC, I served as a law clerk to the Hon. William M. Acker, Jr., on the U.S. District Court for the Northern District of Alabama. Since joining the firm, my work has focused on complex business and securities litigation and administrative law matters. I have twice litigated cases on the merits before the Supreme Court of the United States. I have been an equity partner in the firm since 2005, and I have chaired its 100-attorney Litigation & Dispute Resolution Practice Group since 2016.

11. Ms. Carter-Mason is a 2019 graduate of Vanderbilt University School of Law and has practiced with our firm since September 2019. During law school, Ms. Carter-Mason served as a judicial extern for the Hon. Virginia Kendall on the U.S. District Court for the Northern District of Illinois. During her time at our firm, Ms. Carter-Mason has worked on a wide variety of matters, including complex business litigation and healthcare-related investigations. In 2021, Ms. Carter-Mason served as a law clerk to the Hon. Eli J. Richardson on the U.S. District Court for the Middle District of Tennessee.

12. Based on the foregoing, including the complex nature of this case, the many legal issues presented by the protracted dispute, the favorable results obtained for Lexon, I submit that the hourly fees detailed above are both reasonable and in accordance with Tennessee Rule of Professional Conduct 1.5.

I declare under the penalty of perjury that the above is true and correct.

Executed on the 14th day of October, 2025.

*/s/ W. Brantley Phillips, Jr.*
W. Brantley Phillips, Jr.
