# EXHIBIT 1

**BASS BERRY ✦ SIMS** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
www.bassberry.com                                    Federal Tax ID #: ██████████

---

### I N V O I C E

LEXON SURETY GROUP                  Invoice #:        922233
12890 LEBANON RD                    Invoice Date:     August 22, 2023
MT. JULIET, TN 37122                Billing Attorney: THOMPSON, OVERTON
                                    Client:           LEXON SURETY GROUP
                                    Matter:           JAMES C. JUSTICE II
                                    Client Matter:    120054.0101

---

### REMITTANCE COPY

For Legal Services Rendered Through **July 31, 2023** in connection with the above mentioned client-matter

Current Invoice:                                               ·
    Fees:                                              ██████
    Disbursements:                                     419.50
**Total Current Amount Due:**                                  ██████

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring Instructions**          **Mailing Instructions**
Pinnacle Bank                                    Bass, Berry & Sims PLC
Nashville, Tennessee                             150 Third Avenue South, Suite 2800
██████████████                                   Nashville, Tennessee 37201
                                                 (615) 742-6200
Credit: Bass, Berry & Sims PLC Operating Account

██████████████
Attention: Stacy Kendall
Phone No. (615) 259-6149
Wire Notification should be sent to: accountnotify@bassberry.com

---

CONFIDENTIAL                                                          LIC-00000001

**BASS BERRY ✚ SIMS** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com                              Federal Tax ID #: ▉▉▉▉▉▉

---

**I N V O I C E**

---

|  |  |  |
|---|---|---|
| LEXON SURETY GROUP | Invoice #: | 922233 |
| 12890 LEBANON RD | Invoice Date: | August 22, 2023 |
| MT. JULIET, TN  37122 | Billing Attorney: | THOMPSON, OVERTON |
|  | Client: | LEXON SURETY GROUP |
|  | Matter: | JAMES C. JUSTICE II |
|  | Client Matter #: | 120054.0101 |

---

**Invoice Summary**

For Legal Services Rendered Through **July 31, 2023** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                          ▉▉▉▉▉▉
    Disbursements:                                          419.50

**Total Current Amount Due:**                         ▉▉▉▉▉▉

**Prior Outstanding Invoices – Detail:**

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
|  |  |  |  |  |

CONFIDENTIAL                                                        LIC-00000002

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/18/23 | Review drafts of demand letter and various filings | OT | 0.80 | |
| 07/19/23 | Review draft filings from CWT | LGB* | 0.70 | |
| 07/20/23 | Review draft filing documents and propose edits to same; Correspondence with O. Thompson and B. Phillips regarding same | GJCM | 1.20 | |
| 07/20/23 | Emails with OT and GCM regarding edits to draft demand letter and USDC complaint | WBP | 0.30 | |
| 07/21/23 | Review complaint; Call and correspondence with L. Bilbrey regarding ancillary fillings; Call with O. Thompson regarding case strategy; Review correspondence with client regarding same | GJCM | 2.90 | |
| 07/21/23 | Review draft filings; telephone call with G. Carter-Mason regarding same; email to counsel regarding same | OT | 1.00 | |
| 07/21/23 | Conference with G. Carter-Mason re: preparation for filing complaint, supporting documents | LGB* | 0.40 | |
| 07/24/23 | Telephone conference with OT regarding status | WBP | 0.20 | |
| 07/25/23 | Review and draft demand letter with USDC complaint; telephone conference with T. Shriver regarding same, status and strategy; emails regarding same | WBP | 1.00 | |
| 07/25/23 | Zoom with CWT regarding Complaint; Take detailed notes regarding same; Plan and prepare for filing of Complaint; Correspondence with L. Bilbrey regarding same | GJCM | 0.90 | |
| 07/26/23 | Conduct research regarding service by certified mail; Correspondence with BBS team regarding same | GJCM | 0.80 | |
| 07/26/23 | Emails with OT and GCM regarding status and service or process | WBP | 0.30 | |
| 07/26/23 | Discussions regarding options for method of service | TWM* | 0.40 | |
| 07/27/23 | Discussions regarding service questions | TWM* | 0.30 | |
| 07/27/23 | Assist with preparation for filing complaint and related documents | LGB* | 1.80 | |
| 07/27/23 | Plan and prepare for filing of complaint and ancillary documents; Correspondence with L. Bilbrey and CWT regarding same; Review Complaint exhibits; Review CWT's final draft filings | GJCM | 1.60 | |
| 07/28/23 | Assist with preparation and filing of complaint and related documents; calendar deadlines | LGB* | 4.70 | |
| 07/28/23 | Plan and prepare for filing of complaint and ancillary documents; Correspondence with internal team and CWT regarding same | GJCM | 1.10 | |
| 07/28/23 | Emails regarding status, USDC filing | WBP | 0.40 | |
| 07/31/23 | Arrange for pickup of summonses from clerk; finalize notices of appearance; work on motions for pro hac vice admission | LGB* | 2.70 | |

CONFIDENTIAL                                                                      LIC-00000003

**FEE DETAIL:**

| | | | | |
|---|---|---|---|---|
| 07/31/23 | Review correspondence regarding service of summons and proposed client meeting; Review notice of appearances for G. Carter and B. Phillips; Correspondence with L. Bilbrey regarding pro hac motions for CWT | GJCM | 0.80 | █████ |
| 07/31/23 | Emails with J. Halper regarding status, service of USDC complaint | WBP | 0.30 | █████ |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ████████

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| GJCM | Garrah Carter-Mason | ████ | 9.30 | ████ |
| WBP | W. B. Phillips | | 2.50 | |
| OT | Overton Thompson | | 1.80 | |
| LGB* | Laura G. Bilbrey | | 10.30 | |
| TWM* | Teresa W. McClanahan | | 0.70 | |
| | | | 24.60 | |

**DISBURSEMENT SUMMARY:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| FRCF | Filing, Recording or Search Fees | 402.00 |
| MSGR | Messenger Service | 17.50 |

**Total Disbursements:** 419.50

**TOTAL CURRENT BILLING:**          $  ████████

**Outstanding Balance:**          0.00

**TOTAL AMOUNT DUE:**          $ ████████

CONFIDENTIAL                                                                 LIC-00000004

# BASS BERRY + SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ▮▮▮▮▮▮

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

| | |
|---|---|
| Invoice #: | 925607 |
| Invoice Date: | September 25, 2023 |
| Billing Attorney: | THOMPSON, OVERTON |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

### REMITTANCE COPY

For Legal Services Rendered Through **August 31, 2023** in connection with the above mentioned client-matter

Current Invoice:
Fees:                                                     ▮▮▮▮▮
Disbursements:                                        300.00
**Total Current Amount Due:**                         ▮▮▮▮▮

**Current Charges** 
**Prior Outstanding Invoices:**
**Total Current & Outstanding:**

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $  _____

*Please return this copy with your remittance to ensure proper credit*

Please send remittance to:

**Regular Account Wiring Instructions**
Pinnacle Bank
Nashville, Tennessee
▮▮▮▮▮▮▮▮▮▮▮▮
Credit: Bass, Berry & Sims PLC Operating Account
▮▮▮▮▮▮▮▮▮▮▮▮
Attention: Stacy Kendall
Phone No. (615) 259-6149
Wire Notification should be sent to:  accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200

CONFIDENTIAL

LIC-00000005

**BASS BERRY + SIMS** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com                    Federal Tax ID #: ███████

## I N V O I C E

| LEXON SURETY GROUP | Invoice #: | 925607 |
|---|---|---|
| 12890 LEBANON RD | Invoice Date: | September 25, 2023 |
| MT. JULIET, TN  37122 | Billing Attorney: | THOMPSON, OVERTON |
| | Client: | LEXON SURETY GROUP |
| | Matter: | JAMES C. JUSTICE II |
| | Client Matter #: | 120054.0101 |

### Invoice Summary

For Legal Services Rendered Through **August 31, 2023** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                      ██████
    Disbursements:                                           300.00

**Total Current Amount Due:**                          ██████
**Current Charges**
**Prior Outstanding Invoices:**
**Total Current & Outstanding:**

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 08/22/23 | 922233 | ████ | ██ | ████ |

CONFIDENTIAL                                                          LIC-00000006

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | Draft motions for pro hac vice admission and supporting declarations | LGB* | 1.20 | ███ |
| 08/01/23 | Emails with J. Harper regarding August 2 client meeting; attention to logistics regarding same | WBP | 0.70 | |
| 08/02/23 | Meeting and emails with J. Halper regarding status, next steps | WBP | 1.00 | |
| 08/02/23 | Attend client meeting with B. Phillips, J. Halper and Jeremy | GJCM | 1.00 | |
| 08/02/23 | Review and propose edits to pro hac motions and related filings for CWT; Correspondence with L. Bilbrey regarding same | GJCM | 0.50 | |
| 08/02/23 | Revise motions for pro hac vice admission, declarations, proposed orders; email to CWT team re: same | LGB* | 1.50 | |
| 08/03/23 | Finalize and file motions for pro hac vice admission | LGB* | 0.80 | |
| 08/04/23 | Arrange for service of summons via certified mail | LGB* | 1.30 | |
| 08/04/23 | Calls with T. Shriver and L. Bilbrey to discuss service; Review correspondence regarding same | GJCM | 0.70 | |
| 08/04/23 | Email from counsel regarding service; emails with L. Bilbrey regarding same | OT | 0.20 | |
| 08/07/23 | Emails with T. Shriver re: status of service of summons | LGB* | 0.20 | |
| 08/07/23 | Review Orders from Court regarding case management conference | OT | 0.30 | |
| 08/08/23 | Review USPS tracking information; emails with T. Shriver re: proof of service | LGB* | 0.40 | |
| 08/09/23 | Prepare and file return of service for summons; calendar Justice response deadline | LGB* | 0.50 | |
| 08/09/23 | Review correspondence regarding service | GJCM | 0.40 | |
| 08/09/23 | Review emails regarding service and proposed filing | OT | 0.40 | |
| 08/15/23 | Emails and telephone conference with CWT team regarding service of process issues | WBP | 1.00 | |
| 08/15/23 | Call with T. Shriver, S. Bussiere, and B. Phillips regarding service discussion | GJCM | 0.50 | |
| 08/16/23 | Correspondence with T. Shriver regarding service; Conduct research of ██████████████████ | GJCM | 2.90 | |
| 08/16/23 | Review research regarding ██████████████; emails and texts with WV contact regarding ███████████; emails with T. Shriver regarding same | WBP | 0.90 | |
| 08/17/23 | Review correspondence with CWT regarding service | GJCM | 0.50 | |
| 08/17/23 | Text and telephone conference with B. Goodwin regarding ██████████ ███████ emails with CWT team regarding same | WBP | 0.90 | |

CONFIDENTIAL                                                                          LIC-00000007

**FEE DETAIL:**

| Date | Description | Initials | Hours | |
|------|-------------|----------|-------|---|
| 08/18/23 | Review correspondence with CWT regarding service | GJCM | 0.40 | ██ |
| 08/18/23 | Texts with B. Goodwin regarding ████████████████; emails with CWT team regarding status | WBP | 0.60 | ██ |
| 08/22/23 | Draft notice of filing re: amended proof of service; emails with G. Carter-Mason and T. Shriver re: same | LGB* | 1.40 | ██ |
| 08/22/23 | Calls with L. Bilbrey and T. Shriver regarding service filings; Review correspondence regarding same | GJCM | 0.80 | ██ |
| 08/22/23 | Emails with T. Shriver regarding ████████████ | WBP | 0.20 | ██ |
| 08/22/23 | Emails with GCM regarding amended notice of service | WBP | 0.20 | ██ |
| 08/23/23 | Assist with revision, filing and service of notice of filing amended proof of service; emails with T. Shriver regarding same | LGB* | 1.80 | ██ |
| 08/23/23 | Correspondence with L. Bilbrey and T. Shriver regarding service filing | GJCM | 0.70 | ██ |
| 08/23/23 | Review, revise amendment to proof of service; emails regarding same | WBP | 0.40 | ██ |
| 08/28/23 | Review recent filings; update calendar | LGB* | 0.30 | ██ |
| 08/30/23 | Correspondence with T. Shriver and L. Bilbrey regarding waiver of service | GJCM | 0.50 | ██ |
| 08/30/23 | Finalize and file waiver of service of summons; update calendar | LGB* | 0.40 | ██ |
| 08/30/23 | Emails regarding status of ██████████ | WBP | 0.40 | ██ |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ████████████

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | ██ | 8.90 | ██ |
| WBP | W. B. Phillips | ██ | 6.30 | ██ |
| OT | Overton Thompson | ██ | 0.90 | ██ |
| LGB* | Laura G. Bilbrey | ██ | 9.80 | ██ |
| | | | 25.90 | |

**DISBURSEMENT SUMMARY:**

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FRCF | Filing, Recording or Search Fees | 300.00 |

**Total Disbursements:** 300.00

**TOTAL CURRENT BILLING:** $ ████████

CONFIDENTIAL                                                                                        LIC-00000008

**Outstanding Balance:** ███████

**TOTAL AMOUNT DUE:** $ ███████

CONFIDENTIAL

LIC-00000009

# BASS BERRY + SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████

---

## INVOICE

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 930725 |
| Invoice Date: | November 27, 2023 |
| Billing Attorney: | THOMPSON, OVERTON |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter: | 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **October 31, 2023** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                          ███████
    Disbursements:                              0.00
**Total Current Amount Due:**               ███████

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring Instructions**
Pinnacle Bank
Nashville, Tennessee
███████████████████
Credit: Bass, Berry & Sims PLC Operating Account
████████████████████
Attention: Stacy Kendall
Phone No. (615) 259-6149
Wire Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200

---

CONFIDENTIAL

LIC-00000010

# BASS BERRY ✛ SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
www.bassberry.com                               Federal Tax ID #: ███████

## I N V O I C E

LEXON SURETY GROUP                          Invoice #:           930725
12890 LEBANON RD                            Invoice Date:        November 27, 2023
MT. JULIET, TN 37122                        Billing Attorney:    THOMPSON, OVERTON
                                            Client:              LEXON SURETY GROUP
                                            Matter:              JAMES C. JUSTICE II
                                            Client Matter #:     120054.0101

### Invoice Summary

For Legal Services Rendered Through **October 31, 2023** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                              ███████
    Disbursements:                                                     0.00

**Total Current Amount Due:**                                          ███████

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL                                                                        LIC-00000011

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 09/05/23 | Review order rescheduling initial case management conference; update calendar | LGB* | 0.40 | ███ |
| 09/06/23 | Review correspondence related to service of Court's order to Justice's counsel | GJCM | 0.30 | |
| 09/07/23 | Review recent filings | LGB* | 0.40 | |
| 10/09/23 | Review correspondence regarding case management | GJCM | 0.30 | |
| 10/09/23 | Emails with CWT regarding draft of initial case management order; emails with GCM regarding same | WBP | 0.40 | |
| 10/12/23 | Participate in Zoom meeting with J. Halper, S. Bussiere, and B. Phillips regarding case management strategy | GJCM | 0.50 | |
| 10/12/23 | Video conference with CWT regarding initial case management order and related items; emails regarding same and ESI protocols; emails with KHW regarding same; review BBS template ESI protocol | WBP | 1.50 | |
| 10/12/23 | Assist K. Walker with drafting electronic discovery protocol for B. Phillips | LTM* | 1.10 | |
| 10/12/23 | Work on ESI protocol; communications regarding same | KHW | 1.10 | |
| 10/20/23 | Emails with S. Busslere regarding status, proposed schedule and contacts with Justice's counsel | WBP | 0.40 | |
| 10/20/23 | Review correspondence related to case management | GJCM | 0.20 | |
| 10/30/23 | Emails with S. Bussiere regarding status, Rule 26(f) issues; emails with GCM regarding same | WBP | 0.30 | |
| 10/31/23 | Review Justice's motion to dismiss count III of Lexon's Complaint and accompanying exhibit; Zoom conference with S. Bussiere,, J. Halper, and B. Phillips to discuss case strategy; Locate and review ███████ ███████; Correspondence with L. Bilbrey regarding case deadlines and obtaining court reporter; Review case law regarding ███████ | GJCM | 2.80 | |
| 10/31/23 | Review recent filings; calendar deadline for response to motion to dismiss; emails with courtroom deputy and GCM re: court reporter for case management conference | LGB* | 1.40 | |
| 10/31/23 | Review draft initial case management order and propose edits to the same | GJCM | 0.60 | |
| 10/31/23 | Emails with OT, GCM regarding status; video conference with CWT team regarding same and strategy | WBP | 1.00 | |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:**  [ ███ ]

CONFIDENTIAL

LIC-00000012

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | | Amount |
|----------|------|------|-------|---|--------|
| GJCM | Garrah Carter-Mason | ███ | 4.70 | | ███ |
| KHW | Kathryn H. Walker | | 1.10 | | |
| WBP | W. B. Phillips | | 3.60 | | |
| LGB* | Laura G. Bilbrey | | 2.20 | | |
| LTM* | Lit Tech Manager | | 1.10 | | |
| | | | 12.70 | | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|------|-------------|--------|
| | | |

|  | |
|---|---|
| Total Disbursements: | 0.00 |

**TOTAL CURRENT BILLING:**           $          ███

**Outstanding Balance:**                        0.00

**TOTAL AMOUNT DUE:**              $          ███

CONFIDENTIAL

LIC-00000013

# BASS BERRY + SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ▓▓▓▓▓▓▓

## INVOICE

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 933417 |
| Invoice Date: | December 26, 2023 |
| Billing Attorney: | THOMPSON, OVERTON |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

### REMITTANCE COPY

For Legal Services Rendered Through **November 30, 2023** in connection with the above mentioned client-matter

Current Invoice:
    Fees: ██████
    Disbursements: 0.00
    **Total Current Amount Due:** ████████

**Current Charges** ████████
**Prior Outstanding Invoices:**
**Total Current & Outstanding:**



### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring Instructions**
Pinnacle Bank
Nashville, Tennessee
████████████████
Credit: Bass, Berry & Sims PLC Operating Account
████████████████
Reference: 120054.0101
Attention: Stacy Kendall
Phone No. (615) 259-6149
Wire Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200

---

CONFIDENTIAL

LIC-00000014

**BASS BERRY ✚ SIMS** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████

---

### I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

Invoice #: 933417
Invoice Date: December 26, 2023
Billing Attorney: THOMPSON, OVERTON
Client: LEXON SURETY GROUP
Matter: JAMES C. JUSTICE II
Client Matter #: 120054.0101

---

### Invoice Summary

For Legal Services Rendered Through **November 30, 2023** in connection with the above mentioned client-matter

Current Invoice:
Fees: ███████
Disbursements: 0.00

**Total Current Amount Due:** ███████
**Current Charges** 
**Prior Outstanding Invoices:**
**Total Current & Outstanding:**

Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 11/27/23 | 930725 | ███ | ███ | ███ |

CONFIDENTIAL

LIC-00000015

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/02/23 | Emails with GCM regarding court reporter issues, edits to draft to initial case management orders | WBP | 0.50 | |
| 11/02/23 | Correspondence with S. Bussiere regarding case management conference and proposed order | GJCM | 0.60 | |
| 11/03/23 | Emails and conference with GCM regarding draft of initial case management order | WBP | 0.30 | |
| 11/06/23 | Emails with GCM regarding response to Justice MTD | WBP | 0.30 | |
| 11/06/23 | Review and Revise Lexon's opposition to defendant's partial motion to dismiss | GJCM | 1.10 | |
| 11/07/23 | Assist with finalizing and filing of opposition to partial motion for summary judgment | LGB* | 1.20 | |
| 11/07/23 | Correspondence with L. Bilbrey to prepare for opposition filing | GJCM | 0.30 | |
| 11/08/23 | Review recent filings | LGB* | 0.40 | |
| 11/13/23 | Assist with preparation and filing of proposed initial case management order | LGB* | 1.40 | |
| 11/13/23 | Review draft initial case management order with additional edits and correspondence and calls with B. Phillips, S. Bussiere, P. Robison, and L. Bilbrey regarding same | GJCM | 2.00 | |
| 11/13/23 | Review and revise draft of initial case management order; emails with GCM regarding same; emails with CWT regarding same | WBP | 0.70 | |
| 11/14/23 | Emails with CWT regarding ICMC; emails with GCM regarding same | WBP | 0.30 | |
| 11/15/23 | Review Defendant's reply in support of motion to dismiss count III | GJCM | 0.40 | |
| 11/15/23 | Emails and telephone conference with S. Bussiere regarding 11/16 case management conference | WBP | 0.70 | |
| 11/16/23 | Prepare for and attend USDC scheduling conference; telephone conference with CWT regarding USDC scheduling conference ; emails with GCM regarding same | WBP | 1.90 | |
| 11/16/23 | Participate in telephonic initial case management conference | GJCM | 1.00 | |
| 11/16/23 | Participate in debrief call with J. Halper, S. Bussiere; and B. Phillips | GJCM | 0.20 | |
| 11/16/23 | Review initial case management order | GJCM | 0.40 | |
| 11/17/23 | Review recent filings; calendar deadlines from initial case management order | LGB* | 1.30 | |
| 11/20/23 | Review and propose edits to Lexon's discovery requests to Justice and correspondence with L. Bilbrey, S. Bussiere, B. Phillips, and Word Processing department regarding service of same | GJCM | 2.50 | |
| 11/20/23 | Emails with GCM re: service of discovery requests | LGB* | 0.20 | |

CONFIDENTIAL                                                          LIC-00000016

**FEE DETAIL:**

| | | | | |
|---|---|---|---|---|
| 11/20/23 | Review, revise drafts of first Interrogatories and Requests for Production emails with GCM and CWT regarding same | WBP | 0.60 | |
| 11/21/23 | Finalize and serve discovery. | BSC* | 0.60 | |
| 11/21/23 | Calls and correspondence with S. Bussiere, T. Shriver, and B. Creasy regarding service of discovery; Plan and prepare for service of same | GJCM | 0.90 | |
| 11/22/23 | Correspondence with T. Shriver regarding service of discovery | GJCM | 0.30 | |
| 11/27/23 | Review and revise draft protective order; Review Magistrate Judge Holmes's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Correspondence with L. Bilbrey regarding same; Revise joint motion for entry of protective order | GJCM | 1.80 | |
| 11/27/23 | Review order setting case for trial; calendar pretrial deadlines; review discovery requests; research ▮▮▮▮▮▮▮▮▮▮; draft motion for same | LGB* | 3.70 | |
| 11/29/23 | Review and revise draft ESI protocol | GJCM | 1.20 | |
| 11/29/23 | Emails with GCM regarding draft ESI protocol | WBP | 0.30 | |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ▮▮▮▮▮▮

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| GJCM | Garrah Carter-Mason | ▮ | 12.70 | ▮ |
| WBP | W. B. Phillips | ▮ | 5.60 | ▮ |
| LGB* | Laura G. Bilbrey | ▮ | 8.20 | ▮ |
| BSC* | Bailey S. Creasy | ▮ | 0.60 | ▮ |
| | | | 27.10 | ▮ |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|---|---|---|
| | | |

**Total Disbursements:** 0.00

**TOTAL CURRENT BILLING:** $ ▮▮▮▮

**Outstanding Balance:** ▮▮▮▮

**TOTAL AMOUNT DUE:** $ ▮▮▮▮

CONFIDENTIAL                                                              LIC-00000017

# BASS BERRY ✛ SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████████

---

## INVOICE

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 939231 |
| Invoice Date: | March 6, 2024 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter: | 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **January 31, 2024** in connection with the above mentioned client-matter

Current Invoice:

| | | |
|---|---|---|
| Fees: | | ████████ |
| Disbursements: | | 0.00 |
| **Total Current Amount Due:** | | ████████ |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
<u>Pinnacle Bank</u>
Nashville, Tennessee
████████████████

Credit: Bass, Berry & Sims PLC Operating Account

████████████████

Attention: Stacy Kendall
Phone No. (615) 259-6149
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200

---

CONFIDENTIAL

LIC-00000018

**B A S S   B E R R Y ✚ S I M S** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com                              Federal Tax ID #: ▮▮▮▮▮▮▮

### I N V O I C E

| | |
|---|---|
| LEXON SURETY GROUP | Invoice #: 939231 |
| 12890 LEBANON RD | Invoice Date: March 6, 2024 |
| MT. JULIET, TN  37122 | Billing Attorney: PHILLIPS, W. B. |
| | Client: LEXON SURETY GROUP |
| | Matter: JAMES C. JUSTICE II |
| | Client Matter #: 120054.0101 |

### Invoice Summary

For Legal Services Rendered Through **January 31, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                  ▮▮▮▮▮
    Disbursements:                         0.00

**Total Current Amount Due:**                    ▮▮▮▮▮

**Prior Outstanding Invoices – Detail:**

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL                                                    LIC-00000019

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/01/23 | Review correspondence regarding draft protective order and ESI protocol | GJCM | 0.40 | ███ |
| 12/01/23 | Review draft of revised ESI protocol; emails regarding same | WBP | 0.90 | |
| 12/02/23 | Correspondence with B. Phillips and S. Bussiere regarding protective order and ESI protocol | GJCM | 0.30 | |
| 12/02/23 | Review draft ESI protocol; emails with GCM regarding same | WBP | 0.40 | |
| 12/04/23 | Assist with finalizing and filing joint motion for protective order; revise ESI protocol | LGB* | 2.30 | |
| 12/04/23 | Correspondence with S. Bussiere and L. Bilbrey regarding discovery; Revise and finalize protective order and ESI protocol; Plan and prepare for filing of same | GJCM | 0.70 | |
| 12/05/23 | Review correspondence from Defendant's counsel regarding jury trial and plan and prepare for filing of ESI protocol | GJCM | 0.40 | |
| 12/05/23 | Finalize and file proposed stipulated order regarding document production and ESI protocol | LGB* | 0.70 | |
| 12/05/23 | Emails with GCM regarding Defendant's motion for jury trial | WBP | 0.40 | |
| 12/06/23 | Multiple emails with WBP, GCM and Veritext re: ███████ research re:███████ | LGB* | 1.10 | |
| 12/06/23 | Correspondence with T. Shriver and L. Bilbrey regarding ██████ service; Review Defendant's motion for jury trial and memorandum in support of same | GJCM | 0.80 | |
| 12/06/23 | Emails with LGB regarding ████████ | WBP | 0.30 | |
| 12/07/23 | Emails with WBP, Veritext re: ████████; emails with T. Shriver re: ████████; review recent filings | LGB* | 0.70 | |
| 12/07/23 | Correspondence with T. Shriver and L. Bilbrey regarding ████████ | GJCM | 0.30 | |
| 12/07/23 | Review and summarize Defendant's Answer to Complaint | GJCM | 0.90 | |
| 12/07/23 | Emails with LGB regarding ████████ | WBP | 0.30 | |
| 12/09/23 | Review Defendants answer to complaint; emails with GCM regarding same | WBP | 0.80 | |
| 12/12/23 | Review recent filings | LGB* | 0.30 | |
| 12/12/23 | Review court orders regarding various discovery-related motions | GJCM | 0.40 | |
| 12/13/23 | Emails with CWT team, GCM regarding draft of Rule 26 Initial disclosures | WBP | 0.30 | |
| 12/14/23 | Review Lexon's initial disclosures and propose edits to same; Correspondence with L. Bilbrey and CWT team regarding service of same | GJCM | 0.80 | |
| 12/14/23 | Review Defendant's initial disclosures and attached document production | GJCM | 1.50 | |

CONFIDENTIAL                                                                                    LIC-00000020

**FEE DETAIL:**

| | | | | |
|---|---|---|---|---|
| 12/14/23 | Review, revise draft of Rule 26 initial disclosures; emails with S. Bussiere, G. Mason regarding same | WBP | 0.70 | |
| 12/14/23 | Emails with G. Carter-Mason re: initial disclosures | LGB* | 0.20 | |
| 12/20/23 | Multiple emails with Veritext, T. Shriver, B. Phillips re: ███████████ ██████████ | LGB* | 0.70 | |
| 12/20/23 | Correspondence with T. Shriver and L. Bilbrey regarding subpoena service | GJCM | 0.20 | |
| 12/20/23 | Emails with LGB, contacts in Roanoke and West Virginia regarding ██████ █████████ | WBP | 0.80 | |
| 12/21/23 | Emails with B. Phillips re ██████████████████ | LGB* | 0.40 | |
| 12/21/23 | Review correspondence related to ████████████ | GJCM | 0.40 | |
| 12/21/23 | Emails with ████████████████████████████; emails with LGB and T. Shriver regarding same | WBP | 0.90 | |
| 12/22/23 | Review correspondence regarding ██████████ | GJCM | 0.30 | |
| 12/22/23 | Review Defendant's responses to Lexon's interrogatories | GJCM | 0.10 | |
| 12/22/23 | Emails with WV, VA, T. Schriver, LGB regarding ██████████ | WBP | 0.80 | |
| 12/22/23 | Emails with G. Carter-Mason re: ████████████████████ | LGB* | 0.20 | |
| 12/26/23 | Review subpoenas for service and correspondence with S. Bussiere regarding same | GJCM | 0.50 | |
| 12/27/23 | Review emails, ████████████; update calendar and Worksite files | LGB* | 0.50 | |
| 01/08/24 | Review order granting Defendant's motion for a jury trial and correspondence regarding same | GJCM | 0.30 | |
| 01/08/24 | Reviewed USDC order granting motion for jury time; emails for GCM regarding same | WBP | 0.40 | |
| 01/09/24 | Review recent filings | LGB* | 0.20 | |
| 01/15/24 | Emails with D. Pogue regarding discovery meet and confer call; emails with GCM regarding same | WBP | 0.40 | |
| 01/16/24 | Video conference with S. Bussiere and D. Pogue regarding discovery issues, ████████████ | WBP | 0.70 | |
| 01/17/24 | Review order setting jury trial; update calendar | LGB* | 0.80 | |
| 01/19/24 | Review draft of discovery deficiency letter to D. Pogue; emails with S. Bussiere regarding same | WBP | 0.60 | |
| 01/29/24 | Emails with S. Bussiere regarding mediation deadline, reporting and procedures | WBP | 0.30 | |
| 01/30/24 | Review correspondence regarding preparation for mediation and deposition scheduling | GJCM | 0.40 | |

CONFIDENTIAL                                                          LIC-00000021

**FEE DETAIL:**

| | | | | |
|---|---|---|---|---|
| 01/30/24 | Emails with S. Bussiere, opposing counsel regarding discovery matters | WBP | 0.30 | ███ |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ███

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|---|---|---|
| | | |

**Total Disbursements:** 0.00

**TOTAL CURRENT BILLING:** $ ███

**Outstanding Balance:** 0.00

**TOTAL AMOUNT DUE:** $ ███

CONFIDENTIAL

LIC-00000022

# BASS BERRY ✦ SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ████████

---

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

| | |
|---|---|
| Invoice #: | 943816 |
| Invoice Date: | April 16, 2024 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter: | 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **February 29, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                ████
    Disbursements:                             0.00
**Total Current Amount Due:**                    ████

---

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee
████████████████
Credit: Bass, Berry & Sims PLC Operating Account
Reference: 120054.0101
Attention: Stacy Kendall
Phone No. (615) 259-6149
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200

CONFIDENTIAL

LIC-00000023

# BASS BERRY + SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com                                  Federal Tax ID #: ███████

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

| | |
|---|---|
| Invoice #: | 943816 |
| Invoice Date: | April 16, 2024 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

### Invoice Summary

For Legal Services Rendered Through **February 29, 2024** in connection with the above mentioned client-matter

Current Invoice:
| | | |
|---|---|---:|
| Fees: | | ███ |
| Disbursements: | | 0.00 |
| **Total Current Amount Due:** | | ███ |

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| | | | | |

CONFIDENTIAL                                                                              LIC-00000024

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 02/01/24 | Participate in discovery meet and confer with S. Bussiere and D. Pouge | GJCM | 0.60 | |
| 02/04/24 | Review discovery letter to Defendant's counsel | GJCM | 0.30 | |
| 02/04/24 | Emails with S. Bussiere regarding discovery ███████████ | WBP | 0.30 | |
| 02/07/24 | Emails with GCM regarding mediation report | WBP | 0.30 | |
| 02/08/24 | Analyze email correspondence regarding sample mediation report | MMT | 0.10 | |
| 02/08/24 | Draft email to G. Carter regarding sample mediation report | MMT | 0.30 | |
| 02/08/24 | Review Lexon's Responses and Objections to Defendant's Interrogatories and Requests for the Production of Documents; Search for and pull example mediation documents; Review CMO and research ████████████████ ██████████ | GJCM | 1.30 | |
| 02/09/24 | Review correspondence regarding deposition scheduling | GJCM | 0.30 | |
| 02/09/24 | Emails with P. Pogue regarding discovery issues | WBP | 0.20 | |
| 02/12/24 | Call with B. Phillips and S. Bussiere to discuss defendant's document discovery and deposition scheduling | GJCM | 0.60 | |
| 02/12/24 | Emails and telephone conference with S. Bussiere regarding depositions and related discovery matters | WBP | 1.30 | |
| 02/13/24 | Emails with GCM, S. Bussiere regarding possible mediators, status, strategy | WBP | 0.40 | |
| 02/13/24 | Review correspondence regarding discovery and deposition scheduling; Search for mediator availability; Call with S. Anderson | GJCM | 0.80 | |
| 02/16/24 | Participate in call with J. Halper, S. Bussiere, and B. Phillips regarding mediator selection and review correspondence regarding same | GJCM | 0.60 | |
| 02/16/24 | Review correspondence regarding Defendant's document discovery | GJCM | 0.40 | |
| 02/16/24 | Emails and telephone conference with S. Bussiere regarding mediators and related items; emails with opposing counsel regarding mediation, deposition scheduling | WBP | 0.80 | |
| 02/19/24 | Review initial CMO; emails with S. Bussiere regarding mediation requirements | WBP | 0.50 | |
| 02/20/24 | Review correspondence regarding discovery | GJCM | 0.40 | |
| 02/20/24 | Emails with S. Bussiere regarding meet and confer request; review and revise email to opposing counsel regarding meet and confer request | WBP | 0.50 | |
| 02/21/24 | Attend meet and confer with opposing counsel; emails to GCM regarding same | WBP | 0.50 | |
| 02/22/24 | Review and revise notice of deposition to Defendant and amended notice of subpoenas and review correspondence with defendant's counsel regarding discovery | GJCM | 0.70 | |

CONFIDENTIAL

LIC-00000025

April 16, 2024      Page: 4 of 4
**Client-Matter #:** 120054.0101
**Invoice #:**      943816

**FEE DETAIL:**

| | | | |
|---|---|---|---|
| 02/27/24 | Review emails re: deposition notices and revised subpoenas, response to Justice's Feb. 20 letter; review local rules and AO174 re: e-discovery; email to GCM re: same; telephone conference and emails with KHW re: same | LGB* | 1.70 |
| 02/27/24 | Review draft response letter to Justice and correspondence regarding discovery protocols | GJCM | 0.80 |
| 02/27/24 | Analyze discovery issue; analyze case documents; communications with co-counsel regarding discovery issues | KHW | 1.10 |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ▮

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| GJCM | Garrah Carter-Mason | ▮ | 6.80 | ▮ |
| KHW | Kathryn H. Walker | | 1.10 | |
| MMT | Meredith M. Thompson | | 0.40 | |
| WBP | W. B. Phillips | | 4.80 | |
| LGB* | Laura G. Bilbrey | | 1.70 | |
| | | | 14.80 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|---|---|---|
| | | |

**Total Disbursements:** 0.00

**TOTAL CURRENT BILLING:**      $ ▮

**Outstanding Balance:** 0.00

**TOTAL AMOUNT DUE:**      $ ▮

CONFIDENTIAL
LIC-00000026

# BASS BERRY + SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

| | |
|---|---|
| Invoice #: | 944157 |
| Invoice Date: | April 23, 2024 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter: | 120054.0101 |

### REMITTANCE COPY

For Legal Services Rendered Through **March 31, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees: ███████
    Disbursements: 0.00
**Total Current Amount Due:** ███████

**Current Charges**
**Prior Outstanding Invoices:**
**Total Current & Outstanding:**

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee

███████████

Credit: Bass, Berry & Sims PLC Operating Account

███████████

Attention: Stacy Kendall
Phone No. (615) 259-6149
Wire/ACH Notification should be sent to:  accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200

CONFIDENTIAL

LIC-00000027

**BASS BERRY✛SIMS** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com                                       Federal Tax ID #: ███████

## I N V O I C E

LEXON SURETY GROUP                            Invoice #:    944157
12890 LEBANON RD                              Invoice Date: April 23, 2024
MT. JULIET, TN  37122                         Billing Attorney: PHILLIPS, W. B.
                                              Client:      LEXON SURETY GROUP
                                              Matter:      JAMES C. JUSTICE II
                                              Client Matter #:  120054.0101

### Invoice Summary

For Legal Services Rendered Through **March 31, 2024** in connection with the above mentioned client-matter

Current Invoice:
        Fees:                                                    ████
        Disbursements:                                     0.00
        **Total Current Amount Due:**                                   ████
**Current Charges**
**Prior Outstanding Invoices:**
**Total Current & Outstanding:**

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 04/16/24 | 943816 | ████ | ██ | ████ |

CONFIDENTIAL                                                                      LIC-00000028

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 03/05/24 | Emails with GCM regarding March 6 meet and confer | WBP | 0.30 | ████ |
| 03/06/24 | Participate in meet and confer with Defendant's counsel | GJCM | 0.50 | |
| 03/06/24 | Conduct research regarding fees issue | GJCM | 0.80 | |
| 03/06/24 | Emails with GCM regarding 3/6 meet and confer with Defendant's counsel | WBP | 0.30 | |
| 03/10/24 | Research ███████████████████████████████ | GJCM | 0.90 | |
| 03/11/24 | Call with B. Phillips to discuss █████████████; Call with S. Bussiere to discuss same | GJCM | 0.60 | |
| 03/11/24 | Emails and telephone conference with GCM regarding 3/6 meet and confer and████████████ | WBP | 0.50 | |
| 03/14/24 | Review second discovery requests from Defendant to Lexon | GJCM | 0.30 | |
| 03/14/24 | Review draft letter to defense counsel re: meet and confer follow up | GJCM | 0.50 | |
| 03/14/24 | Review, revise discovery correspondence; emails with GCM regarding same | WBP | 0.60 | |
| 03/15/24 | Review correspondence regarding discovery | GJCM | 0.40 | |
| 03/15/24 | Emails with GCM regarding discovery correspondence | WBP | 0.30 | |
| 03/18/24 | Telephone conference with D. Campbell (ex-Lexon CEO); email to CWT regarding ██████ | WBP | 0.70 | |
| 03/19/24 | Review Defendant's Supplemental Document Production; Review balance sheets and depreciation schedules produced by Defendant; Review email communications attached to initial disclosures | GJCM | 4.10 | |
| 03/19/24 | Emails with J. Halper regarding ████████████ | WBP | 0.20 | |
| 03/22/24 | Review correspondence regarding privileged communications, deposition scheduling, and settlement | GJCM | 0.40 | |
| 03/26/24 | Correspondence with T. Shriver regarding ████████████████ | GJCM | 0.40 | |
| 03/26/24 | Calendar deposit dates; update Worksite files | LGB* | 0.40 | |
| 03/26/24 | Emails regarding status | WBP | 0.30 | |
| 03/27/24 | Review notice of deposition to James C. Justice and correspondence with CWT regarding same; Review correspondence regarding deposition scheduling and settlement; Review joint case resolution status report | GJCM | 1.00 | |
| 03/28/24 | Review Lexon's second RFPs and ROGs to Defendant | GJCM | 0.40 | |
| 03/28/24 | Emails with CWT regarding joint case resolution status report | WBP | 0.40 | |

CONFIDENTIAL                                                                              LIC-00000029

**FEE DETAIL:**

| Date | Description | Initials | Hours | |
|---|---|---|---|---|
| 03/29/24 | Correspondence with S. Bussiere, T. Shriver, E. Moore and L. Bilbrey regarding mediation scheduling and discovery; Plan and prepare for discovery filings and filing of joint mediation report | GJCM | 1.00 | ■ |
| 03/29/24 | Review FRCP and local rules re: service of discovery requests; emails with GCM and co-counsel re: same; submit reservation for mediator; assist with preparation and filing of joint case resolution status report | LGB* | 3.80 | ■ |
| 03/29/24 | Emails regarding joint status report; emails regarding possible mediation in June 2024 | WBP | 0.50 | ■ |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ■

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| GJCM | Garrah Carter-Mason | ■ | 11.30 | ■ |
| WBP | W. B. Phillips | | 4.10 | |
| LGB* | Laura G. Bilbrey | | 4.20 | |
| | | | 19.60 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|---|---|---|

**Total Disbursements:** 0.00

**TOTAL CURRENT BILLING:** $ ■

**Outstanding Balance:** ■

**TOTAL AMOUNT DUE:** $ ■

CONFIDENTIAL                                                                    LIC-00000030

# BASS BERRY + SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ██████████

---

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

| | |
|---|---|
| Invoice #: | 945786 |
| Invoice Date: | May 10, 2024 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter: | 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **April 30, 2024** in connection with the above mentioned client-matter

Current Invoice:
|  |  |  |
|---|---|---|
| Fees: | | ████████ |
| Disbursements: | | 0.00 |
| **Total Current Amount Due:** | | ████████ |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
<u>Pinnacle Bank</u>
Nashville, Tennessee

████████████████

Credit: Bass, Berry & Sims PLC Operating Account

████████████████

Attention: Stacy Kendall
Phone No. (615) 259-6149
Wire/ACH Notification should be sent to:  accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200

---

CONFIDENTIAL

LIC-00000031

**B A S S   B E R R Y ✛ S I M S** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com                                    Federal Tax ID #: ▮▮▮▮▮▮▮

---

### I N V O I C E

LEXON SURETY GROUP                        Invoice #:        945786
12890 LEBANON RD                          Invoice Date:     May 10, 2024
MT. JULIET, TN  37122                     Billing Attorney: PHILLIPS, W. B.
                                          Client:           LEXON SURETY GROUP
                                          Matter:           JAMES C. JUSTICE II
                                          Client Matter #:  120054.0101

---

### Invoice Summary

For Legal Services Rendered Through **April 30, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                         ▮▮▮▮▮▮
    Disbursements:                                                0.00
**Total Current Amount Due:**                                          ▮▮▮▮▮▮

#### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL                                                                          LIC-00000032

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 04/01/24 | Emails with mediator's office confirming date, arrangements for mediation | LGB* | 0.30 | ██████ |
| 04/03/24 | Emails with mediator's office and GCM re: arrangements for mediation | LGB* | 0.50 | |
| 04/03/24 | Emails regarding engagement letter for June 6 mediation | WBP | 0.20 | |
| 04/04/24 | Review, finalize G. Ashworth engagement letter for June 6 mediation | WBP | 0.40 | |
| 04/05/24 | Update Worksite files | LGB* | 0.40 | |
| 04/05/24 | Review USDC order regarding Justice's motion to dismiss | WBP | 0.20 | |
| 04/08/24 | Emails with S. Bussiere regarding June 6 mediation and possible meet and confer on April 12 | WBP | 0.30 | |
| 04/09/24 | Review correspondence regarding deposition scheduling and meet and confer | GJCM | 0.40 | |
| 04/09/24 | Emails with S. Bussiere and opposing counsel regarding April 15 meet and confer, status and deposition logistics | WBP | 0.40 | |
| 04/10/24 | Conduct research regarding ███████ ██████████; Meeting with B. Phillips regarding same; Call with CWT regarding deposition issues | GJCM | 2.60 | |
| 04/10/24 | Follow up call regarding deposition scheduling with J. Halper, T. Shriver, and B. Phillips | GJCM | 0.30 | |
| 04/10/24 | Several emails and telephone conferences with CWT regarding Jay Justice subpoena issues; emails and meeting with GCM regarding same | WBP | 1.90 | |
| 04/14/24 | Emails with S. Bussiere regarding possible ███████████ | WBP | 0.20 | |
| 04/15/24 | Review memorandum of law on motion to bifurcate; Participate in meet and confer with CWT, BBS, and Justice's counsel | GJCM | 1.00 | |
| 04/15/24 | Review amended deposition notices; update calendar | LGB* | 0.40 | |
| 04/15/24 | Review Lexon's Responses and Objections to Defendant's Second Set of ROGs and RFPs | GJCM | 0.40 | |
| 04/15/24 | Video conference with defendants' counsel regarding discovery items, possible bifurcation of attorneys fees issues; emails regarding same and Lexon's responses and objection to defendants' discovery | WBP | 0.70 | |
| 04/17/24 | Review draft stipulation regarding bifurcation | GJCM | 0.50 | |
| 04/17/24 | Review correspondence regarding meet and confer follow up | GJCM | 0.40 | |
| 04/17/24 | Emails with GCM regarding proposed stipulation on attorneys fees; emails with S. Bussiere regarding defendant's amended answer | WBP | 0.50 | |
| 04/19/24 | Review correspondence regarding discovery | GJCM | 0.40 | |

CONFIDENTIAL                                                                    LIC-00000033

**FEE DETAIL:**

| Date | Description | Initials | Hours |
|---|---|---|---|
| 04/20/24 | Review correspondence regarding discovery; Review proposed order regarding bifurcation; Review Middle District of Tennessee local rules and Judge Crenshaw's Judicial Preferences regarding pro hac vice admission | GJCM | 0.70 |
| 04/22/24 | Review correspondence regarding discovery; Participate in meet and confer with CWT and Defendant's counsel; Plan and prepare for filing of motion to bifurcate | GJCM | 0.80 |
| 04/22/24 | Review local rules re: PHV admission; email to E. Moore re: same | LGB* | 0.40 |
| 04/22/24 | Emails with GCM and S. Bussiere regarding status and discovery meet, confer | WBP | 0.30 |
| 04/23/24 | Assist with preparation of PHV motion (J. Stanisci); emails with GCM re: same | LGB* | 0.50 |
| 04/23/24 | Review pro hac vice materials for J. Stanisci | GJCM | 0.40 |
| 04/23/24 | Emails with CWT regarding proposed order to bifurcate | WBP | 0.30 |
| 04/24/24 | Finalize and file motion for pro hac vice admission; review recent filings | LGB* | 0.50 |
| 04/25/24 | Review recent filings; update Worksite files | LGB* | 0.50 |
| 04/26/24 | Review Defendant's Third Set of Discovery Requests to Lexon | GJCM | 0.20 |
| 04/29/24 | Review correspondence regarding discovery | GJCM | 0.30 |
| 04/29/24 | Review Defendant's responses and objections to Lexon's set set of discovery requests | GJCM | 0.50 |
| 04/29/24 | Emails with E. Moore regarding discovery issues | WBP | 0.20 |
| 04/30/24 | Review, revise discovery dispute letter; emails with GCM and CWT team regarding same; emails with Justice counsel regarding meet and confer | WBP | 0.80 |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ██████

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| GJCM | Garrah Carter-Mason | ███ | 8.90 | ███ |
| WBP | W. B. Phillips | | 6.40 | |
| LGB* | Laura G. Bilbrey | | 3.50 | |
| | | | 18.80 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|---|---|---|
| | | |

**Total Disbursements:** 0.00

CONFIDENTIAL

LIC-00000034

TOTAL CURRENT BILLING:  $  ██████

Outstanding Balance: 0.00

TOTAL AMOUNT DUE:  $ ██████

CONFIDENTIAL

LIC-00000035

**BASS BERRY + SIMS** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ▮▮▮▮▮▮▮

---

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 949512 |
| Invoice Date: | June 17, 2024 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **May 31, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees: ▮▮▮▮▮
    Disbursements: 150.00
**Total Current Amount Due:** ▮▮▮▮▮



**Current Charges**
**Prior Outstanding Invoices:**
**Total Current & Outstanding:**

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee
▮▮▮▮▮▮▮▮▮▮▮
Credit: Bass, Berry & Sims PLC Operating Account
▮▮▮▮▮▮▮

Attention: Stacy Kendall
Phone No. (615) 259-6149
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200

CONFIDENTIAL
LIC-00000036

# B A S S  B E R R Y ✛ S I M S

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com                                    Federal Tax ID #: ████████

## I N V O I C E

LEXON SURETY GROUP          Invoice #:        949512
12890 LEBANON RD            Invoice Date:     June 17, 2024
MT. JULIET, TN  37122       Billing Attorney: PHILLIPS, W. B.
                            Client:           LEXON SURETY GROUP
                            Matter:           JAMES C. JUSTICE II
                            Client Matter #:  120054.0101

### Invoice Summary

For Legal Services Rendered Through **May 31, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                               ████
    Disbursements:                                       150.00
    **Total Current Amount Due:**        ████              ████
**Current Charges**
**Prior Outstanding Invoices:**
**Total Current & Outstanding:**

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 05/10/24 | 945786 | ████ | ██ | ████ |

CONFIDENTIAL                                                         LIC-00000037

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 05/02/24 | Review USDC order regarding bifurcation of attorneys fees issues; emails regarding same | WBP | 0.40 | ████ |
| 05/03/24 | Review joint motion to bifurcate, memo in support, and proposed order; Review correspondence regarding mediation | GJCM | 0.60 | ████ |
| 05/03/24 | Emails with GCM regarding draft motion to bifurcate | WBP | 0.20 | ████ |
| 05/06/24 | Plan and prepare for filing of motion to bifurcate and correspondence with L. Bilbrey regarding same | GJCM | 0.50 | ████ |
| 05/06/24 | Assist with preparation and filing of joint motion to bifurcate and memorandum in support | LGB* | 1.20 | ████ |
| 05/06/24 | Emails with GCM, CWT regarding revised motion to bifurcate | WBP | 0.30 | ████ |
| 05/09/24 | Review correspondence regarding discovery meet and confer | GJCM | 0.30 | ████ |
| 05/13/24 | Emails with Justice's counsel regarding status, discovery issues | WBP | 0.30 | ████ |
| 05/14/24 | Emails with CWT regarding June 6 mediation logistics | WBP | 0.20 | ████ |
| 05/15/24 | Emails with CWT regarding strategy, logistics for June 6 mediation | WBP | 0.40 | ████ |
| 05/24/24 | Review Lexon's responses and objections to Defendant's third set of ROGs and RFPs | GJCM | 0.40 | ████ |
| 05/28/24 | Review discovery responses and objections; emails regarding discovery issues and May 29 meet and confer | WBP | 0.70 | ████ |
| 05/29/24 | Assist with preparation for mediation | LGB* | 0.50 | ████ |
| 05/29/24 | Correspondence with L. Bilbrey regarding mediation preparation and logistics; Participate in meet and confer with Defendant's counsel | GJCM | 0.80 | ████ |
| 05/29/24 | Emails with GCM regarding May 29 meet-and-confer, June 6 mediation issues and logistics | WBP | 0.50 | ████ |
| 05/30/24 | Review correspondence regarding discovery | GJCM | 0.40 | ████ |
| 05/30/24 | Emails with GCM regarding status, May 30 meet-confer and June 6 mediation | WBP | 0.40 | ████ |
| 05/31/24 | Review mediation statement | GJCM | 0.50 | ████ |
| 05/31/24 | Emails with CWT team regarding mediation statement | WBP | 0.30 | ████ |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ████

CONFIDENTIAL

LIC-00000038

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | ■ | 3.50 | ■ |
| WBP | W. B. Phillips | | 3.70 | |
| LGB* | Laura G. Bilbrey | ■ | 1.70 | |
| | | | 8.90 | |

**DISBURSEMENT SUMMARY:**

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FRCF | Filing, Recording or Search Fees | 150.00 |

**Total Disbursements:** 150.00

**TOTAL CURRENT BILLING:**  $ ■

**Outstanding Balance:** ■

**TOTAL AMOUNT DUE:**  $ ■

CONFIDENTIAL                                                                                    LIC-00000039

# BASS BERRY ✧ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: █████████

---

## INVOICE

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 953092 |
| Invoice Date: | September 5, 2025 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **June 30, 2024** in connection with the above mentioned client-matter

Current Invoice:
Fees: ████████
Disbursements: 0.00
Less Unapplied Cash Applied: ████████
**Total Current Amount Due:** ████████

**Current Charges**
**Prior Outstanding Invoices:** 
**Total Current & Outstanding:**

---

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee

████████████████

Credit: Bass, Berry & Sims PLC Operating Account

████████████████

Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200

CONFIDENTIAL

LIC-00001063

# BASS BERRY ⬧ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee  37203
(615) 742-6200
www.bassberry.com                          Federal Tax ID #: ▮▮▮▮▮▮▮

## I N V O I C E

LEXON SURETY GROUP                    Invoice #:        953092
12890 LEBANON RD                      Invoice Date:     September 5, 2025
MT. JULIET, TN  37122                 Billing Attorney: PHILLIPS, W. B.
                                      Client:           LEXON SURETY GROUP
                                      Matter:           JAMES C. JUSTICE II
                                      Client Matter #:  120054.0101

### Invoice Summary

For Legal Services Rendered Through **June 30, 2024** in connection with the above mentioned client-matter

| | | |
|---|---|---|
| Current Invoice: | | |
| Fees: | | ▮▮▮▮▮ |
| Disbursements: | | 0.00 |
| Less Unapplied: | | ▮▮▮▮▮ |
| **Total Current Amount Due:** | | **$0.00** |
| **Current Charges** | | |
| **Prior Outstanding Invoices:** |  | |
| **Total Current & Outstanding:** | | |

#### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 08/26/25 | 988506 | ▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮ |

CONFIDENTIAL                                                              LIC-00001064

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 06/02/24 | Review, revise June 6 mediation statement; emails with S. Bussiere regarding same and mediation logistics | WBP | 1.20 | |
| 06/03/24 | Review additional CWT edits to June 6 mediation statement; emails with CWT, GCM regarding same and mediation logistics | WBP | 0.60 | |
| 06/03/24 | Review correspondence regarding mediation and work with L. Bilbrey and legal assistant to finalize mediation materials and deliver to G. Ashworth | GJCM | 0.80 | |
| 06/03/24 | Assist with preparation for mediation | LGB* | 0.40 | |
| 06/04/24 | Assist with preparation for mediation | LGB* | 0.50 | |
| 06/05/24 | Plan and prepare for mediation and review materials for same | GJCM | 1.50 | |
| 06/05/24 | Assist with preparation for mediation | LGB* | 0.80 | |
| 06/05/24 | Emails with GCM regarding logistics for June 6 mediation | WBP | 0.40 | |
| 06/06/24 | Prepare for and attend mediation with G. Ashworth; post-mediation follow-up | WBP | 5.00 | |
| 06/06/24 | Mediation preparation session with B. Phillips and S. Bussiere; Attend mediation at Gail Ashworth's office on behalf on Lexon | GJCM | 5.00 | |
| 06/06/24 | Review recent filings | LGB* | 0.20 | |
| 06/10/24 | Emails re: payment of mediator invoice; update Worksite files | LGB* | 0.50 | |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:**

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | | 7.30 | |
| WBP | W. B. Phillips | | 7.20 | |
| LGB* | Laura G. Bilbrey | | 2.40 | |
| | | | 16.90 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|------|-------------|--------|

**Total Disbursements:**   0.00

**TOTAL CURRENT BILLING:**                    $

CONFIDENTIAL                                                                               LIC-00001065

**Outstanding Balance:**            ███████

**Less Unapplied Cash Applied**     ███████

**TOTAL AMOUNT DUE:**          $ ████████

CONFIDENTIAL                                                                 LIC-00001066

**BASS BERRY + SIMS** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 955951 |
| Invoice Date: | August 29, 2024 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter: | 120054.0101 |

### REMITTANCE COPY

For Legal Services Rendered Through **July 31, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                         ███████
    Disbursements:                0.00
**Total Current Amount Due:**      ███████

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
<u>Pinnacle Bank</u>
Nashville, Tennessee
███████████

Credit: Bass, Berry & Sims PLC Operating Account

███████████

Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200

CONFIDENTIAL

LIC-00000044

**BASS BERRY ✛ SIMS** ₚₗ𝒸

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com                          Federal Tax ID #: ███████

---

**I N V O I C E**

---

LEXON SURETY GROUP                    Invoice #:        955951
12890 LEBANON RD                      Invoice Date:     August 29, 2024
MT. JULIET, TN  37122                 Billing Attorney: PHILLIPS, W. B.
                                      Client:           LEXON SURETY GROUP
                                      Matter:           JAMES C. JUSTICE II
                                      Client Matter #:  120054.0101

---

**Invoice Summary**

For Legal Services Rendered Through **July 31, 2024** in connection with the above mentioned client-matter

| | |
|---|---|
| Current Invoice: | |
| Fees: | ███████ |
| Disbursements: | 0.00 |
| **Total Current Amount Due:** | ███████ |

**Prior Outstanding Invoices – Detail:**

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| | | | | |

CONFIDENTIAL                                                            LIC-00000045

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 07/02/24 | Review Defendant's supplemental responses to Plaintiff's first set of requests for admission | GJCM | 0.30 | ███ |
| 07/18/24 | Emails with E. Moore, GCM regarding draft motion for summary judgment | WBP | 0.40 | |
| 07/22/24 | Review and revise drafts of motion for summary judgment and related supporting documents; emails with GCM regarding same | WBP | 2.90 | |
| 07/22/24 | Review and propose edits to Plaintiff's memorandum of law in support of motion for summary judgment, Rule 56.1 Statement, affidavit of J. Setman, and summary judgment exhibits | GJCM | 5.00 | |
| 07/22/24 | Review draft summary judgment filings; email to GCM re: same | LGB* | 0.70 | |
| 07/23/24 | Review correspondence regarding Defendant's supplemental discovery and document production | GJCM | 0.60 | |
| 07/24/24 | Emails with GCM regarding edits to draft motion for summary judgment | WBP | 0.30 | |
| 07/29/24 | Emails with E. Moore, LGB regarding August 1 MSJ filing | WBP | 0.30 | |
| 07/31/24 | Review, revise MSJ and supporting affidavits; emails with CWT and GCM regarding same and logistics for 8/1/24 MSJ filing | WBP | 1.70 | |
| 07/31/24 | Assist with preparation for filing motion for summary judgment | LGB* | 0.80 | |
| 07/31/24 | Review exhibits to ensure proper formatting for filing and correspondence with L. Bilbrey regarding same; Review S. Bussiere affidavit, motion for summary judgment and J. Sentman affidavit | GJCM | 1.50 | |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ███

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | ███ | 7.40 | ███ |
| WBP | W. B. Phillips | | 5.60 | |
| LGB* | Laura G. Bilbrey | | 1.50 | |
| | | | 14.50 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|------|-------------|--------|
| | | |

**Total Disbursements:** 0.00

**TOTAL CURRENT BILLING:**　　　　　　　$　███

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　LIC-00000046

|                         |   |        |
|-------------------------|---|--------|
| **Outstanding Balance:** |   | 0.00   |
| **TOTAL AMOUNT DUE:**   | $ | ████   |

CONFIDENTIAL

LIC-00000047

# BASS BERRY + SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████

---

## I N V O I C E

| | |
|---|---|
| LEXON SURETY GROUP | **Invoice #:** 959903 |
| 12890 LEBANON RD | **Invoice Date:** October 7, 2024 |
| MT. JULIET, TN  37122 | **Billing Attorney:** PHILLIPS, W. B. |
| | **Client:** LEXON SURETY GROUP |
| | **Matter:** JAMES C. JUSTICE II |
| | **Client Matter #:** 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **August 31, 2024** in connection with the above mentioned client-matter

Current Invoice:
Fees:                              ███████
  Disbursements:                              0.00
**Total Current Amount Due:**          ███████

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**        **Mailing Instructions**
Pinnacle Bank                                       Bass, Berry & Sims PLC
Nashville, Tennessee                                150 Third Avenue South, Suite 2800
███████████                                         Nashville, Tennessee  37201
                                                    (615) 742-6200
Credit: Bass, Berry & Sims PLC Operating Account

███████████

Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to:  accountnotify@bassberry.com

CONFIDENTIAL

LIC-00000048

**BASS BERRY + SIMS** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com                                        Federal Tax ID #: ███████

---

### I N V O I C E

LEXON SURETY GROUP                          Invoice #:       959903
12890 LEBANON RD                            Invoice Date:    October 7, 2024
MT. JULIET, TN  37122                       Billing Attorney: PHILLIPS, W. B.
                                            Client:          LEXON SURETY GROUP
                                            Matter:          JAMES C. JUSTICE II
                                            Client Matter #: 120054.0101

---

### Invoice Summary

For Legal Services Rendered Through **August 31, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                                        ██████
    Disbursements:                                                               0.00
**Total Current Amount Due:**                                                       ██████

**Prior Outstanding Invoices – Detail:**

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL                                                                         LIC-00000049

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 08/01/24 | Assist with preparation and filing motion for summary judgment and supporting documents | LGB* | 2.80 | ███ |
| 08/01/24 | Review Lexon's amended initial disclosures and review correspondence regarding exhibit guidelines; Review correspondence regarding production; Coordinate filing of motion for summary judgment and supporting documents; Calls and correspondence with L. Bilbrey and E. Moore regarding same | GJCM | 3.00 | ███ |
| 08/01/24 | Review, revise and finalize MSJ filings; emails with GCM and LGB regarding same; emails regarding supplemental initial disclosures | WBP | 1.30 | ███ |
| 08/02/24 | Review recent filings; emails with co-counsel re: service copies | LGB* | 0.50 | ███ |
| 08/02/24 | Emails with LGB regarding 8/1 MSJ filings | WBP | 0.20 | ███ |
| 08/29/24 | Review response in opposition to motion for summary judgment and supporting filings | LGB* | 0.50 | ███ |
| 08/31/24 | Emails with T. Shriver regarding MSJ reply brief issues | WBP | 0.30 | ███ |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ███

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | ███ | 3.00 | ███ |
| WBP | W. B. Phillips | | 1.80 | |
| LGB* | Laura G. Bilbrey | | 3.80 | |
| | | | 8.60 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|------|-------------|--------|
| | | |

**Total Disbursements:** 0.00

**TOTAL CURRENT BILLING:** $ ███

**Outstanding Balance:** 0.00

**TOTAL AMOUNT DUE:** $ ███

CONFIDENTIAL                                                                                      LIC-00000050

# BASS BERRY ✛ SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: █████████

---

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

|  |  |
|---|---|
| Invoice #: | 961915 |
| Invoice Date: | November 6, 2024 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter: | 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **September 30, 2024** in connection with the above mentioned client-matter

Current Invoice:
|  |  |  |
|---|---|---|
| Fees: | | █████ |
| Disbursements: | | 0.00 |
| **Total Current Amount Due:** | | █████ |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee
████████████████
Credit: Bass, Berry & Sims PLC Operating Account

███████████████
Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to:  accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200

CONFIDENTIAL

LIC-00000051

**BASS BERRY ✛ SIMS** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com                                    Federal Tax ID #: ███████

---

**I N V O I C E**

---

| | |
|---|---|
| LEXON SURETY GROUP | Invoice #:        961915 |
| 12890 LEBANON RD | Invoice Date:    November 6, 2024 |
| MT. JULIET, TN  37122 | Billing Attorney:  PHILLIPS, W. B. |
| | Client:             LEXON SURETY GROUP |
| | Matter:            JAMES C. JUSTICE II |
| | Client Matter #:  120054.0101 |

**Invoice Summary**

For Legal Services Rendered Through **September 30, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                                                                    ████
    Disbursements:                                                                                      0.00
**Total Current Amount Due:**                                                                        ████

**Prior Outstanding Invoices – Detail:**

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| | | | | |

CONFIDENTIAL                                                                                    LIC-00000052

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 09/04/24 | Review draft reply to Defendants Response to Motion for Summary Judgment and propose revisions to same | GJCM | 0.90 | ███ |
| 09/04/24 | Emails with T. Shriver regarding status and logistics for MSJ reply brief; emails with GCM regarding same | WBP | 0.40 | ███ |
| 09/05/24 | Review, revise, finalize MSJ reply brief | WBP | 1.30 | ███ |
| 09/05/24 | Assist with preparation and filing of reply in support of motion for summary judgment | LGB* | 1.30 | ███ |
| 09/13/24 | Review local rules and administrative order re: attorney contact information; emails with B. Phillips and G. Carter-Mason re: same; draft notice of change of address; emails with S. Bussiere re: same | LGB* | 1.60 | ███ |
| 09/13/24 | Emails with LGB and CGM regarding CWT change of firms | WBP | 0.30 | ███ |
| 09/16/24 | Finalize and submit notice of change of name and address | LGB* | 0.40 | ███ |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ███

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | ███ | 0.90 | ███ |
| WBP | W. B. Phillips | ███ | 2.00 | |
| LGB* | Laura G. Bilbrey | ███ | 3.30 | |
| | | | 6.20 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|------|-------------|--------|
| | | |

**Total Disbursements:**  0.00

**TOTAL CURRENT BILLING:**  $  ███

**Outstanding Balance:**  0.00

**TOTAL AMOUNT DUE:**  $  ███

CONFIDENTIAL

LIC-00000053

# BASS BERRY + SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ▮▮▮▮▮▮▮

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

| | |
|---|---|
| Invoice #: | 965463 |
| Invoice Date: | December 10, 2024 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter: | 120054.0101 |

## REMITTANCE COPY

For Legal Services Rendered Through **November 30, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                      ▮▮▮▮▮
    Disbursements:                             0.00
**Total Current Amount Due:**                         ▮▮▮▮▮

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
<u>Pinnacle Bank</u>
<u>Nashville, Tennessee</u>
▮▮▮▮▮▮▮▮▮▮
Credit: Bass, Berry & Sims PLC Operating Account
▮▮▮▮▮▮▮▮▮▮
Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to:  accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
**WE ARE MOVING! As of January 6, 2025, all payments
should be mailed to our new address:
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203**

CONFIDENTIAL

LIC-00000054

**BASS BERRY ✚ SIMS** PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: █████████

---

## I N V O I C E

| | |
|---|---|
| LEXON SURETY GROUP | Invoice #: 965463 |
| 12890 LEBANON RD | Invoice Date: December 10, 2024 |
| MT. JULIET, TN 37122 | Billing Attorney: PHILLIPS, W. B. |
| | Client: LEXON SURETY GROUP |
| | Matter: JAMES C. JUSTICE II |
| | Client Matter #: 120054.0101 |

---

### Invoice Summary

For Legal Services Rendered Through **November 30, 2024** in connection with the above mentioned client-matter

| Current Invoice: | | |
|---|---|---|
| Fees: | | █████ |
| Disbursements: | | 0.00 |
| **Total Current Amount Due:** | | █████ |

CONFIDENTIAL

LIC-00000055

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 11/04/24 | Emails with T. Shriver regarding pre-trial materials and jury consultants; emails with LGB and GCM regarding pre-trial materials | WBP | 0.40 | ████ |
| 11/05/24 | Emails with LGB, GCM and T. Shriver regarding samples of pre-trial materials and jury consultants; emails with BBS partners regarding jury consultant recommendations | WBP | 0.90 | |
| 11/05/24 | Research and ████████████████ | LGB* | 1.50 | |
| 11/12/24 | Review order re: briefs on declaratory judgment claim | LGB* | 0.20 | |
| 11/12/24 | Review Court's order on additional briefing and case law cited therein; review motion to dismiss briefing; participate in Zoom meeting with J. Halper, S. Brauerman, T. Shriver, and B. Phillips to discuss brief strategy | GJCM | 2.10 | |
| 11/12/24 | Review USDC order and related documents regarding Grand Trunk factors; emails with T. Shriver regarding same; review Grand Trunk decision and related cases; video conference and emails with T. Shriver, S. Brauerman regarding status, strategy and supplemental briefing | WBP | 1.60 | |
| 11/13/24 | Review, revise, finalize and file supplemental brief regarding Grand Trunk decision factors | WBP | 1.10 | |
| 11/13/24 | Review and propose edits to Lexon's brief on Grand Truck factors and correspondence with L. Bilbrey regarding same | GJCM | 0.80 | |
| 11/13/24 | Assist with preparation and filing of supplemental brief in support of motion for summary judgment | LGB* | 1.40 | |
| 11/14/24 | Review recent filings | LGB* | 0.40 | |
| 11/14/24 | Review Justice's opposition brief regarding court's jurisdiction | GJCM | 0.30 | |
| 11/14/24 | Review Defendant's supplemental brief regarding Grand Trunk factors | WBP | 0.30 | |
| 11/18/24 | Emails with GCM regarding trial logistics | WBP | 0.30 | |
| 11/19/24 | Emails with GCM regarding trail logistics | WBP | 0.30 | |
| 11/19/24 | Emails with co-counsel and events re: trial logistics | LGB* | 0.40 | |
| 11/26/24 | Correspondence with T. Shriver, B. Phillips, and P. Mills regarding pretrial filing deadlines | GJCM | 0.50 | |
| 11/26/24 | Emails with GCM regarding Crenshaw pretrial procedures | WBP | 0.40 | |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ████████

CONFIDENTIAL                                                                LIC-00000056

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | ███ | 3.70 | ███ |
| WBP | W. B. Phillips | | 5.30 | |
| LGB* | Laura G. Bilbrey | | 3.90 | |
| | | | 12.90 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|------|-------------|--------|
| | | |

Total Disbursements:  | 0.00 |

**TOTAL CURRENT BILLING:**                    $        ███

CONFIDENTIAL                                                          LIC-00000057

# BASS BERRY + SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████

---

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 965475 |
| Invoice Date: | December 10, 2024 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter: | 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **October 31, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees: ███████
    Disbursements: 0.00
**Total Current Amount Due:** ███████

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee
███████████
Credit: Bass, Berry & Sims PLC Operating Account
███████████
Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
**WE ARE MOVING! As of January 6, 2025, all payments
should be mailed to our new address:
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203**

---

CONFIDENTIAL

LIC-00000058

December 10, 2024                                                      Page: 2 of 3
**Client-Matter #:**  120054.0101
**Invoice #:**       965475

# BASS BERRY ✦ SIMS PLC

150 Third Avenue South, Suite 2800
Nashville, Tennessee  37201
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ▮▮▮▮▮▮▮

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

| | |
|---|---|
| Invoice #: | 965475 |
| Invoice Date: | December 10, 2024 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

### Invoice Summary

For Legal Services Rendered Through **October 31, 2024** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                               ▮▮▮▮
    Disbursements:                          0.00
**Total Current Amount Due:**                  ▮▮▮▮

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL                                          LIC-00000059

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 10/23/24 | Review MDTN calendar; email to GCM re: same | LGB* | 0.40 | ██████ |
| 10/23/24 | Correspondence with B. Phillips, L. Bilbrey, and T. Shriver regarding case status | GJCM | 0.40 | |
| 10/23/24 | Emails with T. Shriver and GCM regarding status and possible change in trial date | WBP | 0.40 | |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** | ████████ |

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | ████ | 0.40 | ██████ |
| WBP | W. B. Phillips | | 0.40 | |
| LGB* | Laura G. Bilbrey | | 0.40 | |
| | | | 1.20 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|------|-------------|--------|
| | | |

**Total Disbursements:** | 0.00 |

**TOTAL CURRENT BILLING:**                     $        ██████

**Outstanding Balance:**                                0.00

**TOTAL AMOUNT DUE:**                          $ _____██████

CONFIDENTIAL                                                                    LIC-00000060

# BASS BERRY + SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████

---

## INVOICE

| | |
|---|---|
| | Invoice #: 969736 |
| LEXON SURETY GROUP | Invoice Date: January 31, 2025 |
| 12890 LEBANON RD | Billing Attorney: PHILLIPS, W. B. |
| MT. JULIET, TN 37122 | Client: LEXON SURETY GROUP |
| | Matter: JAMES C. JUSTICE II |
| | Client Matter: 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **December 31, 2024** in connection with the above mentioned client-matter

Current Invoice:
Fees:                                                                    ████
Disbursements:                                                    0.00
**Total Current Amount Due:**                         ████

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee
████████████
Credit: Bass, Berry & Sims PLC Operating Account

████████████
Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200

CONFIDENTIAL

LIC-00000061

# BASS BERRY ✛ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee  37203
(615) 742-6200
www.bassberry.com                                    Federal Tax ID #: █████████

---

## I N V O I C E

LEXON SURETY GROUP                          Invoice #:         969736
12890 LEBANON RD                            Invoice Date:      January 31, 2025
MT. JULIET, TN  37122                       Billing Attorney:  PHILLIPS, W. B.
                                            Client:            LEXON SURETY GROUP
                                            Matter:            JAMES C. JUSTICE II
                                            Client Matter #:   120054.0101

---

### Invoice Summary

For Legal Services Rendered Through **December 31, 2024** in connection with the above mentioned client-matter

| | |
|---|---|
| Current Invoice: | |
| Fees: | █████ |
| Disbursements: | 0.00 |
| **Total Current Amount Due:** | █████ |

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL                                                                          LIC-00000062

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 12/02/24 | Video conference and emails with T. Shriver regarding trial preparation and logistics | WBP | 0.80 | |
| 12/02/24 | Call with T. Shriver, B. Phillips, and P. Mills to discuss Judge Crenshaw's trial preferences | GJCM | 0.50 | |
| 12/03/24 | Review opinion and order on MSJ; update calendar | LGB* | 0.50 | |
| 12/03/24 | Review Court's memorandum opinion on Lexon's motion for summary judgment and accompanying order | GJCM | 1.00 | |
| 12/03/24 | Emails with T. Shriver regarding trial preparation and logistics; review USDC orders on mediation and summary judgment; work on logistics for possible 12/13/24 mediation; emails with T. Shriver regarding mediation; emails with GCM regarding status, litigation and mediation | WBP | 1.40 | |
| 12/04/24 | Emails regarding status, strategy and 12/13/24 mediation | WBP | 0.50 | |
| 12/04/24 | Call with G. Ashworth's office to schedule and confirm Zoom mediation | GJCM | 0.40 | |
| 12/05/24 | Participate in strategy session with B. Phillips, J. Halper, S. Brauerman, and T. Shriver; prepare materials for mediation and correspondence with L. Bilbrey regarding same | GJCM | 1.40 | |
| 12/05/24 | Assist with preparation for mediation | LGB* | 1.20 | |
| 12/05/24 | Emails with mediator's office regarding 12/13/24 mediation; emails with GCM regarding mediation; video conference with JS, TS, SB and GCM regarding status, strategy and trial preparation | WBP | 1.40 | |
| 12/06/24 | Assist with preparation for mediation; draft joint notice of mediation | LGB* | 4.50 | |
| 12/09/24 | Finalize and file joint notice of mediation | LGB* | 0.40 | |
| 12/09/24 | Review and sign mediation agreement; emails with G. Ashworth office regarding mediation agreement; review and revise USDC notice of mediation | WBP | 0.70 | |
| 12/10/24 | Emails with T. Shriver regarding 12/13/24 mediation | WBP | 0.20 | |
| 12/11/24 | Emails with T. Shriver regarding bi-furcated trial dates and related issues | WBP | 0.40 | |
| 12/12/24 | Participate in Pre-Mediation Strategy call with B. Phillips, J. Halper, S. Brauerman, and T. Shriver; review correspondence related to mediation | GJCM | 0.80 | |
| 12/12/24 | Emails with T. Shriver regarding 12/13/14 mediation; video conference with T. Shriver and J. Halper regarding 12/13/24 mediation | WBP | 0.80 | |
| 12/13/24 | Telephone conference with courtroom deputy re: alternative trial dates; emails with WBP and GCM re: same | LGB* | 0.40 | |
| 12/13/24 | Participate in Lexon v. Justice mediation with G. Ashworth | GJCM | 4.00 | |
| 12/13/24 | Prepare for and attend mediation with G. Ashworth; emails regarding mediation, joint motion to continue, alternative bench trial dates | WBP | 5.70 | |

CONFIDENTIAL                                                                      LIC-00000063

**FEE DETAIL:**

| Date | Description | | |
|---|---|---|---|
| 12/15/24 | Review and propose edits to joint motion to continue trial | GJCM | 0.70 |
| 12/15/24 | Emails with T. Shriver and GCM regarding joint motion for continuance | WBP | 0.30 |
| 12/16/24 | Finalize and file motion for pro hac vice admission for T. Shriver and joint motion to continue trial | LGB* | 1.80 |
| 12/16/24 | Review T. Shriver pro hac documents and correspondence related to joint motion to continue trial | GJCM | 0.50 |
| 12/16/24 | Review and revise joint motion to continue trial; emails with opposing counsel, VE team and LGB regarding joint motion to continue | WBP | 1.10 |
| 12/17/24 | Correspondence with T. Shriver regarding status of Judge's ruling | GJCM | 0.20 |
| 12/17/24 | Emails with GCM and VE team regarding status and joint order to continue | WBP | 0.40 |
| 12/18/24 | Emails with GCM, LGB and T. Shriver regarding pending motion to continue | WBP | 0.30 |
| 12/18/24 | Telephone call to courtroom deputy re: status of joint motion to continue; emails with GCM re: same | LGB* | 0.40 |
| 12/18/24 | Calls with T. Shriver and L. Bilbrey regarding status of joint motion | GJCM | 0.30 |
| 12/19/24 | Emails with LGB, GCM and T. Shriver regarding pending motion to continue trial | WBP | 0.30 |
| 12/19/24 | Telephone conference with courtroom deputy re: status of joint motion; email to team re: same | LGB* | 0.20 |
| 12/20/24 | Review pre-trial motions and correspondence regarding same | GJCM | 0.50 |
| 12/20/24 | Review finalized motions for filing and work with L. Bilbrey on same | GJCM | 0.60 |
| 12/20/24 | Review order re: telephonic status conference; update calendar; file joint motion for jury questionnaire and motions in limine | LGB* | 1.50 |
| 12/20/24 | Review and revise motions in limine, request for jury questionnaire; emails with VE team regarding status, strategy and motions in limine; emails with GCM regarding same; emails with Justice counsel regarding request for jury questionnaire; review USDC order regarding 11/23/24 status conference | WBP | 1.90 |
| 12/21/24 | Emails with VE team and GCM regarding 12/23/24 status conference | WBP | 0.30 |
| 12/23/24 | Participate in Zoom call with S. Bussiere, T. Shriver, and B. Phillips regarding status conference planning call | GJCM | 0.50 |
| 12/23/24 | Participate in conference call with Judge Crenshaw and parties regarding case status | GJCM | 0.30 |
| 12/23/24 | Telephone conference with VE team regarding strategy for USDC status conference; attend USDC status conference; emails regarding same | WBP | 1.30 |
| 12/30/24 | Review order resetting trial date/deadlines; update calendar | LGB* | 0.50 |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks,

CONFIDENTIAL                                                                      LIC-00000064

**FEE DETAIL:**

paralegals and paraprofessionals)

**Total Fees:** ███████████

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| GJCM | Garrah Carter-Mason | | 11.70 | |
| WBP | W. B. Phillips | | 17.80 | █████ |
| LGB* | Laura G. Bilbrey | | 11.40 | |
| | | █████ | 40.90 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|---|---|---|

**Total Disbursements:** 0.00

**TOTAL CURRENT BILLING:** $ ████████

**Outstanding Balance:** 0.00

**TOTAL AMOUNT DUE:** $ ████████

CONFIDENTIAL

LIC-00000065

# BASS BERRY + SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: █████████

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 972368 |
| Invoice Date: | February 27, 2025 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter: | 120054.0101 |

### REMITTANCE COPY

For Legal Services Rendered Through **January 31, 2025** in connection with the above mentioned client-matter

Current Invoice:
      Fees:                                    ███████
      Disbursements:                     150.00
**Total Current Amount Due:**             ███████

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring Instructions**
<u>Pinnacle Bank</u>
<u>Nashville, Tennessee</u>
████████████████

Credit: Bass, Berry & Sims PLC Operating Account

████████████████

Attention: Rachel Onion
Phone No. (615) 259-6613
Wire Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200

---

CONFIDENTIAL

LIC-00000066

**B A S S  B E R R Y ✦ S I M S** PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee  37203
(615) 742-6200
www.bassberry.com                        Federal Tax ID #: ███████

---

**I N V O I C E**

---

LEXON SURETY GROUP                    Invoice #:        972368
12890 LEBANON RD                      Invoice Date:     February 27, 2025
MT. JULIET, TN  37122                 Billing Attorney: PHILLIPS, W. B.
                                      Client:           LEXON SURETY GROUP
                                      Matter:           JAMES C. JUSTICE II
                                      Client Matter #:  120054.0101

---

**Invoice Summary**

For Legal Services Rendered Through **January 31, 2025** in connection with the above mentioned client-matter

        Current Invoice:
                Fees:                                           ███████
                Disbursements:                                  150.00
        **Total Current Amount Due:**                           ███████

**Prior Outstanding Invoices – Detail:**

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL                                                          LIC-00000067

February 27, 2025                                       Page: 3 of 4
**Client-Matter #:** 120054.0101
**Invoice #:**       972368

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 01/13/25 | Emails re: mediation invoice, payment status | LGB* | 0.40 | ██ |
| 01/14/25 | Prepare and file notice of change of address | LGB* | 0.50 | ██ |
| 01/14/25 | Correspondence with L. Bilbrey regarding filing of notice of change of address | GJCM | 0.30 | ██ |
| 01/14/25 | Emails with GCM regarding USDC notice of change of address | WBP | 0.20 | ██ |
| 01/23/25 | Emails with VE team regarding scheduling 3d mediation | WBP | 0.20 | ██ |
| 01/24/25 | Correspondence with J. Bucco and S. Brauerman regarding scheduling third mediation | GJCM | 0.40 | ██ |
| 01/27/25 | Review correspondence regarding scheduling mediation with G. Ashworth and schedule same | GJCM | 0.40 | ██ |
| 01/27/25 | Emails with GCM and VE team regarding possible mediation dates | WBP | 0.30 | ██ |
| 01/28/25 | Emails with VE team regarding mediator's engagement letter and USDC notice regarding 3d mediation | WBP | 0.40 | ██ |
| 01/29/25 | Review emails re: third mediation; draft joint notice of mediation; emails with GCM re: same | LGB* | 0.70 | ██ |
| 01/29/25 | Review joint notice of mediation and correspondence with L. Bilbrey and T. Shriver regarding same | GJCM | 0.30 | ██ |
| 01/30/25 | Finalize and file joint notice of mediation | LGB* | 0.40 | ██ |
| 01/30/25 | Correspondence with L. Bilbrey regarding filing of notice of mediation | GJCM | 0.30 | ██ |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ███████

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | ██ | 1.70 | ██ |
| WBP | W. B. Phillips | ██ | 1.10 | ██ |
| LGB* | Laura G. Bilbrey | ██ | 2.00 | ██ |
| | | | 4.80 | |

**DISBURSEMENT SUMMARY:**

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FRCF | Filing, Recording or Search Fees | 150.00 |

**Total Disbursements:** 150.00

CONFIDENTIAL

LIC-00000068

**TOTAL CURRENT BILLING:**                    $          ███████

                    Outstanding Balance:                      0.00

                **TOTAL AMOUNT DUE:**         $     ███████

CONFIDENTIAL                                                              LIC-00000069

# BASS BERRY + SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee  37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████

---

## INVOICE

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

| | |
|---|---|
| Invoice #: | 977689 |
| Invoice Date: | April 30, 2025 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **March 31, 2025** in connection with the above mentioned client-matter

Current Invoice:
    Fees: ███████
    Disbursements: 0.00
**Total Current Amount Due:** ███████

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring Instructions**

Pinnacle Bank
Nashville, Tennessee
████████

Credit: Bass, Berry & Sims PLC Operating Account
████████

Attention: Rachel Onion
Phone No. (615) 259-6613
Wire Notification should be sent to:  accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200

---

CONFIDENTIAL

LIC-00001067

# BASS BERRY ◆ SIMS P.C.

21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ██████

---

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 977689 |
| Invoice Date: | April 30, 2025 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

---

### Invoice Summary

For Legal Services Rendered Through **March 31, 2025** in connection with the above mentioned client-matter

Current Invoice:
Fees: ██████
Disbursements: 0.00
**Total Current Amount Due:** ██████

**Prior Outstanding Invoices – Detail:**

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| | | | | |

CONFIDENTIAL
LIC-00001068

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 03/19/25 | Emails with GCM regarding status | WBP | 0.30 | ██████ |
| 03/24/25 | Emails with T. Shriver, G. Carter-Mason and B. Phillips re: joint stipulation governing discovery; finalize and submit same | LGB* | 0.70 | |
| 03/24/25 | Review stipulation regarding supplemental discovery | WBP | 0.30 | |
| 03/24/25 | Emails with LGB and GCM regarding stipulation regarding supplemental discovery | WBP | 0.20 | |
| 03/24/25 | Review draft joint stipulation | GJCM | 0.30 | |

* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ██████

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | ████ | 0.30 | ██████ |
| WBP | W. B. Phillips | | 0.80 | |
| LGB* | Laura G. Bilbrey | | 0.70 | |
| | | | 1.80 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|------|-------------|--------|
| | | |

**Total Disbursements:** 0.00

**TOTAL CURRENT BILLING:**        $  ██████

**Outstanding Balance:**        0.00

**TOTAL AMOUNT DUE:**        $  ██████

CONFIDENTIAL                                                LIC-00001069

# BASS BERRY ❖ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ▮▮▮▮▮▮▮

## INVOICE

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 981424 |
| Invoice Date: | June 10, 2025 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

## REMITTANCE COPY

For Legal Services Rendered Through **April 30, 2025** in connection with the above mentioned client-matter

Current Invoice:
    Fees: ▮▮▮▮▮▮
    Disbursements: 0.00
**Total Current Amount Due:** ▮▮▮▮▮▮

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee
▮▮▮▮▮▮▮▮
Credit: Bass, Berry & Sims PLC Operating Account
▮▮▮▮▮▮▮▮
Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200

CONFIDENTIAL

LIC-00001070

# BASS BERRY ❖ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████

---

## INVOICE

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

Invoice #:       981424
Invoice Date:   June 10, 2025
Billing Attorney: PHILLIPS, W. B.
Client:          LEXON SURETY GROUP
Matter:          JAMES C. JUSTICE II
Client Matter #: 120054.0101

---

### Invoice Summary

For Legal Services Rendered Through **April 30, 2025** in connection with the above mentioned client-matter

| | |
|---|---|
| Current Invoice: | |
| Fees: | ████ |
| Disbursements: | 0.00 |
| **Total Current Amount Due:** | ████ |

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 04/02/25 | Review joint motion re: discovery schedule; review filings and local rules; emails and phone conference with G. Carter-Mason re: same; draft proposed order for joint motion | LGB* | 0.80 | |
| 04/02/25 | Review Joint Motion and proposed order addressing remaining discovery deadlines; review initial case management order; review proposed order; review correspondence with opposing counsel regarding same | GJCM | 0.90 | |
| 04/03/25 | Correspondence with V&E related to motion to extend deadlines filing | GJCM | 0.30 | |
| 04/03/25 | Finalize and file joint motion addressing discovery deadlines | LGB* | 0.40 | |
| 04/03/25 | Review and revise joint motion for supplemental discovery; emails with GCM regarding same | WBP | 0.60 | |
| 04/09/25 | Review emails and recent filings; update calendar | LGB* | 0.60 | |
| 04/15/25 | Review Lexon's supplemental disclosures | GJCM | 0.50 | |
| 04/15/25 | Review and revise supplemental Rule 26 disclosures; emails with GCM regarding same | WBP | 0.70 | |
| 04/16/25 | Emails with T. Shriver and D. Pogne regarding amended Rule 26 disclosures | WBP | 0.40 | |
| 04/16/25 | Review correspondence with opposing counsel related to damages calculation and work with C. Delk to obtain attorneys fees calculation | GJCM | 0.50 | |
| 04/16/25 | Emails re: request for fee and expense info from V&E | LGB* | 0.30 | |
| 04/17/25 | Review vendor invoices, payment copies, and BBS invoices for sending to V&E and correspondence with C. Delk regarding same | GJCM | 0.90 | |
| 04/17/25 | Correspondence with T. Shriver related to proving attorneys' fees | GJCM | 0.40 | |
| 04/17/25 | Emails with GCM and V&E Team regarding USDC fee petitions | WBP | 0.30 | |
| 04/21/25 | Emails with GCM regarding examples of USDC fee petitions | WBP | 0.30 | |
| 04/21/25 | Locate fee petitions and supporting declarations for V&E team | GJCM | 0.30 | |
| 04/28/25 | Emails with GCM regarding May 12 mediation | WBP | 0.30 | |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:**

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | | 3.80 | |
| WBP | W. B. Phillips | | 2.60 | |
| LGB* | Laura G. Bilbrey | | 2.10 | |

CONFIDENTIAL                                                                              LIC-00001072

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
|          |      |      | 8.50  | █████  |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|------|-------------|--------|
|      |             |        |

Total Disbursements:        0.00

**TOTAL CURRENT BILLING:**            $    ████████

Outstanding Balance:        0.00

**TOTAL AMOUNT DUE:**            $  ████████

CONFIDENTIAL                                                                LIC-00001073

# BASS BERRY ❖ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ██████████

---

## INVOICE

| | |
|---|---|
| LEXON SURETY GROUP | Invoice #: 985331 |
| 12890 LEBANON RD | Invoice Date: July 17, 2025 |
| MT. JULIET, TN 37122 | Billing Attorney: PHILLIPS, W. B. |
| | Client: LEXON SURETY GROUP |
| | Matter: JAMES C. JUSTICE II |
| | Client Matter #: 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **May 31, 2025** in connection with the above mentioned client-matter

Current Invoice:

| | |
|---|---|
| Fees: | ████████ |
| Disbursements: | 0.00 |
| **Total Current Amount Due:** | ████████ |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee
██████████████
Credit: Bass, Berry & Sims PLC Operating Account
██████████████
Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200

---

CONFIDENTIAL

LIC-00001074

# B A S S  B E R R Y ✦ S I M S P.C.

21 Platform Way South, Suite 3500
Nashville, Tennessee  37203
(615) 742-6200
www.bassberry.com                          Federal Tax ID #: ████████

---

## I N V O I C E

---

| | |
|---|---|
| LEXON SURETY GROUP | Invoice #:        985331 |
| 12890 LEBANON RD | Invoice Date:     July 17, 2025 |
| MT. JULIET, TN  37122 | Billing Attorney:  PHILLIPS, W. B. |
| | Client:           LEXON SURETY GROUP |
| | Matter:           JAMES C. JUSTICE II |
| | Client Matter #:  120054.0101 |

---

### Invoice Summary

---

For Legal Services Rendered Through **May 31, 2025** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                              ████████
    Disbursements:                                       0.00
**Total Current Amount Due:**                              ████████

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL                                                    LIC-00001075

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 05/06/25 | Emails with T. Shriver, GCM and C. Malone regarding attorney's fees | WBP | 0.80 | |
| 05/07/25 | Call with T. Shriver regarding declarations ISO attorney's fees | GJCM | 0.20 | |
| 05/08/25 | Meeting with B. Phillips to discuss attorney's fees and mediation; Call with T. Shriver to discuss same; Review LEXON INSURANCE COMPANY'S AMENDED RULE 26(a)(1) INITIAL DISCLOSURES | GJCM | 0.60 | |
| 05/08/25 | Review draft mediation statement | GJCM | 0.30 | |
| 05/08/25 | Phone conference with GCM regarding attorney fee petition filings and related logistics; review supplemental disclosures; emails with T. Shriver regarding supplement disclosures; emails regarding mediation strategy for May 12 mediation | WBP | 0.90 | |
| 05/09/25 | Review and revise 3d mediation statement; emails with GCM and T. Shriver regarding same | WBP | 0.90 | |
| 05/09/25 | Send mediation materials to mediator | GJCM | 0.20 | |
| 05/11/25 | Review final version of May 12 mediation statement; emails with GCM regarding same | WBP | 0.60 | |
| 05/12/25 | Participate in third mediation with Gail Ashworth | GJCM | 1.50 | |
| 05/12/25 | Emails and phone conference with GCM regarding May 12 mediation; emails with J. Halper regarding same; ███████████████ ███████ emails with T. Shriver, C. Malone regarding fee petitions | WBP | 1.20 | |
| 05/13/25 | Emails with GCM and V&E team regarding status, strategy, ███████ ████████████████████████████████ | WBP | 0.90 | |
| 05/13/25 | Call with T. Shriver related to ████████████ ████████████████████████████████ | GJCM | 0.60 | |
| 05/14/25 | Review local rule 54.01 related to documentation needed when applying for attorney's fees | GJCM | 0.20 | |
| 05/14/25 | Review Eleventh Circuit case re: ███████████ | GJCM | 0.40 | |
| 05/14/25 | Emails with GCM regarding status and ██████████████ | WBP | 0.40 | |
| 05/15/25 | Emails and telephone conference with GCM and V&E team regarding status, strategy, ████████████████████ | WBP | 0.70 | |
| 05/15/25 | Calls and correspondence with B. Phillips and O. Thompson related to attorney's fees issue; Participate in Microsoft Teams call with J. Halper, S. Brauerman, T. Shriver, and B. Phillips regarding ████████████ | GJCM | 1.00 | |
| 05/16/25 | Calls Judge Crenshaw's chambers and courtroom deputy; Correspondence with B. Phillips regarding same; Call from T. Shriver regarding same | GJCM | 0.60 | |

CONFIDENTIAL                                                                LIC-00001076

**FEE DETAIL:**

| 05/16/25 | Emails with GCM regarding ███████████████ | WBP | 0.30 | |
|---|---|---|---|---|
| 05/17/25 | Email to B. Boston regarding introduction to V&E team; emails with GCM regarding status, action items | WBP | 0.70 | |
| 05/19/25 | Emails with GCM regarding status, guidance from USDC regarding attorneys fee issues; emails and video conference with GCM and T. Shriver regarding same | WBP | 0.80 | |
| 05/19/25 | Call to Judge Crenshaw's Chambers and calls and correspondence with T. Shriver regarding same; Call with B. Phillips regarding same; Call with T. Shriver and B. Phillips regarding same | GJCM | 1.30 | |
| 05/20/25 | Video conference with J. Halper and T. Shriver regarding attorneys fees procedures; emails with T. Shriver regarding same; voice-mail to P. Robison regarding same | WBP | 1.00 | |
| 05/21/25 | Review correspondence and draft letter related to attorney's fees discovery | GJCM | 0.40 | |
| 05/21/25 | Voice-mail from and to P. Robison regarding attorneys fees issues; emails with V&E team regarding same; telephone conference with P. Robison regarding same; video conference with V&E team regarding same; draft and revise letter to P. Robison regarding attorneys fees issues | WBP | 2.60 | |
| 05/22/25 | Revise, finalize, send letter to P. Robison regarding supplemental discovery issues; video conference with D. Pogue, P. Robison regarding same | WBP | 0.70 | |
| 05/23/25 | Review emails and recent filings | LGB* | 0.60 | |
| 05/27/25 | Review and revise joint motion regarding issues for trial; emails with T. Shriver | WBP | 0.50 | |
| 05/28/25 | Emails with T. Shriver and D. Pogue regarding edits to joint motion; emails with GCM regarding status | WBP | 0.40 | |
| 05/29/25 | Review recent filings | LGB* | 0.20 | |
| 05/29/25 | Emails with D. Pogue regarding final edits to joint motion and consent to file | WBP | 0.20 | |
| 05/30/25 | Emails with USDC clerk regarding in-person status conference dates; emails with VE team regarding same | WBP | 0.30 | |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ████████

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| GJCM | Garrah Carter-Mason | ██ | 7.30 | ████ |
| WBP | W. B. Phillips | | 13.90 | |
| LGB* | Laura G. Bilbrey | | 0.80 | |
| | | | 22.00 | |

CONFIDENTIAL                                                                          LIC-00001077

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|------|-------------|--------|

Total Disbursements: | 0.00 |

**TOTAL CURRENT BILLING:** $ ███████

Outstanding Balance: 0.00

**TOTAL AMOUNT DUE:** $ ███████

CONFIDENTIAL                                                                    LIC-00001078

# BASS BERRY ❖ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee  37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████

## INVOICE

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

| | |
|---|---|
| Invoice #: | 985803 |
| Invoice Date: | July 30, 2025 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

## REMITTANCE COPY

For Legal Services Rendered Through **June 30, 2025** in connection with the above mentioned client-matter

Current Invoice:
 Fees: ███████
 Disbursements: 0.00
**Total Current Amount Due:** ███████

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
<u>Pinnacle Bank</u>
Nashville, Tennessee

███████████

Credit: Bass, Berry & Sims PLC Operating Account
███████████

Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to:  accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200

CONFIDENTIAL

LIC-00001079

# BASS BERRY ⬥ SIMS P.C.

21 Platform Way South, Suite 3500
Nashville, Tennessee  37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ▉▉▉▉▉▉

## I N V O I C E

LEXON SURETY GROUP                          Invoice #:      985803
12890 LEBANON RD                            Invoice Date:   July 30, 2025
MT. JULIET, TN  37122                       Billing Attorney: PHILLIPS, W. B.
                                            Client:         LEXON SURETY GROUP
                                            Matter:         JAMES C. JUSTICE II
                                            Client Matter #: 120054.0101

### Invoice Summary

For Legal Services Rendered Through **June 30, 2025** in connection with the above mentioned client-matter

Current Invoice:
　　Fees:                                                                    ▉▉▉▉▉▉
　　Disbursements:                                                               0.00
**Total Current Amount Due:**                                              ▉▉▉▉▉▉

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL                                                                    LIC-00001080

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 06/02/25 | Video conference with VE team regarding status, strategy and USDC request for status conference; emails with D. Pogue, T. Shriver regarding dates for status conference | WBP | 0.70 | |
| 06/02/25 | Participate in meeting with J. Halper, S. Bussiere, T. Shriver, and B. Phillips regarding strategy for conference call with Judge Crenshaw; Review joint motion regarding scope of trial issues and proposed order of same | GJCM | 0.70 | |
| 06/03/25 | Review recent filings | LGB* | 0.40 | |
| 06/03/25 | Review USDC order regarding June 23 status conference; phone conference with GCM regarding same | WBP | 0.30 | |
| 06/19/25 | Review talking points for court conference | GJCM | 0.30 | |
| 06/19/25 | Emails with S. Timbre regarding June 23 status conference | WBP | 0.30 | |
| 06/20/25 | Emails and telephone conference with V&E team regarding June 23 status conference | WBP | 0.70 | |
| 06/20/25 | Participate in Zoom call with J. Halper, B. Phillips, S. Brauerman, and T. Shriver | GJCM | 0.30 | |
| 06/23/25 | Attend status conference in Judge Crenshaw's Chambers; Debrief call with J. Halper, B. Phillips, S. Bussiere, and T. Shriver related to status conference updates | GJCM | 1.00 | |
| 06/23/25 | Review minute entry re: status conference; update calendar re: pretrial deadlines | LGB* | 0.40 | |
| 06/23/25 | Prepare for and attend USDC status conference | WBP | 4.00 | |
| 06/25/25 | Review order on status conference | LGB* | 0.20 | |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ██████████

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| GJCM | Garrah Carter-Mason | | 2.30 | |
| WBP | W. B. Phillips | | 6.00 | |
| LGB* | Laura G. Bilbrey | | 1.00 | |
| | | | 9.30 | |

**DISBURSEMENT SUMMARY:**

| Code | Description | Amount |
|------|-------------|--------|

**Total Disbursements:** 0.00

CONFIDENTIAL                                                                        LIC-00001081

TOTAL CURRENT BILLING:                    $   ███████

Outstanding Balance:                          0.00

TOTAL AMOUNT DUE:                          $   ███████

CONFIDENTIAL                                                          LIC-00001082



# BASS BERRY ❖ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ██████████

---

## INVOICE

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 988506 |
| Invoice Date: | September 5, 2025 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **July 31, 2025** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                                    ██████████
    Disbursements:                                                     80.86
**Total Current Amount Due:**                                        ██████████

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee
██████████████

Credit: Bass, Berry & Sims PLC Operating Account
██████████████

Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200

---

CONFIDENTIAL

LIC-00001083

# BASS BERRY ⬧ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee  37203
(615) 742-6200
www.bassberry.com                                    Federal Tax ID #: █████████

## INVOICE

LEXON SURETY GROUP                          Invoice #:        988506
12890 LEBANON RD                            Invoice Date:     September 5, 2025
MT. JULIET, TN  37122                       Billing Attorney: PHILLIPS, W. B.
                                            Client:           LEXON SURETY GROUP
                                            Matter:           JAMES C. JUSTICE II
                                            Client Matter #:  120054.0101

## Invoice Summary

For Legal Services Rendered Through **July 31, 2025** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                    █████████
    Disbursements:                                                80.86
**Total Current Amount Due:**                                        █████████

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL                                                        LIC-00001084

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 07/08/25 | Emails with J. Halper regarding status, strategy and trial preparation | WBP | 0.50 | ███ |
| 07/15/25 | Emails with T. Shriver and GCM regarding supplemental disclosures | WBP | 0.40 | |
| 07/15/25 | Review supplemental disclosures; Call with T. Shriver regarding same | GJCM | 0.50 | |
| 07/16/25 | Emails with D. Pogue regarding supplemental disclosures | WBP | 0.20 | |
| 07/17/25 | Emails with D. Pogue regarding Justice's supplemental disclosures | WBP | 0.20 | |
| 07/18/25 | Emails with T. Shriver regarding draft of JPPO and ███ | WBP | 0.50 | |
| 07/18/25 | Review Plaintff's Preliminary Witness list; Review proposed joint pretrial order | GJCM | 0.60 | |
| 07/20/25 | Review Defendant's second supplement response to first requests for production of documents and supporting document production | GJCM | 0.80 | |
| 07/20/25 | Review and revise trial witness list and JPPO; emails with T. Shriver and GCM regarding same | WBP | 0.90 | |
| 07/21/25 | Emails with T. Shriver and J. Halper regarding edits to JPPO and pre-trial briefing | WBP | 0.50 | |
| 07/21/25 | Review correspondence related to trial strategy and pretrial conference preparation | GJCM | 0.30 | |
| 07/22/25 | Review case management orders, pretrial orders and judicial preferences; research re: sample exhibit lists; emails with G. Carter-Mason and T. Shriver re: trial exhibits; work on trial preparation logistics | LGB* | 1.70 | |
| 07/22/25 | Correspondence with T. Shriver and L. Bilbrey regarding trial exhibit preparation; Review and revise pretrial brief | GJCM | 3.80 | |
| 07/22/25 | Emails with GCM regarding status and edits to pre-trial brief; review and revise pre-trial brief; emails regarding exhibit list issues | WBP | 2.90 | |
| 07/23/25 | Emails with T. Shriver regarding status, strategy and ███ | WBP | 0.80 | |
| 07/23/25 | Emails with LGB and GCM regarding trial logistics | WBP | 0.30 | |
| 07/23/25 | Emails with B. Phillips, Events re: reserving space for trial preparation; work on logistics | LGB* | 0.80 | |
| 07/24/25 | Work on trial and pretrial conference logistics (IT, Events, conference space) | LGB* | 3.40 | |
| 07/24/25 | Review correspondence related to ███ and trial logistics; Review Defendant's edits to joint proposed pretrial order | GJCM | 0.80 | |
| 07/24/25 | Emails with LGB, GCM and T. Shriver regarding trial logistics; emails with D. Pogue regarding edits to JPPO | WBP | 0.70 | |

CONFIDENTIAL                                                                                          LIC-00001085

**FEE DETAIL:**

| Date | Description | | | |
|---|---|---|---|---|
| 07/25/25 | Call with B. Phillips and T. Shriver regarding ███████ pretrial conference strategy, and trial logistics; Review correspondence with D. Pogue regarding joint proposed pretrial order; Correspondence with L. Bilbrey re: trial logistics | GJCM | 1.00 | ████ |
| 07/25/25 | Emails with T. Shriver, D. Pogue and GCM regarding revisions to JPPO and related evidentiary issues; video conference with T. Shriver regarding ███ ███████ | WBP | 1.60 | ████ |
| 07/27/25 | Review correspondence between parties related to joint proposed pretrial order | GJCM | 0.30 | ████ |
| 07/28/25 | Assist with preparation and filing of pre-trial brief, joint proposed pretrial order, witness and exhibit lists | LGB* | 5.20 | ████ |
| 07/28/25 | Review correspondence related to filings; Review final drafts of filings | GJCM | 1.00 | ████ |
| 07/28/25 | Review, revise and finalize pre-trial brief; emails with GCM, LGB and T. Shriver regarding pre-trial briefing and related documents | WBP | 2.30 | ████ |
| 07/29/25 | Review defendant's pretrial filings; work on various trial logistics issues; emails with courtroom deputy; arrange for delivery of courtesy copy of oversize exhibit | LGB* | 3.90 | ████ |
| 07/29/25 | Call with L. Bilbrey regarding trial logistics; Review correspondence regarding same | GJCM | 0.50 | ████ |
| 07/29/25 | Review Defendant's pre-trial brief, bifurcated witness list, and other pre-trial filings;; Call with B. Phillips, J. Halper; and T. Shriver to discuss trial strategy; Participate in telephonic conference with parties and Judge Crenshaw; Review correspondence regarding trial logistics | GJCM | 2.90 | ████ |
| 07/29/25 | Emails and video conference with T. Shriver and J. Halper regarding status, strategy and trial logistics; emails with USDC clerk; telephone conference with Judge Crenshaw regarding trial schedule; emails with D. Pogue regarding trial subpoenas | WBP | 2.40 | ████ |
| 07/30/25 | Review minute entry re: PTC and trial date change; update calendar; work on various trial logistics; emails with T. Masington re: trial exhibits; assist with preparation of findings of fact and conclusions of law | LGB* | 3.30 | ████ |
| 07/30/25 | Emails with T. Shriver and GCM regarding August 11 deadlines, status and strategy | WBP | 0.50 | ████ |
| 07/31/25 | Assist with preparation of findings of fact and conclusions of law; work on trial logistics | LGB* | 1.20 | ████ |

* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ████████

CONFIDENTIAL                                                                                         LIC-00001086

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| GJCM | Garrah Carter-Mason | ███ | 12.50 | ███ |
| WBP | W. B. Phillips | | 14.70 | |
| LGB* | Laura G. Bilbrey | ███ | 19.50 | |
| | | | 46.70 | ███ |

**DISBURSEMENT SUMMARY:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| EXDL | Express Deliveries | 53.86 |
| MSGR | Messenger Service | 27.00 |

**Total Disbursements:** 80.86

**TOTAL CURRENT BILLING:**  $ ███

**Outstanding Balance:** 0.00

**TOTAL AMOUNT DUE:** $ ███

CONFIDENTIAL                                              LIC-00001087

# BASS BERRY ✦ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ████████

---

## INVOICE

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

| | |
|---|---|
| Invoice #: | 991813 |
| Invoice Date: | October 2, 2025 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

---

### REMITTANCE COPY

For Legal Services Rendered Through **August 31, 2025** in connection with the above mentioned client-matter

Current Invoice:
    Fees: ████████
    Disbursements: 4,213.87
**Total Current Amount Due:** ████████

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee
████████

Credit: Bass, Berry & Sims PLC Operating Account
████████

Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200

---

CONFIDENTIAL

LIC-00001088

# B A S S   B E R R Y ◈ S I M S PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee  37203
(615) 742-6200
www.bassberry.com                          Federal Tax ID #: 62-0125540

## I N V O I C E

| | |
|---|---|
| LEXON SURETY GROUP | Invoice #:         991813 |
| 12890 LEBANON RD | Invoice Date:      October 2, 2025 |
| MT. JULIET, TN  37122 | Billing Attorney:  PHILLIPS, W. B. |
| | Client:            LEXON SURETY GROUP |
| | Matter:            JAMES C. JUSTICE II |
| | Client Matter #:   120054.0101 |

### Invoice Summary

For Legal Services Rendered Through **August 31, 2025** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                                      ███████
    Disbursements:                                          4,213.87
**Total Current Amount Due:**                              ███████

#### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL                                                        LIC-00001089

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 08/01/25 | Multiple emails with IT, Events re: trial logistics; emails with T. Masington re: same; assist with preparation of findings of fact and conclusions of law | LGB* | 1.80 | |
| 08/02/25 | Review USDC docket sheet; emails with LGB regarding trial preparation and related logistics | WBP | 0.60 | |
| 08/04/25 | Emails with LGB regarding trial preparation materials; review USDC docket sheet; emails with GCM regarding proposed findings and conclusions | WBP | 0.70 | |
| 08/04/25 | Assist with various trial logistics; prepare materials for B. Phillips and G. Carter-Mason (trial binders; witness prep materials) | LGB* | 4.70 | |
| 08/04/25 | Draft proposed findings of fact and conclusions of law | GJCM | 0.80 | |
| 08/05/25 | Draft proposed findings of fact and conclusions of law; Review correspondence regarding pretrial motions | GJCM | 3.60 | |
| 08/05/25 | Assist with preparation of findings of fact/conclusions of law | LGB* | 2.80 | |
| 08/05/25 | Emails with D. Pogue and T. Shriver regarding improvement and rebuttal exhibits; emails with T. Shriver and GCM regarding proposed findings and conclusions; review S. Ball deposition and related exhibits | WBP | 0.80 | |
| 08/06/25 | Review and revise proposed findings and conclusions; emails with GCM regarding edits to findings and conclusions; ███████████████ | WBP | 3.80 | |
| 08/06/25 | Assist with preparation and filing of findings of fact/conclusions of law; work on trial logistics | LGB* | 2.50 | |
| 08/06/25 | Revise proposed findings of fact and conclusions of law | GJCM | 2.00 | |
| 08/07/25 | Assist T. Masington with various trial logistics | LGB* | 1.40 | |
| 08/07/25 | Revise findings of fact and conclusions of law | GJCM | 4.40 | |
| 08/07/25 | Emails with T. Shriver regarding trial preparation and logistics; phone conference with GCM regarding edits to proposed findings and conclusions; video conference with D. Pogue regarding trial exhibits, demonstratives; video conference with JH, TS and SB regarding trial exhibits, demonstratives; emails with JH, TS and SB regarding trial exhibits, demonstratives | WBP | 1.80 | |
| 08/08/25 | Emails with TS, JH and SB regarding trial exhibits, fact stipulations; review and revise proposed findings and conclusions; video conference with TS, GCM and LGB regarding trial preparation and logistics | WBP | 2.90 | |
| 08/08/25 | Assist T. Masington with various trial logistics issues; call with T. Shriver, B. Phillips. G. Carter-Mason re: same; assist with preparation of findings of fact | LGB* | 3.60 | |
| 08/08/25 | Review correspondence regarding objections; Review correspondence regarding trial logistics; Incorporate WBP edits into FF/CL | GJCM | 1.20 | |
| 08/08/25 | Call with T. Shriver, B. Phillips, and L. Bilbrey regarding trial logistics | GJCM | 0.40 | |

CONFIDENTIAL

LIC-00001090

## FEE DETAIL:

| 08/09/25 | Review D. Pogue and T. Shriver emails regarding demonstratives; emails with LGB regarding trial logistics; emails from T. Shriver regarding joint exhibits and fact stipulations | WBP | 0.60 |
|---|---|---|---|
| 08/10/25 | Review and revise proposed findings and conclusions per V&E team feedback; emails with GCM regarding same; emails with TS regarding August 11 filing, stipulation on exhibits and demonstratives and trial logistics | WBP | 1.10 |
| 08/10/25 | Review V&E's edits to FF/CL; Review correspondence regarding pretrial questions | GJCM | 0.60 |
| 08/11/25 | Assist with preparation and filing of findings of fact/conclusions of law, stipulated facts, joint exhibit list, demonstrative list; arrange pretrial courtroom visit; emails with T. Masington re: trial exhibits; emails with Events re: various logistics | LGB* | 6.70 |
| 08/11/25 | Review proposed draft stipulated facts; Review other miscellaneous filings by Defendant; Review TOC and TOA for FF/CL; Review joint exhibit list and joint exhibit cover; Call with T. Shriver regarding filings preparation; Review correspondence related to trial logistics | GJCM | 2.00 |
| 08/11/25 | Emails with TS, GCM and LGB regarding August 11 filings; emails with D. Pogue and P. Robison regarding August 11 filing; review, revise and finalize August 11 filings; review USDC order regarding Pre-Trial conference | WBP | 1.50 |
| 08/12/25 | Review joint pretrial order, defendant's proposed findings of fact/conclusions of law; emails with T. Masington re: joint trial exhibits; arrange for copies of trial exhibits; work on trial logistics and planning | LGB* | 3.70 |
| 08/13/25 | Review order on telephonic status conference; emails with T. Masington re: joint trial exhibits, courtroom visit; work on trial logistics and planning | LGB* | 2.70 |
| 08/13/25 | Call with B. Phillips, T. Shriver, and J. Halper to discuss call from Crenshaw's chambers | GJCM | 0.30 |
| 08/13/25 | Calls with T. Shriver and L. Bilbrey regarding trial logistics | GJCM | 0.60 |
| 08/13/25 | Emails with TS regarding status and final pretrial conference; review USDC order regarding 8/14 status conference; telephone conference with USDC regarding status, pretrial matters and exhibits; telephone conference with P. Robison regarding trial exhibits and logistics; video conference and emails with TS, SB, JH and GCM regarding call with USDC and cancelling of 8/14 and 8/15 conferences; emails with LGB regarding trial exhibits | WBP | 1.90 |
| 08/14/25 | Emails with T. Masington re: trial exhibits, printer; emails with B. Phillips and courtroom deputy re: trial exhibits; assist with various trial logistics and preparation | LGB* | 5.70 |
| 08/14/25 | Correspondence with L. Bilbrey related to trial logistics; Review correspondence regarding trial witnesses | GJCM | 0.50 |
| 08/14/25 | Emails with LGB regarding trial exhibits and related logistics; emails with TS and DP regarding witness stipulations and sequestration; review USDC order cancelling 8/14 and 8/15 conferences; emails with J. Halper regarding status and strategy | WBP | 0.90 |

CONFIDENTIAL                                                                                    LIC-00001091

**FEE DETAIL:**

| Date | Description | Atty | Hours |
|---|---|---|---|
| 08/15/25 | Assist with various logistics issues and trial preparation; finalize and deliver trial exhibits to court; prepare witness materials for B. Phillips | LGB* | 6.70 |
| 08/15/25 | Emails and phone conference with LGB regarding trial exhibits and exhibit copies for USDC; emails with V&E team regarding trial preparation and logistics; work on XE regarding Steve Ball | WBP | 1.80 |
| 08/17/25 | Assist with trial preparation and materials for witness prep(deposition transcripts, additional copies of trial exhibits, pleadings binder) | LGB* | 7.70 |
| 08/17/25 | Several emails and phone conference with LGB, TS and SB regarding trial preparation and logistics; review S. Ball deposition and related exhibits; review pretrial briefs | WBP | 3.60 |
| 08/18/25 | Assist with various trial preparation and logistics issues; arrange for delivery of copy of joint exhibits to P. Robison; review motion to continue trial; assist with preparation and filing of response to same | LGB* | 9.20 |
| 08/18/25 | Review Defendant's Motion to Continue Trial and exhibit to same; Meeting with T. Shriver and T. Monroy to discuss Defendant's motion to continue trial; Calls with L. Bilbrey to discuss same; Review research related to motion to continue; Participate in strategy meeting with J. Halper, B. Phillips, S. Brauerman, T. Shriver, T. Monroy, L. Bilbrey and T. Masington; Review motion to continue trial | GJCM | 3.70 |
| 08/18/25 | Prepare for trial; work on XE outline regarding Steve Ball; several emails and meetings regarding status, strategy, trial preparation and trial logistics; emails with P. Robison regarding trial exhibits; review Defendant's motion to continue; draft and revise response to motion to continue; review MSJ decision | WBP | 7.80 |
| 08/19/25 | Work on various trial preparation and logistics; review reply in support of motion to continue trial and order denying same; courtroom visit with T. Masington for tech setup; deliver original trial exhibits to courtroom deputy; assist with witness preparation; update WBP and GCM trial binders | LGB* | 9.70 |
| 08/19/25 | Review Defendant's Reply to Plaintiff's Response in Opposition to Defendant's motion to continue trial; Review Court's Order on Defendant's Motion to Continue; Participate in team trial strategy meeting with B. Phillips, J. Halper, S. Brauerman, T. Monroy, T. Masington | GJCM | 1.90 |
| 08/19/25 | Prepare for trial; draft and revise XE outline regarding S. Ball; several emails and phone conference with VE team regarding status, strategy, trial preparation, trial logistics and reply ISO motion for continuance; review USDC order regarding motion to continue; several phone conferences with LGB regarding trial preparation and logistics | WBP | 8.60 |
| 08/19/25 | Assist with setup for trial presentation equipment | LTS* | 1.00 |
| 08/20/25 | Arrange for attorney wifi access at courthouse; review order on oral motion to excuse defendant from trial; assist with trial preparation and support; emails with court reporter re: rough transcript | LGB* | 8.20 |
| 08/20/25 | Prepare for and attend first day of Lexon v. Justice Bench Trial; Huddle with team after same | GJCM | 7.00 |

CONFIDENTIAL

LIC-00001092

**FEE DETAIL:**

| Date | Description | Initials | Hours | |
|---|---|---|---|---|
| 08/20/25 | Prepare and attend Day 1 of trial; debrief with clients regarding day # 1 of trial; revise materials for S. Ball XE | WBP | 11.30 | |
| 08/21/25 | Assist with trial preparation and support; arrange for shipping of materials, equipment back to V&E offices | LGB* | 5.20 | |
| 08/21/25 | Attend day two of Lexon v. Justice bench trial; debrief with clients regarding same | GJCM | 7.50 | |
| 08/21/25 | Prepare for and attend day # 2 of trial; debrief with clients regarding day # 2 of trial | WBP | 7.50 | |
| 08/22/25 | Review rough drafts of trial transcript and witness/exhibit list; follow up with Events/IT/Office Services re: conference rooms, equipment | LGB* | 0.80 | |
| 08/22/25 | Review USDC order regarding post-trial matters | WBP | 0.20 | |
| 08/23/25 | Emails with V&E team regarding post-trial action items | WBP | 0.30 | |
| 08/25/25 | Review order on post-trial filings; update calendar | LGB* | 0.40 | |
| 08/25/25 | Emails with LGB and GCM regarding documents needed for attorney fees petition | WBP | 0.30 | |
| 08/26/25 | Review Bass Berry invoices from July 2023 through May 2024 ███████ | GJCM | 0.90 | |
| 08/26/25 | Emails with GCM regarding support for attorneys fees petition and related action items | WBP | 0.40 | |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ████████

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| GJCM | Garrah Carter-Mason | | 37.40 | |
| WBP | W. B. Phillips | | 58.40 | |
| LGB* | Laura G. Bilbrey | | 83.50 | |
| LTS* | Lit Tech Specialist | | 1.00 | |
| | | | 180.30 | |

**DISBURSEMENT SUMMARY:**

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| EXDL | Express Deliveries | 27.61 |
| MEAL | Meals | 1,659.54 |
| MSGR | Messenger Service | 9.00 |
| OPRO | Other Professional Services | 2,481.16 |
| PARK | Parking Expense | 36.56 |

**Total Disbursements:** 4,213.87

CONFIDENTIAL                                                                                       LIC-00001093

| | | |
|---|---|---|
| **TOTAL CURRENT BILLING:** | $ | ███████ |
| | | |
| **Outstanding Balance:** | | **0.00** |
| **TOTAL AMOUNT DUE:** | $ | ███████ |

CONFIDENTIAL

LIC-00001094

# BASS BERRY ✧ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ███████

## INVOICE

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN 37122

|  |  |
|---|---|
| Invoice #: | 991839 |
| Invoice Date: | October 2, 2025 |
| Billing Attorney: | PHILLIPS, W. B. |
| Client: | LEXON SURETY GROUP |
| Matter: | JAMES C. JUSTICE II |
| Client Matter #: | 120054.0101 |

### REMITTANCE COPY

For Legal Services Rendered Through **September 30, 2025** in connection with the above mentioned client-matter

| Current Invoice: | |
|---|---|
| Fees: | ████████ |
| Disbursements: | 2,353.10 |
| **Total Current Amount Due:** | ████████ |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

Amount Paid $ _____

*Please return this copy with your remittance to ensure proper credit*

---

Please send remittance to:

**Regular Account Wiring/ACH Instructions**
Pinnacle Bank
Nashville, Tennessee
████████████
Credit: Bass, Berry & Sims PLC Operating Account
████████████
Attention: Rachel Onion
Phone No. (615) 259-6613
Wire/ACH Notification should be sent to: accountnotify@bassberry.com

**Mailing Instructions**
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
(615) 742-6200

CONFIDENTIAL

LIC-00001095

# BASS BERRY ❖ SIMS PLC

21 Platform Way South, Suite 3500
Nashville, Tennessee  37203
(615) 742-6200
www.bassberry.com

Federal Tax ID #: ████████

---

## I N V O I C E

LEXON SURETY GROUP
12890 LEBANON RD
MT. JULIET, TN  37122

Invoice #:  991839
Invoice Date:  October 2, 2025
Billing Attorney:  PHILLIPS, W. B.
Client:  LEXON SURETY GROUP
Matter:  JAMES C. JUSTICE II
Client Matter #:  120054.0101

---

### Invoice Summary

For Legal Services Rendered Through **September 30, 2025** in connection with the above mentioned client-matter

Current Invoice:
    Fees:                                              ████████
    Disbursements:                                    2,353.10
**Total Current Amount Due:**                         ████████

### Prior Outstanding Invoices – Detail:

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|

CONFIDENTIAL

LIC-00001096

**FEE DETAIL:**

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 09/04/25 | ██████████████████████████ emails with T. Shriver and G. Mason regarding same | WBP | 0.30 | |
| 09/09/25 | Emails with T. Shriver regarding trial transcripts | WBP | 0.30 | |
| 09/10/25 | Review trial transcripts | LGB* | 0.80 | |
| 09/29/25 | Emails with V&E team and GCM regarding post-trial filings | WBP | 0.40 | |
| 09/30/25 | Emails with T. Shriver regarding post-trial filings | WBP | 0.30 | |

\* Personnel other than attorneys licensed in the State of Tennessee and/or the District of Columbia (including law clerks, paralegals and paraprofessionals)

**Total Fees:** ██████████

**FEE SUMMARY:**

| Initials | Name | Rate | Hours | Amount |
|----------|------|------|-------|--------|
| WBP | W. B. Phillips | ███ | 1.30 | ███ |
| LGB* | Laura G. Bilbrey | | 0.80 | |
| | | | 2.10 | |

**DISBURSEMENT SUMMARY:**

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| CTRP | Court Reporter | 2,353.10 |

**Total Disbursements:** 2,353.10

**TOTAL CURRENT BILLING:** $ ██████

**Outstanding Balance:** 0.00

**TOTAL AMOUNT DUE:** $ ██████

CONFIDENTIAL                                                              LIC-00001097