UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEXON INSURANCE COMPANY, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 3:23-CV-00772<br>) |
| JAMES C. JUSTICE, II, | ) Judge Crenshaw<br>) Magistrate Judge Holmes |
| Defendant. | )<br>) |

## DECLARATION OF L. WEBB CAMPBELL II

This Declaration is made pursuant to 28 U.S.C. § 1746.

1. I am a partner in the law firm of Sherrard Roe Voigt & Harbison, PLC ("SRVH"), which is based in Nashville, Tennessee. I have been licensed to practice law in Tennessee since 1985. I joined SRVH in 1989 after completing a federal clerkship in the Middle District of Tennessee and practicing law at a large law firm in Nashville for four years. I became a member of SRVH in 1991. I am providing this declaration in response to an inquiry from W. Brantley Phillips, Jr.

2. My business litigation practice focuses on representing companies and individuals in shareholder and corporate governance lawsuits, insurance coverage disputes, breach of contract and employment matters, business torts involving fraud and enforcement of restrictive covenants, and plaintiffs' recovery cases in the area of antitrust. I team regularly with national firms in class action securities litigation and other complex disputes based in Tennessee, including those related to insurance coverage.

3. I have been consistently ranked highly in peer review and client-based publications, including *Best Lawyers* (where I am listed in the categories of "Bet-the-Company Litigation," Litigation–Securities, and Commercial Litigation, and have been selected three times as the Securities Litigation Lawyer of the Year for the Nashville region), *Chambers USA* (where I am ranked in Band 1 for Commercial Litigation), and *Benchmark Litigation* (where I was selected as the 2012 Tennessee Litigator of the Year). I am listed as a Rule 31 Mediator by the Alternative Dispute Resolution Commission established by the Tennessee Supreme Court, and have served as a mediator and arbitrator in business cases.

4. I served as the chairperson of SRVH's litigation practice group for 15 years. I also have served on the firm's management and compensation committees. I have served on the Nashville Bar Association's Board of Directors and as the chairperson of its Federal Courts Committee.

5. I have personal knowledge of the hourly rates charged by SRVH for legal services. At this time, SRVH routinely charges and collects hourly rates ranging generally from ▆ to ▆ per hour for services rendered by litigation partners. The firm's litigation associates are generally billed at rates from ▆ to ▆ per hour. These rates are charged for a wide range of cases, primarily involving commercial, business, and employment litigation.

6. I am generally familiar with rates charged by other lawyers in the Nashville legal market, and it is my understanding that SRVH's rates and billing practices are comparable to those of other attorneys and law firms with similar practices.

7. In my career, I have been involved in many complex commercial and business litigation matters, both locally and nationally. Through that work and other experiences, I have become familiar with many of the lawyers at Bass Berry & Sims PLC, including Brant Phillips, and the

2

stature of the firm itself. Bass Berry generally is regarded as one of Tennessee's leading law firms and enjoys an excellent reputation in larger legal markets such Atlanta and Washington, D.C. As a result of Bass Berry's reputation and expertise, I would expect its lawyers to charge and collect hourly rates that are at or above the highest rate ranges in Nashville.

8. I understand that, over the course of 2023-25, Bass Berry charged hourly rates of ▓▓ for the work of Mr. Phillips and ▓▓ for the work of his associate colleague, Garrah Carter-Mason, in this case. Mr. Phillips has practiced law for more than 25 years. Ms. Carter-Mason has practiced law for more than six years. Both have been involved in representing clients in a wide variety of business litigation matters. Both worked as law clerks for federal judges at earlier points in their careers. Mr. Phillips is ranked in Band 1 for Commercial Litigation in Tennessee by *Chambers USA*. Based on feedback *Chambers USA* obtained through its comprehensive peer review process, *Chambers USA* notes correctly that Mr. Phillips "is a well-known attorney with a strong reputation in the Tennessee market."

9. Based on the foregoing, and presuming this case generally falls into the category of complex commercial or business litigation, it would appear to me that the hourly rates charged for the services provided by Bass Berry in this case are reasonable and commensurate with the rates charged by others with similar skills and experience for similar services in the Nashville market.

I declare under the penalty of perjury that the above is true and correct.

*/s/ L. Webb Campbell II*
L. WEBB CAMPBELL II