# Exhibit 1

| Date | Description | Amount | Statement Number | Statement Date | Taxable |
|---|---|---|---|---|---|
|  | **V&E/CWT/BBS Taxable Disbursements** | | | | |
| 12/16/2024 | Court Fees for filing of Motion in TN Middle District Court | $150.00 | 972368 | 2/27/2025 | Yes |
| | **Total Costs of the Clerk** | **$150.00** | | | |
| 8/2/2023 | Process Service: Serving by Irving, Inc., service of documents to James Justice III in WV | $865.50 | 1161308 | 8/15/2023 | Yes |
| 9/13/2023 | Process service of documents to other counsel | $3,303.20 | 1162377 | 9/13/2023 | Yes |
| | **Total Costs for Service of Summons & Subpoena** | **$4,168.70** | | | |
| 4/12/2024 | Esquire Deposition Solutions charges for the Videographer Services for the Deposition of Stephen Ball taken on 4/10/2024 | $2,030.00 | 1170999 | 5/13/2024 | Yes |
| 4/15/2024 | Esquire Deposition Solutions charges for Court Reporter Services for the Deposition of Stephen Ball taken on 4/10/2024 | $6,169.05 | 1170999 | 5/13/2024 | Yes |
| 4/16/2024 | Esquire Deposition Solutions charges for Court Reporter Services for the cancelled Deposition of James Justice III taken on 4/11/2024 | $545.00 | 1170999 | 5/13/2024 | Yes |
| 4/22/2024 | Esquire Deposition Solutions charges for Court Reporter Services for the Deposition of James Justice II taken on 4/16/2024 | $2,872.60 | 1170999 | 5/13/2024 | Yes |
| 4/30/2024 | Esquire Deposition Solutions charges for the Videographer Services for the Deposition of James Justice II taken on 4/16/2024 | $1,365.00 | 1170999 | 5/13/2024 | Yes |
| 5/2/2024 | Esquire Deposition Solutions charges for Court Reporter Services for the Deposition of James Justice III taken on 4/26/2024 | $5,069.85 | 1170999 | 5/13/2024 | Yes |
| 5/2/2024 | Huseby charges for copy of the transcript of the deposition of Patrick Hennesy taken 4/26/2024 | $2,005.52 | 1170999 | 5/13/2024 | Yes |
| 4/30/2024 | Huseby charges for copy of the transcript of the deposition of Jeremy Sentman on 4/25/2024 | $2,469.55 | 1170999 | 5/13/2024 | Yes |

| Date | Description | Amount | Invoice | Invoice Date | Paid |
|---|---|---|---|---|---|
| 4/30/2024 | Huseby charges for copy of the video of the deposition of Jeremy Sentman on 4/25/2024 | $803.00 | 1170999 | 5/13/2024 | Yes |
| 5/1/2024 | Huseby charges for the Court Reporter services for the Deposition of Jeremy Sentman on 4/25/2024 | $1,244.10 | 1170999 | 5/13/2024 | Yes |
| 5/2/2024 | Huseby charges for copy of the video of the Deposition of Patrick Hennesy taken 4/26/2024 | $403.00 | 1170999 | 5/13/2024 | Yes |
| 5/6/2024 | Huseby charges for copy of the transcript of the Deposition of Brian Beggs taken 4/30/2024 | $2,673.82 | 1170999 | 5/13/2024 | Yes |
| 5/6/2024 | Huseby charges for copy of the video of the Deposition of Brian Beggs taken 4/30/2024 | $503.00 | 1170999 | 5/13/2024 | Yes |
| 7/28/2025 | Transcript Fees for June 23, 2025 Hearing Transcript | $15.95 | 25783098 | 8/25/2025 | Yes |
| 8/21/2025 | Court Fees for Trial Transcripts | $2,353.10 | 991839 | 10/2/2025 | Yes |
| | **Total Costs of the Court Reporter** | **$30,522.54** | | | |
| 8/12/2025 | Oversize Color Printed Demonstratives | $1,007.50 | 25784867 | 9/18/2025 | Yes |
| 8/12/2025 | Professional Printing Services | $2,481.16 | 991813 | 10/2/2025 | Yes |
| | **Total Costs for Printing** | **$3,488.66** | | | |
| 8/21/2025 | Lodging in Nashville for trial for Jeremy Sentman; Four Seasons Hotel; Aug. 19-21, 2025 | $1,854.64 | 25784867 | 9/18/2025 | Yes |
| 8/22/2025 | Hotel Parking for Brian Beggs for trial; Four Seasons Hotel; Aug. 18-21, 2025 | $304.32 | 25784867 | 9/18/2025 | Yes |
| 8/22/2025 | Lodging in Nashville for trial for Brian Beggs; Four Seasons Hotel; Aug. 18-21, 2025 | $1,854.64 | 25784867 | 9/18/2025 | Yes |
| | **Total Costs for Witnesses** | **$4,013.60** | | | |
| 6/20/2023 | Color/ Black and White Printing, Copy and Binder Assembly Services | $44.70 | 1159351 | 6/20/2023 | Yes |
| 12/6/2023 | Color/ Black and White Printing, Copy and Binder Assembly Services | $38.25 | 1165752 | 12/6/2023 | Yes |

| Date | Service | Amount | Invoice | Invoice Date | Paid |
|---|---|---|---|---|---|
| 6/21/2024 | Color/ Black and White Printing, Copy and Binder Assembly Services | $4,356.45 | 01-000079 | 6/21/2024 | Yes |
| 12/18/2024 | Color/ Black and White Printing, Copy and Binder Assembly Services | $126.90 | 25766705 | 12/18/2024 | Yes |
| 1/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $123.45 | 25768162 | 1/15/2025 | Yes |
| 1/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $27.30 | 25768162 | 1/15/2025 | Yes |
| 5/30/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $97.50 | 25777470 | 5/30/2025 | Yes |
| 6/27/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $11.70 | 25779523 | 6/27/2025 | Yes |
| 6/27/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $84.50 | 25779523 | 6/27/2025 | Yes |
| 7/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $42.75 | 25783098 | 8/25/2025 | Yes |
| 7/29/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $135.75 | 25783098 | 8/25/2025 | Yes |
| 7/29/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $130.65 | 25783098 | 8/25/2025 | Yes |
| 8/4/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $65.85 | 25784867 | 9/18/2025 | Yes |
| 8/4/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $172.25 | 25784867 | 9/18/2025 | Yes |
| 8/5/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $45.00 | 25784867 | 9/18/2025 | Yes |
| 8/5/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $126.75 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $2.55 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $20.55 | 25784867 | 9/18/2025 | Yes |

| Date | Service | Amount | Invoice | Due Date | Paid |
|---|---|---|---|---|---|
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $114.30 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $128.70 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $150.80 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $24.00 | 25784867 | 9/18/2025 | Yes |
| 8/7/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $62.40 | 25784867 | 9/18/2025 | Yes |
| 8/8/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $10.05 | 25784867 | 9/18/2025 | Yes |
| 8/8/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $138.45 | 25784867 | 9/18/2025 | Yes |
| 8/8/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $190.45 | 25784867 | 9/18/2025 | Yes |
| 8/12/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $113.55 | 25784867 | 9/18/2025 | Yes |
| 8/12/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $222.30 | 25784867 | 9/18/2025 | Yes |
| 8/14/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $3.00 | 25784867 | 9/18/2025 | Yes |
| 8/14/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $29.90 | 25784867 | 9/18/2025 | Yes |
| 8/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $37.80 | 25784867 | 9/18/2025 | Yes |
| 8/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $187.85 | 25784867 | 9/18/2025 | Yes |
| 8/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $4.05 | 25784867 | 9/18/2025 | Yes |
| 8/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $338.65 | 25784867 | 9/18/2025 | Yes |

| Date | Description | Amount | Ref | Date2 | |
|---|---|---|---|---|---|
| 9/15/2025 | Color/ Black and White Printing, Copy and Binder Assembly Services | $488.80 | 2578368 | 10/6/2025 | Yes |
| | **Total Costs for Copying** | **$7,897.90** | | | |
| | **Total Taxable Disbursements** | **$50,241.40** | | | |

**These Total Taxable Expenses are requested separately in Lexon's Bill of Costs.**