# Exhibit 2



Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington

*Serving by Irving Inc.*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

*"Serving the Legal Community Since 1977."*

August 2, 2023

**ATTN: BRADLEY SMALL**

**CADWALADER, WICKERSHAM & TAFT, LLP**
**200 LIBERTY STREET**
**NEW YORK, NEW YORK 10281**

CM# 93903.005
INVOICE# JM-2471

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Re: James Justice III | | Investigation at 208 Dwyer Lane In Lewisburg, WV on July 27, 2023 | $775.00 |
| | | Special/Unusual Assignment | |
| | | Fee to Locate as Requested | $195.00 |
| | | TOTAL BILL: | $970.00 |
| | | -20% Discount | $194.00 |
| | | BALANCE: | $776.00 |
| | | +Disbursements | $ 89.50 |
| | | **FINAL BILL:** | **$865.50** |

**DUE UPON RECEIPT**

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
18 EAST 41ST STREET, SUITE 1600 • NEW YORK, NEW YORK 10017
(212) 233-3346 • Fax (212) 349-0338
e-mail: info@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

CONFIDENTIAL

LIC-00000358



**Invoice   INV2764748**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 4/12/2024 |
| **Terms** | Net 30 |
| **Due Date** | 5/12/2024 |

| | |
|---|---|
| **Client Number** | C01368 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Cadwalader Wickersham & Taft - New York
1 World Financial Center
New York NY 10281

**Services Provided For**
Cadwalader Wickersham & Taft - New York
Bussiere, Sara E
1 World Financial Center
New York NY 10281

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/10/2024 | J11099996 | New York, NEW YORK | LEXON INSURANCE COMPANY V. JAMES C. JUSTICE II |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| VIDEOGRAPHER MINIMUM | Stephen W. Ball | 1 | 295.00 | | $295.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | Stephen W. Ball | 6 | 115.00 | | $690.00 |
| VIDEOGRAPHER ADDITIONAL HOURS OVERTIME | Stephen W. Ball | 2 | 187.50 | | $375.00 |
| SAN-SUM-T/C MAP-TD-SYNCHRONIZED VIDEO-LN | Stephen W. Ball | 7 | 75.00 | | $525.00 |
| HANDLING FEE | Stephen W. Ball | 1 | 20.00 | | $20.00 |
| EQUIP RENTAL - LAPTOP/IPAD | Stephen W. Ball | 1 | 125.00 | | $125.00 |

*Representing Client: Cadwalader Wickersham & Taft (P) : Cadwalader Wickersham & Taft - New York*

| | |
|---|---|
| **Subtotal** | 2,030.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,030.00 |
| **Amount Due** | 2,030.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Cadwalader Wickersham & Taft - New York |
| **Client #** | C01368 |
| **Invoice #** | INV2764748 |
| **Invoice Date** | 4/12/2024 |
| **Due Date** | 5/12/2024 |
| **Amount Due** | $2,030.00 |

CONFIDENTIAL

LIC-00000513



## Invoice   INV2765514

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 4/15/2024 | **Client Number** | C01368 |
| **Terms** | Net 30 | **Esquire Office** | New York City |
| **Due Date** | 5/15/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Cadwalader Wickersham & Taft - New York
1 World Financial Center
New York NY 10281

**Services Provided For**
Cadwalader Wickersham & Taft - New York
Bussiere, Sara E
1 World Financial Center
New York NY 10281

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/10/2024 | J11099996 | New York, NEW YORK | LEXON INSURANCE COMPANY V. JAMES C. JUSTICE II |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FULL DAY | Stephen W. Ball | 2 | 160.00 | | $320.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Stephen W. Ball | 1.5 | 140.00 | | $210.00 |
| TRANSCRIPT - O&1-VID-VC-WI | Stephen W. Ball | 340 | 5.25 | | $1,785.00 |
| NEXT DAY EXPEDITE | Stephen W. Ball | | 100% | | $1,785.00 |
| | Stephen W. Ball | 283 | 0.00 | | $0.00 |
| E-EXHIBITS B&W ORIG | Stephen W. Ball | 125 | 0.35 | | $43.75 |
| CONDENSED TRANSCRIPT | Stephen W. Ball | 1 | 0.00 | | $0.00 |
| LITIGATION SUPPORT-PDF-PTX-SBF-XMEF-LEF | Stephen W. Ball | 1 | 10.00 | | $10.00 |
| ROUGH ASCII | Stephen W. Ball | 283 | 1.65 | | $466.95 |
| REALTIME FEED | Stephen W. Ball | 283 | 1.65 | | $466.95 |
| 2nd RT FEED - Provided to Elizabeth Moore | Stephen W. Ball | 283 | 1.65 | | $466.95 |
| REALTIME HOOK-UP | Stephen W. Ball | 1 | 95.00 | | $95.00 |
| REMOTE REALTIME HOOKUP | Stephen W. Ball | 1 | 95.00 | | $95.00 |
| EQUIP RENTAL - LAPTOP/IPAD | Stephen W. Ball | 2 | 125.00 | | $250.00 |
| PROCESSING & COMPLIANCE | Stephen W. Ball | 1 | 15.00 | | $15.00 |
| ON SITE RESOURCE & ZOOM | Stephen W. Ball | 1 | 150.00 | | $150.00 |
| E- EXHIBITS COLOR ORIG | Stephen W. Ball | 27 | 0.35 | | $9.45 |

| | |
|---|---|
| **Subtotal** | 6,169.05 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $6,169.05 |
| **Amount Due** | 6,169.05 |

*Representing Client: Cadwalader Wickersham & Taft (P) : Cadwalader Wickersham & Taft - New York*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

CONFIDENTIAL

LIC-00000514



## Invoice   INV2765514

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 4/15/2024 | **Client Number** | C01368 |
| **Terms** | Net 30 | **Esquire Office** | New York City |
| **Due Date** | 5/15/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Cadwalader Wickersham & Taft - New York |
| **Client #** | C01368 |
| **Invoice #** | INV2765514 |
| **Invoice Date** | 4/15/2024 |
| **Due Date** | 5/15/2024 |
| **Amount Due** | **$6,169.05** |

CONFIDENTIAL

LIC-00000515



**Invoice   INV2766457**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 4/16/2024 |
| **Terms** | Net 30 |
| **Due Date** | 5/16/2024 |

| | |
|---|---|
| **Client Number** | C01368 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Cadwalader Wickersham & Taft - New York
1 World Financial Center
New York NY 10281

**Services Provided For**
Cadwalader Wickersham & Taft - New York
Halper, Jason M
1 World Financial Center
New York NY 10281

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/11/2024 | J11099999 | New York, NEW YORK | LEXON INSURANCE COMPANY V. JAMES C. JUSTICE II |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| ON SITE RESOURCE & ZOOM | James C. Justice III | 1 | 150.00 | | $150.00 |
| CANCELLATION WITH REALTIME | James C. Justice III | 1 | 395.00 | | $395.00 |

*Representing Client: Cadwalader Wickersham & Taft (P) : Cadwalader Wickersham & Taft - New York*

| | |
|---|---|
| **Subtotal** | 545.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $545.00 |
| **Amount Due** | 545.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Cadwalader Wickersham & Taft - New York |
| **Client #** | C01368 |
| **Invoice #** | INV2766457 |
| **Invoice Date** | 4/16/2024 |
| **Due Date** | 5/16/2024 |
| **Amount Due** | **$545.00** |

CONFIDENTIAL

LIC-00000516



**Invoice   INV2772196**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 4/22/2024 | **Client Number** | C01368 |
| **Terms** | Net 30 | **Esquire Office** | New York City |
| **Due Date** | 5/22/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Cadwalader Wickersham & Taft - New York
1 World Financial Center
New York NY 10281

**Services Provided For**
Cadwalader Wickersham & Taft - New York
Halper, Jason M
200 Liberty Street
New York NY 10281

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/16/2024 | J11100006 | White Sulphur Springs, WEST VIRGINIA | LEXON INSURANCE COMPANY V. JAMES C. JUSTICE II |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| ON SITE RESOURCE & ZOOM | James C. Justice, II | 1 | 150.00 | | $150.00 |
| STANDARD APP-FIRST HOUR | James C. Justice, II | 1 | 60.00 | | $60.00 |
| STANDARD APP-ADDL HR | James C. Justice, II | 2.5 | 60.00 | | $150.00 |
| TRANSCRIPT - O&1-VID-VC-WI | James C. Justice, II | 140 | 6.15 | | $861.00 |
| 3 DAY EXPEDITE | James C. Justice, II | 1 | 80% | | $688.80 |
| EXHIBITS B&W | James C. Justice, II | 187 | 0.65 | | $121.55 |
| LITIGATION SUPPORT-PDF-PTX-SBF-XMEF-LEF | James C. Justice, II | 1 | 55.00 | | $55.00 |
| ROUGH ASCII | James C. Justice, II | 115 | 2.25 | | $258.75 |
| REALTIME FEED | James C. Justice, II | 115 | 2.50 | | $287.50 |
| REALTIME HOOK-UP | James C. Justice, II | 1 | 150.00 | | $150.00 |
| CONDENSED-ORIGINAL | James C. Justice, II | 1 | 35.00 | | $35.00 |
| PROCESSING & COMPLIANCE | James C. Justice, II | 1 | 55.00 | | $55.00 |

*Representing Client: Cadwalader Wickersham & Taft (P) : Cadwalader Wickersham & Taft - New York*

| | |
|---|---|
| **Subtotal** | 2,872.60 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,872.60 |
| **Amount Due** | 2,872.60 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Cadwalader Wickersham & Taft - New York |
| **Client #** | C01368 |
| **Invoice #** | INV2772196 |
| **Invoice Date** | 4/22/2024 |
| **Due Date** | 5/22/2024 |
| **Amount Due** | **$2,872.60** |

CONFIDENTIAL

LIC-00000517



**Invoice   INV2779337**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 4/30/2024 | **Client Number** | C01368 |
| **Terms** | Net 30 | **Esquire Office** | New York City |
| **Due Date** | 5/30/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Cadwalader Wickersham & Taft - New York
1 World Financial Center
New York NY 10281

**Services Provided For**
Cadwalader Wickersham & Taft - New York
Halper, Jason M
200 Liberty Street
New York NY 10281

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/16/2024 | J11100006 | White Sulphur Springs, WEST VIRGINIA | LEXON INSURANCE COMPANY V. JAMES C. JUSTICE II |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| VID MIN 2HR | James Justice, II | 1 | 425.00 | | $425.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | James Justice, II | 4 | 150.00 | | $600.00 |
| SAN-SUM-T/C MAP-TD-SYNCHRONIZED VIDEO-LN | James Justice, II | 2 | 95.00 | | $190.00 |
| EQUIP RENTAL - LAPTOP/IPAD | James Justice, II | 1 | 125.00 | | $125.00 |
| HANDLING FEE - VID ORIG | James Justice, II | 1 | 25.00 | | $25.00 |

*Representing Client: Cadwalader Wickersham & Taft (P) : Cadwalader Wickersham & Taft - New York*

| | |
|---|---|
| **Subtotal** | 1,365.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,365.00 |
| **Amount Due** | 1,365.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Cadwalader Wickersham & Taft - New York |
| **Client #** | C01368 |
| **Invoice #** | INV2779337 |
| **Invoice Date** | 4/30/2024 |
| **Due Date** | 5/30/2024 |
| **Amount Due** | **$1,365.00** |

CONFIDENTIAL

LIC-00000518



## Invoice   INV2781729

| | | | |
|---|---|---|---|
| **Date** | 5/2/2024 | **Client Number** | C01368 |
| **Terms** | Net 30 | **Esquire Office** | New York City |
| **Due Date** | 6/1/2024 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Bill To**
Cadwalader Wickersham & Taft - New York
1 World Financial Center
New York NY 10281

**Services Provided For**
Cadwalader Wickersham & Taft - New York
Halper, Jason M
200 Liberty Street
New York NY 10281

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/26/2024 | J11146726 | New York, NEW YORK | LEXON INSURANCE COMPANY V. JAMES C. JUSTICE II |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: WAIT TIME | James C. Justice III | 0.25 | 100.00 | | $25.00 |
| ON SITE RESOURCE & ZOOM | James C. Justice III | 1 | 150.00 | | $150.00 |
| APP FEE-REM/TEL-VID | James C. Justice III | 2 | 80.00 | | $160.00 |
| TRANSCRIPT - O&1-VID-VC-WI | James C. Justice III | 298 | 5.25 | | $1,564.50 |
| 2 DAY EXPEDITE | James C. Justice III | | 90% | | $1,408.05 |
| E-EXHIBITS 8.5x11(14) BW ORIG | James C. Justice III | 185 | 0.35 | | $64.75 |
| LITIGATION SUPPORT-PDF-PTX-SBF-XMEF-LEF | James C. Justice III | 1 | 10.00 | | $10.00 |
| CONDENSED-ORIGINAL | James C. Justice III | 1 | 0.00 | | $0.00 |
| ROUGH ASCII | James C. Justice III | 249 | 1.65 | | $410.85 |
| REALTIME FEED | James C. Justice III | 249 | 1.65 | | $410.85 |
| REALTIME FEED | James C. Justice III | 249 | 1.65 | | $410.85 |
| REALTIME HOOK-UP | James C. Justice III | 2 | 95.00 | | $190.00 |
| EQUIP RENTAL - LAPTOP/IPAD | James C. Justice III | 2 | 125.00 | | $250.00 |
| PROCESSING & COMPLIANCE | James C. Justice III | 1 | 15.00 | | $15.00 |

*Representing Client: Cadwalader Wickersham & Taft (P) : Cadwalader Wickersham & Taft - New York*

| | |
|---|---|
| **Subtotal** | 5,069.85 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $5,069.85 |
| **Amount Due** | 5,069.85 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Cadwalader Wickersham & Taft - New York |
| **Client #** | C01368 |
| **Invoice #** | INV2781729 |
| **Invoice Date** | 5/2/2024 |
| **Due Date** | 6/1/2024 |
| **Amount Due** | **$5,069.85** |

CONFIDENTIAL

LIC-00000519



# Invoice

## #40060467

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Cadwalader, Wickersham & Taft LLP**
Elizabeth Moore
1 World Financial Ctr
New York NY 10281
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 5/2/2024 | DUR, after 30 days 1.5% | 5/2/2024 | 4/26/2024 | 90057644 |

| Case Number | Case Name |
|---|---|
| 3:23-cv-0772 | Lexon Insurance Company v. James Justice, II |

COPY OF TRANSCRIPT OF:

Patrick Hennesy                                                                 2005.52

| | |
|---|---|
| **INVOICE TOTAL  >>>** | **$2005.52** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| Amount Due | $2,005.52 |

Location of Job:  Cadwalader, Wickersham & Taft LLP
New York,  NY  10281

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**


40060467

CONFIDENTIAL                                                                 LIC-00000549



# Invoice

### #40059978

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Cadwalader, Wickersham & Taft LLP**
Jason Halper
1 World Financial Ctr
New York NY 10281
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 4/30/2024 | DUR, after 30 days 1.5% | 4/30/2024 | 4/25/2024 | 90057344 |

| Case Number | Case Name |
|---|---|
| 3:23-cv-0772 | Lexon Insurance Company v. James Justice, II |

COPY OF TRANSCRIPT OF:

Jeremy Sentman

|  |  |
|---|---|
|  | 2469.55 |
| **INVOICE TOTAL  >>>** | **$2469.55** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| Amount Due | $2,469.55 |

Location of Job:  Remote - New York, NY
New York,  NY  10038

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**



40059978

CONFIDENTIAL

LIC-00000550



# Invoice

## #40059979

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Cadwalader, Wickersham & Taft LLP**
Jason Halper
1 World Financial Ctr
New York NY 10281
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 4/30/2024 | DUR, after 30 days 1.5% | 4/30/2024 | 4/25/2024 | 90057344 |

| Case Number | Case Name |
|---|---|
| 3:23-cv-0772 | Lexon Insurance Company v. James Justice, II |

Video Copy
    Jeremy Sentman      803.00

| | |
|---|---|
| **INVOICE TOTAL   >>>** | **$803.00** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| Amount Due | $803.00 |

Location of Job:  Remote - New York, NY
                       New York,  NY  10038

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
        **P.O. Box 6180**
        **Hermitage, PA 16148-0922**


40059979

1 of 1

CONFIDENTIAL

LIC-00000555



# Invoice

**#40060096**

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Cadwalader, Wickersham & Taft LLP**
Jason Halper
1 World Financial Ctr
New York NY 10281
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 5/1/2024 | DUR, after 30 days 1.5% | 5/1/2024 | 4/25/2024 | 90057344 |

| Case Number | Case Name | | | |
|---|---|---|---|---|
| 3:23-cv-0772 | Lexon Insurance Company v. James Justice, II | | | |

Jeremy Sentman                                                                 1244.10

| | |
|---|---|
| **INVOICE TOTAL  >>>** | **$1244.10** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$1,244.10** |

Location of Job:  Remote - New York, NY
　　　　　　　　　New York,  NY  10038
Rough and Realtime

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
　　　　　　**P.O. Box 6180**
　　　　　　**Hermitage, PA 16148-0922**


Case 3:23-cv-00772     Document 128-2     Filed 10/14/25     Page 13 of 27 PageID #: 3382

CONFIDENTIAL

LIC-00000560



# Huseby.com

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

# Invoice

#40060474

**Cadwalader, Wickersham & Taft LLP**
Elizabeth Moore
1 World Financial Ctr
New York NY 10281
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 5/2/2024 | DUR, after 30 days 1.5% | 5/2/2024 | 4/26/2024 | 90057644 |

| Case Number | Case Name |
|---|---|
| 3:23-cv-0772 | Lexon Insurance Company v. James Justice, II |

Video Copy
Patrick Hennesy 403.00

| | |
|---|---|
| **INVOICE TOTAL >>>** | **$403.00** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$403.00** |

Location of Job: Cadwalader, Wickersham & Taft LLP
New York, NY 10281

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

40060474

# Invoice
## #40060882

1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Cadwalader, Wickersham & Taft LLP**
Sara Bussiere
1 World Financial Ctr
New York NY 10281
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 05/6/2024 | DUR, after 30 days 1.5% | 05/6/2024 | 04/30/2024 | 90058326 |

| Case Number | Case Name | | |
|---|---|---|---|
| 3:23-cv-0772 | Lexon Insurance Company v. James Justice, II | | |

COPY OF TRANSCRIPT OF:

Brian Beggs                                                                                    2673.82

| | |
|---|---|
| **INVOICE TOTAL   >>>** | **$2673.82** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| Amount Due | $2,673.82 |

Location of Job:  Cadwalader, Wickersham & Taft LLP
New York,  NY  10281

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**



40060882

CONFIDENTIAL                                                                                    LIC-00000570



# Invoice

### #40060883

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Cadwalader, Wickersham & Taft LLP**
Sara Bussiere
1 World Financial Ctr
New York NY 10281
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 05/6/2024 | DUR, after 30 days 1.5% | 05/6/2024 | 04/30/2024 | 90058326 |

| Case Number | Case Name | | | |
|---|---|---|---|---|
| 3:23-cv-0772 | Lexon Insurance Company v. James Justice, II | | | |

Video Copy
   Brian Beggs

| | |
|---|---|
| | 503.00 |
| **INVOICE TOTAL  >>>** | **$503.00** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| Amount Due | $503.00 |

Location of Job:  Cadwalader, Wickersham & Taft LLP
                  New York,  NY  10281

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
         **P.O. Box 6180**
         **Hermitage, PA 16148-0922**


40060883

CONFIDENTIAL

LIC-00000575

**Smith, Tina S.**

| | |
|---|---|
| **From:** | Bilbrey, Laura |
| **Sent:** | Monday, December 16, 2024 3:07 PM |
| **To:** | Smith, Tina S. |
| **Subject:** | firm credit card use on 12/16/2024 ($150 to pay.gov) |

Hi Tina!

I just used the firm card to file a motion for Brant/Garrah. The receipt and Garrah's approval are in the email below. The billing # is 120054.0101 (Lexon/Justice). Please let me know if you need anything else.

Thanks,
Laura

-----Original Message-----
From: Carter, Garrah J. <garrah.cartermason@bassberry.com>
Sent: Monday, December 16, 2024 3:05 PM
To: Bilbrey, Laura <lbilbrey@bassberry.com>
Subject: RE: Pay.gov Payment Confirmation: TENNESSEE MIDDLE DISTRICT COURT

Approve.

Garrah Carter-Mason

Associate

Bass, Berry & Sims PLC

150 Third Avenue South Suite 2800 • Nashville, TN 37201

615-742-7781 phone


    • 615-248-8817 fax

garrah.cartermason@bassberry.com•www.bassberry.com


We're moving
Beginning January 6, 2025, find us at:
21 Platform Way South, Suite 3500 • Nashville, TN 37203 -----Original Message-----
From: Bilbrey, Laura <lbilbrey@bassberry.com>
Sent: Monday, December 16, 2024 3:04 PM
To: Carter, Garrah J. <garrah.cartermason@bassberry.com>
Subject: RE: Pay.gov Payment Confirmation: TENNESSEE MIDDLE DISTRICT COURT

Yes. I probably emailed Overton for approval for those. I just need an attorney's approval to send to our accounting dept. Thank you!

1

CONFIDENTIAL

LIC-00000706

-----Original Message-----
From: Carter, Garrah J. <garrah.cartermason@bassberry.com>
Sent: Monday, December 16, 2024 3:00 PM
To: Bilbrey, Laura <lbilbrey@bassberry.com>
Subject: RE: Pay.gov Payment Confirmation: TENNESSEE MIDDLE DISTRICT COURT

Is that how we did it for Sara and Jason's?

Garrah Carter-Mason

Associate

Bass, Berry & Sims PLC

150 Third Avenue South Suite 2800 • Nashville, TN 37201

615-742-7781 phone

    • 615-248-8817 fax

garrah.cartermason@bassberry.com•www.bassberry.com


We're moving
Beginning January 6, 2025, find us at:
21 Platform Way South, Suite 3500 • Nashville, TN 37203 -----Original Message-----
From: Bilbrey, Laura <lbilbrey@bassberry.com>
Sent: Monday, December 16, 2024 2:49 PM
To: Carter, Garrah J. <garrah.cartermason@bassberry.com>
Subject: FW: Pay.gov Payment Confirmation: TENNESSEE MIDDLE DISTRICT COURT

Garrah, will you please approve the use of the firm credit card for this fee? Lexon/Justice PHV motion (120054.0101).

Thanks,
Laura

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Monday, December 16, 2024 2:46 PM
To: Bilbrey, Laura <lbilbrey@bassberry.com>
Subject: Pay.gov Payment Confirmation: TENNESSEE MIDDLE DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Alia at (615) 736-5498.

    Account Number: 5325060
    Court: TENNESSEE MIDDLE DISTRICT COURT
    Amount: $150.00
    Tracking Id: ATNMDC-4221757
    Approval Code: 016861
    Card Number: ************2640

2

CONFIDENTIAL

LIC-00000707

Date/Time: 12/16/2024 03:46:22 ET

NOTE: This is an automated message. Please do not reply

CONFIDENTIAL

LIC-00000708



# FOUR SEASONS
### HOTEL
### NASHVILLE

Ms. Timbre Shriver
USA

*Guest Name:*   Sentman, Jeremy

**INFORMATION INVOICE**

| | |
|---|---|
| Room Number: | 0905 |
| Arrival Date: | 08/19/25 |
| Departure Date: | 08/21/25 |
| Folio Number: | 84468 |

Page No:    1 of 2

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 08/19/25 | Room Charge | | 395.00 | |
| 08/19/25 | State Tax | | 27.65 | |
| 08/19/25 | Occupancy Tax | | 27.65 | |
| 08/19/25 | Privilege Tax | | 2.50 | |
| 08/19/25 | Local Tax | | 10.86 | |
| 08/20/25 | Room Charge | | 395.00 | |
| 08/20/25 | State Tax | | 27.65 | |
| 08/20/25 | Occupancy Tax | | 27.65 | |
| 08/20/25 | Privilege Tax | | 2.50 | |
| 08/20/25 | Local Tax | | 10.86 | |
| 08/21/25 | Room Charge | | 395.00 | |
| 08/21/25 | State Tax | | 27.65 | |
| 08/21/25 | Occupancy Tax | | 27.65 | |
| 08/21/25 | Privilege Tax | | 2.50 | |
| 08/21/25 | Local Tax | | 10.86 | |
| 08/21/25 | Room Charge | 08/22/25 | 395.00 | |
| 08/21/25 | State Tax | 08/22/25 | 27.65 | |
| 08/21/25 | Occupancy Tax | 08/22/25 | 27.65 | |
| 08/21/25 | Privilege Tax | 08/22/25 | 2.50 | |
| 08/21/25 | Local Tax | 08/22/25 | 10.86 | |
| 08/21/25 | American Express | | | 1,854.64 |
| | | XXXXXXXXXXXX1003 XX/XX | | |

**FOUR SEASONS HOTEL NASHVILLE**
**100 DEMONBREUN STREET, NASHVILLE, TENNESSEE, 37201, UNITED STATES**
TEL: 615-610-5001 www.fourseasons.com

Case 3:23-cv-00772    Document 128-2    Filed 10/14/25    Page 20 of 27 PageID #: 3389

CONFIDENTIAL

LIC-00000966



## FOUR SEASONS

HOTEL
NASHVILLE

Ms. Timbre Shriver
USA

*Guest Name:*   Sentman, Jeremy
**INFORMATION INVOICE**

| | |
|---|---|
| Room Number: | 0905 |
| Arrival Date: | 08/19/25 |
| Departure Date: | 08/21/25 |
| Folio Number: | 84468 |

Page No:     2 of 2

| Date | Description | Charges | Credits |
|------|-------------|--------:|--------:|
| | **Total** | **1,854.64** | **1,854.64** |
| | **Balance** | **0.00** | |
| | Signature: _____ | | |

**FOUR SEASONS HOTEL NASHVILLE**
**100 DEMONBREUN STREET, NASHVILLE, TENNESSEE, 37201, UNITED STATES**
TEL: 615-610-5001 www.fourseasons.com

CONFIDENTIAL

LIC-00000967



FOUR SEASONS
HOTEL
NASHVILLE

Ms. Timbre Shriver
USA

*Guest Name:*  *Beggs, Brian*
**INFORMATION INVOICE**

| Room Number: | 0915 |
| Arrival Date: | 08/18/25 |
| Departure Date: | 08/22/25 |
| Folio Number: | 84503 |

| Date | Description | | Charges | Credits |
|------|-------------|---|--------:|--------:|
| 08/18/25 | Parking - Valet Overnight | Room# 0915 : 527820 Beggs Volks | 69.00 | |
| 08/18/25 | Parking State Tax | | 4.83 | |
| 08/18/25 | Parking Local Tax | | 1.90 | |
| 08/18/25 | Parking CBID Tax | | 0.35 | |
| 08/18/25 | Room Charge | | 395.00 | |
| 08/18/25 | State Tax | | 27.65 | |
| 08/18/25 | Occupancy Tax | | 27.65 | |
| 08/18/25 | Privilege Tax | | 2.50 | |
| 08/18/25 | Local Tax | | 10.86 | |
| 08/19/25 | Parking - Valet Overnight | Room# 0915 : 527820 Beggs Volks | 69.00 | |
| 08/19/25 | Parking State Tax | | 4.83 | |
| 08/19/25 | Parking Local Tax | | 1.90 | |
| 08/19/25 | Parking CBID Tax | | 0.35 | |
| 08/19/25 | Room Charge | | 395.00 | |
| 08/19/25 | State Tax | | 27.65 | |
| 08/19/25 | Occupancy Tax | | 27.65 | |
| 08/19/25 | Privilege Tax | | 2.50 | |
| 08/19/25 | Local Tax | | 10.86 | |
| 08/20/25 | Parking - Valet Overnight | Room# 0915 : 527820 Beggs Volks | 69.00 | |
| 08/20/25 | Parking State Tax | | 4.83 | |
| 08/20/25 | Parking Local Tax | | 1.90 | |
| 08/20/25 | Parking CBID Tax | | 0.35 | |
| 08/20/25 | Room Charge | | 395.00 | |
| 08/20/25 | State Tax | | 27.65 | |
| 08/20/25 | Occupancy Tax | | 27.65 | |
| 08/20/25 | Privilege Tax | | 2.50 | |
| 08/20/25 | Local Tax | | 10.86 | |
| ███████████████████████████████████████████ | | | | |
| 08/21/25 | Parking - Valet Overnight | Room# 0915 : 527820 Beggs Volks | 69.00 | |

**FOUR SEASONS HOTEL NASHVILLE**
**100 DEMONBREUN STREET, NASHVILLE, TENNESSEE, 37201, UNITED STATES**
TEL: 615-610-5001 www.fourseasons.com

CONFIDENTIAL

LIC-00000980



FOUR SEASONS
HOTEL
NASHVILLE

Ms. Timbre Shriver
USA
*Guest Name:*  *Beggs, Brian*
**INFORMATION INVOICE**

| | |
|---|---|
| Room Number: | 0915 |
| Arrival Date: | 08/18/25 |
| Departure Date: | 08/22/25 |
| Folio Number: | 84503 |

Page No:    2 of 2

| Date | Description | Charges | Credits |
|------|-------------|--------:|--------:|
| 08/21/25 | Parking State Tax | 4.83 | |
| 08/21/25 | Parking Local Tax | 1.90 | |
| 08/21/25 | Parking CBID Tax | 0.35 | |
| 08/21/25 | Room Charge | 395.00 | |
| 08/21/25 | State Tax | 27.65 | |
| 08/21/25 | Occupancy Tax | 27.65 | |
| 08/21/25 | Privilege Tax | 2.50 | |
| 08/21/25 | Local Tax | 10.86 | |

**Balance**                          **0.00**

Signature: _____

**FOUR SEASONS HOTEL NASHVILLE**
**100 DEMONBREUN STREET, NASHVILLE, TENNESSEE, 37201, UNITED STATES**
**TEL: 615-610-5001 www.fourseasons.com**

Case 3:23-cv-00772    Document 128-2    Filed 10/14/25    Page 23 of 27 PageID #: 3392

CONFIDENTIAL

LIC-00000981

# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

Invoice No.: 202501083

Bradley Small
Vinson&Elkins
1114 Avenue of the Americas
New York, NY 10036

**MAKE CHECKS PAYABLE TO:**

LISE S. MATTHEWS, RMR, CRR, CCP
PO Box 22042
Nashville, TN 37202-2242
(615) 589-7601
Lise_Matthews@TNMD.uscourts.gov

| | CRIMINAL | ☒ CIVIL | DATE ORDERED:<br>07-28-2025 | DATE DELIVERED:<br>07-28-2025 |
|---|---|---|---|---|

**In the matter of:** 23-cv-772, Lexon Insurance Co v James C. Justice II

June 23, 2025 hearing transcript

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | 11 | 1.45 | 15.95 | | | | 15.95 |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 15.95 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 15.95 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>/ LISE S. MATTHEWS | DATE:<br>07-28-2025 |
|---|---|

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

CONFIDENTIAL

LIC-00001041

Form **W-9**
(Rev. March 2024)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer**
**Identification Number and Certification**

Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give form to the requester. Do not send it to the IRS.**

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  | Signature of U.S. person  *Sue L Matthews*  | Date  *2/12/2025*

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they

Case 3:23-cv-00772    Document 128-2    Filed 10/14/25    Page 25 of 27 PageID #: 3394

CONFIDENTIAL                                                LIC-00001042

# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

Invoice No.: 202501088

W. Brantley Phillips
Bass Berry & Sims
21 Platform Way S
Suite 3500
Nashville, TN 37203

**MAKE CHECKS PAYABLE TO:**
LISE S. MATTHEWS, RMR, CRR, CCP
PO Box 22042
Nashville, TN 37202-2242
(615) 589-7601
Lise_Matthews@TNMD.uscourts.gov

| | | |
|---|---|---|
| **X** CRIMINAL ___ CIVIL | DATE ORDERED: 08-21-2025 | DATE DELIVERED: 09-08-2025 |

**In the matter of:** 23-cv-00772, Lexon v Justice

Aug. 20 and 21, 2025 Bench Trial (Original and 1 split with counsel opposite; rough drafts Aug 20 and 21

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | 374 | 2.20 | 822.80 | 374 | 0.55 | 205.70 | | | | 1028.50 |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | 358 | 3.70 | 1324.60 | | | | | | | 1324.60 |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 2353.10 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 2353.10 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: / LISE S. MATTHEWS | DATE: 09-08-2025 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

CONFIDENTIAL                                                                    LIC-00001119

# PAGEONE
Your Partner for Innovative Data Discovery

223 6th Avenue North
Nashville, TN 37219

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/12/2025 | 00046941 |

Federal Tax ID: 36-5093365

**Bill To:**

Bass, Berry & Sims PLC
150 3rd Avenue South
Suite 2800
Nashville, TN 37201

**Ship To:**

Bass, Berry & Sims PLC
150 3rd Avenue South
Suite 2800
Nashville, TN 37201

| SALESPERSON | CLIENT REFERENCE | ORDERED BY | TERMS | DUE BEFORE |
|-------------|------------------|------------|-------|------------|
| Price (P), Ashley | 120054.0101 | Laura Bilbrey | Net 30 | 9/11/2025 |

| QTY. | JOB NO. | DESCRIPTION | UNIT PRICE | AMOUNT | TX. |
|------|---------|-------------|------------|--------|-----|
| 1,812 | 25-08289 | Blowbacks (B&W) - 8.5"x11" with Staples/Clips/Slipsheets, etc) | $0.13 | $235.56 | TN |
| 2,418 | 25-08289 | Color 8.5" x 11" Blowbacks | $0.65 | $1,571.70 | TN |
| 438 | 25-08289 | Preprinted Tabs | $0.60 | $262.80 | TN |
| 4,668 | 25-08289 | 3 Hole Drill | $0.01 | $46.68 | TN |
| 1 | 25-08289 | 5" Binder | $39.00 | $39.00 | TN |
| 5 | 25-08289 | 3" Binder | $21.00 | $105.00 | TN |

Customer Approval

*A 4% processing fee will be applied for all credit card payments.*

*A service charge of 1.5% per month (18% annually) will be charged on all past due accounts. In the event collection efforts are taken by Page One, Inc. the client (customer) agrees to pay all costs of collection including court costs, expenses incurred and reasonable attorney fees for any sums due Page One, Inc.*

| | |
|---|---|
| SALE AMT. | $2,260.74 |
| FREIGHT | $0.00 |
| SALES TAX | $220.42 |
| TOTAL AMT. | $2,481.16 |
| AMT. APPLIED | $0.00 |
| **BALANCE DUE** | **$2,481.16** |

CONFIDENTIAL

LIC-00001124