UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEXON INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00772 |
| | ) |
| JAMES C. JUSTICE, II, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Lexon Insurance Company's ("Lexon") Motion for Attorney Fees (Doc. No. 126). Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court hereby **REFERS** Lexon's Motion (Doc. No. 126) to the Magistrate Judge assigned to this case for preparation of a Report and Recommendation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE