# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY,

    Plaintiff,

-against-

JAMES C. JUSTICE II,

    Defendant.

Civil Action No. 3:23-cv-00772

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Barbara D. Holmes

### AFFIDAVIT OF JEREMY T. SENTMAN IN SUPPORT OF PLAINTIFF LEXON INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

STATE OF ILLINOIS    )
                          ) ss.:
COUNTY OF WILL      )

JEREMY T. SENTMAN, being duly sworn, deposes and says:

1. I am over the age of twenty-one (21) and am fully competent to testify to the matters stated herein. I make this Affidavit based on my personal knowledge of the facts set forth herein and based on my review of company records created and maintained in the regular and ordinary course of business. The facts contained in this Affidavit are true and correct.

2. I have been the Senior Vice President and Head of Surety Claims at Lexon Insurance Company (which I refer to as "Lexon") since March 2012.

3. Pursuant to a personal guaranty dated February 4, 2019 (the "Guaranty"), Defendant James C. Justice II ("Defendant"), agreed to indemnify Lexon "from and against any and all liability, damage, cost and expense of whatsoever kind or nature (cumulatively, "Loss") and pay [Lexon] for any Loss sustained or incurred (i) in connection with or arising out of any of the [Lexon]'s obligations under the Amended Underlying Agreement or any GAI, (ii) by reason

of the failure of the [Justice II] to perform or comply with the covenants and conditions of this Guaranty, and (iii) enforcing any of the covenants and conditions of [the Guaranty]." JX 17 at §2. The Guaranty further provides that "[Lexon] shall be entitled to receive interest at the rate of six percent per annum from the date of its payment of each Loss." *Id.*

4. Lexon has incurred ███████ in Losses, including costs, expenses, and attorneys' fees in enforcing the Guaranty. All Losses incurred by Lexon, and which have been paid for by Lexon, are itemized in Appendix B, Exs. 1–2 and Appendix D, Ex. 1, detailed in Plaintiff's Motion for Attorneys' Fees and Other Expenses, and summarized in the below chart.

| Loss Category | Source | Amount |
|---|---|---|
| Attorneys' Fees | Appendix B, Exhibit 1; Appendix D, Exhibit 1 | $███ |
| Other Costs and Expenses | Appendix B, Exhibit 2 | $258,933.36 |
| | Total Loss | $███ |

Further Affiant Saith Not.

*/s/ Jeremy Sentman*
Jeremy Sentman

The foregoing Affidavit of Jeremy Sentman was:

**SWORN TO AND SUBSCRIBED** before me this 14th day of October 2025.

*/s/ Nichole Ford*
NOTARY PUBLIC

My Commission Expires: 12/15/2025

NICHOLE FORD
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 15, 2025

-2-