IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY,

                      Plaintiff,

-against-

JAMES C. JUSTICE II,

                      Defendant.

Civil Action No. 3:23-cv-0772

Chief Judge Waverly D. Crenshaw
Magistrate Judge Barbara D. Holmes

## DECLARATION OF DAVID R. POGUE

I, David R. Pogue, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney and a member of Carey, Douglas, Kessler & Ruby, PLLC, counsel for Defendant James C. Justice II in the above-captioned action. I am admitted to and a member in good standing of the Bar of the State of West Virginia, and I am admitted *pro hac vice* in this action.

2. With the exception of the April 16, 2024 deposition of Defendant James C. Justice II, only one attorney attended each deposition in this case on behalf of Defendant.

3. On May 7, 2024, I traveled to from Charleston, West Virginia to Washington, D.C., where I attended an in-person meet and confer with Plaintiff's counsel. I was the only attorney who prepared for, traveled to, or attended this meet and confer on behalf of Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of October, 2025,
at Charleston, West Virginia:

                                              */s/ David R. Pogue*
                                              David R. Pogue

1