IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LEXON INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>-against-<br><br>JAMES C. JUSTICE II,<br><br>          Defendant. | Civil Action No. 3:23-cv-0772<br><br>Chief Judge Waverly D. Crenshaw<br>Magistrate Judge Barbara D. Holmes |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S BILL OF COSTS

Defendant James C. Justice II, by counsel, pursuant to Local Rule 54.01(a), respectfully submits the following objections to Plaintiff Lexon Insurance Company's Bill of Costs (ECF 128):

1. The subsistence allowances for Brian Beggs and Jeremy Sentman exceed the maximum taxable per diem rates. Lexon's Bill of Costs claims a subsistence allowance of $4,013 for lodging and parking at the Four Seasons for Jeremy Sentman and Brian Beggs during trial. *See* ECF 128. The records attached to Lexon's Bill of Costs show that this breaks down to $539.74 per day for Mr. Beggs and $463.66 per day for Mr. Sentman. *See* ECF 128-2 at pp. 20, 22-23. By law, however, the taxable subsistence allowance cannot exceed "the maximum per diem allowance prescribed by the Administrator of General Services . . . for official travel in the area of attendance by employees of the Federal Government." *See* 28 U.S.C. § 1821(d)(2); *U.S. ex rel. Davis v. U.S. Training Ctr., Inc.*, 829 F. Supp. 2d 329, 334 (E.D. Va. 2011); *Castro v. United States*, 104 F.R.D. 545, 551–52 (D.P.R. 1985). That allowance, in August 2025, was $217 per day.[1]

---

[1] *See* https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2025&state=TN&city=Nashville&zip=

2. The subsistence allowance for Jeremy Sentman should be further reduced because the subsistence expenses of designated representatives of a corporate party are not taxable costs under Rule 54(d), 28 U.S.C. § 1920, and 28 U.S.C. § 1821. *See Necak v. Select Portfolio Servicing, Inc.*, No. 1:17 CV 1473, 2019 WL 13196983, at *2 (N.D. Ohio July 25, 2019); *Mastrapas v. New York Life Ins. Co.*, 93 F.R.D. 401, 405 (E.D. Mich. 1982); *Morrison v. Alleluia Cushion Co.*, 73 F.R.D. 70, 71 (N.D. Miss. 1976). Jeremy Sentman was Lexon's designated corporate representative at trial. *See* Aug. 20, 2025 Tr. at 13. Although Mr. Sentman did testify on August 20, 2025, he finished testifying by mid-afternoon and, but for his status as Lexon's corporate representative, could have left Nashville on August 20, 2025 after his testimony. And even if Mr. Sentman could not leave Nashville until the following morning, there is still no reason why he needed to be in Nashville for more than two nights in his capacity as a testifying witness. Yet, the records attached to Lexon's Bill of Costs show room charges for four dates (August 19, 20, 21, and 22). *See* ECF 128-2 at p. 20. Thus, the subsistence allowance for Mr. Sentman should be reduced by two days so that Defendant is not taxed for expenses relating to Mr. Sentman's appearance in Court as the Lexon's corporate representative.

3. The subsistence allowance for Mr. Beggs should also be reduced because his testimony began and ended in the afternoon of August 20, 2025. There is no reason why he needed to stay at the Four Seasons for four nights, as reflected in the records attached to Lexon's Bill of Costs. ECF 128-2 at pp. 22-23.

WHEREFORE, Defendant respectfully requests that the Clerk reduce the "Fees for witnesses" portion of Lexon's Bill of Costs from $4,013 to $868.00 (two days for Mr. Beggs at $217 per day, and two days for Mr. Sentman at $217 per day).

Respectfully submitted,

JAMES C. JUSTICE II,

By Counsel:

*/s/ Peter C. Robison*
Peter C. Robison (No. 27498)
LEWIS THOMASON, P.C.
427 Church Street, Suite 2500
Nashville, TN 37219
(615) 259-1366
probison@lewisthomason.com

*/s/ David R. Pogue*
David R. Pogue (admitted *pro hac vice*)
Raymond S. Franks II (admitted *pro hac vice*)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
drpogue@cdkrlaw.com
rfranks@cdkrlaw.com

3

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 28, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record listed below:

| | |
|---|---|
| Jason M. Halper (*admitted pro hac vice*) | W. Brantley Phillips, Jr. (BPR# 018844) |
| Sara E. Brauerman *(admitted pro hac vice)* | Garrah Carter-Mason (BPR# 037518) |
| Timbre Shriver (*admitted pro hac vice*) | BASS, BERRY & SIMS PLC |
| VINSON & ELKINS LLP | 150 Third Avenue South, Suite 2800 |
| The Grace Building | Nashville, TN 37201 |
| 1114 Avenue of the Americas | Tel: (615) 742-6200 |
| 32nd Floor | Fax: (615) 742-6293 |
| New York, NY 10036 | bphillips@bassberry.com |
| Phone: 212-237-0000 | garrah.cartermason@bassberry.com |
| Email: jhalper@velaw.com | |
|       sbrauerman@velaw.com | |
|       tshriver@velaw.com | |

                      */s/ Peter C. Robison*
                      Peter C. Robison