IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LEXON INSURANCE COMPANY,<br><br>    Plaintiff,<br>                -against-<br><br>JAMES C. JUSTICE II,<br><br>    Defendant. | Civil Action No. 3:23-cv-0772<br><br>Chief Judge Waverly D. Crenshaw<br>Magistrate Judge Barbara D. Holmes |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rules 5.03(b) and 7.01, Defendant James C. Justice II ("Defendant"), by and through counsel, respectfully moves the Court for leave to file under seal his unredacted Memorandum of Law in Support of Defendant's Objections to Plaintiff Lexon Insurance Company's Motion for Attorneys' Fees and Other Expenses ("Memorandum"). The basis for this motion is that Defendant's Memorandum discusses information (specifically, Plaintiff's counsel's billing rates and discounts) that Plaintiff has designated as confidential and has moved to seal. *See* ECF 129; ECF 130. Accordingly, under Local Rule 5.03(b), it is Plaintiff's burden to demonstrate the propriety of sealing. For now, Defendant has filed a redacted version of his Memorandum on the public docket. Defendant takes no position regarding whether Plaintiff's counsel's billing rates or discounts meet the requirements for sealing, but in accordance with Local Rule 5.03(b), Defendant respectfully asks that the Court allow him to provisionally file the unredacted version of his Memorandum under seal so that Plaintiff may have the opportunity meet its burden of demonstrating the propriety of sealing.

In accordance with Local Rule 7.01(a), Defendant states that his counsel has conferred with Plaintiff's counsel concerning this motion, and that Plaintiff does not oppose the motion (which is being filed for Plaintiff's benefit).

Respectfully submitted,

JAMES C. JUSTICE II,
By Counsel:

*/s/ Peter C. Robison*
Peter C. Robison (No. 27498)
LEWIS THOMASON, P.C.
427 Church Street, Suite 2500
Nashville, TN 37219
(615) 259-1366
probison@lewisthomason.com

*/s/ David R. Pogue*
David R. Pogue (admitted *pro hac vice*)
Raymond S. Franks II (admitted *pro hac vice*)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
drpogue@cdkrlaw.com
rfranks@cdkrlaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record listed below:

| | |
|---|---|
| Jason M. Halper (*admitted pro hac vice*)<br>Sara E. Brauerman *(admitted pro hac vice)*<br>Timbre Shriver (*admitted pro hac vice*)<br>VINSON & ELKINS LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>32nd Floor<br>New York, NY 10036<br>Phone:  212-237-0000<br>Email:  jhalper@velaw.com<br>         sbrauerman@velaw.com<br>         tshriver@velaw.com | W. Brantley Phillips, Jr. (BPR# 018844)<br>Garrah Carter-Mason (BPR# 037518)<br>BASS, BERRY & SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Tel:  (615) 742-6200<br>Fax:  (615) 742-6293<br>bphillips@bassberry.com<br>garrah.cartermason@bassberry.com |

*/s/ Peter C. Robison*
Peter C. Robison