UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LEXON INSURANCE COMPANY, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No. 3:23-cv-00772 |
| JAMES C. JUSTICE II, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, the Court finds that under Count I, Lexon is entitled to $25,179,709.24 in principal, plus $3,887,333.19 in pre-judgment interest, and post-judgment interest at 3.57% per annum, compounded annually, running from the date of entry of the judgment to the date of Senator Justice's payment, compounded annually. Consistent with this Order, the Clerk shall enter judgment in Lexon's favor in accordance with Federal Rule of Civil Procedure 58.

The determination of damages that Lexon is entitled to for Counts II and III is **RESERVED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE