UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Lexon Insurance Company

                        Plaintiff,

v.                                        Case No.: 3:23–cv–00772

James C. Justice, II

                        Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/30/2025 re [143].

                                                          Lynda M. Hill
                                             s/ Kim Chastain, Deputy Clerk