IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY,

                        Plaintiff,

-against-                        Civil Action No. 3:23-cv-0772
                                                Chief Judge Waverly D. Crenshaw

JAMES C. JUSTICE II,

                        Defendant.

## NOTICE OF APPEAL

Defendant James C. Justice II, by counsel, appeals to the United States Court of Appeals for the Sixth Circuit from the Findings of Fact and Conclusions of Law (ECF 142), Order (ECF 143) and Judgment (ECF 144) entered on October 30, 2025.

Respectfully submitted,

JAMES C. JUSTICE II,

By Counsel:

*/s/ Peter C. Robison*
Peter C. Robison (No. 27498)
LEWIS THOMASON, P.C.
427 Church Street, Suite 2500
Nashville, TN 37219
(615) 259-1366
probison@lewisthomason.com

*/s/ David R. Pogue*
Steven R. Ruby (admitted *pro hac vice*)
David R. Pogue (admitted *pro hac vice*)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
sruby@cdkrlaw.com
drpogue@cdkrlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2025, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record listed below:

| | |
|---|---|
| Jason M. Halper (*admitted pro hac vice*) | W. Brantley Phillips, Jr. (BPR# 018844) |
| Sara E. Brauerman *(admitted pro hac vice)* | Garrah Carter-Mason (BPR# 037518) |
| Timbre Shriver (*admitted pro hac vice*) | BASS, BERRY & SIMS PLC |
| VINSON & ELKINS LLP | 150 Third Avenue South, Suite 2800 |
| The Grace Building | Nashville, TN 37201 |
| 1114 Avenue of the Americas | Tel: (615) 742-6200 |
| 32nd Floor | Fax: (615) 742-6293 |
| New York, NY 10036 | bphillips@bassberry.com |
| Phone: 212-237-0000 | garrah.cartermason@bassberry.com |
| Email: jhalper@velaw.com | |
| sbrauerman@velaw.com | |
| tshriver@velaw.com | |

*/s/ Peter C. Robison*
Peter C. Robison