**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **LEXON INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **No. 3:23-cv-00772** |
| | ) |
| **JAMES C. JUSTICE, II,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

James C. Justice, II has filed a Notice of Appeal (Doc. No. 147).  Accordingly, this action

is **STAYED** and the Clerk shall **ADMINISTRATIVELY CLOSE** the file.  Either party may

request that the case be reopened upon receipt of the Sixth Circuit's mandate.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE