## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY,

                       Plaintiff,

        -against-

JAMES C. JUSTICE II,

                      Defendant.

Civil Action No. 3:23-cv-0772

Chief Judge Waverly D. Crenshaw
Magistrate Judge Barbara D. Holmes

### RESPONSE TO PLAINTIFF LEXON INSURANCE COMPANY'S MOTION TO REOPEN

On April 7, 2026, in the wake of Defendant's pending appeal of this Court's October 30, 2025 Judgment, the Court *sua sponte* entered an Order staying this action and directing the Clark to administratively close the file. ECF 151. On April 20, 2026, Plaintiff filed a motion to reopen the case. ECF 152. Plaintiff states in its motion that "[t]his Court's April 7, 2026 Order stayed the underlying action pending appeal but did not stay enforcement of the judgment." *Id.* at 3. Like Plaintiff, Defendant did not interpret this Court's April 7, 2026 Order as staying enforcement of the judgment. Thus, insofar as Plaintiff's motion requests that this Court reopen this matter to allow Plaintiff to proceed with enforcement of the judgment, Defendant does not oppose the motion.

Respectfully submitted,

JAMES C. JUSTICE II,

By Counsel:

*/s/ Peter C. Robison*
Peter C. Robison (No. 27498)
LEWIS THOMASON, P.C.
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ David R. Pogue*
Steven R. Ruby (admitted *pro hac vice*)
David R. Pogue (admitted *pro hac vice*)
Raymond S. Franks II (admitted *pro hac vice*)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone:     (304) 345-1234
Facsimile:     (304) 342-1105
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rfranks@cdkrlaw.com

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on May 1, 2026, the foregoing document was filed

via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered

counsel of record listed below:

Jason M. Halper (*admitted pro hac vice)*
Sara E. Brauerman *(admitted pro hac vice)*
Timbre Shriver (*admitted pro hac vice*)
VINSON & ELKINS LLP
The Grace Building
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Phone:  212-237-0000
Email:  jhalper@velaw.com
       sbrauerman@velaw.com
       tshriver@velaw.com

W. Brantley Phillips, Jr. (BPR# 018844)
Garrah Carter-Mason (BPR# 037518)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel:  (615) 742-6200
Fax:  (615) 742-6293
bphillips@bassberry.com
garrah.cartermason@bassberry.com

*/s/ Peter C. Robison*
Peter C. Robison

3