**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LEXON INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:23-cv-00772** |
| | ) | |
| **JAMES C. JUSTICE II,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The motion to reopen (Doc. No. 152) is **GRANTED** as unopposed for purposes of judgment enforcement. The Clerk shall reopen this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE