IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY,

Plaintiff,

-against-

JAMES C. JUSTICE II,

Defendant.

Civil Action No. 3:23-cv-00772

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Lynda M. Hill

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.01(b) of the Local Rules of the United States District Court for the Middle District of Tennessee, I, Matthew W. Moran hereby move for admission to appear *pro hac vice* in the above-captioned action as counsel for Lexon Insurance Company.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.    I am a member in good standing of the United States District Court for the Northern District of Texas, and I have attached to this Motion a Certificate of Good Standing from said court.

2.    I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3.    I have not been found in contempt by any court or tribunal.

4.    I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5.    I have never been censured, suspended, disbarred or denied admission or readmission to any court or tribunal.

6.    I have not been charged, arrested or convicted of a criminal offense or offenses, other than traffic citations.

7.    I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained.  Below is the name, address, phone number, and email address of local counsel retained in this matter:

-1-

W. Brantley Phillips, Jr. (BPR# 018844)
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200
bphillips@bassberry.com

8.     I have read and am familiar with the Local Rules of Court for the United States District Court Middle District of Tennessee.

9.     By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

Respectfully submitted,

Dated:     August 11, 2026

*/s/ Matthew W. Moran*
Matthew W. Moran
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
214.220.7700
mmoran@velaw.com

*Attorney for Lexon Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 11, 2026, the foregoing document was filed via the Court's ECF system, which will send a notice of electronic filing to all ECF-registered counsel of record.

*/s/ W. Brantley Phillips, Jr.*
W. Brantley Phillips, Jr.

Case 3:23-cv-00772    Document 156    Filed 08/11/26    Page 3 of 3 PageID #: 4080