IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

LEXON INSURANCE COMPANY,

Plaintiff,

-against-

JAMES C. JUSTICE II,

Defendant.

Civil Action No. 3:23-cv-00772

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Lynda M. Hill

## **PROPOSED ORDER GRANTING ADMISSION *PRO HAC VICE***

Having satisfied the requirements of Local Rule 83.01(b), Matthew W. Moran of the law

firm Vinson & Elkins, LLP, whose office address is 2001 Ross Avenue, Suite 3900, Dallas, Texas

75201, is hereby admitted to practice *pro hac vice* with resident attorney W. Brantley Phillips, Jr.

and the law firm Bass, Berry & Sims PLC in the above-styled action.

IT IS SO ORDERED.

_____