**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 02, 2026

Ms. Vicki R Kinkade
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 25-6096
*Lexon Insurance Company v. James Justice, II*
Originating Case No. 3:23-cv-00772

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Avery Cook-Porter, Clerical Intern
Appeal Case Manager: James

cc: Ms. Sara Brauerman
Ms. Garrah Carter
Mr. Jason Halper
Mr. Wade Brantley Phillips Jr.
Mr. David Pogue
Mr. Peter C. Robison
Mr. Steven R. Ruby
Ms. Timbre Shriver

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 25-6096

---

Filed: November 02, 2026

LEXON INSURANCE COMPANY

Plaintiff - Appellee

v.

JAMES C. JUSTICE, II

Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 10/09/2026 the mandate for this case hereby issues today.

COSTS: None